UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Estate of Yaron Ungar, et. al., <br><br> *Plaintiffs-Judgment Creditors* <br> v. <br><br> Orascom Telecom Holdings S.A.E., <br><br> *Defendant-Garnishee* | Civil Action No. 07-2572 (CM) (LMS) |

## ENTRY OF APPEARANCE

The undersigned hereby enters my appearance as counsel of record for Orascom Telecom Holdings S.A.E. I certify that I am admitted to practice in this court.

Dated: May 30, 2007

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Christopher M. Curran
    Christopher M. Curran (CC-4779)
    701 Thirteenth Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 626-3643
    Facsimile: (202) 639-9355

    *Counsel for Defendant*
    *Orascom Telecom Holding, S.A.E.*