UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Estate of Yaron Ungar, et. al.,<br><br>*Plaintiffs-Judgment Creditors*<br>v.<br><br>Orascom Telecom Holdings S.A.E.,<br><br>*Defendant-Garnishee* | Civil Action No. 07-2572 (CM) (LMS) |

## ENTRY OF APPEARANCE

The undersigned hereby enters my appearance as counsel of record for Orascom Telecom Holdings S.A.E. I certify that I am admitted to practice in this court.

Dated: May 30, 2007

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Nicole E. Erb
   Nicole E. Erb (NE-7104)
   701 Thirteenth Street, N.W.
   Washington, D.C. 20005
   Telephone: (202) 626-3694
   Facsimile: (202) 639-9355

   *Counsel for Defendant*
   *Orascom Telecom Holding, S.A.E.*