UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
The Estate of Yaron Ungar, et al.,

                Plaintiffs-Judgment Creditors,        07 CV 2572

    -against-                                    **AFFIDAVIT OF SERVICE**

Orascom Telecom Holding, S.A.E.,

                Defendant-Garnishee.
-----------------------------------------------------------------x

STATE OF NEW YORK     )
                                   ) ss.:
COUNTY OF NEW YORK   )

    Eileen Goldsmith, being duly sworn, deposes and says:

    That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on July 10, 2007 she served the within:

### COMPLAINT

upon the following, at the address(es) designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:

BY CERTIFIED MAIL: RETURN RECEIPT REQUESTED
The Palestinian Authority
1320 18th Street, N.W., Suite 200
Washington, D.C. 20036

The Palestine Liberation Organization
1320 18th Street, N.W., Suite 200
Washington, D.C. 20036

BY REGISTERED MAIL : RETURN RECEIPT REQUESTED
The Palestinian Authority
The Muqata'a
Al-Israel Street
Ramallah, Israel

The Palestine Liberation Organization
The Muqata'a
Al-Israel Street
Ramallah, Israel

Sworn to before me this
July 10, 2007

_____
Notary Public

INES FLORES
Notary Public, State of New York
No. 01FL1256260
Qualified in Bronx County
Commission Expires April 30, 2011

_____
EILEEN GOLDSMITH

Case 1:07-cv-02572-CM    Document 10    Filed 07/12/2007    Page 3 of 3

