RECEIVED
JUL 06 2007
CHAMBERS OF
COLLEEN McMAHON

# JAROSLAWICZ & JAROS, LLC

ROBERT J. TOLCHIN

July 3, 2007

**MEMO ENDORSED**

BY FAX AND MAIL
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Fax: 212-805-6326

OK

Re: *Ungar v. Orascom Telecom Holding, et al.*
S.D.N.Y docket no. 07-2572

Dear Judge McMahon,

    We represent the plaintiffs in the above referenced matter. We wish to inform the Court that the defendant has agreed to extend our time to answer its motion to dismiss (docket item #4) through July 16, 2007.

Very truly yours,

Robert J. Tolchin

Cc: Chris Curran, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____