UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

THE ESTATE OF YARON UNGAR by and through its
Administrator, DAVID STRACHMAN; DVIR
UNGAR, minor, by his guardians and next friends,
YISHAI UNGAR, minor, by his guardians and next
friends, PROFESSOR MEIR UNGAR, JUDITH
UNGAR, individually and in their capacity as legal
guardians of Plaintiffs DVIR UNGAR and YISHAI
UNGAR; RABBI URI DASBERG, and JUDITH
DASBERG, in their capacity as legal guardians of
Plaintiffs DVIR UNGAR and YISHAI UNGAR;
AMICHAI UNGAR; DAFNA UNGAR; and MICHAL
COHEN,

Docket no:
07 CV 2572  (CM) (LMS)

Plaintiffs / Judgment-Creditors,

-against-

ORASCOM TELECOM HOLDING S.A.E.

Defendant / Garnishee.
-------------------------------------------------------------------- X

## PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO

## DEFENDANTS' MOTION TO DISMISS

**JAROSLAWICZ & JAROS, LLC**
*Attorneys for the Plaintiffs*
225 Broadway, 24th floor
New York, New York 10007
(212) 227-2780

```
%PDF-1.6
%âãÏÓ
91 0 obj
<</Linearized 1/L 193435/O 93/E 18439/N 11/T 191568/H [ 496 258]>>
endobj

xref
91 10
0000000016 00000 n
0000000754 00000 n
0000000855 00000 n
0000001001 00000 n
0000001117 00000 n
0000001343 00000 n
0000001378 00000 n
0000001455 00000 n
0000004148 00000 n
0000000496 00000 n
trailer
<</Size 101/Prev 191557/Root 92 0 R/Info 90 0
R/ID[<2D0204787FCC984C88D528D9B861F13C><E3F0E8EDBEB42849A7BC05A0D14DCE7D>
]>>
startxref
0
%%EOF

100 0 obj
<</Length 163/C 186/Filter/FlateDecode/I 208/O 170/S 124>>stream
xÚb```f``
 ` Û ø  €(Æ „ -"<5 Ê¿r>] ýZêÙ ™ k®?¶Ø!*ÁÀ »ívi  ³«I0
```

…Ì ª ¨rPn²@   6 ì° @" iû   Í

ÄÜ` e >Æ=¬ ú   V,Ó}Ãp é†È,¹ Àrº

L{×CT3^ Ò&

Lû[ ´ ƒt

ÜÝǫ

```
L¯
€4#  _   0 ?Â4Ö
endstream
endobj
92 0 obj
<</Outlines 45 0 R/Metadata 89 0 R/Pages 86 0 R/StructTreeRoot 52 0
R/Type/Catalog>>
endobj
93 0 obj
<</CropBox[0 0 612 792]/Parent 87 0 R/StructParents 0/Contents 95 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 94 0 R/Type/Page>>
endobj
94 0 obj
<</XObject<</Im1 99 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
95 0 obj
<</Length 156/Filter/FlateDecode>>stream
H&TŽ1
Â0 „÷ Ý 7
MòÕÛ4P:ØŠt((
```

```
Î T ª´ñÿãK |·<îøŽÓÇëòAÓè± z ´í®ï2š‰ñ  8oQ±EˆˆåF—
^?[™â?'@w±B^àU1^s83-'Ø+v Æ ë±u…rVZXù2ÁwéLJÈLk\¯F*Ol‰\ 9[#L¤‡‰Ñ¿é$Êh?Êâ¯
 -ü*s
endstream
endobj
96 0 obj
[/ICCBased 98 0 R]
endobj
97 0 obj
<</OPM 1/OP false/op false/Type/ExtGState/SA false/SM 0.02>>
endobj
98 0 obj
<</Length 2598/Filter/FlateDecode/N 3/Alternate/DeviceRGB>>stream
hÞœ-wTT× ‡Ï½wz¡Í0Ò z".0€ô.   Q f  Ê Ã
```

Ml^¨@D   E  € £¡H¬^b!(¨` H Pb0Š¨¨dFÖJ|yyïåå÷Ç½ßÚgïs÷Ù{Ÿµ. $O./ –
™'à z8ÔW…GÐ±ý  x€ ¦ 0Yé©¾AîÁ@$/7 z°È   ü‹Þ

Hü¾eèéO§ƒÿOÒ¬T¾  È_ÄælN:KÂù"NÊ ¤Ší3"¦Æ$Š F‰™/JPÄrbŽ[ä¥Ÿ} ÙQÌìd-[ÄâœSÙÉl1
÷ˆx{† #bÄGÄ  \N|^o<X3I˜Ì ñ[ql2‡™

Š$¶
8¬x  >^~Ã

```
t ñr p¤¸/8æ
 p² âC¹¤¤fó¹qñ °.K njmÍ {r2"8  ¡?"•Èä³é.)É©L^6 <gþ, qmé¢"[šZ[Z š ™~Q¨ÿ°ø7
%Îí"½
øÜ3^Ö÷‡í¯üRê `ÌŠj³ë [Ì~ :¶  wÿ >æ! $E}k¿ñÅyhây‰  RmŒ 333 ¸ -`¸ ¿ë :ü
}ñ=#ñv¿—‡ÎÊ‰e
" tqÝX)I)B>==•ÉâÐ
ÿ<Äÿ8ð¯óX È‰åð9<QD¨hÊ¸¼8Q»yl®€>Â£syÿ©‰ÿ0ìOZœk`(õÝ 5Ê HÝ  äç>€¢   yPÜõßûæƒ
  â> ¦:±8÷Ÿ ýû®p‰ø`Î û ç  Lg ù <kâk     Ð€ $  È   t !0 VÀ 8 7° ø `
```

Ö   ^  É€ 2A.Ø

```
@ Ø ö,JP êA#h '@ 8
.€Ëà:ᵕ      î€ ` Œfç` ¼ ó  a!2D ä!UH
2€Ì  d ¹A>P
```

ECq    B¹Ð ¨ *…*¡Z¨ ú : ]€®B Ð=h š,~…ÞÃ L,©º2¬
Ã

Ø      ö†ƒá5p œ çÀùðN¸ ®ƒ Áíð ø:| – ŸÃ³ @^
QC

```
 â,ø! H,ÂG6 …H9R‡´ ]H/r
A|'w(
```

Š,¢£

Q¶(OT Š…JCm@ £*QGQí¨-Ô-Ô(j õ MF+¡
Ð6h/ô*t : ]€.G7 ÛÐ—ÐwÐãè7

††ÑÁXa<1á˜  Ì:L1æ ¦ s-3€ ÃÎb±Xy¬ Ö

ë‡eb Ø ì~ìlì9ì v û GÄ©âÌpî¸   —‡+Ç5áÎâ q ¸y¼ ^
o𝑓÷Ã³ñÙø |=¾
  ?ŽŸ'H t v„`B a3¡¸ÐB¸DxHxE$ Õ&ÖÄ "—
¸&XA<N¼B %¾#É ôI.¤H' ´"t„tžt ôŠL&k" É d y'¹'|'ü˜üV,"a$á%Ã-
Ø(Q%Ñ.1(ñB /©%é$¹V2G²\ò¤ä
Éi)¼"¶"< SjƒT•Ô)©a©YiŠ´©´Ÿt²t±t"ôUéI ¬Œ¶Œ>

[&_æºÌE™1
BÑ ¸PX"–"zÊ%Ê8 CÕ¡zQ ¨EÔo¨ýÔ Y Ùe²¡²Y²U²gdGh M>æEK¢•ÐNÐ†hÏ—
(/qZÂY²cIË'Á%srŠrŽr ¹B¹V¹;rîåéònò‰ò»å¡ä)  ô   2

```
*\R~V¤*Ú*²
 O(ÞW,•ô• •Ö) VêSšUVQöPNUÞ¯|QyZ…|â¨' R|rVeJ•¢j¯ÊU-
S=§úŒ.Kw¢'Ñ+è=ô 5%5O5¡Z-Z¿Ú¼°Žz^zžz«ú#
, C#V£L£[cFSUÓW3W³Yô¾ ^<¡ ¯µO«WkN[G;L{>v‡ö¤ŽœŽ—
NŽN³ÎC]²®ƒnšn îm=Œ-C/QÎ€ÞM}XßB?^¿Jÿ† l`iÀ58`0° ½Ôz)oiÝÒaC'¡"a†a³á¨ ÍÈÇ(Ï¨
Ãè…±¦q„ñnã^ãO& &I&õ& LeLW~æ™v™þj|oÆ2«2»mN6w7ßhÞiÞr™Á2Î²ƒËÎZP,|-
¶Yt[|´´²ä[¶XNYiZE[U[
3¨
```

```
 Flãš5ÚÚÙz£õièw6-
6 > 6¿Ø Ú&Ú6ÙN.×YÎY^¿|ÌNÝŽiWk7bO· ¶?d?â æÀt¨sxâ¨áÈvlpœpÒsJp:æôÂÙÄ™ÏÜæ<çbã
²Þà¼+âêáZèÚï&ã âVéöØ]Ý=Î½Ù}ÆÃÂc ÇyO´§·çnÏa/e/-W£×Ì
« ëWôx"¼ƒ¼+½Ÿøèûð}° |aß ¾{|®ÔZÉ[Ùá ü¼üöø=ò×ñOóý>  à-
P ð4Ð407°7^   Ô ô&Ø9.$øA^n^0¤;T242´1t.Ì5¬4ld•ñªõ«®‡+„sÃ;#° ¡
 ³«ÝVï]=-i Y 9´FgMÖš«k Ö&-= % ÅŒ:  Ž
```

<nšþÀôcŌlgc¼bªcfX.¬}¬çlGv {šcÇ)åLÃÚÂ–
ÆNÆÙÅí‰>Šw^/ Ÿæ°p+¹/ < j æ ý  $.$…%µ&ã'£"Oñdx&¼ž •"¬" TƒÔ,Ô'4>´½i3|o~C:"¾
&½S@ ýLõ    u…[…£ ö U o3C3OfIgñ²ú²õ³wdOä¸ç|½

```
µŽµ®;W-wsîèz§õµ
1 °7jlÌß8¾ÉcÓÑÍ„Í‰> È3É+Í{½‰lKW¾rþ|ü±--[>
$
ø ÃÛ1·ÕlGmçnïßa¾cÿŽO…ìÂkE&EåEŠYÅ×¾2ýªâ«… ±;ûK,K
```

îÂìâí Úí°ûh©tiNéØ-ß=íeô²Â²×{£ö^-
_V^³ °O¸o¤Â§¢s¿æþ]û?TÆWÞ©r®j-Vª ÞQ=w€}`ð ãÁ- åš¢š÷‡¸‡îÖzÔ¶×i×•-
Æ Î8ü´>´¾÷kÆ×

E
 ðŽŒ
<ÚÓhÕØØ¤ÔÒ

7
>§ŽE–»ù ë7 –†–µ–´Ö¢ãà¸ðø³o£¿ :á}¢û$ãdËwZßU·QÚ
Û¡öìö™ŽøŽ'ÎðÎ S+NuwÛvµ}oôý'Ój§«ÎÈŽ)9K8> vá\Î¹Ùó©ç§/Ä] ëŽê~pqÕÅÛ= =Ý—
¼/]¹ì~ùb¯Sï¹+vWN_µ¹zê ãZÇuËëí} }m?XüÐöoÙß~ÃêFçMë>] Ë Î

:

^¸åzëòm¯Û×ï¬¼30 2tw8rxä.ûîä½¤{/ïgÜŸ °é!úaá#©Gå •-×ý¨÷cë^åÈ™Q×Ñ¾'AO-Œ±Æžÿ"
þÓ‡ñü§ä§å ª  "f"§§Ü§n>[ýlüÿêô\u00e0é,Ÿ¥ ®~¡ûâ»_  é>Y53þ'ÿrá×âWò¯Ž¼^ö°{Ö öñ>ä7ó
s…oåß-}Çx×û>ÌýÄ|æ ì‡Š z»>y z¸ ¼°ð>   ÷„õÛ

endstream
endobj
99 0 obj
<</Subtype/Image/Length 14098/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 1145/Type/XObject>>stream
ÿ;ìÌ ƒ#Ù>xR

!à‡,  *30rœ ð¤@9p¢, Éòœ9°sÂ›ÌÙpráÈ0†ÃËƒ› f)°s+ l ØB

cù

#ÈN! ò-] "p‡,- x$‡àŽ˜p,ð,Â
ñ â! á á „ „ _

éÇü÷   ¤ ¼ ¿

àgsœéÏ¡ìóøóœî}0<óè{: >‡ ç'> ÀÎ s ÎLúb- _üàp,ð,ð,Â
Â
^ œÿÇáðÿÏ?ü3÷óÏÿ

óáœÿÿÿòG ÿ<ø|? |<'ó< ¿Ã?x\/Ìð,Ìð,ÿ

÷ÿü3Ìï

ýÃ8 øg™Þ _þtÂ  ._ÿ"î
áp¾vá
Ã 2O { 0²L a a  †{
ÆCÙ àºËr

ðÎ  / 5

) •…Ė:r

) °ŒÅÃ
Ã |0ƒ ð@Â

.Sf¡¿ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿå›ŠMÉ¢  ù1 á „|ŽEã,'óÑ¦{( \6

Ã™„>   É\®7eÌè
c€Á.!°ØOHkù A

ÿ Lw Èc |Ž Ã,%ì"æ

```
0@Ï…ØsqyÈÐ " 2Ü Ø_
> ]   ênÍÆêsñ|h':?Ã-p`Á @Üþnƒ/    @Ëòú  Â 0ßÃuO  ñ´ §k|0éë{§i§QÃ~5µ¾,
b B,
×¸ØþqÃñÇ 6¢8£¼qÆöû  H}[ü%ÿ
```

?Üúw`ô>óû ·°~ ×Kþ ¿á¿ãíƒûã`ÿ`ø,ÿÿ–îþ  ÎåGÃƒÐ¾oƒ òAráÏÿøoþ  âÝ z7ÿÁ¾°ß†–
íõ~ßÝ‡þ:¿Mø»®þÞÙ×í ;]]¿øcÿIô>òB0¼‰‰ž]íì5Ã

+

L0'°ûa,?©< ' ía|˜Xi (q  pÂ@ , Ä b

`Ä

v( 0à ™… (   ^DáA  ` ,  `

ã„GÙ g Ï ÎðÎ9Ü    Å‰ˆŽgV"#+ª™Lxn?å`U Ò8Š|§"#5" –Ï

ó#¢:#²ùs0G„>3áLÁ

Â`Å•ÂŒê)>r?  Ø!v}˜

ç ™Œ†!ð`Ð!Á

™ñ
Pè 8 "" AÆ,SL(A Dü 2ì 0A… [†hgŽF=‡ ƒ`,,a ÙÃ= J
        ð`Á .d¼ ?4n/ eàa, Läø¾„YÃ Nr ÁŸ H6-'!´ @ †àŸ T 8@ ƒ  óüö z
† °Ã¬ i^¿o  ÖÔ 0Ú ñm´©† I0ýÂ\PA¿  -ÙNA‡â8ÿCŠA¼Í2 ?wI ÚI>ª ,5¿ëúÃ
÷àý'IÖõÃ Ï|Ø¥b q
/ O¿-G VÚ÷°|A ñì>.ÞšÞgL±Ü0kÿ,r  Í a†ÿƒ −ïÿæþ æûi¤ýa´ƒ

```
WR'ÿÇÏ-¼0þºaøoý-ðÃñnÒívÝ‡ ~¿ã†- k-‡ö-Ù©møá m Ç¶- xnÛi ï·†;K<¿
ì5Øa x|£bšØa ºÔ0årÅL0,l%þQì4ÃæeÝ{#- 0P>   A, à…4Ð
`Ä#Á ƒ B´Ãƒ ƒ ~ @Á  "  œ Ã, A
lAƒ , K…@<ð^øtaÌà©¢© Œ2iÉ &Û0"?å©XS,Á,`¡´ †"6 V*òÓÃ9 Ñâ83 ~ ÀÐrÈ²3dlfÆ`S
63c0) > L
```

```
À¦ 0) KŠ`Râ  À¥Ä.) L
\Bâ~ À¥Å6)qL
`Râ~  „8ké„krº¨¦ 03 ~ À¦ 03 ~ À¦ .)±KŠ`S ~ ¸¦ 0) L
\UN×N×µïúéª¦~">" T(AäP~¶
        "\¦q   µ Š  GÿÿÿþYÔÙ GÑÛ¹\³/-ds=ŸÎ3, Y±IÅ8 Ž Ÿ(
b\9ð`œCâ™²ps !ÁI ™„> H à`†Ñ
```

¼DB#‰  ¸á²  å

5 ¸¤äc−9    ô 9ƒ

ŸØA,Á—a,. ƒ

A, h

‰NÙ

&lt;Þ æä ´/&^ ! A:&lt;ÍÛGœÿAÐ ÃpàÚI‚m  mÔÓ

0KÕmX1 I7a„"8a¨X4 `Ù   „t jaÊáa   # * $h  a p!àÎ ,

0@Â a'Ø,

8b @Ãƒ  h  m°šeÂE

,)ùŨ œpEÔîT-d•œpA'

«(å$)d–ÕN)–` ¹Mš†ÿ–±¯–Z, dC '3 ‡z,ƒã;5å‰`>ž
È § Á ™ɕ„ !^|C€æÄ„Y

EÎ„ $è AÞ F¼àÐF· ?8á°72 "¶°>I!
Ò

<Í¤ÚT. ò:•h§eÈÙ ~ÃÁ 8éÒJê Ò^àá…øo ¾ ¥¶'D3I Ý´ŸÃ I±ô¶Ô$ I/Ú_†ß¤Ûi ´,
Ã SÛ¯Ø®>H$Ù×b,
,A l.Çøvó| *L Z ":.^ñ¼$, ,   [Ea  Ã;.ÎÊH"³ÐdGÛHŠ<Ž
±     6)

SHDq K,€€à¤d~F #¼…„s±@]Ô®j E

šEAO~qÃ A£I¢Ÿ%¦""0eàoô8†
 ™ùi,†øa¸Š«XA6ÿÿs½R s§ 4ÍhÛ?

g >Ž# ÌCÄi—#d| EÈ  ' —fÆ|!è"%`0·&9 še®pSf C ^98 Gôw
     Æ »£Ù â,#àh Ý,a ØFêËt ¸8¤kòãÑîì¾²þ C ¡÷ ÐN" ÍÂõHöÁ6Ì —àí-
ÜRl3s-8»»¿ðÇô»Ýøý÷i {I?ïL -™ R8ÍC*Ãš

```
êFÃ1üù þ 2€cýâ½Ñƒì`Š~# ¯ƒ
N ã#'~Ã Ð m  ~Â4 ÿ
ŽýìÃý¿Û_ÿmsè9. ,
—0¡´ƒA´"¡~Â?ó
ó~~°ÃHé/N
```

žþFAÓd+^=`¸a  ß
$ W¶—k<rÈ  &É

B   ã C 6+'GlŠ? ð

ÂaŠ 0ƒ b    Â

Á P̀ò:„

A ˆéƒ„-' ÇhãÛAsŽÑ‡Ãn", Ù,""-•Ï/¶"ºûulŠ|tzB
—uï÷K

;–w'ÔÙûKëí'(?

Ž˜…ûioûia¾";

éìV¿±æ×ö í fš´©Õ\ ^m  V D:    *ìê: nR¡Ð-^¤ØŠVÕm(a„ iC^q^ÿÿÿÿÿå£W¨å"'*™§,¢Ã
"8† q~

"+[ 44ƒA ;% îÎÖ¤'I…    Ý„ö<²„ A[Q û²]6!e[DÆLŽ <xdè[ÿ ònœ 4

ä€æÂ"ìœ 52pÐ`)˜9ñÄ:† †z a €[ù ù  ¶ •.V

~á¦<²W   "\ af  /

9ñ

D4Á  =8Ù  ½H

!

.p,Nþ,

```
6ô o{-
Ó!l¸A ud|° ã¦Z ÃxtƒéúcŽ"lã‡-á  FöY4;Ï¡¡ç êŒ;õðÃÒn:O· °MÃ MþÞ  ö %\˜ÿC"u-
õ†ò}± uŸý=´Xå
```

ŷ×

mÖ1×(Û$y?7=†, ßÝaÝ/¥«ap©7¶"~ a,;        „ aŠ. ¡ 6 Â l8 aˆ@ ‡

```
A'œrn`Î9n …;–äì–'  P¦ÍC ùk EO$"  ò0)@C@¥ °ÀS M ™†yjÕÌÃ˜ ¸.ƒ'
p*
    Ô  Fä^
A ´Ð"X
```

.Ó    A"°Ó    % ÐA £   ¡†`þr

ÂA t¶-éýÚ¤ I· ˉÏ¼ ©·_úvŒ:Æˉ¢Öõ£¡t¡„' äq4gs

ÒÒ_ãøé[k I\F·¶—ìò~T~O´.êN  &Œ{ úp?ã›¬VÜÜý žÖÙ#n² öë¤Ûì4ŸÒojÛ
ÚX_Û  p°ÚØ0X0¤t 0A„!´ 0Æ „x6 !ü  aˆ D9°Õ

Ú #ì "c† Ç  n £¹WŸ2«Œ¡¢Ó–È ZÀ
ÔYôGQŸ
 Í  !ËV`¶ˆùxŽ Ì

¹ ` éMš†ÿÿ•Õ

¥³XÎƒ"ÈÒ/ 2>GG†h f'Áš,  >3VG    |! †€Á B8ÈbŸ 5 AÅ81+©†

¬ "ìœeÆp `Á J"8ƒCb

Ð  "ŭ

ffxƒ  s

aƒ  9´liƒ/ð<@fqçh p<D"Ð ö Oæø3R

3R  p,  ó@ƒ  H"Ck

:   ÚNž-,aîŽ=D    µ®·÷A:
     ‡£  ô   Ûçpô ã8üi7ûv «vž<qÇÅ!Ví W÷öö†"yõWÂI[ ´Üã´¿?ùÝRyÇiy .•û~ }2){q
öâ   &Ã Kí¤û|uûuñïÿ†ƒ

—Ÿí

0A[JƒA,Á, `¡`â K
  "

0Èà B"  ` ‡ *+  C ;ƒ @ †!„" l@Ä  Ù a  P!A
!  [IÁ ü ,Dc`'`§3"¨ )

`Ëj Sf¡¿ÿÿÿÿË( A  "-@Tl L ;¬R¨×!G"¨8\ì207  YÃðDÑ† è
ýÃù Ò$±®ÍqCöpa 0žËr?ž#†G DC  g

Â

Â

```
Ž(A,
Šb°! B″8D| H¡Ñ ¡àŠ²N   — "‡@ p^é„J gÀ<Wƒr>5
ÿÿùj  pHa
 @¡† †!ZÜ³ "¨Íyš#Æ¦GG#8 >ÈìÙ  ÀÌ
`S ~ À¥Å0*0îWX  L
`S  ~  L
`S — À¦ 0) L
\S ~ À¥Ä.) L
`Râ~ À¥Å0) L
\Bâ~ ,¦ 0) KŠ`S — À¦ .) L
`PLÀ¡ `Y P´E hiéÿþ" ÝWý?ý?TÓ¿OÓïM=3°g  e
```

æÞ nZ

```
 0 Ä ÿÿü´ Å&d;; Ìž#q
gbFDDqMHÏ7 gB=  ät_4Í è ¤0Øf −rÝ) …'Ôd 1žÌ3èÍ−ÌÄ3Ï L)
 q„   B ;5  „
```

À,pÁ ! † ƒ ^ ƒ . Š^Ó`Ù1Ò ƒ à<~2\P@åu^ÐCã#† dá ^i Œê2 eÈð`ø^DB#‰ "v

```
@,Ã Á àoB
8`ƒƒ.€Á—8DèÌ4Á"°Á—J7A—Ì a>
Æ,
```

`" açó~ <„ a„Xí 0a  üzÁ>@¬†Ð DÏ ´  ).¾† 0A  ƒ. Á   „íxa» ƒé´ ú}½öñwNèl]Å
Ú

-ÕÒÛ@^÷§i ƒa Ãz¯p a¸®, ÿ
â -w   ¿÷ó»ž èt¬{¬îí}&ý Ý£ Hi¼q}&ó5 ~¤œJ?'È¿™² ~Í

Í Ž2s÷ÏªÒð¹õ ÿ„˜?I·

?÷Øa*VÝa.úÛœv°Jþ½>¤À¡  D&qŸ ^È" ÂZ ~

Ù'Ä6A << DxØ  ðŒì  L  Â4 ÷ --È„
`ðKâ  ƒõo

>ōŌ

U&Ý(,I,Òon>êý xÂ7

G°
ÿ™Î?âæ€æè0ð<  /—

-Ãýð';‡<m)¡¡Í¥ t¾ëæÓ|ßI½Æ Æï·I7° CðÄ_ §~

h] úCÞ Ï
í x íƒ~ 7†ÿô H7GžÒÃsÍüþöÒÿý }ÿÑ″~Õ_Tm/°`°6ŸØ<œs ÒÅôƒíâ õØoª·†?m ,Þ-¶»
&ûÍ°m-´Òÿ´±ÿý³¯í¥ÿþ

0E¿ÿÁ¼ ñ~ É†tò…W·"f ÚXlÇÚI6¡õa„ A~>b¶Ò¿I¾+a£»K(Zí„³§i ÙôÃ_6˜¦ëØg—j_

,ö Ïì»Ïa®Âa 8fìÁØ ”(`Á+
¬4Ø4ÖÕ
GLP lXIŠ  E

Ã,  …8,D  BÃi680Š ¨N m& 0V

H ³ A,

2< 4

$ r(ïd , è Ù/LB =Œ äQÜT 0ƒb,

Á;

0ƒ†\Ã ,
Ã b,ƒ  D0„ b*!!`Ã#

```
A  8á ×-Îã<§• &S"
¡  m D|0hD B B „ 1 N !§  Î;>  #áÁ^(DtÂE
```

ˆøE   V I„

```
 ) «cƒ02‡ CA,`„ BÓ²yg2
ËFfI1ÎÖàºI"-é E3 ,Ã#b„l! ýý-ã 1  D)"8…R¸(Câ,"'
àÈ»HXd@È12 ä!È• |#r(äœ ä#[@Á   º ta æq~9>Hz?0eÍ„YÃƒ  A @ÃA„ L$nÚéÂ :  ˆ+'
h(A&-m ƒ{A  m¶µ_Ó †ºqIPSŽñÃ$Ãôƒm¶'I Øimé aá$>‡Ÿ[¾•¶Å+
```

DTíô¶Ò0Òa§a† I…µ`Á ÓV`Ç

B¦!82 öð@ÒØ„Ø@Â   0Ä !, 1 îÅrl3Q  -' Ü> E ±

#ÿÿà²*ŽÔ³¿9hèíY lÈª+dw© „ŠÜJ" žÁB£¾MÔâ9*;ò. '  Qõ åd%ÉhCâ¯Æî É°=ˆ'ÅÃ

ŸÃàËÀÁ,pÁ  " Ì—ø& ÕÚiõvý¯ £Ž·¥ñÿÿ;IåMgdG\Ïs

0A„h

žh^   Â

"ì0ÁE

!ø Ñ wá G`˜a0,>  ÷
,s@L%d¡è÷d‡HöÂ?<#Ceðg GæÍÌõ?† Œ6

3®%á  /ƒ9 k   ,
£[  ß

#[fàм£{

fósA7£[ ÎL ßžá !ÁðÍí$ƒ > ²¾ "ùòÍïØ
áÛ¤0ÍÑw Òx'ìXCZ <½<{¾èt-ÿ zl ¡ÿÇãJþ´<{´· ÿÝ*
^_ÇÿkÛJaÎ>™/÷_ì-!f

'   !l88l[# 8‡ Å !  D A±@^ 829´ÑÔ# \Ø…"  ƒbš

B 0B  "- a  8eÌ Á  „ƒ Ch0 q  Ú Š-  ÐR:,#ìc(p^è3@@Á"  i„

ƒ  ŠŇŬPXB & ^† 0L1

& 3X a e`@Â   "¹V[•Gfy7  ^^Š7É°  %¬ –ÂÈqA

>\T ÿùì )]e Š³ÙÛc;ª%,©3²ÖR'ì äTGLœ ÷É€Ž†÷

^2ø7 A>hƒ þÝ¿ÿý~w5ÿÊáL f

Ðó2?—fÌÐ³Þ 43<Ã\$ ø¹ „!ÄqŸ<™ƒ4   ÏÄ^#Ò|Í,åÆi>dqæc6dq

±O xfÌŽ2ãÏŠm—2ã>/^!„|>  Œ*,,v ð;
 & Á Ú  º³Ž ! ØF¼±áB5º o Ùx h, Þ ±² xtk,4<#ãlÙ z5â,44||8ÍÔ<¤û á ÔŽ,(}<Ü ø
Ã6 vo¤î Û/,
 …ÅÕ /F¸má;  Ð¶iû ŸBÚa?bËà  õÄ2?ºt?o†ÇÇô½Ú Š-¿Ì9 c·i?ó ö

Bó ýƒhBÎîŒ

 y=¤#þzó[û÷ð_ý Ï[h -Kÿï  "Çÿø0ðFzÿü Á-ÿ,>p Ÿo_ ùažþÁ ï
Šb¿ìúûÂ

s

```
B  0ƒ   ¡—0ƒdÝ    Ã#pLA äÞÂ ƒa0,
"tÓA `ƒÃ    GL" b . ¡àŠº½ GR‡5ÑÇ±
    ²á
„Ô² exŽÒ¢Ó¬7ÌŒª *Æ0 †ST¸ ÿÿ) œ²Î2 ÎÉ3´"¡ Á™+3¬UHî¦@ ²n",ds;""hŽ æyÏ(SX0
qù¨#ª>Á÷"bæv "<üG î  ÛiÃƒ ïãÁ
```

ˆ`f
Ø@Û<ý¯ÑñÒÿ¾?ý %ÈŒÉ>P³E ü'~f²  Ž^mr- Tu¬ dèÛ'?! ¢0Ï2 ÌÙ¢.F #−|ÈA„D¨^æ,à−
 Èø §^
fr?"¹ë#ò&   "²Ü>'Ù È¹.Y³ÖB æG  „ .fÌð¦

Ž0^•   ‰ . <d.  œ .

S`à‡`Æ⎮   "âÙ†    ä(ÀÁ `‡„  !  Á á„  !

q   ö EÀa~E  Àí  Ã  ×Â3¶Xõ'»  Ø0    ″|‡

É

,4C7 -

0¾  ÉA 0ÁaÁ´|l•¶XË'n#GÇ7 É

'ñƒ.Â

```
  =Ù} ßö_R
mÐ574kl¾£wG¸fãsA `í²ù£^ozV A¼3yxƒºOcÐw `Ÿ,„Ý
C» E¾=´¦Z$ A¶ a?ú     ºzv`è{m
  ºTÛßçÓ·ÂÞ øï¤ø¿½ »¶>Þ‡Wô;ì-+ûø,ªý èÁî© ±
ÿÿ8}ö¿F"õ>-4„ ÚKÇïöGÜ µò ¿S¨éÍ ù•ß¬Íþ yÆÿá^@< þ ·þéD ²
→½ý×ÿ÷ÿVÑÝ¤ ÷û Ã >
ø#ßßÃ?¶ ùÔ ÷ÿµü _,+:  èäÁl3"
```

÷- ½ ylT ´
ÿÛÛÿý[>´¶ äÅ1A%í´ò{Ñôåðþ«|0¤uªduü3
GV' v Ø3 ir8á Ÿzi,

```
Ez|œCŠb~† q
'Ž0ƒj  ²÷£^iéäuÄ9
~GU< 0ƒŽ) cªb
```

Â <"œX!AHè  C ¶ N(  Â  G0ƒ 6D ` ²CŒ Â

Ø…$8â~29Ä ƒb  A  ƒdÞ  8¤  Ë>A a pÙ
œÐ ,

' ƒ ]2à& Î"à«èã‡&é :# Š-GA": ¡øE #¦IÁ   CÈè Ç'ÓAA tGÂ(y A ôw (0L§-
ƒ ÓL® ""

Ö
T -          ‹

bð]í'ÁX`'6„šåô—m Ú]ÿø7,"ãX`ú |†\Øo{

Ò^~Ä96©—3ÍZ«
     öÈ[# , Ód, v i'½c  C† `˜"‡i´Á,A   A„   ,`ƒ

B 0PE

–Ú;° " •ÕZš2  yø¢:FqœK"‡• ``DU™¡" Æb$óŒœ

Ï
xŠLÄlóìû#äŒ¹ ~D|H 9'â?%„X# EÂ&¤G~31ù²Ï

```
à ^ h,r/    L¨-]³<ô  %ÙA åã D09*®é±,r0Œò9  ,  ` ‘Ìã6
^ñºDEtGŠ†l  ys6`†m~   , ƒ  ³6`¡ }
 „^ðA,      „Á í- (P gè Ð²9„,#Ù- EÀ0~GÆ p aè÷ »
```

3

Ä0  o  ,0ï  ÖÑ®Ë-  Fð¡  Ø!

®
ƒX† »  aQ1Ìá ¨G ” Çca   "8a 4 ƒphþ Ã³s= M²ù³`AÝ—Í¸pm îËêA„  È#xaÃ²|a„øøÑù#{
 AÔ8m+Ñ®Í¦;/š°LÜ m ÝŠŠDt CÙ±Š 7†n7Ð¼"ý Ò#<<ˆv 6—ƒÉå

3y± ƒl¹Ã Ia @¦Ý,0>Ié:M¨öîèm{

ÝÚº×ôua˜>[UÍ«†s†nm. R:#îmì ¿Ô Ù ô „qÚXR9÷Á−˜º

0'r7ì„®   ð ß# ñ

Á $ ãƒb-G,

aŠ B

```
  ` š
Pds 0ƒdQÃ±   „ÅH£°ƒ 0ƒb,
```

l ã°ƒ 0>  r(á²(á„!,h‡¬S ˜† Æ lPb   a'G U„
Š      â, Â

C§  …$97   ¨"8¬A  H0ƒa
"t C† b A 8Èè Ç'ÐE

ÿ!zD¥>ÿ|‰/+($ ; Òƒƒß  6 $ß•hè DCÎŒœ

ðÌ Ã4F#ŒœõH jaš DO#>ÏŠl .)  <'˜Ï_?ælÑ¦GÍçÑˆ'f¿.É

Ñ A2>b42tbI³ÙŒá"³L»3 Œ „EƒÐ™Ê,ëNÖ½: ,oÈâœ O  , ³ "øA, G6 h#@f

(@Œ`  2 9 f .fâì†Ja™ 8† ¬0Í2ì? »

2à  Æ…„ | $ï¨  <Ø#Yð«

! €@@ŒX. „{4Hæ "<„`<pÁ ? ,#9 Ã !…„]„  "à €u ÂZØ ÉÝ-àÜ$~a ï      Ñù
@Øm$ a"Ã-

ÝA Ù}¬ gû|&éÛ¤4·†*)6Ý!Â ,i íRIC/@T i ®ž?¿[»IÿHx^@˜¡ Kÿ¤#ûibÓ_øk¿ñk

ø …}&ßñÞ¿Ï ¥0ËìÝ¥0tdp  '¤Å '¤ IwÑ ÕÿvÐ"<–ìW
ø0ÿ $-ür{ÿö×o= „   û¿å
×ü qt»ða÷LWÝé%I H#
¨$'t• ¿½×ÝX¨¯ÙÍŒº }ŸEð ûUô¯  ÿ»ipb _è#‰ Ý¤¿ê ig?ÐJÅC9¶ /‡†nm&˜g=³>aL D}
š-©$   Ò#é eÝ—×a˜¸í'ÃI|¿RC…@á„PðEA ²;† CÈè CÁ  )Ùã
GPÁ&BŽD€pìŽ ƒ ,  0É@ D$    Ž, ÂEÍ <Ž 1A  -   g

A$~ aHè  Úb~† Šb~¦~  ±LŠ8mÅ% b'' (QRn ±A  6( a^I„ b
     ¦, Á !āE:.~& Ö !  Z@ GkÚ `§t]Êz8ë,  `¥9ÞÁ0šDŬ#G(pAe8D¸çË!`Ö ¡ÖŽå9œ&
   ":šÁ<·

³ , ÊÂ!µ Ü¨Êt ÐgÀºe

Qr° © ©Çj™`k0c,¢`øÊñ ŠæL  ôÒv H  ¥°I°, b ²< q  ÿÿ-b ß£²

```
 ^ djå"3;,"¾|T3°6D2æA &
    ©^ )KvEƒ ZMÕÃ°<' }Ý-vÝÃD-œk&Äð<˜7Åñ  |Zq½´áB  zÿëyÚÚöç Õ
ÙJ_ù%ûŒD ÏÄ†¤I'xÑŸ,æ"sô>„w«!`-
 ™Ü½9†hDb.FŒÎ EÐ@Ï™¶^7 <Æc6Dr33ñv\f±Ÿ  ˜#†~.ÍžS„>)àç q`ÆD
 s.3 oÍC0fÎà % uÈã>FÆ` ŽBø0@Í²8¡  žB  e8Â
 G…Øa   2$ 0 gOI&éiIŽ h#@`ª^°!£Ø`„0ƒG† ¹C,#á-Ã¶IáŠ
```

& F°Á0ª t{a Øa  G°Â˜'„]Â.ÁÍ"|

Ã"•ƒg!,n«žá»   ,(vÚI Pì7>t   ƒb JG 7R ö"ö;»Šc7a;Ò †ÐÐ‚O¾†‚¿Œ'j Ã-
§   aÎî ƒooC¯āvÇa ¡MÚM¤†=CƒÂ Ú¡ Cé{¤"î·-½ø?}ƒÛB¶"Ê/2

Å¨@ö

l4, +!o±JÒ}¤Ã ÈÇ~œAº™ P`" ˜E

Â   C† "œS àá¢   Ã 0 „   V6"   lP `ƒ ?`Ä LPA± Á b¢ $8„G Œ Ø„ÕM )ƒ.Â

*(1    | !    \Â

21Â

A!† A,
„ƒh!'Ó #pH6¢ A„Ù7N Q  A„ ÇDuÑ J  á
a, k  ,a0l  DA,&ÅÃrnfÎÒc´¼´ GØ^ÇI&‚IŠ,

T èF"?ÿùmŒ¥°¸Ë\ì± ′çeY)ÎÔ ØFugd™Ø¡…* )Ô þr)Ä! L"DtG 3l)(  āL†ÿMÉXDp,82ð ¾$"-#zxM´Ó»»N

÷

0Â   c†    Ç  ^<î>¿ßA  ÿ ǔ–#º4E  Ÿù  ¹  Š  ·äH  êÙ$³]šGTKÙ0ÉÙ  F#;1–
DèÇš  š1  Š–R  Ò:  !  Ù™æ"vh  £™s8fdf  .G  l,#Â^x5•  Ù    ²º   ë'ÄW"Ù:  r`eÇžeÆSÅÈÀÏ™
æ\f  02@@@Â"DŽ3â,"ñ  s  u!œ   =~Èfa`Å  ‰  8Â  „

Û  q, 0Á   ³6fØ"

àâ

Κ,Â3°Ρ˜  Â  ^Ì0Œá˜a   '  »  ð  €pŒî  Á     „

#Xa x†Âa& a„"0<€Â hñL ¼  Öö =¾E  Ë†  w#v

v–ÁÑ8¢Ñë~ F † Ï—ú2==¥Ï¢þºÁä½ù÷§3°aÿø"Çûi þ

> ×ÿöÒÿïÁ¼ ïwÝ×ø7Ó¥ƒx#_û¯A~pGÏÿßi1]ÿþ
à Ÿ  Ùï

2è ÿì#çØ§«þÏ¢è=ŸT–á…ò}† ¿ý†sÏ'U[9û

ÜÚëæ'MX¥=½ë oö Šó
        Gg?1¾ª #-}†ba,

ÒjÈô3 {a+ËödzÂ

ErlàƒŠØ‡G R:UMV!ûL $ Ž¤Qät "œ„ Lx6 A,

2(á  Â

A !…#¦Hy   ±A  Š@àÈæÆ  h6!1
!  Ø„G  !4  8  ƒƒ#>    a  Å  ØÂ
b,

q„ A°eØA a  bƒ# („ÔÞb a  „ a8¨¨eÍ¦¤Þ  4*-Ò#áHé Š 4äÝ # Š-GT

A#Ž¶   ôqÖ

> \°!çaé a,> DØ n""©%H>  6&pAUDGÿÿÉ¶™ÚS>ÎÂgtÌ sµ,È
2

)Ù--F¨Î'Š "ÈÞuÏ2(!öPŒ3†hÌó

üS³ðSFNy¸Ñ g™¡ŸÎ æS'¦`ÁK¬Ã4#Q™`â3 ^ì•d|D Šó f¡¤>,"a-"< 0@<Á "G  2@&pg

Ã#Š  rn

0@Â    ¶pÁ ñ#Š  ,<  e  ¹p\Á‘Ì a G Ž`˜"-ƒD[Dx Èb, fÌ& DxÛ0fÌ 1àŒäW Â

#Ù CDC´E ‰ „ Žq

† 0   „!¢"
€a
Bâ F¶   öÑá„k
0 l#X0Í-ˆhöðKxFèG¼ èøè8fòí„~lÜ- -»g fè0@ÁOtk„_0Øt| Ž¤îÍ¡¡²ò ¾ v gsód  lh
Á O v_Y¸ hßG»/
 M¸pá  A„ÍÎô Ù¹³hklÞl5Ð Ô»a›™æ‚Ù}

Ú  fö ¼ÝJÑñØ¨t°ÏÌR
ážfêDqp !z xb‡

j Ç‡Çz}út0Æ˜~®0>Åé´¶ÛJ6 Çð‡ CK è=!ÿNµ»Ç¾?Ž Â t:õoý´E-<  21ü Oõ¬Ã £{©Ô˜9Ã
ú1 ‚ÿõºl _¶−à¿íª£ F Ââ»ó# Gú0 ]† ô`þ
æc_b`ÿÿùÀË‐ aƒFÒ }ÿã¤ß kƒv
ÿþ Ñÿü  î¼0cø"ßþèîÐ_†− ÷ÿðF¿÷ûì™þßçHÂ=Û3_ÿÿOÿa Ø"²Þ ¬w]ÿÓv

Þ'>Og"> Û³
Øg=-/üÂîÏ'(Ã·ê /Í¤ ì5b~áœö Ì Zå×á #³>

*K¥¶sì,0¤t }Ã1}—õ#öG¬ A p`«ÿ

Ü¾_l*öGýƒ#» 2<÷È\ ì0—#w²

ž¡`ÝŠ`ø8¦!E\D0 Š Q  ppÂ Â

0„0ƒŠbƒ ¤QÃ °  Ù#ƒ† a6E 6~LPA±R– °pÂ

6 ) ŠdQÃd‡

! ²1á nä-† a6( Á ÅA'ÍŠdœ Ã ,

Â

ÂlB 0ƒŠ

B 0*fc* 0A±
 sb Pi,.0b  m Â,*Á k„Èô·$ÄDf`S2

```
vI â""Ùfè „° 6 O„i° õk„ Q   Ä
  ~©Mš†ÿÿÿÿÿÿÿÿÿÿÿÿòÒ*å¤,P ÿð@āÿÿÿÿÿÿÿÿÿÿ€  €

endstream
endobj
1 0 obj
<</CropBox[0 0 612 792]/Parent 87 0 R/StructParents 1/Contents 3 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 2 0 R/Type/Page>>
endobj
2 0 obj
<</XObject<</Im2 4 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
3 0 obj
<</Length 153/Filter/FlateDecode>>stream
H‰TŽ±
Â@ Dû…üÃÔ,w·gÏy R~^¤ ( Ö ¢XDIÎŷÇÝX¹Ó,3¼aÌé6 P-¶«Û
```

UµoêŒ&b<A

!z ì±Ög-è°Âëg ·ùO$ºu*Ð'ð¢Ô<s¼0-&8
Œs>b , *D61Wø. *E&ZâÝbh¹²¹ºzŒ~$ÛŽ-Í>Î¢Œ

þ
0   ó*D
endstream
endobj
4 0 obj
<</Subtype/Image/Length 18576/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 1137/Type/XObject>>stream
ÿ;ìÌ ƒ#Ù>xR

!à‡,  *30rœ ,9N

\9à†ò|§

l ð¦ó6\ ,r

!°ràæÂ Šl ÊÂ  6 ƒ T
x!°sa

ðC`æN

l!6

A„<  ðB

```
/ÿÂ
ÿÿü ¿ä'p,ðŽð,ÿü#¿ ïÂ
 ïÂ;Â
å>x'þlSa  Â
Â
 ,§È- R ^{ÿŒ‡²-ðä= â<„â  !åÐ,' x!à‡,H~ é‡ / , ¿
```

" ^ Y° „ „ —

éÇü÷   ¤  ¼  ¿

àgž} gŸÇœçsé„_ŸCÙÔyô8 <‰ðŽ p3œîrgÓ ð,ÿç „  „  ê
 / .!þsÿ‡Ãÿ<ÿÃ? <ÿðÏ> Áÿÿÿÿ$pÿóÏ‡Ãñ‡ÃÉ3Â
ü3÷…ÂüÏ ,Ï /Ã=ÿÿ

ó;Ã?pÎ#þ æw„ ÿ 0, . ÿå;…Âø\/ ,@ÂðÂ

"ä–Â

,"  B _†{
ÆCÙ  à°Ër

ðÎ  / 5

) •…Ė:r

À  Â'VU²¤ÎɲgÎô\ g

;äQ¹, qHä\¬()YÌe  ¹W ¬í)elH ÃÄW
   a0…Ý n<<† 2]'X –
3°†UY×)ÝRoOm´©ù,¾X2ð7i¥w~ü<µvÌeÈÌŠr>ŠsÊH‰s»Ût'ö¿ÃxŠn.ôø{„,#XhðÁ3f 9
X2ælÎ@ˆš È¥Óyá˜ rmŠSæf f

ó!¢¼ÄTFv8ÿÎ;üy6 ý>©j 8tlSsGÈpøf¯=×Â5°ì't,=†
 †^ƒ" `Ä0fÎ Á"<  B/Is#£ åÆ|~q¢Ìùždty-Ì2ž:4>$ÌŒˆÖB¿íõ· lô‡áŽíî˜ÅèXm ßIXm—
ÐÍí áÁ¹ü4~aš³ß

,            k

Eô!,„!>`ƒ6

®xÎ DHdq,!0·&æ,

A"  ð<©/"

žeÙŒ)†S–nÕ¯£+ ÿº ^Á£Íó9Ðí4 ª¯¡úÝ §Ûù¾¤}< H×Òá8fë/ höÃ/  )Øpì¿'

k§hZ§B/Þ    Òm—;Ž'‛õqF¾

r |æ  ƒËÇ&Ú„<Ã

„0ƒŠ 6

Žr(î!1QÄ A«I, Ø×
G[

Ä_jËÿé'é6ë˜K½/±W, ñ±_·ðÎ^B ì"; ƒ P¸  ù„ Aƒ  6MÆ aŠŠŠB !
' 0ƒ # @Â

wlìY ¦JŒª¢¤þ:7›½^2è

Z OÃ¢&e PÍi·GtK &™' Ó6fâLÎ¿ö¶µÃb  q   Á Wt…Ã£Ê¶>«¦d;•Ë s G#ãÈäi˜Ž

ÐÂ"qa–Ç®]–D'õöí!Ù*–ÒOÿ¿µð>Bô/BÛIÛAV C†ogà é>D ½‡

É

x6¶J W‚Arà0Ó

! „ {

Pæ- 3`€ˆ _9!æ  Í   t" 0\dq 28Ì

ñ-eË0)Žóæh „FÙ ″ñ<uDdFÑ§m #É x0ýýö+ÿßæ £ Ÿï[~¼1ë¡í[ö îÂp—ú

″°A>ÍÔ¬qF»/  å¼ F "ùƒ   †^

EàrND „Đ¼0,Ö ðø\Hl † 0^

Á,dv\Á 8ds/    p&)Š  m ë½vZ7ÿÿúM¶—i~ ?÷z¿þ´ ú }·]hxí4ÌM¥Mô 6ÚH&ØA,

pÍÜ OéZ ;†^0 m—ÇæÉ

```
™!ÐEàlj vZâM5 wØI[    6 #¤
ókõû=-ŸZ¶ÅlV Á¿ïmkÿð,oÔžÞÒþ`p_ë´-ñ
ì¥¿XûÅ~†-ôã´†Â  ¤Û4ö5j™p™:Ñ ÐOÄ  ã!`0PEA$ a Ä0¬P l„È,:ÚLøòûæ Á—v_`Â
uÿÂ
 I† í&+ÿ {ÿí¥ù©—ÛG ¯ï>~³8 Ì ùÔ|Áú `ù6(eÌìªž
^0A :.¡„Ú 6  " `Åc 0ƒb
(   ÛB`G
```

ädA ; ¡ØD-Å1]„š²>¼3 Uûö)°Â ±LBµ×  ½7ÿ à  ëü0øG£&À„HÁ,

Š--tGT L. ª( Â

1  àÈæ a  C´Â  A´Ó

»ð  ê¡‡¯

ÝaHëýl"‡g¿´¼Â î<*Vd| ?8öMÓM  ,
0¨   Ë°ƒ 4 B B  ƒ"Ž0B  àÈç   a

PA„ l p&B2¥¤<u$ Ê 0Âœ&Z –™I„<?†ô  F  ÿå¹g
M ä&ÍO¡>

4    !ñ ŠQWGÆ Ì#[EÃ >†pr‚S3 äù!¹¢5X°ð  – yQ„ DAÈŽ

;Ký  /  „˜iv

»ŽIÁ°Ø¤Ð0Å O^~ÈD xi a ø8¬ÍÉ´ÐŽ v "‡EÐE

```
 aP2tjÂ
  Ç; ÃDFMŠ¬%^Cÿùk,/ ²ÍI¹(r.  ÉHÎÃäØD œÁ²‡NE²ƒ"FNd&É@l
IÄÄW
```

É32 PA  0Æ ,„  Â

`y\Ž  >3g—":0XK§§Gx)-Ì3CÎ VÏ#³¢TŽêY ¶Ý$ºâ(ô8Í M—
ì¾xpø8°´ /á.8† ì< ¬ù§'²‡,rnO VDÂ ÉÛ8&9

TE,œ·.     qc'á  N °Ì3CvÒ£6KÆw TªäË"¶_?¯ý´³S  W°
fóu+Õ½
   N
† FÈFðÃ‡d#-0ø8Â3¹ ï øÁ ".!„h
¸¤  / 3 á  &97"Á<'d(Ã99Ï³8ò0Â–Íþi  ¥Ý´¿ß°Ý ßª
ê>…qé¶"ÚT*þÍJ°™½;  >'q  >ÍÔ>·T nÉâ–Äœ Ã‡>  CÂ

( !

```
! DG"@2c#æ ó$ 4 ^Ž aßm/ÿm/ /òwüÃt`èÓv-é/ ö-+ú-
þ†Ÿ¤†ínÂ ·ðØfç„k¼žC7Ã4ÍÇÈAv ‡@Ïl ¡   nw> Ý† 0Øa ý…V+Hä (aa…húÿþ>b¶+ÿðÅfl¿
üÈþó
4qŰS ÿ _ßo ®ÿû$ P1 UÂ
ƒB'
Ã A  { Â
 Aæ   a K Åh9 öB(°f-m-¦ Í´¿Ñƒ„    wîÿö)Šúü £ÿ¾ ±ûOõƒ
 0'Õ
'£.*""8
 Ý  0¶ÚA… T     `ƒ 7 6~¦!1 r= L
```

Õ9   º!Ù–Ó`ÌM4Ã9ÿ~Z]®––,ÿÿ=ƒÑŒ#» ʼ    H"ý ô ´""æJ^0D†Ë²¬§)Ó      ƒ"8DtË„ƒ
´Â

"„ÃC 6)ÝŠ 0ƒ 8Â

F89 pâ¢  „D  q

", ¾(Á0j ' :AéK ³Â@ H· 3!4Ñ"Eñ

®*
, ¨  )Á3Ž[ ,

ï"9ÞÁ‹
  4  Â„°¡Ø„    ¤æ@Ã &d[ ^ŒF $=C A 84£Á ðN"#ÿÿ–Äò¨fAªhï;+`¦I

¼
¾
9\  .g

Ð,—
Î„taHùƒÎê]~ k D0EØ42ì#@g  º@Î  Ê C 8Ë™ ž<™³> ðÌâ9 #ä 0aMlÎ= ä‡'¤Q'q ^¿ ¤ò
   8îÍÅõ Û7Â 0Ù½ƒ<ÍÁ¶a hl¼

(#cÞáÂ6Qð â--Ã C ˆ€Â"

G¶ ¡„|ha ØEÀa™Ô  Â=‡¥MýÕ÷JÿWÁwi ?¤ÿú"ŽŸÇñÕ }„èo°M°>q>¨sã±ÅHÝ†l^A -‚Þni^\
h_÷KÎ¿ù oÿÿØ¯æ à¾
×üÁÿ ëF‚
Á°h_ºtÿº-+õ´³ ·_¶- z]Ÿ_¶³ ÿðG¿‚=ÿÿÿÿß Ù-

0Ã˜8aÿúá(Õpƒ  A†!1A
 6!   CŠ    ±ÌAÄ4¿`Ë¿ËË—X"¡,õÍßýžÿ0>¯þÂ>A Œ7x7 ýôÜ>
âÊà¤Y":. ,Ù8

" „ ĔX

Â
^A0ƒb~6 rCƒ†Å  A„ @ÂlPL ãb,'ÒÈ£µd*  î îÃ—¬Ž{a+l¿ðÍÚ¶b^ŒÅ1  ±™–B

```
#Dkr‡á è°a$GAA aI½Š^LBdŬPb  â!,
^@ ,
```

!}$ rØÀÝRµ„

Y ±1ÿÿ"`Á9Ù0ä¬R0È»'  ç\é•¼©¢] V3© 8ì ; ŠtW   É°8 t  AÁ Á ž

2- %C'èÈÐS I™T Á´ v $<º†d¢  ÒA ~ Í TÕÑù„laC HóMXp,H6 ƒ  ),¾¨}$Þôú
      Öéµ#kÝ  é - {iW§ÂKg299³6yqHä<Œ¦"k£
"ÿÓjh¾  ã×'‰â2‰»åI

9
€Á x ¶G ""āH'¯ÿo 'Ký rzò<øÏßā§¯n©&÷VØNè&ÛI é

øÙ¸ ÒV ¸¾l¾h Øfã\6Ũ$

Ù¼Økhü¤íËâvÂ69+³.*"kÿúH, ]uû¨Ž" £!b
M¥ÿÕÿ»j>>™-â°Út>Ç«Ja÷ã¨ÂÝ§Ca|$Hl A~ÚìPA * #=µ|£ÿô¯û¼#ÅX¯þëÿÕ'~C 0¥ Oÿæ𝑓Ý$
 †ũĨuýs  X1  a ÈÇ

6, p§ Ca„˜0A)ç—Õ9
"" °Íí¨Io¶ë0¶×ûV( ]žÂ>{Ûÿî°F¾ÚJß,5îŸÿø^ˆÐˆ´ Ë;,# b 1    í^ds ƒ
Í  0„Cb™ pàÈæ 6  b a6! ¹ † Ma c°ƒ°F 29Ü {ûI´½K-Š«Ìx^ »^øg?ê¢ DDC•Ö"L§(à˜R
    ‘ÐHŽš

Bi"tÂ'-ÂlD V( Â

â~„ pds :" A±ÈÇ
Š 0ƒ 0~A'Â # E

 #\j' ',|X^^Ð^^°GqƒC<8áK °Á!@´‰½a¸°…BÄ `¸ƒ ÁD ÿòËLìTv~W
ÌÂ Œf¬àÓ c.) ‹ L ³„‰B„  @vSÆ'    d'3f

CA„ L'

@Å$¹*#´dB   , cY•l~¨ ,

phónÝ¶Ò¡Ñ£…$±È¸äz2

gB qÙp¦Å;^ä_G*ïô Gqøí'¤Øh;¾°X£¥„,3Ž ƒ B

´ vÃÜ\F¹W—Ž3Da„EâÎL~f·" ¶     Dž\îÒ£<‰ú
Í ¸tPûR–=

_Ò@† Ð !

XðF³án8Ï™ƒÒ8)³#˜D["ü °„6Ø¤   6f   "¹c"r-—d¬…N³

š# ã?ŸF" T£'PØ}«pDy z™åSm"¦,…lï?ëdá 7,3eÅ
@ æøn
#Š nPì¾ÍçàÛvn¶é#ãv^Y¼>¤{¸<Ü Ä0F³8° a…0

0!r?-  .E>pe:9 -9ÒÄ-?1þá‡ (ÐèŠ:ßm»T-éøCNþÝKÊ eø°á—
"k†o7+dÝy X°m,#plßFàÂ#†ËãpwA ì"Ý„h

,5†#a  FÊ66^0a0,6
ËÀƒ;^aB. XT{,h_¿ ñú_Å¼A  Í¯é´qÚSéý _ß®b 0zÅ~^ó´#Š?vÒÕwÕl0ž'mµAh!Kfá»N ¤ p
Ý¤ om´™º  3uÓ ìÞí°ü —öÁ ß'0Žï  ÿû Å_þ Ñÿÿ ðFê#ZMí×ß×ìí¤!R ¼Àq Ö÷n-
öÕJ¿ß`ÿàÅ !

` ÈàS ÁHà€¬ MA pÂ(y l…í÷MC7 ~ð,[]/ì÷Ùý| _·é7°þ—
¿×Ø F},3ÿ [ÿ÷KöÑÇi þ  Û2!J A ùN<®©xl–  !

mS , Á b, É

E 8…a  lP"%ˆˆ0ƒB E

Èü‡ &f …´ÚV _i jÒ[g´ Ùî6Ð[

äÝi1O[ Å g¿pEgûerHDC™ " ®™³h Jp™¬-,#ì`ÁN9Çá  0ƒ - 0Èè!†( Â
'±    ¨†Å pÙ( · qLBŠiƒ ,´Ò~Ç|·ÿm#¸

&áhDR

‹Á, ˆˆŠS6ÄÒå¼„  GÿÿË&)7-ˆìã.2, ìO+—ˆ-&Ú

CcÐ"9 â0S Ó;¨Cã;O…:0¤#2 d    "f&FDÈì·;Ã„l

/¹) †™ h † 4

áÞ Ã£ì- ‡Är—éÆ…÷NÕÒK G
    NÃÚþó»œz8è«E-6'_ú<^Ý†— ñê"í-Ÿ    GÆg˜
¥Ñòz4däg Æ†'´y-òOÈ"k&ã»ò«ÿÕÝ^\>°  æ ·ÚN v X(EÀ4-
 \ m L  0A„Df@u$9 ó A¶ &r8¤3  DH `

```
xa ðEÂ=
,c'ë<3fG ñ,"D¹ ^ô\gÂš…  ¨gÅ8fÌöa—#25£Ùróç'ÈÓ1 3 ^7 Â G¨Ã‡Á  E /m-
 Û7Â 6Íõn 7i#[HQñ†n
Ô ä,ðn¶ ³'mçË/  "Ë/ F† ±#ãGÇ¶má Û%
```

#Y',|XFv^®Ñ² v `,=º<ºÜ8CG¶ ¬0L!

^è"‡,*Â@^ú

& n † ~ *f*

A   A±AˆU G0Ã&HqÆÄ'i  ƒ  @Ø  ƒ  Xāb,

ÜÓK,Ýa  U`  ,"à  Ì  `¥

,§C Ë„Á†   ,(x& a ÐA„ ‡Ã `ƒdÝ Â

21Âb Aºƒ ™ à lS  † 0 ,

!D   ± ¦»f@ Š7ÎÂãfM″«zXA J aXa+I( lA1A   ÿÿå¸»2–î È'&

É!™hfA™  *÷|;º8ð¤P ×,•˜äS¾ã»¤!Á—`Ó  Ù ÉËš` ³½  ÿü iàÁ8*

W+#1N3^¾x³

&GÂ"'×6Œ dtGG`
'ù<SùOªçzdk3YÙÑ2Zï£

Ï.FÌÌ æ

i— ¤{0ÉÙNÍ

ùš38Î"

Dv 0^ˇŽ

8°ˆ`'#Š #Ï¤Ø fÁÁ , ¶\Á 8`^L •M™³ËŠa Þ  -ýÿôÛi

¡ôèi,§a ¨p,I åÂ¤•ÃlÞ-÷A:Âa0
,mÆ Ã7> "†nl¾7RÙ}

Ú„ lÛÙ¼ÝJÑî¡è4 Œ3a-#s

Õ>ÉÜ MåÆ¡ í>' ÍÆÆÉ

`ñ„n„^6NÞ =ƒ ah8aÿ±_ë¶ -,óƒ×1pÅ†•„ )
HVú0 _-ôXçu¾+Ðéoüué>þŬc°Æ ¡ðÅ[øMÆ²µ h[_  PÒtƒpŸúm, ,+ ¥ó þê( ï,=õÿ@Œ.©
'I#Wÿÿb°èGóP½Ÿ ï°0 ÿÝ Eƒ

*)6=^lC];d-ù Ø@äq Â ÂzzÃ1/d}† û/û

```
Þ©'Û˜ÃÙï1 Òó
Øg=&ì÷ÝŸ]ží^¿µØ-#"DEšÙ Í"`äÁ
Á0L& ˜PI†
`¸A'p™   Âa„ `>L>§'pË¶ A,
  a Å  AÆÄ ƒ    `ƒb˜2æG )Š^ Å
```

0¤t
Æ   Â Å  E

# a b~†Ă$Â(y lCM ¤tp"p,    „v<#ˆˆ³[&ÊXgã„2
 ^0 >S¹âCÈh0A…°~ `ƒ ]   7

E:#-ý"€,8èŽ© }°Aî©i  9g3„DE!  ²"é}(a"Îµi
Ž;

X,Š#F1   j?ÿü› Ä´ÊÃ¡O ¥3¹ÆJfLr¹`Í œ KwOMANÂ™\Ö0fÙÈ®jg8A„ A¨»<‡G ¹`Ï

ùS  !R éÑú Í ˜_ÿpƒ&d

e¥Æ/Aº
„  `4vçÑØë×ågáÓý.´ @Ä<Ë™ª0dq„E&r3 .x". ā91Ìä¦Oˆ¸S`Á,$0±ÏÄa
ƒa:N¨øÌÙ/f2C*3®~$DM E[Èù f¸ŠæyV³ºd¾?ÎáÿK×Ahþ
†_VÎRü"º Œ#¸|±á  # 0AË-

° „\L3f  ,5ž²$ øk8ÀfÁ  p)³6f  "V

!a   ‡àd`Â"

E,9`q`Æq`Æ\SÃ6  &©  E ˆ28Ì

Ûólð‡™ xaç†` .<ÌfÌŽeÆf<ç /ð„ »Bío  BÒ ¸¡l¿7æ»<ºKa>,
†_  Ú  ÁÐB,ºÍæêV ®ËÀÎ4o

```
8v_0Ì  Þ f o'p  Œ#Ceñ°ÐÂ698vlf GÆÉCe^/ Á Ù( mÿ„^ #‡†ð  "°ƒ
G¼ƒÃ øð´½ûJëßùœ¨  Dn«ÇÝ½ Jé
 T?ã ÚtŸÚõ „Ûbím:C    Úa: Âw¤œ«l& ÿÐM°^ z  ëLC7'R8÷„
    µµ(ïÿÿ"aÿ0 =~ÚS$[ó#ÿ2O£  ÿþ¯ý
â ¯k™Ê:ýmö¿õ}ðÃæ  Î v-
Áâ CùŸð,† † ÎO_ÿ¶ /ïð@¿Šû_ý°E?ü ïÿÿ÷_ø"ßç™{ÿñÿÿÿÿû1¤#a #É`ÃÁt„~  ÁLW
^A ªr+ù
\ jÈç!mþ ;#ÊÓ b°Gv—
```

Ŷ

(" „Ø0V

Ø¨^aHê6!

" ,TC ' A±Iù '±Iò:ÈÜ HÖ Oÿa„ šo T ý,

Båb9d$A„"  Ë

ô)ÁJt!"8D$

¥e

T à¥:      šÂaS.

` Pò:
¢‡

(E8A tGÂ'ÓP ^&H$Ž"
ãÈè"‡'ÐE # Š 0Ä A„Â

8a4ÐAÅ  -á„ C„ ¶Á†ãÿÿù]`È Lr¹XŽ ¤hR 0xS}®áÂ4  k   ºOúMÕ"ºö? ™N-
¨·‡>Ê >Ížy®ÃømÙ b

k

? ó ghÂØ?

```
8 q   VM„B A–B b!+iC
  ÿÿùd geqÌ× <DdFó28Eb:#²\ 3!¸È–;|•Òl  «
|VÉ@EMoM– <%     §…
  `<€`ËÐ ƒ âîÐä<´Ðl8wz 7ÿøªâ?ÿþ¿¯ÿÿ~b.Fa ‘ø»ÌÈô]>3CóÆlËÆ |ÆD23.YöjÌ æG,
¢ÎN„þa Ì£0Í
```

„^„\&Ñ^ã4G'¬¨ù cÌž4FÙø—Ìãñ>Hy Î2vCgâ] g VÏÃCÊs=œÏeÑÂ—
2ƒ4³jÅz"Ž FèF°Â- í¡,a " ,m± GQ,

!    ³B    Ø"?(s

,<  ì0 aîGa a- º Ã6aA Í Sd n0  c† `‘- !„DÐ "¹ Á, !l0ƒ  ¼l  C Â

Á>0ƒD]   ü

=Ãž0ÉâÜ8:  & 3pg >6_YužìÞn=Ñ±KÆ ¸ž4 l¼lÃ
Äí‡

```
?Â  ªGZ[g?
Ã
û=Ý˜H/ ″ S°–Ã7 {
```

çùµë©„ù´Q‡öÒŠb⁻n> Sú ±  Â

27 1A      6

¹±A   a  $8Ú«`Ë¸  >  G0„0ƒŒ Â

â˜Ã¡

Á !j$8â A±\Cb …ºÐa6( Â

8ƒcb Ø ƒ C 0ƒŠ 0A±„ A„ CŠcb,

1SU ~…

rÎ2 ™qÃ ~ª Êâ¸2% †Pá V e

êŽdè¬£½ 0L¡
™Hú ¾ ´iõ Fùg+
à°ô«^
q@  ¢²œëáeg ï;-ÊlÔ7ýÿË(‡+,åÈÈ¨ÔÉ(Îæ£ºŒ Ç".gf¬ÈÄ@™ ¡ÂL x::æ¼9WÞ_wW HCzN:^º
ß >ïÂ ½Þ"d–4Ê…æK>vR´>! @–Rûî¤EÑ¢Îè¹çd Á  ^9nN œXä^"¹Ä .G ò<Èã>!á b  D

Ã8g…<)áœ àÈ1OÅÆ ‰ 8ÏŒ–<' Ÿ ¶]˜  Œ .,r?Ñž{l  $qŸ
DA„ü„ò?#Ã9- F .Xä|g.ÈøÎ^ éáŸ<' Ÿ ÆG "
ÂXD ‰ |EÉr= # <)È¸Ã   IÛ#ÛŽìÞ |#xl Â6<#fN G‡%
! Eà`Ã#Ý°á

"á£ãFŠ=Â.ÃDnÙn¢Ñí  Ì

!H C¼TPA¶ ;ŒÝPG ´ Aµ#ÖË >˜Ïv :    éÝÃŒÝšìÅÏŽ nÅ$Ù}

Â
v_Y}°ï¤êÁ0ƒ  «

5`ŽØ`—«-œAé±R `a$ĭ^lS É

g}ì5^G `Èí~

```
»]²íô
v   ïÖG
GM`ë
GZF7`ÌKåí °′l {ºAºÂ
$þ
```

»öËø@äpÈä 6+ÓÔBß'®&è¡Õ0~L
^ø2_# G- NBƒ a6MÐA„ØA„ , 8¦F8L& ÅE1    t a Ä$

Á6! a  DqX2í  lš8Z ê,

ä‡ T ã^LS  a ÅA'Î! Ø-'Ž "  ð A„ qB

8ä‡U$äŸ0,

h0ƒ 6 A„ lE#µ¨ã,¢ ©]D#B"––I†á°′ ;iR£Ïa¥j a i_

,dFR°@   ¢ ¦ÍC ÿþ[  Ì…LÉa ŒËÑôKåc5 ã%™JÊª&ÉYÎŠ„  Ý *™ ÁNÌ˜)ƒ

rU0ÁH e   &eFv¤ÁAj8‡pîîáôz Ðy
 ww

À   a 0

@"ïŒ— ÀI/. ry#° ˜28¡ {'Ä}#

¹>3 Â!Ç
ŽEÀƒ  "TAx!/È "ƒ ¶ °^ ^ ƒ"Ây ^7Èâ>0DRóƒ ^9  >29šŒŽ` ,!\ ',p["pƒ    fÁ "VN
Á„w"Ø"ð!

<Ã˜L ~Á°è+eó PA¶O,  M†n'  fĕ0@ †0A  'Œ- ?0la ll•Ù}

"‡Æ  G  ‚0ƒ 6( â A…#ª•Á ÊPe  , Â"à ‚¡¦ På

¶\$Pè"‡DuA,h0'CÈè$GÚdœ > Š-G[$á IÁ2 ät'Ã
        CÈé¦šL!'Ô^pƒ$á PðŠ ":"8D|"‡@šºL¡ËpH¡àŠ€© v # G- Ã¶)B(rnšh0—
Á, H{$à¥

"!    ˆäAà^AÉÁ‚„AqÉ3‹Ù} ØgôÝ−ä‡I0Â7Y¼ÜÃ…9hù a ØFÀðî    " vNÃ „†

¾Z"Ž½ýšv ´ 3OÂ¤0ÂÒ )–ƒ– Ç#¡µA¸ÃO¤Þ—þ ÿé|G¡ æG×ýÃ Ñ=Ìÿ̈vG{ý^b?03

è±3 E ŸF ÿÿÿþÚ_ïîŷÿº ¬z
¿ýôÙúþûw»Aa o÷½ïïÿ̀ÿ¿öþÉ

^6

%±

þÙ
{  AÐ@²<  „  ãƒ

B qäx D| ! IÑ 2XG a  ` É

,!  S , é′p,"8lTB B`2ð" Š8lB  A±LBa°Ø„É

A†! !

28

```
 `ƒb  Á ÉhJ`Ù „ #áHøR8PÂdœ Ž8puË"Æ""32  !ú-qÕ,² 1„ @áDGÿÿ-GË&´>•†Q-
 5D™ ò<@™ØÐ‡ÅL>
ÆnMµÊ
CcÃ'`Ö Cá ÓAÉƒ&†Acq© ¥Œ¨3  Â! É¤.Ë6   9ü¾î ² h ƒ^aaÜ ,M„a¸£Ðà¶Û„aèÜÇ-
m wtÚ[º
   è«üúw;[ãÓtägé78ôqãìŸ##^UÅí´‰òC'ÌâvJ"x¢:#q;4 Aù Ê…ÅÁáW=ª™øP, "  .) ÏŒ—
 <‹ŒÎP^<‰é?dq, ¥·¶•,   rø„²cƒ %d"º,    Ñ  Æ 0A, a,!^ ^ ˜ðDHdr3
DJÈ'#'˜ÃM--xg²8Ë' Ïdq„D.DÂ!x(DG" <!s0XD r‡$&^   L»G¼"0<ºÙc¯üœ4|yq¥ö- Í—
 Í'¸ƒãs´,5Ñù hlÜla Ú5çÊ>Y8*
 À-
```

¼>º
– ÞMÚ> " ±ÐFÀÁ G#€Â5ºDpÃ0Cs

$q_¶}jÚT-×¶¿¶" ‚fä¾ Í ˜Ã˜Û³ß„Pì÷

õØa) â`ƒb ` ¦ C¸Á  @Á h lTŠ;^AHè G ª

`Ž88lTS  8Ø¦!Ä  á°äc Ç

lPb  Å

a Å

äb ¾D.F<Ž  a  0Ä&IÂ   ÓM2n¢'#   ò:

A5 `š•e ¶ ¥)h®µ*
&æÃ4få:4A"8F>B GjÐ3†S!T>, åµÜ ¥ÿ́-
,#½sºg`‡&îÊ¸-3%³;¡'æw™Ù! Ó9 ™Â1 3"ñÝÁJx "0§bm õ] á- ¦Ž©´U 7ÞŽ

−ƒµŒ;¹'TsÇ kÅq

gÙ£4Fã¨Â u³

Û#Š   Àår€Cl  Á  #°   Ø@<À„0^…Á,  Á   0^·#Š  4E  ‰

Dv`Âa G Ë‰ Â

°@Ãµ„ ¼ `˜P<€ð^ !,5° ´ 0a "@# BÂ4 ¬ú—a²‡ GA q

Ó  #CÛÑ Âa BÑî ±ÃÕ-àÁ žFí Ë HÇa-áÑº ™;#† ŽÎLÕÁ r-nl4 6 : ¶_0Ì ÐÙ|Ð vi—
m-ìÕ—åÛ@ ³  M†Á„ Ç5Ñ®ÉãFæ" \$ h÷
 ƒa,

=´¿

"‡² áÄ0ƒ#' Ù- C 6( ØÚ© àÈâ„ A†( Ø¦Hpa Ä ƒb,

lS    a8ãb,

Ø„ „ , 6LqLŠ<B

a   6   Â    ±M!

% ¡â,¦DÛ,

```
Ax1  ^ÿÿùo¡'3¿ Éc(2
áÝ7|ÊhÌŸÜws+#³Vm…ÿàáºá¿ù(^EÕ/+•³D`Í  2ñ†^
a"™š0f´n8f„|ŒÑqL ²4 #`ÃL
```

```
",L ¡šÑ Y¢
i„,
#çX¢'D
$pƒ !„\a`È2Ç Â=† C Â,5°
```

#[      #[  \d‡

Ý8³Í&ÑŽh¸:†ÒaÔ_t¶í.Ð-ê4¤cÝ´¤cÒöÎª´(3xàÇ

•‡tŸ#Ô ~H^é ©([Ü– Gp†W+/öÐ"<–ÌÑ^£im$d m-ù<æ

) °B¼ q
Ù
 i ƒ.Â

a` š 0A†!   a Å !1A Ó ƒ#  A5A  lB qäx0˜…Ds KÊ 0Ž8a'pƒ Š  ôqÑ 1Pw*

```
1ñŸóA¼Ý ƒƒ  O | ‘pÑpÿþ8»¿Î¡ó#$v1y I ƒh
Ÿÿý÷Í2_I²OÊxÖ%-@â( #ˆë FyÕ<ÉÙš6Â™™Õ—
Žƒ ´`&Ñˆ'›&v}çÌÍš L  ©éÍQr03ÛÝìø§™q"áO&ç q—28¿òäf=N   Á„DsA1ÈøÛK
r0w<fÌ",Hã Ba1ÈH ¼ 9h‘Å<0  Yƒ#<'„ì0ƒ ˆ8a    , Â";†G  HQÃ Ñ
```

Ñ  HF€Â

r w

```
6Ï4_0 pÌž,´hxv]D=ÛðÍÅõýÐM³}'A7ô eó üÿBù¦ èv-¡ Ý§a: ü'¦ 4ûiBqá<M6Ý!Ã v
ýƒ Ÿ¤-´õ èP¼ ¼¾ _ÝÿÒoÒ÷ñ
Ô ÿæ'
£    q
Z4ÛþëÛ¶'à¬î"Ã ÿ~?°Û@^òÿù¬ >°Á×õ¥ÿÝÿÿæÙ{ õü Ÿá‡ûàŒûéÿÿõm/ [Í-
í¥ƒ ÿü ŠŠë§Â=þÃ àþðÕ õÿõ÷Úú çÐ ïÞ _gÑt-ÿÂ
õn×öëÛ0¢½ ~ßö*Ïd|>a
```

Ýù†í4Úö_]S#¬Âá>°¤tGû/¶¬S ÚvŸ°Á/b

$z_i$

```
8¨Ã ƒ „ 0ƒ DD0Ä R:
GA'p ˆ Š- ¡Ê "œ·
Pà<¦üî °ÚÜ X
w<Y¬-„
```

f &¶  qÕ eÀ kjUG¡ ©„

^   ^a ¡  ÐoˆŽ[¥B?K'ò\e¹)^  GL ¶qK0I  l 3êîlì8,çj¦E`Rb#³È»"ÌÔäÞlíC2Ua0¶ É
œ©  ¸WÞ":-S´áÚtÝ„

?—Ñ ˆ Ž¸µõ÷– wþ9XRÈ ÊFEY;5£4uÈhë '>*hÃ'<ò5^uF ;"o0ÉÎ>Ï

Ð åÙ´|ÏÅË3 Î.Í„<G¢ã=-#Œ¸ÈÙ 28Ï…ÌÌÙ>dqN0D[/ ð,7
&þÌ " ~63†G2;

Û8a    " Á,"À3Ã8 lÁ G,

< !

```
#85 Í˜E¼Ù, Â< ¤"8† ì4>Â5′ƒã F
    ¡z5† Â5ÂhŠ;PEŽäQØFvÉCFî <•½ øF†Éã»' n,46IÓ„_
```

tlf£seá+lÜÂ5¶^7@>FË³u  páÐ Øvoi  /<æ•Åé0'¶_çÆÍÏ
       Ã/,tk°AÞ vo¤ì'A~ì'{ §kí¡i
°‡§øb ¤Û°ŸlzwCa<í¤?«þ»U¡HÎT{Ñ }8û-]+Žþ?šî½ ì- »ßí
_Jü0u¿û,ÿ1 ÿ¿×ÿŠþb …½Š˜>yþûþqÿœ  6_ÿ¿ü x"ßÝØ E¿Ïðnÿÿ [ßðoüÍ~õû&+ý[ÙŽü#çÍ®
×¼ ]x@¿  ÿþ¿—Ãè/ÿ´,ÿëËï

Ýi ¤‚×ìæ_soøaVÖ Oô
Ëÿ

Ü¬=& wÚa è=´¶!á Oð@þ Õ6 Á d08aB(pÈâ PáÃ0 ƒ,aBo Â

Ø…"Ž  V(1A ƒ 8¨† a  lTv †   ±  lŒpØ°„0ƒ £B!„   ,

!

Bà„ 0ƒ#™s 0A¶¡ˆ ƒdn &é  †Ët Ž,
"tƒ ã Ea8 Œ9žÉÁâÂ#©O -,
Ë8Lø jS… ƒ+  QÑ 0D^$B##AX ˆˆ‡2ðâ""ËpÎîËBÈnZ
a ,4á        }t ø§á‹ Ä&  ˆù\› −Ïg²«•®Y

ÒZŒŒEdÎç ¨ƒaAB…¦žãX0 ÷

ïi¡peàaÄ x †ÿ~YE \šÿ#y‘FdV^%äkÊs4%ÞxäÝ NÎ¬ôt 2- 3Y ÁJs'FÙ FdP<™Æ .FŒÏ.F^ù
Ÿ ^â`Í Î-|  D[> r??"ã9 r/ á‡#,^G…ŽG„@ÈœEòÇ% vCÌ- 9  ì'r\E

,î Î¢, !| "Aà< Dz æ0D-†  €@ƒ.g

³f c† 4Erð·  C ±Ã ·  D0B & ³f Ö F†œXG°ð '„|höð¨Œv  ‡rNÂ5Â>4J Ü4|

ÆÄ(g?IMïí¥a vsS >v Š Jÿû
G_±ØR:²=¶—l ö KOÂXAý!\×0l û!tØ@öB»Ù ÕV Ó ¡Û  ƒ    'ÐE

Øò:PEA  1AHè ÂqQ

Â`ÓÜAÆÂiŠ Cd‡   a Å1±A  Ü1A^ ƒ 0„4 A²1â a l)!ÆÅ  d^

b b  Ða  L2æ aHè Ã    ^Aè"‡'Ð ØA dÝ PðEX&* PF–GA Š  S—    :#ûDt
``N  J } 　CÄ" l ` "™N°Â#©C…"ÐÖ 0@ÐÂ

\  KþYÔGuäÙ*  \DB\ Ò     Œ a ¨^ËIo*"/ ù7æA

¬GVr; a0¡Mº ß}ÃAÝÃ÷  Ç¾ÿÿü"ä¾O  /'q Ê2PŠ-t³[ó 8y   2\Xä 02â dy˜eÍM³

Ž)ñœ ^eÙ O t àÂ"9-   ž ², x öNËrnDºgAœ  - bG  Dw~:h#@yø0

¾ ”k„hl¼hÝfòw  Þö  ¾ „Û > + páš—a: bËáÂ}

ÅªwC´ ÚýÚ .Ä^ ´á7–ñ    ø…ø¶

Bÿ¾Œ@:>^Œ /^^p )fÿ\Ä  ÿÝ ~v‹f
m eîæv

0E¿ÿðaø"ßàÞ ÏíÔ÷ûða‚-ÿÿÿ† íP/ðÃ0ƒ>, ¿ÿgÑt ÝçÒ »

Â# Á3@['ÑÑ†ÙN =,g #<Aœ¤¤‡9Ó•    ,nY çeqk% á
,^ÿÿþM¨ ŒGaÇbHÌÁ X,Gˆ ™¡dpL6SŒè<î ˆ<± ÌA,3† ÎÈdND™ h4

5 Ü ƒ

$nb

[1] ÔTB

& a.Ü -µm,q@^ú GŠ^‡ ( ¾"vž<¨ÊVÝ .É^D*ÛÛI$,
ÒÜã´³â E*fq* < Š  È‰ÚFc>!Â D²1 Ê < DX7 0˜äu3ÞÃÛ
 -s ¦é´˙l
>¡  É[fâð7H#D#d#Ãeññ†
 5Ø% Ü g(í¶Û†*fA*¢ ¥¯1 ÛIÒ
ïA¶ é7k    ° wBÁ†† Ó¤Û\¾¶Ý† 6PdÃD¡ñF>Ý-+ô¯úm´„ D/0£œ…¾ÛâØm†Û¿  ¿M«~ý tÅ -
ù Ëþéßÿá†ØmúÝúWÒo^ßÛî [

ä /g²ì ¶Ïpͧiw"æ vÛdé$Ž4-LP@Í @Á h
Ø„Å± & CÙ( š^lTAÈÜUÁ,LS ÈÜ0Å # PC¶Ý½ G„²€ŒRÄFt)]?2°§F 0±e

¤Ó5„  Í 0 ‚

ÈÐZ  2œ#T""

```
é>CLõC8ÂšC
@¬dvHã1±B*# $
!!A ˆ²t$Õ+ ÿÿÿÿÿÿÿÿ- 2„ ±õ B  #ü!QÿÿÿÿÿÿÿÿÿÿÀ  @

endstream
endobj
5 0 obj
<</CropBox[0 0 612 792]/Parent 87 0 R/StructParents 2/Contents 7 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 6 0 R/Type/Page>>
endobj
6 0 obj
<</XObject<</Im3 8 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
7 0 obj
<</Length 154/Filter/FlateDecode>>stream
H‰TŽ½
Â@ „û…¼ÃÔ‚÷>\8 )Ì‰¤ ( Ö T‚¢$çûãn¬Üi- ¾aôñº|Ð4zèú ƒ¶Ÿ¥® ™‚ž
ƒ:: ë°•g¹ÑeƒxˆÌVÆý' è. Œ vU–Ù9œ--™lP¾ 3Æ¸ˆªŽÊ n±*- ß¹S$ÈL —
n5¤\XÇ‚_YcœH÷"GzÓ‰UÐ~àÃ_   Z*F
endstream
endobj
8 0 obj
<</Subtype/Image/Length 14881/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 1134/Type/XObject>>stream
ÿ;ìÎ ƒ#Ù>xR
```

!à‡,  *30rœ ‚9N

\9à†ò|§

l ð¦ó6\ ,r

!°ràæÂ Šl ÊÂ  6 ƒ T
x!°sa

ðC`æN

l!6

A„< Ø9  ðBC…œlü{á-gNs Îs¹Î}!g 9<ú çsœî YÎw=G™Þ øú çNs Ï¡Ä ç™ÜòÐç> Žs§9Î
ä çsèsžgxG9ô™O ç9º™Ît ç9Üç>'F Îw9Ï3¾ ß„ g~ B>
 A ùNð,ÿá Â;Ï?Â p,ÿÿ !ü ‡  ‡ü ¼(A~yþ
 A …Â„ -B ÿøG~ Þ CÈCä&  øa þ _ÿÿá ÿ!;„ „w„ ÿá øGy> ,#¿ ï /"ùàŸù±M„< / ,
²Ÿ xAHN!ïþ2-È{Ã öC^ô ^B<‡—B œ!à‡,-!ø#¦  ¼ °,üd8^AxAdŒ °,ð,Â
á 8ÿžâ ô„ „ áœ

óÏ¡ìóøóœî}0<óè{˸ >‡ ç'> ÃÎ s ÎLúb- _ùàp,ð,Ã=…„ „  ÿ9ÿ Ãáÿž áŸ¿ž øgŸ

àÿÿÿÿ'8 ùçÃáøÃáä ™á þ ûÂá~g„ g„ ážÿÿ†y áŸ.g ÿ

```
ó;Â
ÿÎ˜A
ÿò Âáeþ
çn 0¼0ƒ$ù °ƒ
$Â   † ážÂñ öAø,2Üƒ¼3^
ÍA
Aåar
```

œ𝑓^
Aì#1pÂðÂ

Â

Â

.Sf¡¿ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿùj " !y×¡5È)"Löb Fv¨äØFtGhF´G2V kE! Œ gcA

v R(`š„iÂ„œ;pPM  vJ ¦ "<  Ö

0Hå°â D:  , á xGz7  î

XäHdr3 ) ÊqM™ ~

‹À†

\‹ 8ÁB"ÖLpQ, o
\
^0A à¢+&›!„hh÷ ,#`l°fÀÂ›  ð0DpÿÅ„|88JŸm,"ì9c~xEØ`…²øØ ¤ ¡„]Ñí†o5°Ëèp† ½›,
60… \b  £a‡;ÁÔa£uÂ'Í›ÉÃ

lC 8‡#rÄ Èê  h 8 ƒ   ¤iÅlLPA„ TŽ“ Bpa Æ   ¡  D^ lTC

P@Á ÈàBj 68pÙ(   9 ðD%^`ƒ

B  ˆ02á†Bù7 0ƒ$á   â^éŒ  Á

#ã  Ý grÇ,<?-ù!Ø#;-ö[© í fÈÛ ¼

L FvÉCeá¯$ì#C  A  `'í¾  á> îNØEóeó ÞÙiáÁÐ@ê  ÍÌóA[/¡>" m
Á#]Ù»b «?>šDzÃ7 é

ÒûKÛI=°V A¤?Ã7/eÛáHúXR?}—ÞF  ù
>â
m^l üCddHêGPN a   a  lBd— b—  ½6BX†„9

¶  Ô§
S „

0Rƒ2áA„ "œ‚A 8a 8aHé 8a„ ' É°jMÐR8È̂ê E # Š- C"tÓA <Ž‚(x"¬(úYCÁ b
    Ùn`CÈè#Ž^é"‡Â#¤qÖÁ0š!ÂÁ0EZ!£^2‡ Ò%x^Ž""ÙÙXrÐX –
™^ J=0°ÚÐ(„Ã(^ÿÿùj'fVe:= q'H…8*;ÐjöòÈ^aÈ¾v„v+'ÆuÌ"˜t…„,î<®Vgb±ƒ!³²È
Â'˜ ü? ¼8‡

(åv𝑓< ®va EÿÈš;5I MÇ;Õ ¯2 YO Lž:#£5d‡™ÇLŸ3a 8°¦¦GÏ

a  0

päç,

ÙèXF°Â Â.ÃP aña GÆ J Ü9( GÀò du ô"y- _!~|a l^0<„x0D[ ã"ä^"D¹ ²<
`Í™à ^x'ÆG F3aÂ    Â  aB=¹8'h  0Á
 Ž¤ÇQ
~dÝ M£]>ƒ ¾a—" „la——l6CŠ5Ãáÿ,

6_PA¶nVÍææ¤ql]„Á a Ðóðhø  /   Þ =Ñò-n GÀÙ¼Ü >B5¶o£]–Ñ`ƒ7†n  n :6Q¬Y³6ÐV‰ä3

ry

Þl‡Ü8q   vÚ ã/(p…

Çzn>^:½†8ÿû°ÛÅ{ÈÝ0o¾íèÐRâªèm6—

6í#;m/þÂ‡ÿ÷ÿƒx#ß÷_êÏü Xÿÿ³ë÷þ XÍ/ûíIv _¢-ö—ÿï±
ûÿÝ́ðEsa¢œPAlQ/šdÿö{Û9—Ãé6—¶¬3ŸÙ‰Íq©š-T°û w
-6 R1Â—™ ù
«ÓÐk >-Õa>-&ÂVæ7NÂ[

Ý¶`ªpªGý7MŠÓV

Ã ¨1T `ƒ
D ` #¤ "‡,)Ȁ¾qЇÀ- ÆÄ(„ ,Šb,

^ã   ™+ ~¨ds^6) jF8a  …²C„   á d,
GÂ

0,,(sŽ  ã, E å

```
 1H;Â ö ã„
 ÓLÖ °„YNR€A,  3P S  ` >R PåqÍ  ¹¨ˆÌ‚œDG   pÊäó
8²_¤• 'Ò×,Ui PÂ  Š¹4 b¨&2>5
ÿÿùd-E~Gdg|ÌŽrÜª.ÍQ†q ÆPÈ> 2Uf ƒ
      `k;Q"  ¬ pB4^è°%K¾ É˜¯¨¨´áÃî™vm†]p<°5Êx Œ¨ bãbÏ\"Xþ>Ÿ¾¢¢³
,úïÿáÃû -@<áu /  f² ç_25ü^É öq FÑ šÙ,<û:³Ñ9™£ ~ H%"„! öG¶öÑ‡ÈÁ éJå¬Ž31LÆp
g¹   3dä ,ðF% D&r3 ^— ‹
```

ž3â'
ŠxCc0F q'Å < h ¼ 3″ œ Kè< 8¡">CeÌÙ, @<ŠG

#@`„0^`  Â.  ƒCÛm†,Ð0-‘{ƒ

"ð0 "{§6 °Ëðƒ Ë™!Ø#Ce°åù7høÙ(#ˆFàÃL
'†ÍÇÆ

Ø gì¾h÷ A3{9 ln :7Õ

/     å l¾†oè è×

Ú°Ý¶ [+
â

àè&ìlZ ÛîÍ¥¼þéÚ á Ca0M«oTðOøÛî?»u·]q ¥û´èoþ–?l6ÛB

Ë½Hþ_
¶ |ã -†|    0Ò¾Õá„¿d|¶Fï^r;È®Ó #«
Ã ‚ƒOb M4ž !1
|"
Ø-ˆlŠ8r Ã 0> ‚a Åa `ËÛ G8ï ^[ ¼A Gâ   q  a  tý& "œ¸µº‚(tGÂ@  ‚á":Â*É ™þ,D
t Ž¤à2:i¤Pè"ž #9ð 2‡+P@Í\ X  C„Á0Î-´>ÃDG6Ö R²¸‚" ^Ž""(ß;

Ò§E hV'ü$•8Ã(…³µ3Â¨$ QFK( ÙÀÁ A20¸@ØB

Œ¦ÍCyi qÿÿ– s*ÎMÂÂ#½Îñ <^Ek)l,£ÙÔÎÖÈ–3‵ Í„"fR3t> ÉÂ

Bä¤–É

!…^` f >-à a,

#X`…à‹ºa Eß"t h×

Ùx 0ƒA, ,. =ÂfØFðÃ0,ñÊ >¤>Î$®O f\O\3u\8vnlÞÐ m"ó

!>ÍÔ»#  ¼  – ® &lÍ¶_ ¶ pÌ\Þl¨E Bô--Åå

3sf  l3    Ã‡ Ðt…·Ún>m*áˆiÒ¾>  #Õ%’=Aßè%Þ þo¶µoþ<QùÉ

^ iÚ…Â_Û¤… ŒÐTõÌGûÿÿÿm[´ Ù Ï¾ïT"

```
<Gþ OØ`ÿý_ÿ÷F1IÁ‡Yëÿüôÿøþ?ÿôÿÿ×í¤Úi#Å oõÿºEcÎ×ü
¿ ïþ  ¯öô> V6ð,ÿýA ö{†{ì÷ýžÿþÿû9X]6)"qA%#öþÃK0¬$ C'Ù
 d+Èè r5Ãô Ò_5oaA
```

%iCK²é´»/ū3 ·tÈK¨DAÃøv_½A ÈöG
      ±±A b,

a Å  Å²:Å "V" @Â"

Šdc^l  MA'Î(  Á   ,cB
0Â^A…(  8à<§„

W Gky L†Î†e^L ʻvULÕ Â`¤V<ËÄr.GF Þ
 ‹ƒš°¾¡ÝîVÆÎbÉ@„ wwxl6

¼ > ¸ v½ÃW

IŽ Žf

Ù`‹ Ä ɎŽ

† Â A, ØA W° ”{# Š8° a„E 5 a  ²  Æ -„n«%

```
0A- h0,/ƒc Ü `™|IèøÛt'ñ¶ËæËæa kaÁ¹¹£e-á>š :/ >; ÍÆö
²ø^nhøÑù kaÁÐ'A
a>ËËA7—
```

Ü»aLo

ç˜ý†sê   i6 Ž•°ŸpëÛIS
G^Åá‚°`ƒKöHrāÈô°dwñ
 ·d%^zØ q A^H6 $ r7aB)Å4ìPB

ã 88lŠ<b S Æ `ƒdQÐA„  ãb,

& a^$ ab  ÅAÃ^";b˜¦" &Å
ÓA^R(â!²(ì Á  „ a b  É

0ƒ þFðÈÇ
CÀa  lB 0ƒh Ø„ `ž8a`Ž a Ú

Ã† #-—      a"‡  ƒ'2‡ Ž~A :#©C¬0M4

^^`~"ÉXnWSÉ‚W^^³

S²Ô  ŠT, yg 0•-$  ¢#ÿÿË\-Iµ n• é ©3µ3%Q d>;.É BDI y gu |Y\ ÁB FªE Î³ïáôEÓ
Âe

¡Ü;N  x
\w ™š  ã
ø¿†Óÿm[_ÿóŽò¦    ù VŒ<ž(ÈÈ<e
´ "ƒ4ŒãC5¹\)yÝ£°"| dŒí  yÝ ™Æ¨ó'd6~!,ÞP~"e9 Èù¼ är3<™²?„E <„§:ž|Sñ gÆC
„ < ät`ˆŽEÔã´°D&  /^L  ' …® Á 0^ {

pDG—#28Èâ HÌ)áO„.g

=Šî¿ÿ}Š |Ùü óØ#_®~Ceÿ_ól½à‹y£ "¿ú0Ìm¤

?¿ [ÿ}¾¿ÿîI²ž¿K ]»Â>w®æP)Šÿó }-¿6•´¾Â(v"J  §
     (R?,8àËØR?ß /Ð%oažî½ Ü3Ø@"Þ Æ †yf÷Û«T lQ# k

^A  q†!; ]±L !Q±L~â²7„Pø8i„Pù!Á±
Šc^q #qLAÆÅFÉ

9  LB`Ž LTCb,

lAîŒq†F; ° A„   `ƒdžÃC

>Ã ' ™p        „

5„ & &™b
#G#8(T " 0ÀL® ^^¶w<·UŽ2Ð@nMŠ3$¼E#²Ø#M…A øI. + ¦ $,b…^(AÛ È

DGÿÿ–`°; D± 4Js²ì'FHÊs<F#³R"nM…Œñ>É Er Gj¬ôM

K°  õ"áƒ¤vj  Cý 9 .wR<¤Ù<Š9SaÕ~E Š •&ä0w

îõBä->¡'d

7 ] ¥Ž

¹Å  íTqÁ† ' Ü x ÿŽÞ NÂ  ,

=}Ãƒ́Óý[{ý¿ŷ}´aØt'Iµ̃Õ…VŽÍWçpý wõ ¨üƒNDì d‡'Ñ<Dª)êé°"

Lf&#192;3&#169; &#8482;.0^&#8226;&#204;&#209;&#353;9 #3? #1O

, +,'^Ün/˜ËŒ  Œf  l"#ƒ:-}œ ,' @ÏeÙ±šeÈÙá‡žf  ç2älé¿  è¹˜,¹ ™æG  ž
^±#ŒÏyáA H#ù¬`†`Ì2ì 0D-" ™ Á -Lrd  …àzIpFca ¶[™Ó xÁ á„{

#`0Ì\`¨ Ø#8h ØGÈGÆ#G†Á¸ T  <°Á

!
'

ÜPà °< ,

0𝑓 ÛL0@† v

! ö- 0<¶
 ^i7Æ Ðâ

Ã' 0Fw% pÂ4 /É; øð  Gº„hhẏ çÊ76I8  ì2o

Ã!—Á6ÍÅ÷
è×A8pÍÆê/ƒ§fäðAè6Â

B  A„ b b b  a  dt l˜è&
 « 0±M4 „ 0ƒ 0A, Â  lŠ8l  š 8Â

Ã   0ƒ      „

; ]†Fè Â

Â`ƒ C  ™7A Ë„ a ËtƒA„äÝ6Â 0ƒa  U,feºi,a N 4

Á−€B

áÃp—š$á¢ ÿ£Žÿ%˜$ oYO e

„_ÙÉ+q    Xy>h'

ÞnVÛH|Ù F»'†¼ØÑ¯'…å Ú  ¦o   î"ãu® N ó‡ÅwÈð´(þó á±V…w ¡ªq
ïý -x¾·QñûôýŽ"xg=Ã ø# ðŒ?{ gîý,3Û_íûfk³ëô -Ÿ]^:„¼ ¿ /ô " Þ-
Åz>º¦ÈÄä} Ž 0Š 4 Â(pm'ö0L > Hé‡

… ♭  R: 4"

0A¡

ÐPŠ    0  ±
 6,  #  ½„SÈøE:

î°aJpEÐE8 ]„
Ï l ŒOR m @¸E

ñt¼Áš WáLÌüa˜<Á™™ž\ 'ó¦Á  &féâ63 ^ DÔÖGQ Ü„rcšÈƒ'l< ‑¢pAÆ

9  dÇ'  —
&Â"

D€a   a   [Œ"$ phq

#Xi7Å ha  w   ±Ã†`f  FwÂw  Â>  ·Å

!„ D   ,i6 ¦ B/

4ÂVa″|a—a aÅ[7>  ′¶ìžt|ss

>¤|`Í€ƒ …†o6 èü™± –

Ž ( lmR`ƒ   #  6( Â
Š

Š8Ø Ä( ƒ 6( 0„0B
Mè6MÕ

ÙoA„ L».à Ä,íÂ„

îZ
Â∣ƒ "á
*…x Â,ª¡¹Mš†ÿÿÿ--YHŒ' !•Œìs-ó3Æq   Gf¹,È+! Zerfe®x&Q>` ¡tÞW%'Þ í´ §ù

ñ øw

âõHR
;NÐwpeðiàË Ç ÷ãŽ?í§ïẏ ª} wýû¿;Ì-xþJ –Î` y£!² Î ¡™£

ÎÈäNfŒÓ1 G²äfA b\Í
"`^ŽDÔ~óñèÂ0E Hò9"# æu 3C4 #'á>" —Y.œý+*Á,ã#™ñ"† ^òäy—
fÈÎ y Sä|S Ø¹ìù'Æ|>a> #<œ À@D ²xGÄ  • Á ¼

ŽfÈÀ A„h

*f* ^

c ö{

(& ° d„b GÃûrcó

p0@Ã

CF D@`ŒF Ã^0B

f DAÈ {

q^6~H\A„k98Km"€A'Ž =°EŽê–

#àa   >
  Ž6ÎA ?=ä¡á  'm ÉD8F† €ˆéš7Â/˜Fä  —„ñ -—ÐÌLÞ W=Ãnĺí& fóu

…$f$^3Î,

véÃ2‚‡ 76ng§

ÞnV,

Ïì= o7PW,
 Á´aÂ c 6 æ a>Æ† =:º ¹}kà·±,}§ié…‚¿Š ]7Cí4èuû¡<Óÿ_Ì9‡Ñ‡3ýÒÅÛIø †ö ý
Ý]´ºÐñFçwCÁ kèÎaèÃ-<Ž-6!m$a8ÏûÂùqq
½¥â·Ì Õÿþ`ÿókÿb½Õ Ð·ÿŸ&ÒðÃÿ¿ÿ1ÿv—óÒ

Úi x0É7 øŽ"þ ±áŠŷ

BðaøàŒÿd‡^ ·†

Ã
0„ @Â
'G + ]´ llS#Ä$ A, Ø¨Ø ÈÜ&!4ÄA„     0ƒi¦[Ø©7M   Â

0f
E™7R œs:"?œtÃ">aÓ )Â#©CùC|\

§L6N 0~L0` „jŠéÙr  -QL›O >™Ù øÌJ? ^£{    ÒÕt´½-($›

‹ „xXä [ "

O œ 8á, Ü„n

SM&¤uÉ'  â  ì  " O(pEÐ1 µ´] /TÒ(t Ý`ž: S ú eÂ'P (thÑC©NžM'G˜ˆÎÙ A?ƒ ‚b qÿÿÿÿË6¼Ÿ#¢
ŒÑ ÓD3ŽAqÈh …, pCR¢

rÍ Æl8¢¢
3¹œðW–é™Â# `¥6j ŷËlbŒ³i'Ã0†¥˜h †Ô³ ò¬ ^ã ` šH  f

^f

```
f      ‡,À@Ìm·−`œ  á»@^e†dû» f÷w−`Øe  ,Âñ°Êø J©b    ~
G°A)fj CQÈ2€¤hÒD B!Ç$8²]  *−d „,Ž #£`  ^I% A£ " ÒA#  XMi.YÖ´ t \"@,
0Áa  AUK9*D#«     :J,ÚÕ °'
```

"¢N¡   $ N@½  28b'J, I Gx3-CePA ¨‰ GH Dp`™

†Pâ   î¢:Õ Œ–#l0Ž¨0ƒ "

•I¦V†Ô Â X@ÁHz „Í ‡- 'ä°fÌ¹–¥A»Ý„#Ý'0Ë&™¼«Èy¼ŒÉ"4–Ý, ÕŠvš
Mr

ŽïmÃ Ã4m3nü*-t Û

[1] C5ßŽÂ @ÍÌ<"pÁ—

, qB#,å¼GC&dˆ®s#®â4"1

Â f Æ?ýùg  ²813

k2ñÙb#¢ù 3@ ŒÎ¤c<dB.^-Gïñš 6 G
£,>

€¾š    q

Àh ,3„ J
 >, ]„

¤IÈ7 ,î ¢;A l6D°j ¨]L:ö·
dÇ.Ó,p›„ @Ú 6ÒÜ¾Éä2V™ Ž2yÚ ÿ¶

ÂÃO I¥m´    86¡¿ Gé¦¡‡Ç÷¾Å
 --Z qQ  Ž1Y!ÿš.¶ß-
ï=œké°Ã Û÷ýs93; \ ¾× ÔŠ=4qØE;ôû_¯úàïÐ}…~ö Ã3bI\»æ 1`ÂÃ# ¶
ax6-°íö-! áÃ Máÿ\- 1PB"4"",  ƒv)^A      , HPB( qÃ-8 Ë¬¡ : SžÎ9ì<  ²4
`‰pòÞô sŽ~T°¥6j ÿÿÿòÙ Ge,û‰ùd¦v,‰4L#³HÉ(É'•<ì™'†VÎî†v
 LÄ ŠRn¤)ÀC«!#b'"6Á2 ÔÈv á:dlDu [9

0 &Žsΐù> ÍjCcê!‡páÝ¬] <‰± tŬ xôõ `¡gòúâ

Â ¼

žfÌØ "/ _6   àØ";       „{

Lt  3   º a„h¢, `ÁA {r Rà0Ìê8† ¬:oB,3¹

Á  ;Dn

Á„giXf – ¡-àá…†eÆº,øfÞ x ³ FÎÚ5äáá .zF²Q

¡ ƒ  Œ#} š? áÙxÏA ¶_6^´ ÛJÃŠ
Ãl¿V @ìÜ n °ØaÊÆ A‡<7>šD{Cåð:
²ø óÞ pÂ

ð
}Òé¶Õ ¡ Âwleý|ø-ìa?    ·ö <ú ZM¤;»ñÖîÃ B´:t+õmþ b-Ÿ÷ F÷—
^I¡
â ñ
7úX,V—õýàñûýƒÜ,~,ï¥à¶³

```
êÿÖèÚzØ:˜<Âêcÿÿ
· þ< >ÿ gx"Ç® ±ÿ,,}?÷,4[ÿ oðaþ 1ðaùå,-
þ :\ ¢ >÷ïïïï ÿÿ ÿvÞ¯ÿt>ÇÅ ð Ÿ  ø@µoöð,MŠÿŸÿS >Oú>œ¾Ç@¿ ÁµKG 3>iÚPÍÖ ûa>—
Ì,ÆéÃ7l3wpeÜ  ì#ŽÐK«l"&Â\ŠþB`‡Ã.Q
   ï^y XXƒ  B
```

± 6,

F°@ƒÓ

Â
8Â

Á  ^ [

+    `™      á…# NBx‡
¸ ) ‘Ga^LBbÂ

Á6!  AÆ qH6!
^A  0Ä ÈÜ&(1 !

ÃsŽ ƒ A h Á   0„0D „Ý&ËxH … §.! 8ÓÛp'‡ Gå

aÊ ã,.¥

–Ê   – ÿÿ–uTv.)Øè–ÃÓ5
u"8Ì‹E–àó'

Œ G Øƒ29•S  ,

¥ ((dœ?Fu $ wÝ°Ú ;‡w Ã ™é Ìù9 D£ÎÔw‰½[ŸÚß³" ÝH £VCGEŸÌÑ " !"²D ÌÈCY]I™"8k
~‰

`f    dN!G5`0„±˜#aƒÁƒ¨@F  #80@Œ0 „{    Ð8 Ñí^„

Á ÌOÐ

%†^0ËÆ•²xÑ}

@~  ,
†
^Vä‡I6ËÆ,

97A,—Œ6 A,—Ì!a†â»'" ¤ìŸ ë°N,y1ÂIºm—Ì:A¥m„ A·
ÖÂvÒ

ÿþÚý ~o32¡ÿ E¿ðDÇ¿ûÿ†ÿþ°E½öÒÍŠ \ ßb EÆU¹W|#ßøGÈ"³û„ ÿûøF ?ÿo¿¿úb¿í¬
_·„ ÷·„ öŸÓÕ ØÛ9?ýÐAdtžÅl3z6¸|4-ša N | L<Š9w#ö † @é„

û#êGA9 Öƒ´-&

ža   CÁ  â
  G

ÈûiA„ r     l‡¶ m$

Ø8 @†D H   @Œ@  >`  n!„ BÁ Ï…Ä G·X!   † ì0„0<^(v V‰  Ø
¨†  ñ-ñ`
Œ#ÞIØG‡œ#l#Û†
8Â6 -»†
J   ¼

Òo¾þÏªo   è ø@—¼ ¿ðÏ‰w
û ÜQ;>Ï Ùïý} >Aó Ð[a[Xg8aHëI2:½°¹}Ø`œ3q}/P™ XG 3   <) ë  ZPeß°Á ˜A

,9 † `¿c ƒL ¨ƒ@â E # Š#  A„ B ì L Ã  Á ˆpa ƒb @Ðpn¾ìPA Â

Ž²¡3Ø ÍY‰• fÐˆˆd ÈÅ3BÁ\´2F"-Œò-A ~¤Ø- ÄH<Íé~± „ `Š 0,b a Db -
&ÂHF"?ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ-!w :>8¥ †áî-!3
aÇÿÿÿÿðÕYU÷ô£ÿÿÿÿÿ€ €

endstream
endobj
9 0 obj
<</CropBox[0 0 612 792]/Parent 87 0 R/StructParents 3/Contents 11 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 10 0 R/Type/Page>>
endobj
10 0 obj
<</XObject<</Im4 12 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
11 0 obj
<</Length 154/Filter/FlateDecode>>stream
H‰TŽ½
Â@ „û…¼ÃÔ,÷—Ë…ƒ ÂœHŠ€ba-AÅ"Jr¾?îÆÊ f™á F¯Ë M£‡®O0hÛ]ê
šÉâ 2¨£C°

```
[y- ]6xýleÊŷ„ Ýå€1Ã®Ê#;‡³Å#"
ª¬ÃŒ1.¢ª£* ·X ½Âwî    2"ÃÞ-†"
ë˜åó5Æ&t?y¤7 X í -ü `  j*G
endstream
endobj
12 0 obj
<</Subtype/Image/Length 17601/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 1134/Type/XObject>>stream
ÿ;ìÌ ƒ#Ù>xR
```

!à‡,  *30rœ ¸9N

\9à†ò|§

l ð¦ó6\ ,r

!°ràæÂ Šl ÊÂ  6 ƒ T
x!°sa

ðC`æN

l!6

" ^ XAa „ „ _

éÇü÷   ¤ ¼ ¿

àgž} gŸÇœçsé„_ŸCÙôyô8 <&ðŽ p3œîrgÓ ð,ÿç „ „  Â
 / .!þsÿ‡Ãÿ<ÿÃ? <ÿðÏ> Áÿÿÿÿ$pÿóÏ‡ÃÉ Ãáä ™á þ ûÂâ~g„ g„ ášÿÿ†y áŸ‚g ÿ

ó;Â
ÿÎ˜A
ÿò Âá|. ÎÜ axa Iò a  I„

!

/Ã=…ã!ìƒðXe¹ xg  š,  ƒÊÂä 9  ƒØFbá…á„> A…† ar>5
ÿŸÿÿÿÿŸÿŸÿŸÿŸÿŸÿŸÿŸÿÿŸË{3Æo$  R°œŠ9ý°

š¤.Â Ý  ùÇ ô> Dr&¤ÇŸ fÑ„GD|¢}6 ‡A~tm,.   a Ù¶     ]

vé�6°3• w\v×Ðt„6ÿç†Ú]

ÿçw®K?"ïTØDAËr%"â*²    Òäf "%'hEâ& 9  °H!  „Dyr3   ó.eãÃ? dqŸ/Î

Bñn]`¹     Æy`Æ|g

ÙŽ31š

>ì$hg™s0V\ 'øŽ3 <I6  DK7O ²6F0^«&pÕ¶o"<:>98

!„^ Ë  n

#[  ¼

J 0~A ƒ

–Ô"º Œ#`q¨GÂCÑ 0Œï  > Œ#ã

¼ 0°M
 ÖF<8 ÑìŽ  &øÁ ; Àî,#

Ñ äAØF ®  Íð  EŽÃL ²ÇóS —÷C

l3pAæêAØ Á  ñoºAá n Ç¶ Fíz0¦ÿ~¯§ÞÒß ˜ooõÖ?èÎU/S

```
aÓi¤G  ß¿ÇôaË #ÿ.&  Š-
 â½c£Íÿâ CÛIÿK þýþÿûi ú_[ ùÇÿ é Ü -KÎ2?ìWœ{ ^«{[,ôhúsŒ oœμn¿Á{KúœTÚú¶}i}¯
 iYî̈ÿb- Ûzöpþ /û>¿mŠŠ #ã®pø@¹'|ñÔ ^ /Â þ  Oýá,WÅ xD 2 "‡ ÈÜ  qÅ{
```

¤n I †    X$Ó

,'Ô ü…V I<.Ÿ xR:
ç

W!fš[   zÄ< Òd*< L Á œA¦¸@ôû  ,ŒwìC^m, q!`šœp^ěv (pD}",¦
EðÂ(x"¬A4

A    ,' @Ä ¡ÆÐE # G 0Â   a Èw
  l¸A …£Ž aD

Á—0nÓÒÿ|w  ′aÅ;·l   -= åin7é "Ó

uNVPoü7õ3ÍÅÆf<¹œgÂG²äf@ˆ±0Í
>‰ÒäfT} ,ÃÏ³<Á™'HÍ

Øphi$,úGx$ .¶B ®3 ÆŒœ³^¡"-C‰Ì×f¶U£ fÏÄñÑŸ¶Ï²sÏ²tb9 Å9"#

§f^Áš ÐY(a Þ Â/ ¡ G

#á#â F°ã XF,;,£Ã^x Â Â4 K'l#9  a´ ¦Ï,  >)ÈŽ30†

Ù

m    $±

Ã6  Ë¶  Œ&m„n‡

Á v ¼>´ |

!A

Þn u

»øfèapŠv•—þ »ó ¶ 'ù 0A0Î13 TÈëTÈë1í¥ê¥ÕðÁHëa ð@^ù   V   #¦IÁ IÁ     ‡ÐPA,

1   *f* 9
PA,

øeÍ  r ^ÇÉ

9
, & AÄ(„ „ `ƒdc^a8fb,

 Á Ä D&
d°APAÅA`ÍŠŽ

ža^A  6)' llBb!,
Š C 8©'$8a        Ä ƒ`Ë° °dsb,
^A  pds Â

```
27w;R ™Ø».GbaÄDXb#6¦\²d <@0Ý†  á   Ó£Ïé
»K¯ý (l2.Ê^>  ¢ @Â ”¦ÍC ÿþ[ äQ „ÈLíø\,  N¬)Õ„áÜ ?‡§h~Ãý§Ç _øú8þW
3ŒÑ ,Þ^8ÉÏ O3G²Bó O ”ù šdŽW*  0ƒ8ÂìP F0E¸Îƒ {#ŠÉæBávCápD×`Å
```

Û#   a l„k,³s=#Ŷ½ Z  #[H?†Ð)¹¼ÜÛ3

ÉÜ#cdÝ#ãfóp}¬^¢£K-Ç?†

¿
¿Ân: /I¿¹âævŒŽ
 *¢û¿ÿèÄ©ô¯ü óÓ · {ƒ¥! D{×ÿÿ¿ý©uᆯÃ76
ªc}B ‡ý¥æ ì3Ÿg½ ;£u  a G6 @Â
6)ʻG

Žl♀ 4 hC  AÅ

0@Â

(
lTlRɰZ;O 3 ¡Á 6¥6j ÿÿý, Ùìêgj 1 ñ'æwy/'l'ÇgŒªÎègeFxÍä6E2O"aLî.<ƒ n¶  M0™
!ðš ÈÖ
C s°';ÑÞŸiɶ L s␣iÃ´ »M8` ,pé␣dì ªB ´ôÔ  žî>>"ïúî ÓñÄdÚ¨%;è È…ÿóŽýÑ‡j¹-
] •"åË3F™ƒ3,ú8Y†keÑÅb8Ìòä|óìük"t`È, DÓ>&Ì^2„b$2  d÷ç .dèÅpÍÆÑìÂ7çã£42b'd†
"{Ñ<N ç,ÜO £qæOSa  &¬û83  )Ñãé •°…Æ †  Žà¨ðâ   X& °  àš"ŽO
€`„0EÀ8":DX Â4   ÁB!0 qHî!

a   ^`…„h

F>+  À@Œä Éàa #Š D{oB  Á
  C  !  `ƒI¾Ly† >Á  A¢æ^^„g} M [79y

Î^ƒù|Ñ»¾×Þ

iö‡Þ ãúVÿ N†•Â{ßl_ÄGCÝ¤;´<  ¦ø^:ñ®`°l]¡éÇxXó

aßéc¶–ü ÝÕ
þ¡±^  Y ÿfÏ ÷õÿç/ °—
ç‡üÄ~m j¹áÝ®à–¤Œ¬Óz{g‡š ÁwÁPB ÿÁm/pÁ÷êÿ(^Ë#†ÿÁ þfðF¿þï_öÿ†à  ÿöIÅ

×ðÁø"âÁôÞ> £„{ø#ßðGº·ýà  +ðoÚFØVë ª
²ûý—ý|¾þ¶_ÛK[×1ü3}¥á ¿×øg;K†si¯_G
…A& 0Î̂jß¤'ê¾«®½_íª[]—ó Á  ¬ Â Á  a  r Á„â,

ã 829„ B( àÈæÄCb A„ b @Ø ƒ 60Å

ä-^`ƒƒ#˜A,  2âE   í    Â

h...á

!È\   0„0B   Â

3à ÊàMƒ ""Á ^< "'ná¸FœQ¢ i± ob"?^©.Ä&*)Š^2× ,¨>E Gÿÿ–
âÆEYK3#LÊ¸î ÎÕä&w™'«"ù[ÎÂ»»'vv`
I P˜R¤

ÎŒ)Õ…; ÎDÑ¦ &taI‡}Ú \Á»‡pá`ŽÃ»¹V7Ž`Ê¡÷¯ãƒ ØFŽ8„–

Û#ãŒ®´  û øî Ÿ_årÃ Ey-8ÉÇ–
3C4 u<ç^§³ A'hÃ4gãH  gí³ì¡æhÕŸF™ ÍY Ž±Aä¼ (Y¢='-F·* µæ23 Êx„DùE y#"<â<^Ë&
#]• ®:" 'yži'Œêá pÏÁ  ñÃ0 ‡Ãe

Áw_á ü#ÞÌ×÷÷_ßàÞ ÷ýI;Á   oþ¼ oÿü £Í þ ·†ôÿý /ý°ÿþÕü oýðß„hømA ÿÿ¨R?eöÁT"œ
   û ba…#¬#ŽÒÌ}ÙÏòûâª½˜XI³Ê »A.,ìÂÛý ü5ý/Û°Gv¨ ˜Aò -ÃþëÐKÛï³ë|ßÃ9ÙõþÅo ¿ü°
   ü −Ì ú
öëì>ŠŠ'peØb A, Å F?bƒ Å  &Å !,

Ž+$829„ AÆ     q  q

"    ,

â ! „   Â

ÂppÂ
a±LAÄ8Èaœ C# R:
 §  ,
'Ð*f*  A±A Ç#€drL 664

E ,
© v "‡
' 2: Pì *F86 Â

qA  ä‡(vÅ   å•i 1Å

ö C+ g ª †W Lá !,a

0@Ë€Lø .²¬¨ U¡  †T  2œ)N §

§ Ž ,
'58à< ` ,

`,´Ê ":¦   ©N…„Âe

&å

Â
‘G

Â1

#C

& . {Á4Â=°L!hq

#[Ñá„,& ¬< #8a  ¾ ^Â=°P„;#è":a—

„ {

.8† ¬>− m'IÜP¾nÏ−T−Òt<¤Ù°ât^õ ½ Þ "¬&Ù¼¼ia~`B−è>® 8pÍŒ]>¡>ÍÔ−Ô;'‡Æ−¸A
6ØpËósh;/ âāS{t… Í>ÍÍ+ékicó

g^ã·HS¥¡

```
F9
[í0  Ô  v›
```

l wöG¾àËÎ @öÔº¤u¶•—ý†bØöµ¾Â`×—oþcö

Þ§·OPŠpÍ ý
ÚV }—oŭm~Æ½—þ ¾ Ç

¨  Á^  ÈÇ      "tÐa

Á G2æá^A    ö! Â
Š C 0Å F8 ƒ

Bdcð †!1A  6( ØA ÐB S#„ E !,
ˆ† lP@â pdsb,

```
 Ã ~„ÈÇ  Ø,#ˆ † mPA, ØA  lPA,
Š"Ù¨oýýü· fD"ºÚ2 DÝÑTd± tJ¹\¤ Õà¥u &    ™
3#ºM0S¬


J
| º n
```

Ý   »È®
> OÇÄ]qw  6½´wŷûþÚ~¶ò ÉB!³èè d;
ò^ ¢ RE ¡ åa u™¢TŠL<gü,""%(ªGj ~F¿yÝõÏ¼Ž3Â ÈÀ@D^ '…

ðP^¶B !0 Ã#Š^¶

- L&98 q—3fx(" çrÇ#r/ `˜äX"

%„AÈ GäK'ÆpÈã.0@Í™ `ˆŽE DÂc'—4  Š\—'á'Ù ÈÌ Ë Š

ÉL<'ã Ä  ¬  .  ¸ÏG„ËŒ",K'˜õΏ¾`"  ]œ`î   ÍÄñ£p`ØÂGæ  Õn/ƒFÄ  ¸6JìÜlh×

ÂËÀâ‚6<8p Ô│ >#l#clä <ž / ÆŠ5ä ²PJ GÆÉCeá® ¸6J ²ð× ÎÑî l#[¤{iÈÝ£Û ha ÜZ6 &NÂ

^m† 0ñ  wø^"ÇÝ=ûh −Kÿ ÿoÕú  La¿Ý&*Ïv»Ô3 ¯ö{.ƒú]Ÿ_Þ §ìúú _„
†rÿì÷~o

Ú_ç t A " ³êÍàÙ»û>, Ùîúâ˜¯ìõýÙõ¤Ü 3AB  `ƒ′ 8 ƒ  A±M1LA²P)Š

```
B
G@ Šr7 &>FœPA² 1
^h<@Â
```

Èá ‚`Šr:„ Ž Ç ø-|Ž,±Kq

~OIA ;¹ áñ

øi2  ¤šÞÈH li¦ OH Úi?b"M'G„PöBV

ÐT

M- e 1ƒ { Ê  dÒ  Y×8èC@Å<&¤Y"8"è0°ÉÀ@É¸&CàDt Rœ aJ- §8ëi—
        ¦™n , ¸ät Ç'ÐE # ¼¡á  "‡EÐE:#¦N  b < -¢> #¦˜…&é^LPa2n(: GA <Žƒ —
  0H0`    R‡ Žš ~R=,*Ã qÑ       Ô \Ž— U,,#ð^é >Z á  DFndÜ - †úH& . †
  0@Ä1  ÿÿòÞÙ,È+#FxÍä6ErI•¬öLd6B²7 ¶L³³™Ø¹ž3y
Èª!yØLé ¶vPÈ¹•WtÝ-(bÝ4ÂaSÔ\,AH`™Ø% èÌO  " T×% oÜ^‡iÛh;´í;¦á'€aÕ!Hh;A'§p —
wú"â>8ý¸h7§ãšXý;ÿÿß} þüãµ] î~ý+•'´] EÖ\ 2æpÌÑ¶GÌ2>xÍ 50DG u û<FÈž32@¥ÆHF"
ñ'y¦°#æ2ñNy>3FÙøÔFvt‰Î§³qC[õ4Ž¹ë7"³D`Î3F"aHðDMI ?ŸG ¦ÆO):ÌÌ  fŒë ÎEÑÒs^§³
^ Ød8Õ'F 9©œN ç
5DèÃ' Š¶úrc† †  BÐº a,.! ì¡Á ó

#D Úa a   -a   †

øNÃø°Â3`    G€Á hŠåà`ƒÂ"@"9„Dq

:o^A pÂ`ƒ^0ƒ , `š¼ys 0@äù a  <, C  qÁÇ! ^â

"$ 0@<Ì DG

† ±Â `ƒ ,"Ü`ƒ !,−ôÅÇ,3™¹žœ3yý6,

ÏH¶,

w§

Ü pôÌŸ áÑ-ø:      Ð p"a>¬ßGä

Ǜ   eñxÐM¡|»

#[l#^n„k†n/ 5,;

Ó4èßG¶– †mh÷Ñ½†^PA„

qtwtn/ fðñ >

The text is garbled/corrupted.

ñ    'xÃ ƒ  B    „  „Ã±„ A„ dnË› „  Dq  0 ±²lü  Â Ú 6E 6(
Á Å  b  ÐllB^† lP Â P

A`Ì àÈæ a  G0ƒ 0„  Á „0 „ dQÃƒ#>A  ±  lPA,

B§T q a

Ø¨¨,#` Â

```
<C
÷  ů   kßoÿýÓÖƒ  YP¶ó±
#;  K;×"™šÎè³´^„ÿ  ßHà†a
```

2æ Š0ŽÈ= O#ÂÇ"üæ` >′äq— ð„A– àÏ

ã. pg,„E‰ gÈ  BÇ"ù ac'ñn]'á ¼'ÓÂŸ^ã03Ã8Èâ„D¨– "Y/"\Ž3Ñr03ã6ËŒ  ,

JÜ˜è#;eñxha 2Ná˜ † ñÈáÉŽƒ/    c´{²PÑð4k£àh×G¶ Ðä$ ÁKÆ ù„l„haÃhù ØÙ¼œ4|yqU
û*‰µm¡†4î h:    ´>v!tðN–ÓØØ¡²üÝ#Š,w » é„ I·
²øoék „ N¤q° ¡„îôô0NÐa Ð¶ ´!¶Ö nÅ„èh!C±±§

ÓtÐm
¡§ÞÆ> m –
@¾>½0b ~Ñƒÿ† ˆE ôœUƒƒFs¾¾aÒÿŽþ·½L9á~"õî'3¯ÇèB(zíÿ3• 5öšCÁÖŒæ *3 ÂaÁ ¶—
s9þ?°hÃþŒb(ó ÿ  NËßµÿè5 ß¼Œdx0Ã  õ ÿÎ?ÿý!ïb¿Ä "à¿ÿâ?¶Ž;HãÃ ñ

ø{ 6Fä$ r7ñ #×°Á(…

```
Bb  .+R*
```

. ' ± 0L \Ž'ÇA `§pD~qÂ#©C„GRlžŸa nI ^â"3c&ãYd oét tºa „¬$MÕ  a A
ªSf¡¿ÿý-ÒÙÌ© Õ ƒ; 2.Ê¡™-³Èì Ï ¼^Êþguä ún r.#®P  ÑP'ÞšhïMî.. ºáÃƒ/ »J)
 R  ôÿ¸o Çÿ¦?ûêv-.wR•Ë

ÌÏ`™ždxÁd2= ã†hY Œ3TGY^ Ød^Ñš# h û4FóÇš£Dm"‰ç^ ‰Ñ¸ÁšÙž\Ìòæ PÌó

œÔž33¤h Ç

ÔfÑtq Dr' äz"™PO<Ö]2Ÿ.dñã#æ  š# lS
³¹XXç ©• yPl'YPPçÂœ©Ï™:.FÌÐÏæ

öÑî„|<
–Þa„{a

#áðÙ$  !

!

Â=†È¾EpÁ a ðA,a0EŽ0A„!,-úA àÂ. ,aB<0L ƒ Á Ïb A

Û`á

Ö G‡ ‘éC~u(s

Œ F†a„{

†^"    ,  A,     C

& Â¢ C ,#@`±Å„\B< G

#Øa q£ß>qQJÃ6G b ¹Z    Ã³{

```
Þn¥† 7-á>¨ :5Ãh#ò=¶n  òã  ØA Ãj  Øfö ½ ->¨ w
„ =Ãij 8ã^â !t-—ÐÍ©¸ Øfæ l „ v_^ƒ àá>¡Ù>
Ü8t :†    —Ææ•†n³eãÁ°Ñ u°  C_ÿt20ñÝqé,_Òñ¦êéƒ ÷Ý uðÄ!é
ƒÝ-
ÿV÷-Ò-¶Òß÷i
Ý }Ðöö
```

erË

ži `ÿ²÷`žaÌL  ÿ²=Ü3 5°T V

B

```
B 8¨29Ä A1  Á6E   ƒ`Èæ lTS#  ƒ  A°,
^H0ƒŠbƒ ¢   Úƒ#˜A„ A ‘G
6F8  ƒ
```

ÐC33Ë²DG#B?~3G>fÅ02 „DÔã'¡/< Ê,ì- ÈX%2‡> 9°ðN"æg~,d 0Í
<fÂ'Ì¸!N(" ežh~f…æó h,eÑÂ3 Á,"á>"Ù-
 NEâ(Äæ'r6GÆz.Ìg…>`ˆ .Fd ^,,K'ñð   ‡ÃCÁ  (#XmÆ °EÜ#Ø`† † a„, Ñ p𝑓 "à9C~t
C ÖÂ… w … Â<p„0 p g¸T.!£Øx&ÉÀ,

”0<ºÃ ‡ Â=¿ C BÂ5† q`ðOG¶

```
"à0Á-
¡  -„0¨ÐÁ:^a Ü˜ùcâÑð>,t- :5ÛKpvoh'JÃ.³sJÙ½£[Ã7´  0Ç ÍÍ+mÜ8eûH;†n ƒ -"¨¾70
•óã
ƒs   m o7T Ç~Ëë†lZ 80Ù.÷fÄ ãµ  n ¶_ è †_ÐC=Ã /©8qq>¨}tE-¸ö-
ý: [hSãûªOíÈÇÓ M¯úêpšÞ+ »J
[ý´, {ý X6ãñÓ -óÍ×s ªu-šÇ ýF,—)þdsÃÑ, ^`ûÌ<?m/÷F þé~ý0uù,O[i¤
```

ÿÌ¡ÿÔèxo36€ÿWú¡-
ÈfGõÎ?÷ÇßÙšÂ>vÿÛý¯Á þÅ_õ ~Å ßÿø#å'qAúÿ½}û|‡Ò„{ø?ZVÿßÙý-÷á ÿï°Á Á˜™
•
Gøf(` ü0@Ø2ïÁ`Ë¿Â'ûËÔÚ^ †bû -Õ„°ÁB)Á˜¶Ëÿ ]ö ŽšhÜì0'vGÿƒ#¶

õ°G 3 0ƒµlŽ4

Á peã–Ã    XV  # »«  „   ß r2 â>!W

21Âb a    R  ¦Fà,

Ã#p~„ q   „  AÉ

A    A,
^A^A   ‡    á Ó ¤œ2æÅ *(1  h0„0ƒ    †!

a„É°i  "œ›¦š 0 "¬)eDw^#1J  -A ¾-©p-` 8 `  h$¢"#ÿÿåpF[¿ ï¡Õ F <M é ÿ„
ÈèÑ•

Ñ Ù È Sä£*¾kÈy D4Oâ, 3†G0  , \PD.  Ès—`Á  &9
    dø Ðg  SÁÁ 0„ÂÜ„ œ x^äF°¨g™¼0Ú   ´ `'½»/˜FÀDtèÙ

û#Ö}„ž D  lI$¹ +Â

ª„,     ,º,`ÉXzI X"Ö^‰ .ÏÈ BÁ ;5
2:–'€6†ž@ðÄ È±–`žE

,ìÃA

¸ä e&~0ƒ  | `Í Iƒ A (   '0`§ót0@Â ´

¹èã·§yÇ~-£   'A [^,
ãÛµõoçwk¤4Þ8ú·ÒvÒÁ*òñ é78î°WÿJò;/ÖÛJ 'n")[Ü%ýü{Ät-°š BæÓ 7_×Ë òÿžoK
£Oèó{iwÿ÷XÒm´¶é¿VÖ+m4Ÿ÷K«±ì5¾é½öÑÜ0-P¿a„¸(@Ú' Ä9 <C A´  d[†

H` „

a'Ø@ ò:¶ ˆøtB

```
n7\ @Á;<<<¿+•U×ª 7[_ÿÿ}r!dÇé68õþçi 'Ÿù G — NÌ28Â"a
r
änGÄ  E‰ ŒÌ  ²?"ávNÌä¸ ^ú 3ÂŸ<¿.Èæ\ 'ñŸ ó#'¸É œ#1Ÿ ó#Œ¸ï8&p!ìäG#ã0²æfgÈ§^
ã= f ØË'¼ð§ Æp²â˜#¨Bìã<3Ä ‰ ò/ Éy çP\¹dr63   är3Â=¶^ qì ºÍæç! >#r>4lË-
$8`ŒîLt -„l
Ãqh÷ ÖðÁ ]††-ÄZ=º
```

>Ò¿¬    þÚ;´½´¿ö« ªö—¯

æÃ_ÐIæ œ>õòø=žý¿a¥„    M Ûg6ÿ~Ï}žì÷~¿¶—kú9> )´ ë³Û ß©
ìSö žË ë¿ì3>
X¦+â—ìç   G0~A„ L Â

```
a^A A ÂlS Ù!ØNHpãb  ¢5 Š
lPA†!  AÅ1±
Â`ƒ5…b,±LS ƒA„Á    ¬E,(xTBVPï^8u  Å4 CØ¨^4,m1Å±QL[ ,ac^mPL&Ó  C¶97ZL …p"t
```

0A— ,‡M  0R‡R‡ Ž “ DtUŒ0AŸ    h,à …)Â˜s<0R‡A,

C

Â

E ¡  a Îâ EÀûab: T0¡ Ã Ð0 g²¬<#À^`  ° gÀA

& ÍÐE

Ðƒ C k< a  0°c  8íA  Ö!„k9xE

…¦ ! Õ

Önh->… AÑ-Ø¡ ¸gæ ¸4->¡

 K ,gàf a>  Í
Ko>Ã ~<' v±z·þŒEÿ

nóë¦I>´`` ßÕmùýïO9 /

UÝ|•}  ,<ÿ^WFG VHAÝá½ç

ÿ†)!oIºôd^_0=ÁsBóÅø-'ÿþÝ #ßa-9

ÜÃ7*é}¥é iC9û

ð    °Âß}›Aá«

æ_ s‡Òö ÎÔ ³xzoJÒ†sûôx
&ûJÝ†sI½UTŽµ     þ™ © A #¢> CÈþG: YÄ E

lD0M0@Á %b C 6( 0A„ !

l…•@Â  )³Pß+…Æ¡˜  †È"F^ã.^æe8<Äµ'ÖvN*^ò$gc

ÜEE= Î± 2TÎÁH§gcÅdDŒƒ:„z ¢( º  ÃÕ[.$ | ;

```
ÓwÂ<_ßÁ íx,A¼D;b,A& B
‡
<½
^¸zMùšÉ^8ù YÚu
 Þ, ©; úRŸüì³¤à^Ž3á
```

ÀË‡ ŠNär3 ¬Ìò9 r.2æp eâ†xgR0ÎDr0FÌŽYâ=,"Â.dæSŒñ>29
žE™NJ¯MŸ29 29  ü¹š .f Ž5@ #S<F±çÈù™åî»#är'29  ž^ DÐŽ„ D&s4"œfq CÄyžË™™9¬!
áM .Í™ÈŽF

Ð är Š¹T˜ì3Lÿ ß ÖÁ Ï—`<»
  öÁ Àh÷h0M 60†è÷Ecp^£'»

˜áá
â GÃèh` l<§ Ìçxȁ`^Ý^¡±
å8a

"Ýá   <ÀÂ4Cƒ„Fän FÃ¹ ¶gTW¿ë-÷øZ Øa<1
ÝE†jö0ÅºÁ  n û<  7PÒ ñ ÇA6 AÑù³{q ÐºÁ A¡†ë b èZ
Ã/á½>Ú

```
ÓB,
†zã74-
&Ã7é„á, A: ´ i † a ÐÃ 7 [ýs×ioï:»ì >i# ¶G©,ÿ·£ ý ° ]·}þ>Þ´b?áŠöG§Ÿ]n"¶
¿WõÌ!7ýùòýÿë˜ Ò ß@¶Ò×û ñôV6Ð"<—äì§¿úþ¾Á-ý~µ-ÿûþ>d5š?°Œ÷ïð ÿÿÝŠü#Gÿþ¿þW
Pa 80 ,
```

¨   â
!1A   lŒx!vS… 8 Å  b Á0^ƒƒjDàdv   Éj!  $8a   „

A !

B@0   ,

A†FãdZ L"„ a  aŠ 0ƒŽå dd>v L¸"žJ ™%ÿÿG;
×Á.ÂH  a   A¤  " Š"Ù¨nW3dRçK¸æF¬–™Ó"ÆWó+YÈ£; ÎD\CÑ¸Èm"¦e4^8Ë'Ò Q*

xPDGdr>0^° "G )ÁJp§„>! Ì ¸Ž2äf3` a j#â8(s

B¹   zSŒðÁ¦'³à†Ã™ŒöG ð†

Á 5  D²(Â/ xÃ'¹'ˆ"á $r3 È»5 >)˜„s6Í²8ËŒøÏ  Š Èä
p`§ 5ŽÎ

ð¶Ûà ÐC   a   ¡„|ÉãŸ!Ÿç  m~A½>aÑò Ð Ì#d88S†n üÂœlÃ p  ÈG 0HøÂ/(öÑñˆÆ °6l

#``™É !ÃÂÃ7 ƒGÈFàÑ(

ÛGÀÂ7 Íäá„1
¼„n

"î 6^à3l#`a ¶Ì%"€Ý £å-Þ ò ¸;i¥úÿèÎTÐPÓÁ ·[ÒOÉ

ZMÐøv›C

i

b𝑓4ÚHp .

QùáŬ6† t á^]$Ü ¤Û§CI·„Ú f  ¤Ü!ðÂiã
;ðŸƒ ƒ ½ƒ >Ú8ô¿ÿüD ŸàÃõžµ ̂

¿_þb> (1 êtr2Ã "{{ÌG[Ýÿ  ÝÞuùƒKúîîŒ ¿ü0x2IÎ?

"{ Ãßaœÿû< _,+x@¾ßÁ Ûÿ¿ßÿ ¬ÞÁÛx@°Šæ•é}û~  Ý' ä-
ÿßÿ}þÞ»íÿþ \ðŠÆ xEcûM Ã0¬PL"‡a
       ± pÂ  91ÔC 4!¹-ˆa 8{ Ã&:d%^8`Š-GA ÈG(y   -¯d(ò<Ô…
 pðV-GA+   2 r‡'Ð Ø^dr`Ã%{#ì0HÕl0I5# œ…¨0K/„Pò:VBŽD¨Ca,R Ä-G@¤t 9
ì ò<],  CÈè( áàƒAÒ

```
˜©6 ‰Z  ÊÀOL§9Ê8 Á^2à 2È ÉÁQa Ø/)Á † òœ ãØ1
Sö^l 7     — 0b  Ñ qÃ ø,'P
~S„GA",œã,
    °‰Â1ƒ L ƒ A"> ÑÇ@Š° " úTPè †
qÎ<2N ¡ƒ    ",¢ú§òœ (0Hã E9C,.½©Ç Gúå
```

§p X1"à Xc5ž
   (l¡ËH8gi
ÿXE #á #ä~M'e´( •Ö  ,gs2.E`È*%Ù]Ù Z5'+ÊÎvž"Fw«%Îê^"¾ ½(æTÝÉœL2]šÑÑ"  `0Á

¹`ÌÀ‡
Œ",Häf0 œ#1B"œˆò9 DD È‡!fKÉqœ·%¡‡%2s#rº−
…ŽJÉÙ8,r8%d,Éq ÐI:GuJ ‡£¿Ë™™uM‘ƒ −G  üEÂvNÈò\f œ!áŸ#ŒŽ3 |ŒÂ "Ä¹ŸÎ

ê ø¦c0fÌÁ`ÈÁ#Ñr D\IÜÜ Ó£s

-á,c ¼
— >lÞN  øÃ    „kËRC† ‡t¼>† í,hhöÑ'

ÍT3h 6…Ï-_1a á I„†Á7ì& 7 6† °U° "‡  °  "žGA |Ù ^ F,
ÍÍ°t mÇ±ÛI
C
0ƒ¡  >ÍÐø   ÚCá Â
¡°AÃŽ½ÛK¯Ø:×ýùÁÍ
ßÄ ýçªÓ ,¶"àîîþó `Ý † GÅn".!õÌå

Š?´>¦ÛKïØ=´'æƒMs¿ì¥×ÿ8 ß{ ßy ûÿx#_ÿ0Ì úe

½†,–Û‰Ïÿÿð‐ÉÚ    ž  D<üt>ÿm/

=´¨ÿÿÿ

1   Â

lE„ØÂ
É "Â

žDs`ÑÇ ~¨8a Š^RC‡!0a0>#  0ƒ  0œBc  6  $      „A
ìê   ÐlP  `ƒ      á  ;b¤QÃa6~†Å1„  A„ØØ‡  Â(v   ^lBb~†        „Ø  ƒ  8å
 Á0Šu3ž  L3µ  3  <−8B  ËB   fÔ¢‰
Ê,ÃY!†  F4

ö ó

\g‡M,  3qà‡^ØË`x  – =ÑñŠ$;sÍÎ Gã¹ 0  áØH ^Ía„|

#C ÐÃ†ÑXÁ

G·Ã0 a„{a  è#áÈ48†„ FºÁ `< …ƒ C  Žk Â5ž íàÂ4X†n"† á²ð † cµl0A,P  F† A…l
±ÂÕÃ ^Ý·

ˆ£Ã   ´ ì8Hüè CA

Þ ¡aÃ>» Ïææ‡Š  Ð´¬3s

ÜÐÙ}A

Á ~
† 74. +ó{  Ù¹7     éÝ§,

†û¤ôí¤î2¹]ƒ& ›ßnpúøm&þtD öJÌ#ò=>Œ •ßF ©°y^_á‡¤ßèÁ ·˜ l  _ _Ä   ® -¥ô
(×þ¯wô  n ãæ—ù›ý*-¾ áýÿï ÿýï¼|¼ ž ú £ø#E&ëü £ Ð†^Á&ì%aY
 ’x"ž ¸
[°"3| ˆ$¤u`ƒ/»

ÝÞo
þÃ7 áÛ[a>,JGV-"3 p×G€öÒý†sJ× *'Ö«é_éjÚ~Ú¥±^a ³à@Á
 ] ÐE:.¨»¢9ƒ  CÈè Dt ¬$ê0E

& ƒ† 0„0ƒ 6!ÁÃh' Ëp¬rn5Ì Ô#ú´ÆÕWÆ  ò>  ò> 0ƒ"Ù¨oÿÿÿÿü´…:ÂÑß    t B

ZBuãÿÿÿÿÿÿÿÿÿÿø €

endstream
endobj
13 0 obj
<</CropBox[0 0 612 792]/Parent 87 0 R/StructParents 4/Contents 15 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 14 0 R/Type/Page>>
endobj
14 0 obj
<</XObject<</Im1 16 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
15 0 obj
<</Length 154/Filter/FlateDecode>>stream
H‰TŽ1
Â@

…÷@ỳÃ>  ï'Ó^)"

¶"
Šƒ³   ‡*íùý1©"yKx ì%þx ?¨*ß7]
F]ìÚ&£‰ O £( ¢ ¬m™otÝáõ³ oþ
|""† Ý" u

gÂ#Q` r(Ã\"/ÄåQKÃ•[cïZi2b"<cX

```
ë6TÏ8Ö      FòÝ(hßtRe´ïõß¯   Ó,)î
endstream
endobj
16 0 obj
<</Subtype/Image/Length 23876/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 2300/Type/XObject>>stream
ÿüî˜† ,"$#¹ˆH  !  `‰D¼@Ã ƒ ¯-Aö  ƒAê¾º‰ó˜ 5 Ÿ0‰ó Ÿ9ŠáfNjBÿÿÿÿ  û
     á<'Á×ð ñš i CÿøDÇ ,R-a¸¸ÿÈp39!è?_ù
```

+Aa9

```
# ÿÿÿÿÿÿÿ‡º³[Ô‰
ÿ     |0,'ÇüÕÿxaA ÿ5¾ ÃECéÿ¾9 pÆ<×ûøº_ÿÿÿÿÿÿú²(ð—ÿ'÷Úÿ=~ ?
üõùÕ!ØAE /
a¯ÿÃXk
|'
yœ Ÿÿÿÿÿÿÿøbƒ áŒõÈbbƒ  @ü1^8 v
Þ ì&
ÃL/
q
```

ÖhÃ@    v¡ A Ði…¿Ã_¦ƒMU:  »Nßî·-C«n¼7¶ÿu}>-BŽB_¢@R@K+[^‡aûÅÚpÚ ·¾k÷_-
<Õ» ü4ÿ×ký.

9Aû" 6í
ŸUMOÿN¿¿û¥†íëéþ—§ÝÇÇWú®° Þ½çiÑÚZ o±
    ÛÍL2ù·Vç•ÃÎ/}·§ÿ»AZ»}~ŒãõÿÒÐh·´¿ÿ ÿ¿ø Û× ÿ¯`â>Ð{ÏîÓÝ;- ë·Ýÿëw_×m-
ÿj¢ ÿKF‡ 6ÎëzÝ½ý'ü?¥¿ ¿ÿQì7÷´

```
h8ä2Ç8â# "- Ž¤2 (r
Ç# Ã™Ê ±ÊãáPW å9VQ¸  Q^Ñnd  ž¤  "ŽGBƒ)9L¢¥s$ ^È-
  ™Ê Ã' 0äœ¡Î¢f§-@ã
```

ç9c•e

)š −Ù(o
2nf£ùÛ¨ó Š2ÚB•Ê ËTb]õÉb:" 4GJYkó²„vµœÏ#y¢7 d^£ÈM Pƒ'ø9nä d
     2! Ã _×í6Ï !ŒÞƒ¹ÚZ &Ø‰Ñ¢#h,¢1 #èú7™æ˜"¢KÆm ¡úáše`3ñ−#ðÕ '*
÷Õ{[âá°Ö o ®•'Dž§3þF%A¦ªž˜[#åêNÓ´.Ð^;]5×¾−ý°ðm—

-WïUßÖÿÛ <7ðnÃn 2²TW»x}¼‡4

ƒ¶Ô² Äùþ

û6    ~
ž    ~l Œê.„zûP'Á ,á-WÓ×ÖÁ …¡

```
 ePß¯I ¥öîm— õ÷®´¨ °x.¡  5
 I<hZ„#â"3 ' A-|Âá \ðBA{èW]iz
Ý³Þ   ,4Ã
H(FB~?Òt    ÒÚÃµUU    ) ánÃBáLªb¶v|†¾÷éU%×þå
„tÅü|~ÒÃ   PD#^^Ð^ŽÐ^Ž¼_ÃDjñ®:UCõ÷Ó ª ^ù'µ-
ŸÞSF<Çÿÿÿÿ•ÃQòÕÕWÉ4+Rnz°É°4¹ „f #DP^ =œÎ"l-
G²Q Çâ|,' ¢¡ „} yôsÈ 4D»4ÎÑÏæ@ãM4Â  ja*ªŸ4ÕMÇ
SM_½“¬ò¼÷ôypóá _= Òj¿¢ ¿ïûÕÍ ðù·Ä{*hú< ÆhÑ È iÎóìÍgS'È !ÇôÂj
 A¢'Â§g
A 4ÓMWL!wÚÜ4ï»   ÝöƒaÜ?åK;UEDƒŽ¹žD%È j°j §
```

Ö

ó[M4

& §· µîûNÃwhÎì^=‡Mí·<7ö0Ûß ß úª…¼úS™ Hç°ƒ<^â ê ßÿ·Ûm°ß[ç ¾á·"$8R‡îÈ±

× ğ    ,

ÿaÃ Ýü uÁ wë„A|ª¢
á
bÐ^9
 ªa5N

íîûNûowwaóÃÙ1ê "ÉHÛw¼êÅÎ•û
        ±pûÛ·õÞþíßÓþ÷Z8ýÃûµíCz¯ƒ†äQíÉŽxøeô ·ðï¸páñ ,ÌAðæ–ÛIî½Ý/kÝöÕvœ6—
ûéuëJþ¡ −ß}÷±w$ÎR–
^»

ÕÝ~′ô–ÂÿÕÚ_é‰ëãöFÐE

Èÿô«ý~©ÿý/ðÛþÂþ°÷¦ê‡ýß ¾úU…§¯ZÝŠÆ‑um*^Û¾¡ñKÿú¥÷ÿZößý%¾¨. ® wö ö¾°K… Hþ] œ
%~k  ±
Ž ŠRá  ÷M
™

þÕikô‑½}_Âöþ½‑ "1ÇJÐH*_8 <ØnýÛK.  ~¤#ŠH!Ø µk  0«J¶‑;Òþ Ö½oï‑
|("ŸÞØ."©¯qÅ Œð'è}õûVšZT‑á*ªÞ'ë~¿„³e,
Í£d9´G ‑  öñ\Ø: ûBÌ ð‑5_ét‑«ÚAR   ,J z
„hG&á†ÿh'£F  _‑ ×_®©%zárZú,aAU|¡Â ë…A•¤`„DEæe¬·ñV=$0"ê•‑‑ ZT"‑ªUÚ…
        /X^^Ðâ#"uk» Á$‚ú¤ª¡pŸèEª„# ÖY: mkT´É‑B‑  }= Œ!øÐâ"4M€>Ç «Ðÿ  ÿ‑
 .ñËZ2§ ªrÍRGf «‚Óê©ÿo¯ÿàB)Ò1f¨"f´P £ÈÞjRÝ‑
 °èŠ¢ag\  Ñ¦i (Ñ £¦u^{d ié Ï´ øñŸf

```
°²>] gÁàÈã@Ô*¢ È!´Ë1   ^ëY
 ,ê,©ìòïAù U†qX[.g°ƒ –AÈ!ÿ§ â!± ¦…Ø]4  ,ë ü ìÛ. 2:¶BÛ
!rxiŸ µ
 – !‡j²
```

A µ AÃ¸†°ìè  ÃÕ;NÓo_ñz r >·k
 ,#ö·ëß·ëþ °úÑ'G²Cåc

¯(xeýÛw( nƒA¦ »¾ÖÜ'ü[«p~ðÞÉ=¹W•6Ha>áÃaì[,'bê Eß

ðîï¾ùà¿ÓîÓÔîÃŸç Õ?ÿõ«}}oÿ_Ë:Õ-
}þúßOÕÿ]ð«†;Õ^__ÿ½?‡î Š]zõí¾ú¿× ÿWïº«H?ô"éu÷T?ßº«úëþ•ÿÿ ®ºßûwî¿Õõ¥ï¯ÿÒÿî°
ÝúÿØJ¿ïþ
ÿ¥¥Õi{úÚþï¥ÿ¤-kWU´¿ëÝ$´µÿV ZV Ç -„ %õ^Á ý=zúZOøH »H^·Þ½†•¥,ù©T0-
 )ðþPOÜ/ÿÕ…U £   :þá#P¾`£üØ / å  àÃHêZ Ti ¡j» õ,ákÆÔúH N,
 JÁ/ô,
 ÒK___t~T %¥ Â,®·¦ Õ?Š R @,    D/Ø¨/„F    ú×AÒi$«§aB:ª©ôá,®¿L Z  ©êª
 ¾
 ¹æ ,¼ 0BÁ
 E"L7ª¦ ¡Ê  ¡A
 x^ã-~²>"#T"#Â
 "0X†<³L.5ýÊ`ê2Àª©ÉáGþS J>W%Qü¶ "¯<cùh3Qÿÿ+©©m
 ©  Yj©¥®w ]9e$ó$èïI e ‡9Õ
 ë è²Œê "M ùš];´ÏLïäÞh&#ª"Q>æ¤CfyO ò a  üñ  6Â…60^?{T
  L~WH^ê2 D³)ÑÑ è×š`OÝ Ä^` ´fã†] v] ô  pÑ Ä ÈL
  _*š ö h4
 uUNîûG ÷ñ •£DNŽ¨%d     ùN•S?©„] ÕÉŽKƒNôA;ñ

-Qc‡iÛþ˜>²-¾ïw{x6`æ

-ƒMt->h_¿ý·Ï o÷F¶A>}íí<¿×íl¾GÈé†_.¤(åu8ã†Ÿ wÝ-¿á¾Ÿõ¼< ç‰A2‡(r¢

```
k-ðfœ7^|?ú  Ã‡§ví÷z¢
À9 Â
```

}

÷" ®  $Táâ  Ãaèãíöí>±Î±<o!çã'jo#ðÐq ™Â 4
 ƒ ª

_ °

áØXpvƒîáé‡¿‡÷vì~ç»m"¶(;»}ûŸ_ÿÿëžUÞ·PÿÃ#«Õ4" iú~ ÝßÛ nÿƒàá",‡ašv 9ª#l= -Öî
;‡|6û¿[-¾ûî[ÿý;ì W x
Q
 á§v¶™ [á=_ l-E†ÛÈì,íÊ q N Î/½Ýww§Wí÷Òÿÿÿÿõµ}+Þïß î;
†Ð\ñ 17)Ê¼×ÉÛë³ ƒ¶Ó‡Ý¿mà^éûÿzG]Õ{zOÿî¿Õ—
õÖÝwé O^Øz ·îNãm¶Ä Ýÿÿ§Ñ©¿-G÷ÿÕ oµ¾×®¿ŠÕõõõIo×¯]myn1†òCü83{

```
Ó     ¢> ½ ø ! D ;P¨ !
6åŸTP^DD'¯ÔÃg"ÿ…UXkh 0ƒLôœA§!íª¢ @<î M>PívûíX`Ý† ìtMŠ'Ó!£è<¢t}DV?˜&Ñ×<Šx
ážjp@^> š¦ƒÍ"‡€Ó ¹] !<Ú ,
```

Â„õµ¸r%¿»Ô ~÷½ÎÛ+ï-À' ŠŒ  ãLë©ÿ0Ô  Ïät]
 8g
V
 ¸Aƒ†ƒAÚ„

Õ Üw–ú«ôÏ«Ó#™µkÄi¢-ªª j·8íõý»0`ÿ·ßáä}

gÅ"Ä £(‰¹
ƒGØ>î/nøwïÚÜú÷ú‰B „J àƒA¢ „Zz

ÖÂ ÿ¤Ý†

ý½ÛmÑ¡  ‡' îáöÃŽÂ·û¿ Ýýõ‡>]¾ëV ×áBa¡í´ÕïPÚaº ƒÛºrAšÎ CaÝ¢ ÍH¡í· ƒý¡øww}Ãÿ
OþûþûúïúõïOÂ ŸvŸ}û5,y
"Ì Ý¿ž[vý¯û{ýè?¿ÿÿÿÿý×ýCûÿ Ý¾–äâÉÎ  G,9
²ÎúÂÃí¿Nûº´ù ;Ý{õî×Îÿê·þ«zëëö…ÕîI5ÿì*ëÿÔm; c ÿÿ aoþ¯-
„h ûz]7Ó ±^ß¥u¯[ ¿„ ×é(¿þ×ß¥ýßw–Û}ª  ÷ }–«ö+úo¯ªV,Î%úõÂÕj·u¤ u}/¿Õ_ãû ×oþ
Â¯ Z÷_®-
úýn'µ´»ßý]uÂ„º'¯Wá,  õ_a,_ä0 ÿõûÓ _Ý? ýcøoÞ ¯×X7Õ ¿…KŽ4ÚÝÕ>4:ÚP‰ÕyÐ~ét¿ïº
ë~µªÝÔ^ /Â_«~«Ô$û%ß„…|n¼Œ–'˜tÎ-t TP(Cô¾)÷Òá-Òª¯í&'ÿ_,ß×§Ûüb„/GR†ßî ƒÌ Ì Ð
(¤¯ê
 ]   *^w(r‡
-v–«ý©-a ë¬êµ84ì Ë,pá—

```
 # âæGPÐdtGä~ ÈÒ<Ž#4ssª ×joÈMaæhŽ–ôÑ Ô†&Câw¡ ÓB– µ–
‰å Í ¢19ª%(ë ç³ù´tÈH –ÎY –|ƒA™²éKävƒ#Ò' f 5 øA
öBãL!paa…‚i„ Ú|ÃM;aË*Â×ÎÑ |3D·ª©  R&¡¬8v] ÏÒ;NOG iÚ® öÚ|û÷Ú‚opÛ³9CÁÞ™ T 4
A
Dld ÃDB `ÓÕ ƒD  ¡iÃwëhC<  ÃWÓí6Ü+nÃpÙ  Ç²‡/ØvlØl¡^¶Ãn…ÃAÚ Â L(_û·I»ï {–
þÃa•Û³¤Cd#$O¢§aíáÃ(÷
```

/¼?ů¡OMÝîhï=‡! ²78ðwòs∶ÀÙD

CŸ³Fòç%òC" q·§ßv¡ûßûßGw[ïïÛvø\Žr‡â 4-
ÿ¾Þ߂ þ¿÷žû‡ûÎŒ8ï#ŽÒÓýõb¿õx3|8pî.ÂwÁÛz óÛõýVû»û¾¿ÿMÓt t-¿þŸzÞ¾ÛÝïéÙµ÷ß¶-
ÝV¿úïÖëëÿJ -Š«ýýCê,Õ/ôûîíë ½=|/â«ý/-×ëþºuxUÿþt Õ}u¾õ⁻ýâ-
ÖÿV¿ÿÒÛý/þÖøkÿÿ _Z» ×õAÿþ«º]-„-ÿéoú_ýa¾ ëÿ:/-…/®—ë Ôêëö—
Ia ÐIu±^ ÿ^Û·¾ Î(%ðÝ6<ØS¨¿…Ó×A þý ¿ B_ý ÏÅ ^  kù€ ûn‚Š_Ã|.'úõ-…
^»Ø/ø%`‚þ‚Ÿ

éozK¿×¯ÿéBøã¤á ʻš^Á}Â_é1_õ
Òø]5T-øk¦ U0DtÖ4#+¤DÚ¦l³ â¢ʻCé~!uZUþ .¨*Ò¥Zä^ à×Ð  ^»ÇÝzA%õì UT
® å!Â¦ ´ÐÑʼ^=/aB¯®°þ"~š ¢ÜÓ´"!"& j‡ „9eŸ- <0 ^ŷù ßÿÊð£ÿþYkQÿÿÿ-¹ª¬´Äõ-
Êjë,¤^Tʼ¢4G $Ïg³^ú="¢ ™çÑô åtéÉ…úfh —
ÒÓNð@ <óêM «4et¥ r„q Qžo6Š„kÏæ™èþLFqÇ 0 è†84Â¦ ¦p¬*¡
 !S´#L ÑßÒJÎÁQN‰ó4o3G²M ù:L  7UN×AÙ  Ñ è8`ƒ³dƒ^a8<A¦½Ý|—
¨m6Õá¥Ëp¤W:pP©ʻ¬«Ï³D¨5
zœ,

~ „
p¡„E™ õ!áª –ÕS "! v…ªwßÃní½[ÿMºcùo¬Cpjh³¦N•o^ y G ~š
  –Ãíÿíµ}/m
þ àï£_¦¢ Ù} (¤±×DYƒ 2¶  FC‰xÕ  ç3™ªºƒÈù á¦xÓTxa µ4Â „8v·ëÞƒµ]‡ÿ¶Û°á8DÇ‡(0
Ã(rÏßm¶*ÿ¯¿-y WähÈúa D&4CÎªš Ð4â! ð èÃÕî

'mÎÛýƒwƒÃ"£! aä6þ
ƒ/>`å
^ Ø}§pØ l7M°_Ó¾Ó –Óœ«hÐÂ ƒ»´úØv÷Ðo Öä‡`Ø9

f£ ¼-þ]. >¹!´ÿ¿ï¾ÕÒOÿûo]?_ÛþÒ„È́×ƘÝ×KAÝíßß¶íÛr ~¾âÞßí¿ÿ[Õÿú  ûÝ_ÿ÷«ÖÇÿ…öâ?ûxs
ç(s  'Ÿ÷

```
¨*¤#ˆŒ!  Š´ÒZ
«atÂ¡  Æ[ˆ˜A„8ˆˆâ#ÄE÷úZÚô:-
åQGËhb¥°Þ[&K:©e E ¥  Í GÑÈ  è¨E>HÏFòF™¥˜F LÏ=T²è h§Fh§ ù#´¾û.¬Ž<ùå®ƒ†ƒˆ‡x
AÔ· Ei 2FF#¢! Õ #4f £4©˜ˆú
 ƒA¦šÚ á„CÌ…ÐD5M=4áß
```

Ðw+,#êò:,¡ <¿×U#è „Ñ í
;í [µAÿáÃ½‡¹‡rÈT²¶Ž¨¨Í  GXÍ ¢Œò'IªÙ´GDtƒA— g A hŒr. |&© ÈL  Ú
B Ý íúªO ïöá²DÜB , h ¬ÖÉõ   ™÷'4Èÿ§x@ä ë„"
Ó^|8i¡ v ºÚw†Áºàû¾Q Í6Cs ¯Á. aÝ¹dìx º|q±…0<" äý„AÃ!84Bc
^> .

i…]V \'£»TÖöý9!á`ÛÝ¸?ÿýßý÷ë§„A^i khD8´

.¨hG"Ù¨o+ŒE•– • Ds±5å§5ýårh´-ñþvaG) ÚZ^ŷ–
ÙR ŷŷ –¨Ë^¤vh°Ë4' é<È 'Ü=WÕYV ÝR⁻ ¾@—
MJZ'‰ •Ì'B3Dme<J ©Ÿ g ¿#Y¢Lþ~²;DÛƒð¶Ÿ š£³æ^Ñ yÌò"kÔÓW²t¾«'Ñ´Ã1'Òr: § ×Ô
Ó5æ¤N^…çT}E ¦™¤q–Îd¾ši <ç ªœ Ž,!ü

-xh†,‡ÃÂ ú | ô" EÃD9
B
 « 21  Í9

4KÃR:O    ¶©ᵃ
4Õ5DMH&=4"×P„

!Ý^Aß–úæ^&}œ#ìŽ^é28^4   UD   …ò „ h> [´

Hd:_Ê

^d9Ŭ8pîÓëÿþö-žéÿn¿}ß§ÿ~¿ÿ þÝ O^´ûÛeYVÛl `
@Ûÿ¾÷Ï¿ÿý<5ÿßÛ½u_½-þÝ5Õÿµé½éC
-þ*µ K^
^¸wo÷÷ûÿ÷z÷ÿùpÿýÝÞ¾ê—¨ë~>ú^_ü-/°Ç¿Ý„°^ÿüçÿm¿ö¿þÿÿÿú
ÿoUéµØÕ{t»ï]*×¼.—°¥ÿ-®°ézõ ¯ÿzÝ½ÿí_úI*Õ ÿß-¡B¨_    Þ¿Kÿêáj—
]ï¥¤jÿô^Ú3I Kªÿø¥× ÿWô°ûÛî÷úIu_ëþ7IÂOøã…µ <»Â(tÿa, Iæ :6 ÀtÂ þ° ÕØI;_ïôÿ¤
'TÿÕÕz¾    t;è/ÿRÒðIÎ„Ã#"  QÕ Û¶!i|-V,_×
ÿ®½æ×ý,ÿ´
-«íZ ÐOÝM˜((%`-Æf h^"`"k…Ö:I}oÿê°ªÿ×çOÿð,_ â#¯Í˜O  ø,Yp¬TlR  ¡ ,LSô _
áz_
  T¿U\ ".„Doã þ §ï@¿¡ ~†é él'
-jü(A…Âa H. 3h©èC 0B4.# |D   t

&l~‡Å/é ×ú I;_×è(&      ,0„j¡b= ãßô'ëÐ\ 5ê–
µ Âø*   + ,FŸ¯U¯õÒýxõ_Ô^úö  ‡ ¡  Œ„¡ t +ŒXÐÐ^ø¼q®†v*¿ ýz¢Ò XB#–
æB  ËY'YeY\²
K•Á£«…Roª;üÑ  äuE ç  Ñ–DM ó¤gœÏg²  ^%g¢:#æŒ 'Ñ˜–
Êú#ÈÖ‰ Í   ÊŒè f´{²tJtÕU œ;ƒTD á ~

&©¨D1„–d8,"" E  "È "  sR%9ª3"T M  Þ]ŽPÓ#¢9Ã†x DÀä ! ÆƒM øÈ;‡Ä A¡

÷
0š
‡i å'?"è–§:ëú d|ž»ä )ñ C´#M~Õ=ûô÷µ\;ô¿ƒkÈÝË}Q
 4Q fò¯:Æ™žiž5'Y¢  ™—EÕg !îpr 0ƒá „. £B Ð=Ppî
 pá¶

@[‡æ±        úšÇí¡ë÷÷ý-'^¡~é%_ýù « ¾‡÷ Ü ü †ÛËz
ÿ\. ×_IoVßkáÿ
- … ÿ
I/üØÓôÁxaã5
>%ü Îƒ_Â¥î« ¾µ[ái/MWªIxT®=†ßÎ¨(Ø%

fØÎ 0ÍEèkéuµZêÕ ªþžªŸªAoU>Š  `± è^ BÐÅ]>ß5 Ccc  Up«-W®«_

Áu    -- Õ‹
«Æ„hÈ ,€ÃrÝYf >ÿ®µúKÿõÿÚÚ-PáUx

```
/ ÿð×]AB,ê

 +DÐÖ48´[¢ÿ½BÊt!„#â8^<Ž)q¡É²Rßë\z¡øñøQÉ' ÿ-¡¥
 ¯
2µï¯Ì…Ñ¢3D' #ª$^×""1 ¢4‰üÔ )i$NuGÑüêŠ N^Äg'¹ ¹ì¤áùÖ.^ò# •†^c   „  NA.^Í¡Lò
„CÍH  -u¿¼—PõìÚ.¬¾¨ -'<F‡iê ½Û³R³¬nXh åppÕd=^4  ^c /
4C
4Â
 {
```

_¶]9−ÙCoÚ Ðp}ÃÛ′ ÊäàÙ©³ ¾Fš‡

```
ø2}  ‡ }éÁÏ'
8wz -'~Û' {¤>
```

âÿÈ4Þû»»¿ }ª÷þ×z÷|?Öÿîî— ß ßÿë }-
¿ÿwÿw§ûª ÷ÿêîúªúú×˜_î×õ÷NûµÿþÿÿõÍ™¯¿Jÿ½R[_ºÚ¤¯îÿ¯îéa/ñKÿJ•R¥®š] ^/ÚNÿÿÿ?×
¤—ÿK¼Ez]u¿×Â ÿ¿ùÓ¼s^.™ /<<Âµé Ë ÄzÿøZ
§£¢ÿb+ÿî÷9Õ¡ g…1 Õ ú
Œjãî / ÁX% æ êpy ÿÎ zÄwÅ! ~,U-jª‡ #"á,Ø®"i Zá º^úûÛ$©þ«„Ífñ ØK^£ ¾—
/ÿZ ÿ®»¤¨zéW
¾ ú..H(,Ôº¡¡ÅÄF ¨TË…U 1F¨q #/-¬¯N#B#b: C
,cã }Ní~µñª¡¡…é! Êhê?þS ¨ÿÿþS j?–âj?–ºj<º|£ÿòÌ(QÉº¢-
#Df¥²„K¯<¥¸¢‚ÛDM hŒG³™š3F¼§38ÕÎ ôþq Ë¤ a5 †
,ì²
d- `FK£èäf^yÑ ùÒ=žÎÑöi" ôƒ:Š^JÈz; 4 Ñ á¢ @i,

! hC´áÔ>˜DÂ4ÉÕm <[_OSïìŽ¾ò:.Žq

BMÝêëß}êî¼· Í3Èöo%Q|SðÎºMPgºªq", 9\ y ƒB ØU  !8FƒM4"!„Ðz

Óá·}ßjš®ž´áåL)~Ô

Ì^>,r´  þ!ù ANdèŠ°¦¶™„SätGDtiœ•Tñ¢ „ÓP^│!, ^ƒAÃ¸»‡z
V 5¸>ÖÕnæ ÿË «rýêãúoünt_ön¹n f¤ª¹© W— ^hGkßwßþý·»¿ý‡F·,sŽ ÃÖNÉÙ

¸‡ežuÌò t¨C´ýníß~×û¿ô  l‡Â!ÈJ©¦ˆ    ƒ    ¡

—C′

```
 ^‡ ëk½u]oÕzõXeAU!   ¡ ,„½(0Ãw^ý# 9N `Á eìWã ’ð¡ º¾« ì.’,e¨]
P´d¢ .,Kë¾¸^’ZÕtþÕBÞ
 aU
 ´5E°Û- øï.
```

*Õ„'J'ÒôÁUT +

ÌÈä¡d>O  a ³iÃ †,DXAí ¸Ð»Ál&ºÑÇvÚý4á§÷iª«
»½¸7‡dÇÞ

ÿ6   HØEt4!%XZþ«êúKé/êªºK¦ºàŽ¨Ú¿Y

```
 Q:ðÉ¨n4Z*
ÇŸü›
©\t1ÿŷẏ″ÑjÜ·õQËTIGü¶ÝKf™
```

```
Gÿþ[$)k-NYÎŠåþÌ†úþ
-Å?ó¢'F^Ú>‰4H‰
¤
kyTD„S¢Jž ¯ŸIÃ   TW2&&Ñ TSä  óùôf £ª%y--Îdè÷ - M ? ÆAÕxÈ0è,CMSUA Ñ
```

[îuÏ¢*^hÚ ^Ô•M i"®õ^ÓÔá¨# #¢:#ät^zdln!ÃAÝ¶ÿ§ß¥Ì–Ñ0^Ò)Ñ:# ×*  )Í0¨3ù Èú$9<

o

" ¶G a rä  µTBq  !ý§  Ž""  iÃM=4ö ÷î ì;K Q¢'DY gã<ò< "Q¦Oª ÔÚ0` r¸4Bù    ,
-œ†
Nî×<‡iºÚÃµ÷]4h{xwFw#r‡d† ÷ðo
" KtýÃU7 F4 NÂj  © /`Ñ
„(,
ÃD ±

Â ~>j˜Mn kiá5½ýx~Ŷw¼-]"9SmÅ6"îí¿Ûi»r+}sfÈ\v±

k ¯wvÞ¯ýíàý†Ü ç~ó^Er‡†aÏpÿ†qÊxeAW"ÏNQ itÐv F

"ïOïûÿ°

„8v©¡¡°ïõ»UPÚw~Þì=†s<@ÍðÛ»Ól°2E¶"çE‹½î"  zzßÛA·ùÏvœŒßÛÂ_ tí¶êÁºá·ïdàï Ù]
XðÏv
²t' pgœ†ß(¶ƒÐ{Ü6-ÅÝõÏ' þ¼çÝWîí÷ëôÛþôÝU;¼ùôÝÓoß": q

.ÿÿÏ~ƒ] ÿúáë¿m¯¯°-õë¿ÿú¯ñêþ¼· ^sîuaÜ;ôþÛû¾ïûûÃúÿë÷ iÿë¯÷úÿÃ_¿õÿoÁ- ï-
Ã&÷o8š ×ûöÿÿo_ö÷÷ÿ_¿{_î5þ﬘_KÃö°ú ÖÚáRÒ^Ÿÿëúÿ4"ûÓÓÿWé ,KúZ
KI!iWö úX ixú[ÿ{¥zN kïÕS°Ÿx^Ã/»ÿÐ] ¤õá°ÿK¯½%w t¿~ð¿°_¿ø/ ðDM$m—
27°Õ-ªëÚÿõ¥þ õ÷ÿïÿ-m,*þ¿¯Ù Ÿ¾
æÑ ×
pOèØMA-c 44Ø¯ûÒõì$»ëÿ× I×Ü Ç ] —ÿà  úZ
ÐŠŠÿÿK *-áo ; ¯ªÿ_ð¡„•| (ò. á°üÕ<è6*0A …ì øþ"ÿAxV UZA. T
     B×}uét>á 'ÿCö^QÂGÃ

```
Pá5†
q  ªØT"- "b"0^'Á/øIn-
ÕU/T Ü¢`«hhDa ^â#B8^ã-  ¸UL ¡Ê ^Ð^^¸ DØ·åqU¥T  M øÁW q B"#^üXTµ „dÙQqËAOó
% k'þZ'¬´)kË >ü«Ea ¤Sæ^éžÏ#hÓªæK{ <êŠtiøUÕWù_TT'¢3Í¢a9©-
G'¸ÔŠxôc'E:5e\¤êé' GXP¤|Ž^ç h3<ñ¢ ƒD'=SO¹ØÃR#4{#h¢$,Õ" ¤ªP—
×[øvGF $9¦CêAø4GA
```

9ŸF#ÙäsM ƒ3 Óä:²ƒL&¨…â

@â  pïàÛBí=;†  ¸i·ö«Ýïo†-·‡—aÌ‰ Ûæ<;¶Ä' óq

þßM GZ®š¢ ² ¶Ÿ vƒ¿N ÃÿÿpÝïi°4 `áðØo
²Ý†_A•ßÃ•oÁ²^Ó>Î-˜ï w÷Ý÷§ÿÿz ˆPëzªpî Mµµ»þ £@zoû û#-Ÿ"æÛ

¾},¸q}±ÿs§ïßœÿnî÷ûš¯ßuïû°ßv¡ß Áÿœr‡8öPå ANƒáÊ"A?îÛÑ¿† Á¾ 0Ní;»ï¾íÓþÿïûT-
¯ÿþ߸Û…OÃïÿ¿n∅nBÜ7"˜2ñï,^,°B ¾îߦç ×ú þïÿ ô—ÕÛéï_»ßÛ¯ÿ î>Ò 4+ßù —
HpØ÷^ïû¤ü?¿]õí ß ¯ÿ߇XúÕ¾′¯÷ûé¿×ëßØU×oûþÿÌz ÿŠôÿ}¯ÿøªÿáÿ¿¾—
  Õÿ¯ êµªëé Oß…o‡v×m—ß~®'œU?×ª¯¯Ä/×-ý„Þ—ß°¯û ¾íª[ÿî¶ A1^—Õ¯øJ*d SÅWUþ—
é5þé{á…×´—ûI_ ××¾—éuÿJßÿõÕ]ãõ¿úU Úø¯û¤ áëøKé ‡ÿ
ÿ +ÿ¯ßÅW¹Ô°—¬gT˜_ó # Í˜\Ž)Ôa  C S Heû à" I0—~´´¶×®¿ý —ð,þð•úëªw¢   R °—°

          HBc "UúõPH*ô _õõì/{‚õfŠ"á ¢:ü$ þ( \À#-`d1®
…,M¬W¨*Ký k  ¿_ÕÔ-SK¥ý 8§¶,)×ü'è„ ÐŠwKý˜p'}kTŸ $—„×Ò
ß§ªaAI )Ê V $P† ŒÆÇ °KKØÇ

ƒ6?b íá ¾R$?ø Õj Wô'UPL*- _YV±
 !   ©n   ¢ Õ n,ÿa?H$     a U
¦ Ý
a0ª „x!ªj 'ž#
_þ½uÿ¥×MWõ >-8
8^Š :„ÁV× „è& µ B„å¬J ÓA…TD'  CB8Œ>"B#þ<˙hcÿ-ÊR -À¢-
Áâ•Ëåž¤v)ü³Kê åœÕ*þv "e…     ÿç\ú>É ¤Vg Îfó £3Cÿ;! 4B#^þS£^jG\§G×jšh -
.` sóþBpƒþtÏä4F" ¹Õ(Î™-„

Ó4Dt¦5´

Žä$È""y Æ  ä Gª
 ƒB  ©éÝÎÃ#5•hÕš'ým×S  ø  XƒµAßßèÃµ]ûNå¾¨·  È²#<ëŸÍ£è×™«³

```
Î=Œ,°/….4Ó8r-)¢
Á
Èx
4 Ðh0š
t h5Wü7Óê-
òƒ:œ>ƒDb""|Ï)ò1   Ô & ÏV¸D Ø@Ô.©È< ƒBá÷~©·°Ý¹ãÛê‰ŽÙC"öWMwD†Kßƒ`Íó¬~{zpòl]
 ÑüöOÚeâ>G 4
```

A=ª!p  } /aÅêš UT a ½ö þî÷í¾ Ë ø3u£æ"

/ÿ¶÷ÿúùÏªÃ†ƒD D;]5ïO ÿMÛ öûz,{;ß*"†

C>Ù  Ã†c²CéßwÝ/þÛwww¯ü,XÐi  û»† w½Û ðù  ûl‰ «4  fæ  ˆA²!ÞHV  ·ºý[÷^ß  ?ý?ÿÞ¯  ¯
      «‡]- 6  Ûâ|<¿rèÜ‡{ƒ/¬B

Ñ  W'ò; …™ š¢ 0ƒãMPpvƒîÂ Ó¿¿°¿výý¢ {
¹ta²†

ß* q

–ÜC½ßœÌ%–Ë¤ ü†YMs™÷!ê!Ž

"

@a D ²-± pÐz¦ †öØ|& ¶ àÃºtÃ}†Ê ~

þõí‡û îXù]ðÊ¥„.ûõ[ðÿüâÿ»°»û÷_±Õïÿóÿ
íïÞ'_×{3=ßnXíœr£.
è<°AéÙt'

```
ÚU¿ë÷ µÞ¼‰mô!'´ Åi8
'öÐXAa'88Šù1ë¥è"0O] Âªj·ëÖ uû½.Õ ãÿ õ£^‰œA(19 <ê5Å$³ b ~;
      :J"]WõZ¥T•/ÕW÷ö°é×| ÿÈê ä|¾°Ž
ú ¶Ç
ð,Õ…[°ª MS× Õ< c ÐÓ(ÙK}   à•˜EÒ,gZÍ^t  x9¨k˜  ¾"(ê"Z…ÐTô—¤–
¬‰Õah. #×Ž#pB":ýÍ…´
 Q ¢ÇñJÒI? F m T•t—P¡4ò ,ÄGqhs".e°q¯ªÆª´¯µMué(ðŸú¡,w ñK ×Ö"
„,'L(UµLÅ‰h¡
/M
.D¬~´õÐ°P† ^Žd   ühZ  ÉB ñ^ÐÕ
F´:Žvj£ÿòÙ[P¤ÛÔ´ ,
YÉ| ä
```

–éû,¦hŠ"B* ®(³DùO ë•ËQB$d"5£¦tG  šÑ F¨Ï?œFãª.^yüæDDèñ¢-

```
ÌNÞÕBá4Û¿Ó½sçrÇ;ÛÙ‡(r‡* øl86H ÌxpÝÎ™ÌöAæÌÂAž  ,A â  B g,¢ ^@„ áPpÐz
;M ž¬4 ÃoÌþÔûþç»íÍ;"  në Píïß㠟¨AÃ°˜TÂm¤Úh4Â áÛî-žíé†
Áß
```

The page content is garbled/unreadable text.

Þ ~ÌÑwo†R ËöÈíƒ7ÁßÈp,?ï¬

»÷x}6ÿ ý}kÃt ýš
 ¡í¸87@å

kÉÒ  ` 7ßÙÏ of·´âý8»ðƒ¿õõ´¿[ï)ÿöí½Vÿû°üÎÊ

ÐÈùtk % ªˆO æÆ£Gjˆ,D
        èÖ‰ó<Ó<ˆžQ9-  §g\ÏLÑ Æ~u+[U1¦ Ã#ŽGP4Èâ¢ Î jƒ ,öCàhD Þ¶šrn' £hÔ‰
      ²_3FãDkšN üþ{³Ù>A¦a Pi§

ÃÃh<Ždx".®Cða8h0¡ ^0ä> ^8d1Õ D; äPƒ‡

áü=5
ÿwõO×üÿü9

Í  fœ;mãrt"A[ î.÷íûP>iö-¦¡4Û]·V÷l7R+°m-á†t0Øm°ß+,°J @çVÍO &ì9

w ï¸vÝÝü6q;îÝyÍá¿

7-=¼<±Î;dvÁ™Ê^rCf;

èüÃƒ4áÂÃƒ" áðÙDtƒ»‡

qmß°ÛÃîíç °¶ÐmÏ ¿^ÿ îú×öò†ô ï¾ Þî-
¿ Û÷îï ÿóË÷ß¼«Õvý/¼w_×ïÿõ Ø÷_ÕÞ =;»OÿVï]ÿ[Vÿî»¿^úÞ¯ÿôþÿï];¿†¿ûa Ø} ×aÿÓ
ŸÞßÿôû¿ëéi7þÿ¯zø ÿÕµuÕH]oé
 §ž l Õïï]{Þ−°Aÿÿ−.µ§ÿ÷ý!uú÷K®®«÷ý/Ãõú÷û^¿¯ÿ_Ò¥_ý ïQ×÷ïÕRï}t-u
ÿø_ð½¥kÿÿÒÿÿ…ü": ¯ÿ+«®'ÿÞ«Ap½  t - îÂþúM¥ÿÿÝúÿúéw¥ÿÕV® _ïŠîsÄ¿,àŠ-
ar: #3328«`−Å
øm ßëïúÿÿ Xé XâØ] ,_´¡y ` A ‡ýt*)^Õ
Ú
íuî»[ÿõ÷ ´Œf äãóbù°¤@sdhï" Ž( ø?Å- ¤4—-uj«Õz®«û¥ÿYB_í ñîúT'_õ  ¨U[P¿…
ªú,…

¶qÂ¬0_Rn ·ì2åÿ—
…?±é%¥éjª'_T"& %¥A ÕS]Pâ !  G „#ÿZIúÕJªª«ªªáB…8é'°„×
¨D`† C 8^å¢a¿ÿÿ×ý0¿Ç¡ñ  CÞ"*7a]
POT4#NW2_Dx.^Ø^^õŠÊäjÿPÿC~#ÿ−Ñ¦gÃ -
²• µ Õ%†aAò:^_ !ÞÚ úÊo ÿÿå,… lW ¥}e.L² ^šU;0â«_@å 4wZ&%\,"th^°Î^^HÃ½¯äÜÏs
®N¿8¿>} …_ÏŠQ Fy¢!34y Dm ™:5DùÓ)Ñ02è ÞGÊäƒD Á„Õ A -È$4
 ÁEÿ™ ^V äD#ùäE²žR… SyšÓ[=©x°#¥S‡
 fC B
 v ßi°éÿÏk5#ª#Y¯$#VfÎÓÎó_dž~= Sb'©Äÿ¢ Í  ,{L-
, kj   h §h4Õ8{ì·éßhÑínjŸuÕ5ï†žGDt^žC§dq=oO´áÊ ÷~«ëzaí_ü œr‡aºe-

0eã m¸Gï¬Ÿ9 Ã°ß û¾ï¹ÄÓ¾sï¦Üå½ KªÃL,6 i§òœ5‡¦üŠöGl7ƒ™·40ä:_2

Ó ’&ß’Î.ï   Ýé »ß}÷Ýï÷ë^–ë~¾´g    éÛs

6Ü7Rß¶ †¬ˆðÊë+Û+ì˜b „ðöÞöþŷoý~ëûþëÿ¿öý¿ÿõõOý½z~î
ƒ¤

‡õô én•~"─ÂS  ® H» PêË…S 4„ED%áV    P—,…
…,ÿþº ª WXUÿÂê¾¼½÷

°
`—œ ^Ò>A6)M‰ /,XB**¢8-zÒ¤½zÚÔ0° ¾¿ýc«i$¿á*    %\ †t!R   ô ñQ×µúUUTè*ª

)1Á Ðe9C"

```
*Å M
 ^ôØ Ÿ"ŷ ×iE Œø'øHÌ $ ¯KÛâ´'ÒKa$Õ¥]R
 °K$« Ê(B5}scÔØøØ¦ Iuè%„•kTû
 UH.˜LØ °g

 [§†[Œ*6(DÇá
}j©ké%K®¾¶  °¡¡   ¡AuÒý.¸P¡ABª…Á
```

```
    ^å""Õ Bj ´['o „"8ã Z×¯Cÿò×&«-;×òÈµ.v© ¤S£<ö{8«•ù y©-
G'NŽ':3Î%5¥Aú Ë&É±§• ò>^Õ)ÑÓ!£HÞJ MNg'Œò4Œm>I¨TEøUD1„1Ã%d Àí;^|·$G' ÷:ßþŸ
ž".__Œ á¢ Q ¿§
{û × Â:dFD"Œú=™£ ¢#2a ÙôtŒÑÓÔÜz†g pä=µP^ Â çò È-
Õ4Ð‡ ©Í w¯§wªiíïÌ‰ØZ"rTkÍY
dÄjI&gC† ƒU´Î 2;
G 4E ¬
```

Eæ«a ƒÐpÏÓDÇhCTá5 õÓ

þ ]
æ ¦

Ó' 3Ò÷ââ–Ê#ñø¡ ãñ¦Sæ½4   ž< −4A9ža ¼

Ði¡¦°ôÐ´!Ú a ß§xOÿ<NÕ¾.ûù özHBüvÛÝÿßók–àò:/'ÒÚa29 Õ ´ øC  Å ü

-; ïAð÷ØvƒO a»ûÔŒ;¶Ý¿

Œr‡ƒ&å<¡  Û»% fëû^8‡vÿØjqwöÞé B#‡Ã ‡ßÝ·}ÛaÁÞ½Ý !"çxeô9!‡3Ds~¹òò;‡$Où⟨ó⟩,îíôû ïî}muû×ÿ×Õ| î
µ»@Õ;¹ÝüŽî<‰Ôm‡ ¶Hm¸xÛ Ý·ñ̃ûcmÚ

ßý¾û êÿ×Âþ é^^öïö–µºl8nÁºn[•l2þj`ÍÒCH6kÉ

```
#B4# þê»_×Íæ
      pR\t¦ z¯œ ÐÐ }ÖŸK]*ô«I$½þ¿HFÄ âø „Pëð_ õ«þ¥½¯@ºT«¥Ò…J,…P¡J
```

```
F* …Ž4#B#ðÜ`ýL øCëKÂÍh ½%é*õÒÕU/M0'    - hGÿ×Õ?TÕSJ 2‡
' ¨M>( ØR-ÅªªU\ã"       ¡Ú¡ E£*R Õ¬c] x^Ž8ËA \uãÿþ[8¥¬,—wZ¹—
"BÊtJ³Lú9>F¤vj´B'  3ª3FµpÛR '-^a IKT
 ù>g ŽeÝ Qèæ   \Ð†bT AÈ|!5 ~
U4Cá
```

)öG  ®·!î^ª^cš Þ Ýïwªc A hðîý  îÃhÃµM6þïí‡ü?¾ÈAØ<® †ï
Ð9Õ$0gœ Þ‰

×eÍ†Û l‡7Û5./‡§ÛÃw{u¹ïÐpáÿ ÿßØtéî~ö¾¿ÿÝßJ¿öÖ ´Ÿ÷K ÿ-¥þ ÿö5 §øõþõN−
'QUè/ Huÿ,¯þ,â°V ÿ°Zÿá ê°¡RA\%è/

8T,-Ý ü²%-ÒJÂzzWÿŠ,J«°¿ÇÄ]!  ¾>f< ¤& #C#é û /åª
2Cã ~…, A
      ! ^Åitâ¡B| ¥ ©^~[UÚ„•5U"'„Ë ««L«;,

¥   …a¹Mš†ÿ–Q5–[Šú ÿÿÿÿÿü°&£ÿÿò¹ª §C; Qå µGÿÿÿÿ–
Q× ÿþY xò¹~?ÿòÚRP ¢*°"ùê3 úYm ùã4n¯CAƒ

é+ÑWGÉ¹°K¤ôßU q þ·wB•„.ÿ_Îö«êê,ÇÝöy$®ßÞµï\?ã/« AÛ[ ×MpÛ²9„ Y„2>5
ÿòÛZRÛ)h;mÝí÷ÿ´½Uå¶)…1
QŸË@ zß c þ[BjS@J?å´Gxÿÿÿùl—^?™,¨ÿ;N£ÿÿÿÿùj"©j¤Æ<ì  …-<µEÔ~

endstream
endobj
17 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/StructParents 5/Contents 19 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 18 0 R/Type/Page>>
endobj
18 0 obj
<</XObject<</Im2 20 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
19 0 obj
<</Length 150/Filter/FlateDecode>>stream
H‰TNË
Â@

¼ ú s ìn¢Ý²PzpW¤‡,âÁ³   UÚõÿlkOf yLf^9^ç šÆô¡<°hÛ]

```
 MÃx,,j/p,Xçf¾Ñe…×².íæŸQÂ„ä0$ð iÐÍáÎx$ Î÷šÖŠGå|é·êÂ¹¨ø®ž Y2QU/Sv V• «ñH¦
 ñM'EAû^_Ý
0  I)
endstream
endobj
20 0 obj
<</Subtype/Image/Length 13958/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 2306/Type/XObject>>stream
ÿüì~† ,"$#¹^H  ! `&D¼@Ã ƒ ®@"aPh4-«è8DùÎP „O~Dù„OœÅp³'5! çÿÿÿÿÿ     û
       á<'Ã×øOþ3A
#H ÿ ~ó¥ŠE¬7  ÿ àfrCÐ~¿ò V,Âr F!¯ÿÿÿÿÿÿÃØY-êD…ÿ‡„¾ AIc"BüÕÿxaA ÿ5¾
ÃECéÁ ûãš
```

h½ ¿<¥è½¥ ÿÿÿÿÿõdQá/ÿ%îµ      |õøDþ</ó×çH‡a   H¡a¬5ÿøk
a¯„á¯3„ ÿÿÿÿÿÿÿ

Pb¼1ž¹

ÌX2ä^u ƒM ~
 ^& öBᴄ {ª¢ `Õ

Ó[
 ^Ú¨Xh zj-ªo:Ú

ò†ªª]"#″ 2:.^ŷë GDy šh C ~œ) Ᵽ" ßiŨ𝑓𝑓 Ó@Ðîî´á§ ì/}Úi£Žÿµ[Ûpó»Ý–á5D/ b >
‡

õD>
^ 0ž„AÜ4Â
Ph8h4îî[Xv ¤î−ƒná®Ã¶þÛõ

¡×‡¿í¨vWáßÿïÿôÝÓÃ ¥ºøpýÎÿ | å –<>Ë ¬†ÂÃ/¥

:¿Ù

Ò±Ð>ì£ä&Mí¸│8ƒ¿ößU

¡ÿ^ÛÞHvá†È¯er'²‡È±4G

```
UGÃq¬«9  £†gŸ ²āD/ œ!¢ ä ÃNBL‡àÓ-ÅÔ·%D
6JQ¢;-
#   3§© v ôÍ™þËé •3 *Ù¶aH\'â:îÖì atÂÄ5OBÓÂÈ~!9„Ó‹†ŸiÝ¦ƒ¼e¸¼q fhº1 H;:š
 Á\B
```

O ƒ c ŸÍ'
<†0„Ô‡€Ñ í…Â øA" È> á { Ä †Ÿ ¹
†  îáªpÎÿÕ ú¦ ,

êœ;nÕ¿- ˆ¾Cø| pá¯kiÝ·w÷®Ÿÿëû}?~þßÿ-ƒ¼Ãù ó9C°e@A•L¡Ëèpä†Íðü'a`ì pÐi ÓµVÓ×
½†ý¿úÝ_öáÃ

È⁻
öå  ùA¿ËðÙ]mŒ6

Ý; ;uîôïûN.ðN;ôk Õ~ôþŒ;¡²P¹ Ê-òí  ±Ù1Ê²‡°ž] Ä m¶ l q |]ïÝ÷óªÏ§ÛÏ¯ O:
     {¾ý¯ßí·¾s Â§ýþéG pÐ‡

.áß x@î

žj}É°h™yØš!y s®QœGLþy    Ž"ù£4Ïg'äf^8Ó)ÑÒ&#ìó.D¹'Ì >^è°D œänl

§  , = xzjp` ¶œ<Ãé-,"

þÓuµpÚÈQũÑ
É

XðpØaá'<,s» ~‡wth†O o•Ô úvK  6ÃË>(0É÷

ïa¦> é§

Úß{ »»
ü-&ýd®-EÎí¹D.Ë>Ûl8·oxô Øï|Sn ñí¶þ¬ˆX ßn

```
| Q ð|Ádla¸ £   ZJ a3cÆ0Cb©}
ë¥  Ó,éjät#é+á
í´ ¬ *")ÐTl KB4+ú¯úÝ ÂAP ©uáS
AV—U×0 : cÂLP+šÃ ù°± .ß −•ŠÒI¥KÝ ë¯^− iuÓ°¤cçp«é…\ª,(½%T"U/Z… Â#ªaS
«¤°K® 8åŽ  *
```

‡F
  ¨* 　　　>•†ÿT©Bßþ©-¿`G°Ž§　　gèk$AŸ　]b"#Ž"Õ
U

« …ÿU$8¨^ÂÆ G,å! qÃ,Å•ªÆ† * ,¢ÝfhcBâ-? F‡ jixæIj?ÿÿÿÿÿ,ÂU-
ÿÿËEy6 ÉE,¦¨ìŒ·

Â©d¶P= ×—
G'Ãa ý&âiV¤- Ë¢àx GŒ/Ì¹ 2tkÍh¡ ùO"f´T38êÍ3ñüär'2>GD}4ÓèDDY-#ª;ôå^ ÈR#HÖ-
Ó»\òA¦aww„Óø^» >>I¢8 'ÀñHù ^hò:æ¼  Ñôq ¼ PÈÔug'

```
 Y
ªåã¡ŸÌ4 ~TÏa @ÍB'  ~
 ÆB"ÛDˆ m
4ýP8=ydT@Žò  ^âšAž£êi i Õ>ÔÂUÉ
```

°(á–'Ñ–#¤A:ƒÓ xkÈ!Ú h>ÓA§§

ï[´Ãa·´ß}·®MÉ3«3Š#˜MlŽ^á¨\˜84A0
 â ´
4Bá ,9 ¶©„A<…öœDZ

ÐpÕï[†ƒ† ªmÛv ´ô mm·
²8ú fë¾Hrxä^ ñ >µû¶D€~Ÿiÿh7ÿºû»nàÞ
½ìŽû+!亊82þèÿ Á>óQû´ î  ~¼!h4Ðv †]´ÕÐl=´g
^}-Ýý¬<8f¼ ¶ÃvWÛ| Ü¢s«| vÄ6Ø{mß Ý÷w,zïÈ}â×ì=¬†b ønPäî 6-ƒfŒ¸1' ® :ÏÙ åû
ÑÕpw{ÅÃß¾ç:n·

û´ï»W_»ô×Ò ¶ÿ†ù
;;äæÜ‡8ÓáÝ_ @‡ç>Î Ó» ÿ~Óý½û~Øÿõ¿¿ ýmWcUþø2ñ¹DC

bó , o

ë...óbÛ

¥ 6d<¤" ¶   à^#TU°NMÙ- á† È¸/°N²6 !Âke
/lŽ,!ò®F ^cDCÖÁ ]¬ðÂßžDpÏm tÓ„ † Ä à˜Ñ
 jÃ
*., ¯ÃX$>@¸å5Œ   !°t0Û ê, Çì3±`ÏÃ
Øg`ÁG

¡È. °ek(
 †, ,å®Ú pÚ! ca'°ÏÁ†EA‡Ã$ÃeÁ† † ‡°É •pÃ0 – á n€¹d DpØGÒ¹d  â¯,Š 1+,
Å A<²   kË% †êå Õ Ã80i<

QM rnJ

òn¦
‡A<>•†€b¹7
¦¹70 Çèƒ Nù7
„&ã  c†òo^Ž #¤ƒ

```
äÙ,
ŠMôA ,[y6Ãm €Ø,
```

>vdŒ–QpÍ/"á¢ ‡q " ,Ãè øåHÔ'o ‚e

… aðÑ€k#†„¡ø,4 6û Ð9Ò  ù

ø

$Ãä Ù,"ƒ
ì4¡Ŭ>Ž^âÓña¨aòo1( | a Ûv Õ‡Á‡†û ‡ÁÐAß "

```
àÞß
¤Ãðá xm[%ªáÅ±ðÃ -2E
ºñ¿àÃ ƒ¶ß ûoîû¿l0î÷í‡ÝßwvÃ~áÞÃµxwl?Ûû -CEÃ¸ö-
  ðû‡öÃû¾áÝÃ¹ØZíãßì;ì7íß¿ßÃ  ý mõû?XwÃþý?[¾Û×ûü7øoWýÝ'ý¾>é]ðý/í·Jû·ûì'âÿ}Ü
7îîÿnD":"c$R"êÁ EÈÂ7'Ù 6 EÈÙ'ÑvG
```

€Ò"a [ Œ†H3

B

B

¡Ê-ï )Q ¶<¶.þš¥ÿ
‰

õûK\/AzëZ

ÿ^Šæ^-%ÕË5Z‡® %\BD‡[ëê–®      'œ ZIYqkJ ù´
¤Ím   Ñ¾"A%H$-é„ÝV)azz„ŽôÏ£è` ÇòŒÓ(%Ô´j–
\%¤N *Jw ©T,t»ôí5 Z Z¯'œÑ ¼Ï1'#L (¤é I xf

Ô*a4 „]IÇE h Nì,^"LÑj ÃH°#¢éiB
,Kðþí œ> Ga£èú)Ñ3F´CG'Õd8£:æ¦~=œgB( ýb'á,Y ÀÐh„!ö  Ñ ØCÕ¸Òëßvꭞaü·+Œû'GXÒ)
õU0Â'ùtjÎ LŽ*
B!<ˆ&CØj

XhC𝑓 ‚Á ë  q    'pÓÖ

```
ubí8i·ª ÞƒJ/¡¬8}Ü<×y
;,…PTãûONøvºá„A|hƒÀ8h4û‡Ã´ l=;ÛðÚ
     ×^H~©3M¸l ·o¶ \R ÂJ åõ¶ÛðÎ÷Ã‡nÃWðÞº{ &<2² Ùta²v
```

DA'Ç¡UÂÛw tê Ï¬R cÿzKÚáîm[{ý‡²wd²y ¶òC lx{ïý=(Õwÿðý}¯¯ýí«ƒƒ'Ì9Ö r]½þDêÂî
£¨ÿÝþßáuÿoï÷àÕ'_H-
¯»îÛº½×y ºsžŸÛnœ.ý¾¯ H²?ÿýél!Ä{]ÇûûG Áw\¨i.ÿÏb½% ÇÔ/éóã÷ëo Âÿ-
uU¯¯ªé|t±®¶ºý5AC]…ëÞ?ô«Ô ûŽ ¯§êÿv–
oOÕ× O×úô M~»Ô*ÿª! HÚ7)‚Ž ï¥êÚÕ/¯ý ý.kßì'Â×jãýÍŠ…! -
_¯-épß×ÞÿXo¦ ZI f4³¨$#X_õ@—…ÕÕúµÂKg×õ÷ È©_—@£œ˜
″G¨*ÿýIP±Î°®/ bï ¶×ëü°o9'Ð@ÐVÛ _¥ÿ„ ÓP† ˆ ¨ : ûØá¶Ÿ©€½FøB(.õ¯¤-U º¤†
¯íl ×_×O¥ ‡áUR-Î:Q¡, ,¦K¯ÿUþ´–ÿôÎ9f,¤š h¯yÑ Ñ¦‚ËŠGÈá àxmŽ¨UÕP^záP½ ã W-
Šth<£ ò<GFÑ-0FÙ-2Ð ÃVY ÎÑTeÑtGÈè»#¢æGD¦ EÑ¼Ž<¢8- r $9 sŽAqÎ9

9‡< ãžeaFÊto/ Dv_8 ¢á"GÈè¾G

€+D2 VZ Ò †PåñnXäÇ%ÅaDÊeþAo- xQË ãœr Ê þS• qC"Õ5Y

7-w  8Š  ¼Ú><LÔ7„

øW—g ©•e9C•  "å5ô)³PÞXõ >"(å•-Gò˜Åå¬•§,Õ4A  Ó¼DÝi&žwÈº(dìè'  ×(y\ºŽ—'È¡!z
B¨LÈBÆ ¿: Såh8`¨0¡3R>^ÃEL§Š¶ ¹tG]ò¡ DvV £ÈÔ hÕ' j¡4íǪ-Õ-Ü0^/ÌÙ ä Vƒ û-
*O "gn^hŠæ´HÎ¹Õ þB3öC"ë ¨g¢xº$2 #¢ 3<¢:#éªa ""ŽT£ –
 è.£¡• úIÕ šm|ƒNÆY= *!H Ž¹BR Þyiúým—D|Ž¼&^ÆnCá
ä?8^†½Ã [º<xzz
^põôÿØ> žß&Æ  Dè¨E>{8"S NÊ6Ê†š§%ì d| Ÿ '
4Aê œ ¢  ± rFƒB"Ó¦  ÐiØ@á§j·
ƒ¾Õ§í}î'W÷EŽáÊrñƒjÙC•í <Ç'öh   Â"VAò©¦
9

r ,ø  Â
 †©¶¶ v«a6î wvíÃiÞ
Û¾‰ †ÃÉ

7Þ¾õÃ¤<÷Ó- , è}ðï  îÓNÓõý¾Å0êÃPû¦ÃÕÃ
äcØ†-["<  eaCüÓÊ l6

ÞÉ ©çVþAÓvéÞ U?¥Å!·Ì¿ ¿}aÁ„ Úi÷½· ÁíÃÓ'^Û³áQœrÿx·#Í^¾ØŽÞí»ýžùúÿ¿ý×»ývÐqUÿ
ßðÞ "0Ëv

¡Ï�º ü >Nl  vƒ″ pdúÂ

.â –Ú

/õ†Ÿ÷}ê½ÿ¯ÿ÷{~÷uí¶ è,X5 …ºä–ÃMB  á¢
Û

!ŭD8w
8h4á¦š§pÐh4ÖÐpûö h;½8i§ö G·ß÷¿á°ì=Ó°Ũ˜åŽï

Øm¶   †ôØa;[Omm6î  vÃÛºÃöù(ƒ©÷oáwýä(ùíõÈ
ò7ù
  ~sÝC½r½¹¡"0ïáÃfnƒe A· m¾ wxu h;¶-Íl6um´Èñ"0pfëÊÈr †oƒƒmáÁšpå Õw ÈÛÙÑºÝ'Æ
jˆIǔ8eõC¿ƒ    ¢ îáÃo øû»ûÞžá½Ï,0ê Ý ÿ ¼]·}¯½ãaßÿtÿw¾ÿGÓ·ˆ{ûÝßïÿí»7çTðw ·ýë
Z8ú÷cî¾×ºÓnq;}nï»ïÏÌ̵Ã^-ÿuÃ ?ïÿðúKß÷×ºzßÿKéC}z^î¯±Vùc‡»KašÝ }ÛÿJ;õû¯Õv
ªÂü ïÇý÷K¥¿Ý‰±ý…b—ÿ

¾é _H1
K§Þ ^— «á…Z×ÿé%‡§ô˜[½†¶ ù/ëüz¯ëaRMoUuïÕk ý.ßþúý¾•−÷KÛÿþ ýô•oú[×Û ýúZõÝjû
      z_

```
- ÷úkõzÿ}ÿz}»pE?zëúµ ÿMSÕ Ké~—þÔ+t«¤©-¾ª¼>Õ{s.O« K Úá$½uý.Ãuž—xKõÞ þ
     a/ot këãû¿ - K°,lVÅhà"F $õƒ
Çö
Û- >'¯ã÷gOÅx÷5øÖö^ ¡î ÿ´"¬~¾³
ÚGÃ28Ã-ò våxXJú¥ WÃ{#§Ç³ q .sc ¯0 - åAA·Jl~` Mƒéß˜ Ì ô*+0<.v)M-u p,þ â-0-
  —uúIt©°\oî…V']%-ö-´úÕú ¯úÒUÃW]Bë\
«þ¶«aUtýHÇÕr‡U_ ª¤¡uÔ]/[î¿,Uõ¥_T°´«i×A$,ªê˜IBA|!y¬$šÃq þ·®µ" A}Wï£Ž
 P "8UR°¨ ,"#½4Ê¨!ê hhA,Ç ¡ªËB®Ü·
\ ô£°C Œ/   ¨ ˆŒ!ªúzèqê©Ç^^Â-ô„e,Jà°^^Æ‡ªUú®£ ÿ"j?äÙk-U¥-¯CX-
îJÑÕI»¢ÍPŽÃç'äT'!9Ó[4Íhî #z-
a žNdèƒˆÃF"7 ø×ŸÉ<ŒÎ±žkš3™Wš¢FQ ÇóVT$ ¦kÏÇ3ŒÒ#¢:#ätš©Ñ'Ñ@¨ r  ä& ^&l"
     Ã p«½:6‹ät™
&ƒ/ù¼Ž¼ñ—Ë¬°#«6¯=zeó   #äzÿ²í µ }¢   Ý;^^¿´
àÿU[µ[™ $Ðh4C "!¢ Â ´Ð^4Ô! Â
```

Ði áª

Õ ƒB †
4ÓôÐ~¡0>ûi°Öô q†ò‡j·
 ßþ úwê Øoªa´ßÑ‡ ï&;aìÃ• Øec Î» ”åó:8{PÃÛ[¶Öû»¶-
¾äc‚=ÛÙ w»(}î,a†S•×ò0èù·ˆø¶ý<î- ƒ Ô  Ù© oËæR0çY¼ <”21¼–C 50ÑöÃÃ‡!ÀÊœŒaÄ2§

Kú;´´µýv?
ëöê ¥¶Òö?O^DAëý{ Þª×÷´ô Âþ b¾ý×Ã
¾Øë®ª Rö¿à /µÿßéoþúêÿz¿×é|?ý ßõûÿ¢^ a÷þ¿-_ÿß îø ÿKÃïÔ$¿ÛAUW‡ÿ-
€ARK  ëÒÜ6ý.—
ÿûxKÿöÕ ^ô¬*w^Ãÿ,$ ¯úïÿÝûÿvúý½¯¬}×÷K®Ãi9 qúÿ,@'Þf¤´q]„Pÿò<¯4ó‰s4>õÝö
ߚ">ÿ6    —
ÜWöØ.>ù°Ccþ‰ê"C6 !

Öt]vB/ůDq ÇèDu   @"ÉK á •#.e,LF A 8 Á 8$PáS¥ PCë,  $±™+@Š  5 „ 'i)¨@, `
Y5j    H¶±5 „
  '
 AB %„,,@,ÂJ " Z@  ¡B ¡

(AJú$ "ÚÊb

A ¡   *
   •   NÍPA E¦ ^I × )Ô\´à¡A A T  U <LMPH!,,T &× @•  -Ë A

* 6¸ PK  ¨ ¸¤GA „£¢ ®T B @ ¸Ô T<pÔ²%…-á
" ¹œ"  Êä¨ ÙhQº @¸! dS •Å`  Ñ-0†MÅ'%4 bÐó¿  ŠäÈŽÎ!^E

Jåè ¢0…)\ˆ …¡¢A£"Ô å5

DŠÒ" " „GD

```
<Ìóèåf`ðq–
Dg²t   ¤CDC$H2…hY>„4Âiè† ¦s2>- u¤zMQ I3È k Ð5¿á¦ ¡ÉŽh #&âlÐ ;C ÆB àû‡…O[DA
â>ÿNÐ~»
```

```
7K° =44‚Þ ®ö´úaó
E°^0þö6ù1Íðá¼„=`-øØ{ GžAqò vÈ ‡¸Ûwñ¿Ã" {#¥  8w½§k0 Ž{ó¸AÃ·  øMÚÞÚ0á¤„ V°Û
_
™š ò1úÖÒ3·z¥c)Ã áKñé±A½¡«XýZ:  , ¿½/‚{_oý9@s ×úý}=é…÷†ÈàÇû¥¤Ñ §¤ ÕP}~A b/ð
‚p[ÂA Ö--Y- ¥ü{D8ô°«¥àÝ´¬! »…„Á1N—]xaõ! Ê K  Å-i  ½Š< Ã7æ  Ô ,
 W×AÚ#‚æ
ß, †  KÕw nëþ† Œz Â¯-©  ©ö„e
```

```
×     dQ Ã ‰ïäh Ž¤ÜbI"¬
4 '" `ÐÁ Á  Ae ^APD;bÁ%6 "Ø, ËN× &ö3°´ é
   ZŒø , - %h962
       …‡h‡ª y-ë! 'uåEp³±t Gd 32Èd:wrlº3² `ÑwM &÷~DÇ  ð =õv½<
` ?®ª¤vÚâ^÷ä [§ô¡ ßÐ#¼
á$©S .¹6, ìÔ1è5´" o¹6( ™  Ã«/ö ‰§sµ•@  9
```

Ž<µ¸è !UoL ár

M§ÂD

Ãa aXA ºN‚Â U Ù´‡´A0±Èt~ªM<„!@à†Å
 B úø ^QÃ/Q [ Üã":"jÅ!AÅxutÕ éÐ@^Mþ

ÇDt, ¡ Œ D¨ ä   ²šÊH !v0§'2:#ƒHŒ % ," Èa®– ŒXƒ¶ P D;k
s@„H , …m d¦,D

·š^D„^uü¡Ê¨®+ÎåáC™Ì9CŸ$tGÎ#y  ÙtGp ^- cT\"CXH˜

```
€d#²8i Î 7šÌþGDn„
Ú  *  !    E@z "#h($F ! ^VÕ¨ Fºx@  FÒPH
Û52  +      B œ-W+A
oYMD²ßT ð8Ä $B¶Æ  àðA ![dÂ@, A ,@,    ±rÝÁ¾

•¢¶H E¸"0D ¹@p'nO ËL'Q
```

£)¥UÿË3Ôgc e~,£ò™H£ÿåš GËSTY ÔG¢tQ"É
?-´µ-[)Ô>Ú ü¦]G"Í  å¯ª åªª£$™L§Q,%j<¦Lqå-G-
n(ü°&£ùÚ… f%¢ÓRR°¢  Ë!tZÄ(Œ¬"'Drlu-±Š?å4…-MŒ'g
Qþd.£çe
<¦LqòÚ%QæCJYJÔ òÒSRÐV†?ÊdiGÿ+-¢Ù%Q-[J -
s,cÊA*"rT1þS$(ò~&£ùL Qå4(¥°t3²¼cÉ°" )'u- †?ÿ&j2™!Jh…-SE*[Í

```
r~3Qÿÿ-AU-SV£)'uË £,"E-ª^ËLMGùa
?- "~[xÎD×D' £®¥ª…ìÃë™
"Ø  Ø§ !ªs½8£^{¢¯I9'¯+«U-úH ¸ ã§Çãékj' °ë    #ã-
ßÿòÖíÿsê¶¸ÞÝZFÒÃ_¦ë Ó  <qµ~°e   h0ªSf¡¿;N£ù-"Î¤<>DŽ#Ù\5‡
```

aÃ÷-âi¾=NêZÇ©m¬¥0²¸ÚØ[ Ú GÖ0N1òÖ-ã-
 JS *9 * å·Š?åªÞ£ËhiGå5ª"Ñš +ºŒ> ¥4$£ù\ê?™ ¥¦ £ü²¸¨Êê \G −hj<¯¢ ,ŠÔyM

£"aU&éÔy2Rš-Qÿÿ-S%

endstream
endobj
21 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/StructParents 6/Contents 23 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 22 0 R/Type/Page>>
endobj
22 0 obj
<</XObject<</Im3 24 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
23 0 obj
<</Length 154/Filter/FlateDecode>>stream
H&TŽ1
Â0 „÷ ý 7
&yIm,"

```
6"
Šƒ³  ‡*müÿø 'ß- ;¾ãôñº|Ð4zèú ƒ¶Ý…® ™ O  ¯-
*¶X§g¹Ñe…×ÏVÆÝ' è.V #8+Žâ ÎŒG$k"õ Æ [cãY9+-
¬ê2ÃwéLJÈL9Þf#•'¶ VŽ=Æ%t?9„7 D í  ü ` þ *.
endstream
endobj
24 0 obj
<</Subtype/Image/Length 26984/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 2301/Type/XObject>>stream
ÿüì˜† ,"$#¹^H  !  `&D¼@Ã ƒ ®@"aPh4-«è8DùÎP „O˜Dù„OœÅp³'5! çÿÿÿÿÿ    û
    á<'Ã×øOþ3A
#H ÿ ˜ó¥ŠE¬7  ÿ àfrCÐ~¿ò V,Âr F!¯ÿÿÿÿÿÿÃØY-êD…ÿ‡„¾ AIc#b|ÖÿxaA ÿ5¾
ÃECéÿ¾9 pÆ<×ûøº^Eßÿÿÿÿÿ«"
       ù/}«ûõøDþ</ó×çH‡a  H^w†º×ÿá¬5†¾ †¼Î N ÿÿÿÿÿÿÿ†(1^ Ï\†&(1AŠ  Ã ã†*Â
a{Ã]„Âaxi…á¦ DDC [_ þÂãÿÌ   çf  Þ¼~X «ûrÃ" þW ËlbÃëñå·Z^ùL,f´œBuøDu
}.j?ÿË!J ÿ"ÅKáÇÿ+ £ÿ-`* -4TÈ·ÏCÿÿÿÿùì\h œeÑtpfÙ„`Íw Îâ ÐƒD% ËÂ µ Ã0{l;w ê
```

Œ{

ž 6ÈâÈQÑ

3Ö¹(†G‰°Ó#¶Â>)†^¿ ÿ| wíì ¯úÞÝÝ„,z ú ×«Ó]êÒùoëÚHpÐãCØÏÿ0ÞŸÝÿÛé<  ¿ÿO'ÐŒŽþ¿
©!û¯÷™Ý¹µ»î½
ÿOÿ†ùyý× Ö<}Ö{¯ê¡(y? B * „
â´¶

/Ð`—` Cƒm Ò´,Ob¥¤£ °ãž†-ÔÎg< &êXðÉ

´ÒÐ3¹Š (^ ÿÿ–i]¨å¥U–#R/ Â åš"
§"³N‰H >Q
3° ƒ–jt

¿  ª© U      ¤O©9„‚Õ J™  B I  $″°j´‚ú„
'
 UT„0‚JªwA™
 „'N*H … àPž•"£Î¬ HíÃ U f  :¡I8Rc„•PK^ª 4 #* ¹x• C¤″*A$&B—¤V–
‚"‡×¤'FaW×L.ªª 'ªJ'ÂaYw„ŠVVš¤  C® P„{—=µ™ @é)¢#é ¬ OÉJ. •TŸ<Ó
´° …„…!V¢

×ràÐG~ w
QN,
6@ÀêÔªT©  Õ¤^—Éf¨ D À .ºto.Ôöahž Š V¤ÐÌ

```
¾ Mi
&rø%úXH!ypŠ¡B œEG„ f Â7 4ÔÁ—
fãî°0Ì0,- 6Ï(_-UzõX]]Þ <jƒÓá8DQÚ„ ´fþ¿ARB"*'Á<,j«@' šªúKØA„:õ„K
        :Ué~°«¡ÕHz-%"C_[Kz QÕ¨iH;ÒP¸]zÏBZ¥i  "
```

øR
Ž — )7! \ÃÞ¤0?zk

&aÕ‚"®» r  W@ˆ£é _Ä$ƒIƒA ÒJ¤G ». £ª":„-ºb!Hf?B‚_I5¥!_
@éeÂE>¡ ¸UP`‡Òäz½0£Ž  º.Æ ð« T-
=ÈâhBíãþ ) ŠäWR  n<&šjNÆÈà˜éã pE8B0ºJôL}|   c„Â„òNž D 5 L"¨$˜-¨N-
   ²9Bãköd üD0B  „ Bá„

œ    ; $< "gÈèŽ„DE„?È Í™†"# Â§îÐŠß`t Dtvj¿hb§ I ó™ Žã»y á:}é•…Ïâ‡µOM?pä
„)a÷y®²;÷ÙP £i> ª-j Ût@ÆËÿþ-m¶Ø ·¸ì ÏÉý†Øs¨f}z-ó

l9€Ú<)ðêF
GGÃ9  HÞxÎ#èú.^Ú/Ã Ã ÈÇ(p êÏC Y z  ˜

2;.ŽHC#«%š

A,a>ž !þ _    †[--?ï† D¯$äpXäL‡'ä".C"å4F?õ- ïÿ¯é÷.I=0ßárCÙ ;šÈ£ëÛýmêíSÕè
é6"- ÑæÃL:è<ž=ãúŷu¿~û.# ¿¯þŽƒõÿö a
 ,wk÷j)Áð ½= ü  °b¯ (¤õÝµ¿^âÃ¯ŷè=)c¾ 45 ø

mxuẙë

.   PáUG
Sf¡¿ÿå¶ du^gcŒÍïà‰ãÓîm  tm N× Ô²1ÈQÈŰ„, ©  íÇä Ä, äœ±òCÝ" ÷ž´Èâ—
 Þý   /ëü„èwÙ!ÿ$ê¹!òc'¿þîÖ8û
j½^û"É²Âb q} "*M„

ÓXdcëåB³Èµ„ð8Èá9 xRÕ*P˜ö( Fÿ^è /])„GE¤f"ÿ
îCY¤RDÂz"\5Œu~ÇÿßÙ "rNF=§üŒ{ï Övhªïé;i ,íly ò<¿íyÀ'   bR1 ~½§ý iH_ÚÕSßµNï
J Þ?†°ö+`ŽHqæ  dq˜
G#  ¡ü^õ_$?þ5‡X·ê>ãß,Nâò
êž©ê°Wï,²°.tnG~ É '¿ÿ" ^^ŒuUý¼˜ÿ"Îü˜&Ó¸ØÿéÝù6OŸG2:¡kÛúù?¢n˜„C
Ü¨(rxKŒ9T!G&9 ÈÙ§"9Ç$,«' yPR
gªÇëvÃËë|‡ È ÁÊd
ÈAÊ Ã" ±Ï Ž]'r¬§+ åAÚ0«,{† ‡Çl†qù PAÊ † "ÖPe2   ?ù {rl¨ŒG#Ù|ÐRù€äqK¢:.dvG

à ! š#Ã | œ
Ž

â;#™B1‘ó ""R¦´!„ÖÕrÌ%Dt} GPÈ R8-™ )r. ¥Ñ @¤è>• åšZŠ„t

```
 Àð0G @Ð]—Èñ  Ùx šÑto'áª6^ñ  óDjDùtG ; 28i Ù  Ã.
DxŽ^èÛ#™-
#£ÎZÁH XW T4Ïd1 Aì¡Èj¹ ºR ã" ®(r¤\¶J³4lR8d†Ü¶ÅQ:<^c#ŒŽ^ù|Ž †%0fDpÖ^ÿÿÉºÒ"
e …! ñ vH•8]
```

è   S=°¶r:,°OËHxÖ‰
        *f* >Q

¶ `^L àƒ î» - d1Ÿ Ù ™  ññ»¿ô"Aª  i§ÿÿøj©ªzýÕ¦- yW-ùw-
ù1Þ‰»ÛòCãY ÿ K¾>Þ[ëýü¿X %¼bâÔ /lÍ µ
×Ú¤†—Úkø^a¨V×P_~¼Ã n>Õŷû!G tñÚP×Xj!~

```
áP@ôý©!ùiW Râ ÿ"`4T6W Ò/ü Ý-/^^Þ§å9Bì"-¯øÕ
A¤ý`Ùsª~W ^±QÇkÅE…      |¡" ;ŠÚ-À¤, ÓµÕñ e^Dt ]áD ÿÿ"d„]PÎÆDQ Ñty 4] ‡ u
      Á <BÊØÂd19    ê)ÔS
  <-
²%n§×\Y+g@ú {ð¡;ÓµOO†Iþ äõ"‡ßéf 8eÈŽf s33hºlQÖa '˜yät²ù-#æ ü ãò;6^ñ zmrÞÉ
»Ñ  -®Ô4#Œ hD `ƒdIµh¸R; ô"0 ¦ >
 ^c ¸A— ¹ ÌðSÆs.Œg ![ŸMaÇB ¸ ¡±ŒEøN×»^WÄ4Á ^aa`ï0)á˜ fÂ©g4] ¾õ
```

```
ã•gƒ91ítòcÜ4ÉŽƒTõP™ ö¶˜A:Ö¢#-phíÐˆƒ*…hqÐa
ao   ze'ÓÃDwøPa5 ÿÊ`Á  ÏŒ§3™-
= Õ4 PBÐ0œ´ÊÖ¡ ß VæŒ/û<„ˆr,xA{¨[Ú˜Q ²!ë † [Wª ö˜XÒ¤Ê-
.6ê]Ò ¯„„:^æ Ìî, Õy³[ð",|" Þa¶¤{¯Çü0'_®*5ŽS EA¦¡< C0áR\DDYä eœº-
05&ÄÎ·-L`ƒ;V
 #ºâv™PÔ-2 !¦t ƒDV,àjž°ÿê™ýLÙ  §cD¡úo¥ç ¡0L&ƒü˜
2ì·ü‡Ð&ærQ}¦ MkKë¯, Â xgX'‴³RïîÝŠÓIªû¯‛™
´ IøA¦ 0 „ Ds%ÄSc-n#¢èÃO Ôþy ×'œóÃy'> ;Ìúiq D»á´¥ UîúÄDC
```

3

ã™<a ˜EÂPC>¯6 ¸Bàá ˜ ¸!²(0ƒ#ˆ íVú¤R%Z×nMÞÜ±Ú-Ú,v˜&Ÿ¾Ó¿ÓP £

õ Î=:ì*¿
E}ô LÀ^3d`S p¬ ~ M~F3šfÏ°Â0‡KI´]¹'Ë‡©  ª ¸ãÂ <OßÐÿïC¿Ö5PœZ  a 5^Á Ž
ÿ~ûã õü~á aü·,t 7-É þC;åÆIÉÁ~MÔ  ->ÁÛy™îÉÁo ™þúûŒr
Ž¾?ø¯ÿô°   [[ôÿ«^ûÅß¢ ý m.>£ ){â   áHh-Âþû¹cú ÿþìÏzÇëúä;¡ÞŸÿë}ëk°t
$" ŶÀòCÚD+,Z

•S^î)>.ë<ä+Í$OÁ uj−÷í…ð…ýn-‰ í?-ìÿ-
ïÛï~Õò ÈìBB4 I´ b¢/<¶-}Ð»  N i¤ÿÝ¡ì Ž0jÛ¿×ÃKé¾ë" ÿÕú-ÿÿT÷~ëøNÖ4"".#¸´ i¡

#´½"ï___þù7P^é–êaÐ0M  0ƒ  2œ¨;″9C|ƒ)É

```
*`ƒ>,dì§(pRP[¦
kú©
```

±ÈAì^? ÷¥Õt"÷§HÞûÎ²Ê"g!  s±d  e

†©Ã[TÒ† þW4 UÆÇ Aà"X>Ë} ! d CAT):K|0škbšb±Ã&ÅG
©ê°®Ðt <^^hAÃ«
        ô¨F#T¦C ¼b#,¨Rlarl\B eQšò 6Èš)ó°¿äHÓTòf#Šœ2+ ¯Kj TÂ ÂweP ì_6^FDeÙÚ
Åiî¯÷È ¦ ´Â¦G<,å  ØP…'€PFŒÛ52ŒÆ_;ZÊ#§iÛ„ w" ·»KH-
^¸ÛMm  úáa,…L£'¶rÎ ?Þ]?[Ñ DI Âž-Â(´»Ž£*õ[ŽÔ(PL
d LÎøÎÔâ è336 M&Ñó#¯óíòsÊsLÑ)}K™Õ f™¢ÉZIÚ·ä‡†N2n['¹ û"¹<¨wuuK©c´ÓOÉ

ô & Bá¦„8ƒ Á    ÍŠ  DG!G",^Ë†rã D  D1 # ¶

œÙ- Í™<)±>dta*éWZTì§_,~öã³¼6  ,|$¶ Apƒ 3ƒ3º,w ,éuXôûí
ÕoC\P0š ˜M

"=! `T¿µ [vXò,9 uè ö|−="ª<¾á
N §šè>Ñ8ê |šô>«íSöÓ´;÷__X†„}á{ûµ@öÐ<ý0A„!©r#‡²8ÿ_ýc°°ê¶¿Ý"€O! &ÝQ;Èqÿ÷!^!
"É¹7A−äÜ˜öLrcÃË, ðËµ' 8ïÑ8!œ [U°«Ò§a4ÕUk®¿ïÈ−
D×−ûû¬¸¢qf−¿½=÷™ÇÈK−°û[÷Óï_ÇÞË ?ìÎIì· Àä }SRÝ¤öÚ¼1

(˜úxÕ ƒ®.+ÛM?¨ãÕiøî¿_«¯! òcå ár1ï™»ÿÿ¿ÌÄý ®®«š (-õÕV#Ë3öPáŠ
        ì±ÈH°°É¹p¨G[¯÷ÝG÷    A   Z·¿ -Éà} −
O¡ ÿ×  qÿÿ÷ëÛ¼~¿ñü_\^8ïwà¾N7ï¯è·û,zH/õñÝµ»ÿ¯¯@©ÓÕwíiúßÿÿÿí=ÿïä1òÇÉÝÞ¿þJ=õ
ëÿõ¬}
a× ¿þ·, §Ä0°ÿí§ÿÈ£ì"‡ÜÃù‡v
Oü… ˜ÿ°E>ï÷óóñmR¿ ÿ×Þ-Wéi?Ñw¦)0ÄEÃjâ˜ÿØÖ#[µ½ þ#^ÝoÃA°ž>ß,uÿßÿ×ï³ Q−
÷ëû÷Úéþæúñͯ !ÿ;OCâ4 Y BáHá�q Ã ¹ 3 ]Æ¨8µ^ÕŽ ,QÙwš…ëOí{¥ LwßÜ=öþï½_âÏéa„¶
        È-[˜tÕ
Eµ
C    ª¡  Èƒä2‡†.^âßC^ÛÐn 5Ž8¦GQÿ}®¤q~èÚy1ÿø N he −
M2a "ÉB(DtGÈèÚ6 ž…Z<Œƒ3 È#„Ã  V×²C"=þ´ê1 ãm < ÿúú §§§èR0 $¹f " Èøeâ]Úd#î'
~á27üZÆÇ¦ƒŽâ£µR T"T¤ÇÆ„E\DEÊZe`L"Be

& Â »¡ 'Œ g † 3Â˜ ëê©Ãá„ø¦…¡wC`„DC@Âj T"Çi„íB •

[åÃ–>¼Œz½oÿ¿ñ»ëiq±ü z±êû ¯™ æ  Úÿÿš¹‡þÿ}tî-
½  ³1Ÿú¼ØŸau__W Põ ×ã¿ï µõÿÿ~÷þD~ô=}WÔÃþªªXþ«! Æ¶±° Ã ±õÿþî ‡Ëÿÿ}ñË iC
AQÇ±Lïëh>ˆ<j?¹lõË~ÿ_ÿV 7kB8ú{õ»ûúûôL~ÆG  @Ï9PHr(äp
| apŸF,-{×_x÷^ÏDí9 DÞh &P`¤z•ÅX,³ ÚBÑ é?©´êÿ[ÚOö—  B"
ìŽÕéµAÝjÚú$>¿¤¥ Ù  ýŠb£¶8ãí ©¾×U^RÒu   --® ÂlTi±V IøðB-
8eN LÇ Ð~˜ª 4!Q „Fd aaÝZˆÂHDE" (Mk  ª  ÆM€"¯¢2 Cµ ¹Ñ ä`!0Î¬…åZ*hµ*]~8yWZdS
Lf@hB# >õÕ4Õ5:

ø„q™¢  êÈ Œ ynHwOAÐOœJ'h+OÑ–   0'õ3A¢_¾‹ Ž=%Z}„íRÍY
°^}„ îôÙ¢¦‡h4Ð  ê²o…,~×ë ƒ×ò „r–
'`‡ œÖPvlSäxÌ"<\Ë gÌŽf# èù~3eŸ3 Ž jN•%./XKt%Þ[ö²ÐM L âÅA:
     ,a   <DC  !„Õ  ³ '$–V  õÏ¤ÉBQ &é„âÐù
ï–>\d‡°é¢c´L}ì±þŸê¿ï¿    „ 2ã6),

Â  ì~ù!Èl †‡_Ègw¡ »Ú˜ßu ÿùsRÏ úýú¿â ü\DAþhïky
à½|[ù7'-[ÑvE²à¸. W‡—
-L~Õe¼ ‡, ý˜Û°G- ã®¿ÿ¿]ÿõ½Õtõé{þéŽ+˜ ýÛÉÉâŸÝt»kÿÿý}ÿÿ£?—
-¹ ~ý Öòs²éªþ«¬k-Ýÿþ¡ ² Cµí0> Ç ×wÚ ßZ ¯\Ï"r\¾'öõÃ üæŸwýì=>ô']ÿøaC P:Š F¿
² Å! q ÜEÅí,C¸Üa0 a ôŽ‰A ¾½É

žŒ    Ñ†v`P´ &f<îÙÔ9 2¶^â`ÑÜïþ~NÐ H¿p×Z©
      ¨NáÚ§|8DQÊ-®§f·÷=ë Ž^¿âë¢'}ƒ,¢h ´¡ 2 ³^ê^ê ¢¨Aî Òg{ GZ#àf´H÷ Ó ƒE "

! m – ê ¡     §

```
íeõÕPüP<øô q~˜Ú
T L g„' à|ÈÒÈ£äqäÜ…rCù  h þC)øË¢(þC@÷åÅ  Ë&ÿïÖ é{ÖMí\˜áHW±_!G' !È  ˜Ý&"
C ' "©!Çh [ØØí ‡&ä$S
š ªá ïþµ ÿ½5QúL˜äß# '}Ù1É>"®ªº×æ‡&í ‡&¡×ÿï¾ëï,)×ß_ &=ÿú oÿö?§¯ í ÿÿï×]
Ö ªNÞ ãöÿþ>ß¿«Ò·êô¿Öÿð¥½ö>'_¿ @ûßý ¯|²‰„ ª÷Î̂PÕu¼Ãêƒ B;ˆ´ââø†ØB..H}!Ã
      ¢o ¾Õ=rT™c¾—ýqÿø¥èŠ:B"
```

#

† q   È/  Ð…q±

žkâÇï ô— é D ý¯zD °Xq zKkú·i ò $\YH)Âf¡‡7 ÃÙCž

ä  ² {! r r àƒO! × Ë ×þË-µ_øe

q Ü › 　 *f* 　 Ê ² ‹ ¢

Ì½Y7}º߅Ô© çb

ŒËÄxÃ#³®O—Dda<¢„kFònRµ¾(ŸÞ   ëD

ü$  ^j † Y  #^f

2Ý-naæq< ¿ë*‰ý ç'-Xiác ŽÊâ¤PDƒ3dñoê:È·  *>Ž# OO«^ã
    Á,ÃU"¿®Aq×™(IëpÎ±!šCðº
 ^³by öG"ç˜ .O6)pävl9 <' Ë^lŽ .4 ¼ñ <™âÜ§^ð¦  3ö /¡—ÐÂ-
=±MPh A„DðÁ v²g[òÇê^0=4…;WýhB

âÕ;BÂ

```
!a|Ø¡    š å9C
Ò"×Z¾ý^°û  (M;
h31I  fG¬{ëH  íuÿÕÿý
céÂhDXB  pá  .<  Ë„[ý  «ÚÝo44  >¾Mè>½   ®  a0  ™¼/ù  t  '-
þûó=,Ñ8,rNL{#rod+"vè  '  †Lz.:ŠÞ‡ÿ×°õð·|xP¹¯]rã
ùc¾ü   õ}  ëüm~ïÔõo-ÖXþfì…|±ü"¶Lr  =  P:¯DÇ-5¥ô8/}Õ÷ëÓ¬=ç¶'MË~,*äX½  ¿NÕïôõ·ÿõ
ì&?ë  §i"u.ÜÐXäž-   H'¡  4[þ<a|ŠCÚª×éq©µêÜ±è.Ÿ  7ý'«DÇëÿ÷úÿÝøÞù?ÿÿ  û_ýûÿ    āÿ
|w  Õ  <K¢oìÜ<  }öo°P  ¿E  ìÎÿ®¿õÏ  ×…ÿûû¾Çßòh-
ráö  ÿü~°uÝ%¨ö  ÷×«Ì=  ®¿ÿÿÿß'¿ÿÜ  OúÝ%ü  ÇïÂÿ
 .ñUÿà¿\Ãê  8¹  ã<¾9  |]Ü_  ¬5µÿ¾?LŽ(Xx"Ÿ
```

XþqöŸkkòÇöú þ‰ Á <ÓÚ.¼®*~á þÍ
ö4¶Û! eÄb !Ql[ È

% É¿¢ Íä| † e

```
 2àš="{,sÚ
21È*E„ïá§B>íù q é^‰<.¿×Ö §ïóÇ
ÿ \íM bÄvŸe ”å ’-äê\ Â qõÅ1Ö
$=Î,   Å ":+  ·‘É$ * ˜í_Ò§uõ9fÖ eAÇ-Â®š
```

```
Ã'ü aW Åt^qúuZý®Ë-
II ÉŠò ,Ù{ÿkþÈãXá±Ç Ú¤'»lÚ·¥ú"C¡  ÄD !J . L S°~:Š·®'ê öÄ)\Y •lÖ iÃ 4ÔuÇ Å
ú„Ý ´"#B#
 N"^‡ÒÅ…A,a|D5   %  Â`ƒ
"ô"l \¡ ª3 Š"  £ œ>  'G"jNa,'TG27  .) f¸%D] „´[âÿk¡j¶ ™ A~B4E «¶ wÙª°†š
ûâ-d†Ê [J´ Ã  ~-š…otÚh A ) ¤E} %m…A¯D¯¶U%    ° É²Q Ö#Úsh°úÆœwZ@>i—
uEÆNÞÈ¯Õ,ônÍHë-å
à„ °žy'öÂ~f žd|¸%Y N ìáùãLÁ¶®mš '
ÿ    mL=Á é„
```

Àf¬ÃÕ qMŠb0/Þ‰¿_MtÓ´Ð† cäÝè øëÿÞXí'xÿÿ-~úü×§E¡$òÏ&>\o^ÿ!Ç%- ÈW¼"å¹1ü„-
&9 z·þ‰½p‰

ƒñ1É    A„Á Lu0é•Êš „Ë,

```
:k' l„ ö b"+Cì¹ ××õµIù éa ®vLÃE°'Ø&GdoP¬4-?Ë¾Ÿú8·-
=áK- × …ºÁ2 |B¥Žéb"cŽ(!˜Y ]Â--8Û   |ž-Ý|ƒQ
W-wt¥~]Z^aT*
```

óÕh‡qW̄  J)cA¬$8^†„FHtÁ4ú
'ID4þ ”8C[ Ñô4w¢^Â,¢¸

* Â¡ ¢+_&ÄÌí+;B&k"báÎÕ,á0¥Ù ž p2Âh–ÿ A¡

´Ä×D±úě „ÜÎJ4  äýÍ nA.Yç

f<®O"
wùlëø{  &P;  Ð&Ù™ ^‡'6n0f"¥®²8R9  Ï ô]œUD4ÙèŸ'ÈùÈ»7$×L{ºtƒPƒA,

õ·½ÿ××~5zþúþC G   f

ñœ †<¼x w wýý'°åÐ!˜ûêÿæõõú þ 5<´

ã>UõE¾S< ÷Ö
ì"  ,;ŷÒŷ¯Kû¯õ¿Ô  í;      „!¦Þ÷-7_÷ŷOUŷvëÔ¢„  ŷŷK

```
±É?÷—
å ûëiv…Å××
5¾û¥[í~µ<ÿÿ¾šÃ÷íÉ ÞXôLtÚÝ c"r ì$°jÅm¬n¿váj N•ÿÿ__×Õ{Tírq—
   U…qìhE ýŠ¦8 ŠAázÿOmUûþõ¿b½Ž¸tq'Ã)¸k"rÝ0Oáöƒµvˆ0D$ "
```

$ Þ òÇþÿÿ_û Õæ@Â Ü>¨GDg^0¥  ®#@¨Rh~'»ÛW¯ªÿÞ¼#¿å½>à^ê ²‰˜]mv0> qh ÝÿÿûúKÙÉ
 w 5 x-- Ô-
?_OÒîßî ¶,s@q¶ dæN×]SK,  „lqhhDEÇiIË,BÐ^†„EÊ d  ã©!ítµ úINÄ'ÄU£È5*   !Ü-
Zxž'7°Þ EQoW  å P, 6N §dM'4G^æa c°¨<Eo‡ƒí ^vœ0A'ðßÊK¥È Â Ø¸9q
    ¹  #6G‰Ì¹ DpåÑ#£   Ëã
÷ù+Tž
zhAÜZ      e°´P^—eÅèeÁ8´/º¤yxXDá®µ

Ç@Óµ¾V
Xª Ý! „E¡  Ÿj ö …PµUH&¬ã¦}—ÂJ„DZ

(^<MPŒDy6 äÙ8H25 ™''`ÈŸ4d.;ó#£´ë!<ÚqpÁ2 *hY-
"87L ™  äj  Ãÿ]ÿWn8ðòO¯aux4 'G û#™d
 Â

Â¿xM¿^zéªÃÝâ″ʼªë×úß}Ó¥ÒÜ˜õ
v¥»dãËŒ˜ÿ

Ëw ÎÝ  ~äÞ‰ÆCŽgì"Ñq¡ åÆFì:.2Ý|# ÿ×õ·Ï"žXÚÞ¯ìûá t½Ž¿<úë¿ìŽOñë¯Å|qé _ý,¼þþ£
úü o`Ÿwù

>¿ØK#-ûûì±ÏëûÿÜÃÚ÷þ"ÿëœ_ æ<äë5ÜV]*Ðy<Qþ£Â0Õ}W3>¿õ¯Ý*ý+ÿÿÝsyG¯Ö-
<¼ OíhŽ"0÷ìâk}-Úð^L&¿{©cý.µc@ª·ê¾·Ã
       kömßiö¾«hŒ îŸÿÕ§Ú®rÿ×ã×Ö8²9  +Ö-ŸØþïý }|/ß  áåÿßWk÷Õ$¾[ß-
>Xÿ« ì»J0CN4"õ"( Âpê

,U±¡

Ž #B- n+‡-ì|wŷ¯ŷñ

%ŠÝ-ðÂ Añ-Å4±´ÈAÒp¾$

R r q

„oJ¦¦³ÌÎÎ `ƒŠcN(1LRç ‡KÕ†"Đe

Ã#Æ Þ\   >\áždv`Ï£

øÎ#hÍ/«Þ¯°íU4

```
&~"/ Ö Ù-"~RÕ5h|n P®†‡haPÓ  ®ƒB3 –š$82ä»Ó¯\±ø –î[Ñ1òÇ¦ª §  qÚ
U ž
  ~\P<T#ÿÚ] zEŽW kºuº"kaB
R×&ôhÈÇÎ¿¢#ä z A qð'ÚÏ
```

¶Pìœüv B"-¬ ^Š^28eSLS… †hâ8W N!Æº«Õü~ú  [âérl'²NPå

aÈàã•atÂk'°d ú
4 á7X4»
³Î«ÏÖë¨OíTÎäÜt" g, øXåÎ
M  !0¡ËpŒó4a d t D»
æƒ ú~""‡

Ë…«S

ëØj âïÂzË> ^Ðq  QõÅ' Å1Å—I  ëò&6õØ[OO„, Å
—ïa¤- P°

» ¨ÌË` C#æ   óÅ`ó ŽÎô 4N #ÿu 4®

```
<{$é«® 8â ,Za µÄ   <^(´Á ^á— …œ  ù sY l  ®E¡  Ç9 êh² –
ûv}#ACøûÏßÏ¯ü ýnþ5_[ y¶á,
```

ûo 8g°PGÿK¢Oò1ŬŠ>H ¼˜îXïô\Q1É ÝÿïNH~&;M4#<‡J , ÁB

!

ãó <),#¼"(û»ÓTɼž[Ù1Ýq ì·ÿ²C-ê[·ßdò‰ŽÈæñ´‰»"-^e " ä 0ß ~ rÕ œn¸?ÓMÿãß ÿ
ã¡õ þ×þ ~¤(ãÝá\$Lw¢o¸× SõÅ ÿÓÿï_!G÷ÿì˜éê·Ã×¿ÈÎ‡cd2Çïï±É¿yÝ$9‡&ðµËŒ˜ö òC
Ý

```
¸#½Wõ]n·Kúÿ1Gþ·ëð'U>
+X¤PáþúÇ …j
û¡ ®»wtëÏÇRwõþäóî-I õZßþÝ""ŽXûÝÔ-
kýÞ¹7k$ ïãX0¾¿¡jœ\ìLŽ¿î5QK<ÿÿÿû„Ä ß§¿ª^œkþ—-ŠŽâä v…ñ± « Ú ë   R nLs
```

```
Úé©c" ×
ûåpÖ"7 -¢ O^Y>ÉŽ¢ ¡-
š@ÞªMê\C ãÈ¢ ÿùnZ  ÙNâÈÛh `àðÔrl$¤Ù@B$26d·.^ùQ F8*!ÒQ ô µaÒ
ßðèœá"w" öÂ"¼0þûI§#½¡zÉ×    ø/¤æ
äq
Šlͦá ×m'l³ …#‡!'öNgDtŠ > uHXPƒC]T_Âa  "'ƒ6!Ú¬@ã Î4] °å¾6D Ð/E¹c„±I-
*™ê·h·xDÇ¨AŸ , Â
```

ÒúßÁ[,qÖÓÓúÍu¾øa  ¥h ô ]  f„ Èô UeÁ}ß½ù~½Õéº ]73úDÇ¦¿ <˜õ× d-Ýh1ÿ×ÛXßyí-;
8ÿo$?ÿ ″ž_½?

˛õþ«ÛùÎµÂ[UÓ÷óž¿ö½– ÿÝtè ¿Ô? Ï ÿÛ·÷|³
]muÓû
 °Y |EëÝ2cŽ*ðÿ–wÿõá«ê,±Â#ˆƒN* ü!°ÕÛK–
?ûWÒ„'¨ÿŠJ  ;ï÷AGÿÿÿzíüeÇ q…YÃÐ0¶] Bv  %Wþÿõª
       üÑõnTn#<(pK©šoo°ÕåŽé%}jÎŠ[¢2 ´–ˆ <0T&ƒÒëH¹°
ÿ$¿Jaãt* Zøã ŽÕp¨#pSyÄ"õ¼·+«¦«|šö640† Æ°ð°Ó.ƒ(" iÄ C„ Sƒ2
ô)ŠA}
  ÄD8ˆ×µ\VV4 B–2'&£ Äh ;©A±  † 0öF² •

Š & 7Ýß`Óh§øv@¸m7Z

ö²ÔNFË!ÓÆÆ>Ô!rÜÌ_|rÌSÊ  ù ³b ds8"!ð< 9ò ²Xn%ä 2Ì, á  832$
fGÎABê xµáý„Âh…qzs

ÓNÓ 3µ z,wþ¾†¡W–þåŽÓEŽÂ©Ù „1O

™CÆ™CœràÎ«Ŷ-„ `±ùc÷- _

```
$ É.#!¡ TÐ2Ž è#Ë_¿Iå çwãÛDq  ƒnž>¢ïþPô°þ',|²+ &ljÇ…Š¶8¨¿ý ]=E5Ó†=ß¯Ó¥´ -¦
  QQ„Ÿ^<ˆ†
  ižJ,*Š–é ¢â-}P:S%€àŠ ¡Â„
```

(M2C¼ †Šv=·¨'mäžž0þ>h¸A¯,À'ž]Û¼ØBà¹Â.EÌØ÷8)Ãüâ# ¦ L 2@§ <2@¦f|-¶°a
0°á?A "-3 úÝ„

««Wã°za¤ê <_®ú~ù8úi-ù ÿ÷úê¶¶?K-Ù õ°‡œA Œ/ <? ÿµKôµ$ïþ» " Vg‡ú=äåÖü{_ÿzCK-
?˜~Þ   Þ†‰¿†»íË-¿¯ñ -Gv"Fêì… }Ì9c-8^q-ú÷þ÷òà›„n×ÅF›

•0C ÿþ¹!úýé îø;øh:û&ù ëý¯ÿÿ IÅ•2^º™no   Ãº[TÓ²n……œ—
"−·ÝrÇu¿ªrØRj'·ÕÓÑvý××3ú"   jÆÇ ÚM®¾¾ ò‡º[TÖÆÇ~©~=Ú¦·v,
´~ª~"â"çÐ0@ÂAÆÕ1UÄF©ýJ,êÂ−A ŒF[œ&C  ó+
9C•¡ì¦Ê¡oª./ a ž. ÃY –

;Ã-µn‵ ¸odŸT

Z@'‰ª

8{ºXBÈbž Dd ÐŸ'6 †¿ÔVšk

Ó2 ÉÕÓU×DÇzv BfC  <`Í(tL~•ãAÑ7¢OE»–ùo"z§k

Â  ¤ÝZêÚ±éËv¼6GÔ¶·ÿãoëy®— ¯

9#×Ò?ï«ÿº±Èëé¯ö®¿Ú÷–>¥¸'6}³E WïøëÆ±H?Úo Zÿ_A lV×a®×ýu¥áªAÐa
  P{×þõ–Ò¿í å –îµê•¼Í¯

0ÃÚ
B

```
ž5ÕÒ0ï¾ý%ð<P ^) ¿ÕÂN´—ö
¨QW TR×Ä\—Ø, 9 Ái_¡„â
 éŽ£B0¨5ÔDp¡D|>T ^,øeàyió5">Høw    ¡
```

Ò)®\û¯AêÿXtiå°´ 8¦*;#‡°"…¿nÕSµPQQ[¤²ßŽ
ö¶  ‚A„ q Qâ R ‡×

T}û

±
®
Œ  pÌ8>ÊÐ§`Ñz x" lðmÔ,¯ ˆÊ¤é–n¡

™│üO  Ñ©   9šý—õ˛´ãA„

û·yÈ¾ ü 0Œf3D s'I© xA„Á0 ƒ2Q" ü£ŠZ Ð0A¡ `ˆ£·  ¢

97

```
!t¨>¹ 9c¹c»L&    ®µ^´/ §- t»]&
&äÇa{XòCäcä
êÖXêB }¤\Âÿý'ù‡imö¤8äœ>â êN;pN¡ _½Š °è  zëë„Ö^qì±ÚM<·^4ß¯í|!ÿþ—
ñJ ´ÿ o äÇþƒð,í{&9]ôD½>×_æ²ÙcúÿïÕéü þÅ S÷cb¿PÿúÿÃŠ¯_g-
ùt á?½?ÿÿ":„`ÿÄzñd~þ´œŽ«ÿßþÝSÝÿ² qÅ…Aµñ~ûÖ¼ÃÝÆ¨; ÂA¡
```

/˜ÞýÖáý6 .

U„î …ü*ÏÆ

Á„"!„FáÅ`ÄÓ^ÖÌ' Ds4…ý
üc ã^0~CŽ`'Ëw–ÃDÇ
S‡}¾MÈg "ÞAÇÒcäc"?ä‡$êLr

Xÿžû¤ûÖ‰¾[ö –ôn¨,

D28/·ÿúß±¡ÜD2œ°Ê ¡Ï‡  (`
eX(PG\Ã#"&:h L&g°EÔ"©nLt½tûiúîó# F ˆŒ 2 é hX!ÃGÕ1T}ÿê^úÿî4Y¥NØ¦*(
ä,VÒÝ Î!k~°

```
lVðžŸ‡
4íu
```

8Xq  „E¡g@@±a:‚º¿ÒB‚¨ .Bt DbÂŒ³h¤Ø Èù ÈC"QSÎ±  GR.† G„Ñ â0‡_ð  ßØZ% ':‚=5
     ²Õ  ™Ç úé&<0‚f´Pˆh !áæ pg   ±

G/WR€  ð2@Í ðûè=0 ªa8ÿkÂi a4Ì' áš.7&;þ[Ð¶IÿC¢cåÇ–ùcå î-
`Æ¾[â  rc'{ÂþmA KDÇki:·

ìV‡‡
T…ƒ…àÃm?ÂÇdÞÏ  Ý>ÛÇ~Ÿv^'ù¶f<äøãÿÉb¬ hXDX#Öf)±$$ ¶G9±ž  ãÐF

¹>Œ#á
9Tu ã'g\Ž&Ü~,*~¶š|0»Ýè_AS    „.Í-*gKë,wèƒÅ?CíOPš&< Âi„ A™ Î™çä0;"Š~ yo

->^¹ú'éMH˜Tú^„à›í— ÍŠpi—3

þ`"#¼sæO©Õ)t,rÎ+"ë¥jƒ F„\ !yË  €ì6! `

:k ~áªrÇ„ 3Â
3!b0fo ¯³=ÚpË†Mßò$ ÊLÑ"½tìï>  å¾>— héÞ¢ø×¾#ùcú~}k kÓcÖ Õû][
    iKut´y3þ¹oú ¼ ÇÞ¿ëþöëð "Ç„ th]Y ÿ¢Çõ¿'Å ÿö?ÂCUÿÿ Tõoþ

t−åœE_¯[0údÞé _dÇ»Q…  ´ ÐjÒûF ü ×®µÕ&á$^ä6¢b™ <¢:.<¢ùÕ ù1Ëp™C„

```
    jƒN *aN8&´ž¿ÿûuÙ *+HDD(`„¡-}<Þ
cÕÕÕÿõ¾#^Ši^¯Ý }{Öõ,|®!0Ër Š^â˜øk Úº —<»]W ÔSu¿†G¡0R-
Ú}-â,ü\Eœ"  eH¢±Y P$TCPžðªR,¤*ß^Ú Ô® 4A96¬)K"©'Ù¸ŽÈ-¾,!,tIÝU þZfŠ, ðàÂºā§
ëúÙ MŠpŽ -3c4 £ fh )õ-ai LŽ&Ñ#ÖšØ\.     „/âá,zÅ,
```

#N)Š´•ÕëZë]Õ÷±ñÇ ^NkðjS,sŠXá0[  L –½K ÄEÄDC< ¬&"- X^er,.¡<0t
"Ðí[á Œ6[-! 0ÆÙZ ñš^ 2 #¢4gdÑ[[†ž¨XD.Æ : bšEmÃ—M=Ký-á†štß
oMÕÊ-WÙB°-òw´Hv 7

[¯k ÌD=O.Ï[©P£¯ ËEq¬gÙ;5#ª+Š¨zÂeØNÂ#½‚Ÿç3
7‘Ñ™’ ˜ëÔê‰jJ Ré3F6 ñ…´ðB 'xA¡

ØgB † Ï
…˜ l!qKš 2ìØÍ„ Á0˜ hC
 d

ÉÙøŸ† þ´[¶6

```
™   = uÚh4# 4æv‰Û E¾Lv
4Ô  Û ÿ¤7'ŽXä‡ÇÇÈ£â"#†ªá
úŽ 6¼·¢âƒA| Ýl"Zêš§dƒ²Ü !pÏš  I…['  Ç¡–98RC qÉ
```

CÕÓ^† w~ƒJ– û „> w°V½xE

```
íu æ-
ŷéýY h"8ñ  í`ŽEq„  MŽHqW >4Ûøk Çqqíª»ñuÌòÇŷFŽíG¿ú Ãî´ Rj ºOŽ) k¢Ç¯Zŷ„XïUä
Ø¿*Î8Lõ dÇ ":a2 Ná0ƒ
 ºƒ"Bi`GQ¾ ÷k éŷ ªo¨K,†lÙ•\Í^2‡(2®Î€‰
X÷h²•0¦ëõèÛ~ÕýØzRÝÒ
```

""2ñ …€–Å V0°]uÿ½c ] ØØØûÔ.°@^û óŽª UÃH1×Úb…¢, • M1ÂJ82œ–…ŸiÎÊ²…¡

Ú–åHDiTCI Ô¢<! µC ‑ÊÊ‑Å¸¥&Á^\R Fã0s³X¾Fæþ«r  iC 0 ¯¿ Kø½a¸I‑
ekîã=š 4G,éF^¾r

œ£w|á-<³Ù- 9Õ ã„G"êÂ9ŸEÏÎ"„FÒ Âa ,  gÆ|ŒŒÑTGUÔ Á
BÁBc` ¡q` ,,"@gÙ±A \>Ñcôí3*3C>3„£×COô8 | ÂaPæ É=^ ¦˜*všwa„Pù!ß, É¹ ùoz Ñ
> Á~<Œ¸Ëv‰Ææ- Ðâ= ®å §ô¤ÇºªXäÇÇ% Ãm'4XCý_kkö
$ÃDß®E}K ?û]w|pJÕß e YT ~ýOïõ|*.v? u÷Ðý¥ÿñãW×ÂÂzZ¾¾ª©ÝßðÇ$ëšž¹7,xá&«ßýÿúö
Ÿj«ÿÁ ýCžò°tƒïúëõb¼/©8ü·ÿß
N¿ü"‡øÎ>ëýzÿé Ó×C^ÿä‡Úý×kk …µÿïù‡õ`Æv`B
8^hDZjÆÓÃkÚñ±Ãj^ ëôL} á„¶;B#Mª…"

ÐjÅaë~Xúÿÿÿ¡…êF9

```
±ÈQÈwð·`•n«k‚ë) ô°mÏÝ}%–@´y ä°  G' |Üþ‚ëëÕ~|G ÓŠcŒ'a[V>ûUŽYF
ySíBv*7WßK¯

4ÖÓ   „
      ±LR^ E¡ Ó^`^é‚#®~TñQÄDv~\.¢"#‚&I(Q äØ–I°a„Í  .°ýó~g'v™<µé¦Q;B –
!Q  >3Åt ñŸ3"µ ?  øHÖ^AÉP»"Ù&ì+A…#¤×S
'#óH¯B;ÁbÂ0~MSM ša ƒOëkßóÞ^)¯.2Þ<|~öØWW d‡|>' ×Çúáb>
†–ìžw¦[¤.Xö‡ýé°iì¿
ÿ´"5^Öÿöÿß' öD „zOûÿ÷þ¿ýÑynÂ  µ~¾û{éÕ ~Ű_–tŒï~wÜþ½
@í">ùlÿÿk_ ãÛ'Ä8î×÷øl +t    § â#ÿn½Tí?±¡Õný'¸OÌ?÷–>L}
```

ë§×êB<³I ˜ þmZ^ß÷

```
":gVQAL¡
n(+
 ´ƒik¼Ǖå°¨ wb£Š  ö µ
¤ží^ 8q
 g
```

â

¡Â

ò oÙØê ZQ ú¡â ˆ ¨Â &ÚÅ,Ê| ªGhG″  Ô±:dH0™ " A0L¹•a÷ëë,ß&–Ù

Š¨O¶BŽ*Afm6*"á¸A‑„#c 0‡

¢-¡   Sûî·&>¢

ªÇÅÂûûz^ž
Šõ7÷ÿý® _0èƒŒéC,ž

ç³ŽLsŽLrNx*Îá Ô§P@ Á2Ç3œu8éänF9;&8@Â

¾$úe

}0Bâ s0a ^
ŸÓ—tgË–š,v§kH‰

ê(X*þ< òlþ¼ù§VÐaÍ

¡Å´‰   Ò

§f3±Ñ GbŸ   ¡ l\ ÊÒD`D8,D éË-'°ä¶6<H'Sp×… ÂÃðƒ^cNö RpÕ`áêƒ" ?‡„(
tMób™ì¿´òì~îƒ×Ô&jøî~{±Â[Ó-E²!‡03FjŠ"BŸ:Fd\8@Ì> ŒÃ<2æ]'ä  O ¹ž°÷Òì„BÚ
l Ã ƒ 2 D½[Š
, XD4= ‡„ÃdW> !u!°r

8  ÿöÔÿÿ ª\Pj—R1ûí–R´ºœ+ª  „DG—

Ž®ÕVÒHdr-|Ã×ÌÆ–ñ-dfÄf -- ž--zž Tþ 6Ô\$•ÔT{   ã
«Ã_
&H M?°šÂ
~¨}×

øMm5XP—,Šhj F„E¡

tÔDUDF¡ab1 ª)KE¸aJs"Dj^«2)£ ô

```
ì"0
+ª+É…ë¬A—
ÕðÂ+
ýê#¦U0Ëv¹‡žYÑt¹ãËAšøD$A ,, ÈX-ÈH! . Ã¦ ,84
```

```
žds1- r#œ?8Ïf~\  SŒÀÏŠP3C'º
ö×
ßv¨F  }  ^©ª÷`ž9c½9 që" ï šÅ„5ÕWÓJ
```

ìÐÔC§}ýúÿõÞ{ ñÕUg ëµœå

¯©µ¯¥ ½aµå°¨Â˜[O&úÔ~úÔá
 a,ÚÚ˜wûþ—«b˜,c¶)ÐV»ÔÃý>þÆÅZ¬qpÎ  A,

ÂŠA5Ä\E ÂW„ ^0~PQ¡ –B k¥rmR "c,çbÁ–h †Ë×zB

"‡xÝÓáÃ;ÿT T
        ¡fÜä|é ãfgý%dð±É¹ $D "/ø¤\dÞ<v<|·¢p ±Ú ÐÂ~]Ûïúžú_éá~¶•úZö½ß§Úä
ú{ ,k„ôŸ?¯¼*–ÿñRÏ×ž†ÿ¯Ã

±þºZ5EÂ-. ¯g=Šì Ç,8ÿûÎÕé–:ë¨ô 1ô¿NºÖ·ÿÿëþ¿öƒÕ)\¾ƒ j?,ã´þú dòÿ½ pø¤¢ -®-
OÿHWü ßöY–¦uu_pƒ<v Ã † A a ºÒÝÞ

RfÂ…ø¸º@Âv˜ZuÇ"Š„q  Ý/-„E,g *I bµ  É± ŠðD(å d^Õ > ÓL
    ½K*!ÚÂ "‰ ½Âx^ÃWwD²wö^Ç /¿_Oµ ýß<Ô"‡Ñå„µ  K¢ÐºŠtM«^,

Bå Á &Ù
9   ÍŒÍ fÙŒÑ&yz^L „s'¡d ¡FÅZ…žÂá0‡è0C
 'Á¼f 'ÃÖ\! , q

4Á0ƒ<!â2H 2ù¶Oã¹8zÃüeŽîšýIãít\Q£3´[µ»Cƒ_&>¥Ç¹1Ô,ðMÞ,tJ/¬ ôN C3 £ô0ûï·N‰
;F†©ªåÃCþ–
´D{Oì ÷z £"<AÐL±Ë ¡O   rÚ 5®®·ZýL>ª–¨¿ÿÿþ×þ?^C îþã¿õÕµF§ÎÎ¨Ë§®Xå:ù1Â ÿßú"
 ¡×ŷ¿××¥ý?¨é bÃ ÿÜA"ŷü OýŽ <ŷûsSÔ™ÿýý~¨–
¥Ñ7wõ¨_ïö× …g?å õPG ,¿,)ÿ_ý_£ ƒŽ«ÚOÞÃ¨ºT´ßrcÕï_î©Ûõ^ ûÿ  ³2Õ ¨,^k ÃŽÂ(q

E , |}ÃÛía…Žâ?¿þ¿Zx¢9é¦. ô#b  ßOØãcd îÙ!÷†D-
ÿŸoáÈ/A¬:µµ |GŨ$Ú¨½ÓÈÃé×ÝuB ðâ" ^U@&b „

‰Ù<G\ê–'ÈñD3dGDu @^$ 9ðÑ#Šf½Um5³ $tDtP´¡

```
 a4"õ
......C0^¶&ŽÂØ `ƒ"˜°µ–
û" xM rÇ»µ^  Ü'š ·ÍtMÝ}vIõs;ã¯w" {Ûö¶-®¸a‡û]UW²OªÿŠ¯õúz–ëzü":
      îÆ ÷š;ÿÚ_Ú[úß ÃÐvâ*·W]Õ¸÷þ˜¯^ª¦  ûµ
¿ˆ#Žÿøÿu_îþõãŠrßO6f ãÿÿ¯µÕK×8ï û%]ÚÿÞ§«ÿÿtÝ={ãöõx`Ö×¬ ÿup–þG_ó? ÿðÿxä Ž8â
ÕŒ4¡=/_ºïXÐá…
\z¿½E®ß_ï0ÿi97 Ž¨2®N…,#ª"¾¿¼/½ú 8åƒ") Š^çç}Xy†ëú·§ò * -¤Ý1ì=Õº'½^õâ£î8¨÷
8uªvPðÃ0M «ÿ²™¢Q  C  ,      ¿Äk  Ž„F Du
#äÚ, £%"˜ •gz"ÔYXKé'Q–ÕëÃ5ƒN
Â Þ@¢Îa}ÃBË^âœ… _3Ê - "Bç^ôG s6)‡œe ÁéšfÎè<ç—•$GI– 0…„
```

```
 "' ƒ2 Í"uÓ z xA—  à Ù hX&\ÈÌð^Ì2ùr=  BÓT'ž áÎ=BfA  ÂkÂ~¾„\"B …T-
x^°¨4?ïÕÂ. O 4å½"<¢ā0þxä ä‡Å"nLt
{Ë-
Ë „ ë"  6wWIûF°Ë~•c¯¿ôB½ ÷OÜ>Ú" -F )nõE½…ÂÕµ¿§VÒ§™ßzþ*5-®^/êëv'jž·ê¼}þµ}g
¥¾°¢1ÿßÂ#-=  ì~ïÂT>ý¯¯ýõþ¿
f®ÂpûŠ-
[¿ûþéKGùg ®¿éu  ô5Î/Tx! ÝœÿÿôwzñëÇæïýz]÷‡ý‰&ßm§ú²ÇWV»ÿíé·ý{É Ïwú^ŷÿŸqÕ
```

>#b-8×ÕXka?ÝWî¸ã‡ÿöú-d

'3 +Š kš/j ^-  XêÆMª_¿×òŰ    z
ßAéűo_  ñ

Y‰?û®ª™ ™ä|ž5DtO  =d\`ÌÀÕS$ ` Šc8Y^ X`ƒ YÁ
d+ ¢:'YQçÒý,V S _EÃ™Ü±êd Â

†?òÓ[QþSJªB Çÿÿÿÿÿÿÿ¢bjS fùg Eu• –
ë*2ºE+©¨òÓ Qå″tZÅJ#þ[u¨ÎÀÔyi″¨ËPYK0- sU ÿù]Q ¸Ò-
'#:DìŽ† 4Ã ?ôÔ.[ÒDÿ+•¢Ê!z~Z*RÍ‰PºñˆêÂá)‡Šì. ÂÒºõ !ŒRÒTQ…§ ¼·&:,øºIb´C

ÑGü Ã „N q ü´Æ"s%U L òÔôZ ÔGå0J£;tZ=D ÿ ©)M R™ Æ<´ÄøË0è³BÔGå4R£‚ÊÔ²
!Œ¶ÕTeº&£)'EË ¯å0]G,¢ëeZ^ÿþMÊTrº  òÎ fùiŠ(ÿòÚ2Qÿÿþd
£+ú þ[sQ–Ò…ÿÿþZI ~['(ËA >Lâ–
ƒ òš AKMB Ã+¨dÉD(eº k™©"¡ oÙ`


endstream
endobj
25 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/StructParents 7/Contents 27 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 26 0 R/Type/Page>>
endobj
26 0 obj
<</XObject<</Im4 28 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
27 0 obj
<</Length 154/Filter/FlateDecode>>stream
H&TŽ±
Â@ Dû…üÃÔ,w»ç™x R~^¤ ( Ö ¢XDIÎÿÇ½X¹Ó,3¾aÌé6 P–¶«Û ŒªÚ7uF ž
F  rqX§g–èºÂëg Þù' Ø:æê#dQÌÕ9^  HŽ  P†Û l
1¼Ó 1Ã'ø® I™(Ââ #•'6WVOÐ dÛÑ£yÓÝ•Ñ¡Ó½_   Ôó)û
endstream
endobj
28 0 obj
<</Subtype/Image/Length 24050/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 2302/Type/XObject>>stream
ÿüì~† ,"$#¹^H  ! `&D¼@Ã ƒ @ž û
ƒA õ_XDùÎP „O~Dù„OœÂp³'5! ÿýÿ ÿ‚„Ÿ…„ðž àëú ÿŒÐCHÔÿÂ&<éb'k
ÂÆ 1ÿ àfrCÐ~¿ò V‚Âr F! ¿ÿ ÿ ÿ ÿ ÿ ÿ áì‚Õõ"BÿÃÂ_

¤±„¿šßï

```
( _æ·Ä h¨}<Aýñĺ †4^¿ßÅÒÿÿÿÿÿÿÕ`G„¿ü–¾ÔŠß=~ ?
üõùÕ!ØAE /
a¯ÿÃXk
|'
yœ
Ÿÿÿÿÿÿÿøbƒ áŒõÈbbƒ   @ü1^?a0½á®Âa0¼4Âð×   Å ×Â?°¸ÿÇÿÿçežéÒ ÿÿå4ª¤ÂãË:^2šU
QË áíâ `-Ï –¡Z ÿÿÿÿþ ¶I cåIK9J Ë\ŽŶÔ±¢–
```

,''© å®B ÿÿå ûqùf¬e Gf™v_>Ëæ3hò¬†0D DX"& BŠf-§

```
C3 QÃ.!¨-WV°ÈÝ†Aˆ" pÃ}A8ßÈ£ó"
'G{°öŸ Ø É\4 PR/éÿä ¿om "ôþÿþÚb¡ W¦"m]ö¿wª¡q®¾õ  -ÿÝ! áW¾öבvÁ"
áuöîô4KD/¿-ûêF?
```

õë_ò÷ªÐ@ÛËÎÝ~ïó?×÷Kº…mnÉúOz ¾ÂÒ{á  ƒ>  h7† P»…òlþƒpB,

Ød =n åšù¦\ öîâ2 c" ß{│³C ‡Û,!š, ø/ëþ „UòÍ5Á öñ !é8[oÈ(TURÌYÁuú «_ð–¿

" UÉ8!ê  A Iuª —NY…H   UÔ(!
¥^" NaÊ

H–kT© Â…P© Ð8P¡tÕL$• ª
,Âh,

- ©¤²(ãUè, ªA@â ,- -Q-4^Ý ´´ô´Õ ª       ,6Á " ï¬%T¼!     !
*T°"   V 'ɣ n„,Dcå™  xB  ôÒ
ìŒŽ¨k°'á Nø) @ou£[HéHƒ„ A$ô  †"@• S*Á£  Vª  H ˆ$<¢.«…IUU ¼ A  ~ U   .'z
ê•*ÕY†,K3   ê- ¢a ½ÂI ,ªª]«jKKL¬²³i.¾ ´"'… P¿Jf -BG^$ 7^w

" Òé9†`©  %¥„=VD aA GøJá ¥Ž¢>í$ T‰ EŽAA `zIaA„ÊrN Õuá`Ùt
     *    ^õ>~ª^Aÿ`ÓeÁÁGäAÅ%ö˜^,ä ŽC\rc`G8êƒ+

8AáéIŽ*ªªBŽF:A/
 $šD‡VGUÕa2 9 r

```
BjS< @Ð¤-%]^®J5¥Õ% mt…ÿ AÓ' & $é",ì* Ô, ™ < c'G[a-È ¾»×ÎS"V7¦ nôÊØ½HÇÂ-
>ío#åB.-:ä(ýtVc²ŒZ `~&
 0š,
```

"H Þ™ ¯¼˜  NÓ$š íÂÿòým‡–H g–žjqmš"6îA†[ÿº¢Çv ŠÌ îÂ
ÿÝ
ðÑ¢»n
 …þþo.«r Ž †P
 tKúé„.í"=pdq– D3v€îÂˆøü „{ q½náy øÓ1 ¾ vÈÿ&ä‡ì¯RC" ü  ÍêQÂ'â

```
ãäAßä(ë-jü~â¤‡ÁqÿzTB yc' "wuã âÿ ™lÓ¢}ßë
}XÕ8» ì øëñW
 Ð2Ý2w…) L â0_ïRm0Á0ËOÑ¢ }T—
²Õt 0ƒ5eÐÍS6âÕBá'ßii¯@žé|Âi çkwóaB " ÚE Ñ aAg]E[ñ½ —a ó  ™>ëŒ}º¡ ¡hX(u
k'Á;'dÝi ØÓ£ƒG," aÊ™^w;þÿtÇòc»â ƒ
```

G

²8!  ds.  /  È°#¢>_0EÑ  Èâ—

ÀÕ9 rüúTŒä
 ,r £ & d€É° Õ #«6ŽEÑÆGŽd„aŸ‰°°= Œè^2#™    <¢ñƒ#'tn0ŒG ƒ02èŽ2ñ†G

²:#äq`Ñ#²ù'Îc#ŒÚ8^èŽ^ñ dq ù-#ätGÎ":#†r>\f .^è ~ ¶GË£3/—
Ì28¥Àð'ÕP„D ÔŒ"ß` GaqôG &L¨G¸ "s.?ÿý)¥U 6

ÊêQ+‰J#ÄI Ñ*†E–

```
ÏöýÈ8øßTÃÈ 9‡ÿ#-&Ž9'ìµý±iR
7¨ \ÜfŒi¹¼Ú1œ@-ôHw$='}<rcÙ ù1ë
B¿od‡Ý=2
```

ú·Û¦äÿ#}ɪ

S"º! T> îé¤ª ¢+ 0š

ËŒ'ïÿï÷¦?@ˆÿþú÷ñÏÝq{ÐÚ„:þ   •  (äAþ!  ˆ¾#oÿÿßêÝ

ïý ÷èÑ¯_úJJŸ¦æà— Ê mvÌÓ ½~È8å Öäcù/É°¯é×y!õTÂÁ«]õþN%ÕýVãè¸&91Ó-û
Cü0ƒ¥[ý ãāY
ø·^-
 G µîö¦ñ  |\E¥É ü þå»×á ‹ äc§XÔú¾>*8§ ^µzØØÿº¿×¼ŠýÓ_  GÝqq½ýpáºuH?m?<î">Ó
õ @ä u†¸M;!• \*¦N G -• ÉŽg[‡éâ) ŽC8ïƒ  ¸j¥Áp6EtÈG ¸öƒ†©™É»$#  ž

```
ðÁ4Îóƒ5›
\X&\ eZ
2Ó¶°Â Õ  þ ñ "3Eqr+ +a  &vE€ƒH)TWã
```

–¡vŴv£†ÃGŠ ÂŴ`š«B,( ÿÿÿù6© !

ÌC`è<æ9 r&§9jDh#9 :Ù-¥2rÒ}®©ª¤¹Nf^‡ è¤ÿª×n𝑓»;SÂdæt ˆ Á 3  gk(ÌŠvD*a¦]é]-
ÂPÝ*Ü:A¦˜LíLh0™±B gÕ¿A(t±"<ux5¬·h>´Hvªš¦¨=¾ÚÜjg  ,9 Â¡ jlS   Ørâ— \ ….
@äQß.ë½tÈ`¥¤í}ª~ ´Âª ÿÓÒã^iSð  ¦×¯ åÅdâ¨*zý´± iß ÓT5î¿'3÷öõËÏ¥DÇ¾(zéÉ

F<0´×© ãÕ¦Ç– {ûÐ¼7'–• qÇoïÉ°Ò ƒ'–
É= `{–0õ×ŏ×T ẏÚ" Šõ]¨L¸3'ÎÕ±ûM R ïÈ`rCè? Ìvÿïÿ–ÅW¦ŸÂ
;Ô_þDÿ  û_"qex(z^½t öè,¼÷ZrÇénmuøk^·›

:®Oÿ<zO{ßúšßQ—:Oÿ/–é¿ÃÓÝÕÿÐkwÃN<´=zÿÿZOÛ  ý´¿N¯/·Þ³?Ë¯  õ  ÷
$=Ë®´  –ë§þ  Ñ™'Ä…ƒ÷Bì

&™ᴄ"  Ž

t" Z'Ù]e 0Ã<0š©!Õ{UIÕÇ J*Z43Ñgž!¡ r
 ©Ø `˜.ª [Ð§      <^^<L&'-

DXD5~„b0QòlaIµ Ó"c;*E ë` BÂ2ª

ƒDO"†A ã4Û̂ÿ,Â   ³

J2pé`µ 5`˜¦Å:

Ìg d f A¦wÂ4ƒ,{‡

$_mQ‡Ú„í ƒö.GÍ êsuÕü+¢nÓ»µ3£Ä0DJ(dp…Å#,î F Äb#³A_§

–®´\4Má

```
È    |h}èE¯Ó×ýîÓþ Wì-
He   àÓõ¯Vûõ ÷^‰ ù1ÉŽMÔ·Ví"C¯ÇúWÿ»¿»ŶÛÞŷ,zZÿþ¿ü=?Õ ´")1×Ëw»ÿöGšÿ©ß_ù,½|wO÷
éÿ ¿þŰh±ÿ¼-ë†¯¦H Ÿ»4ÿ-ÿÿŶêúÿÞûK_ý¬`¡ ÿÿãNÿÅC   }ü~<-
¾ë×òÇÖñÂ
```

!dpŒPB  Lv r  h*f*[ŠÌÌ¯/'÷KõÃßÃ      …½>áè0-=½ø·ÛßÚF¢÷}wÞAß
ðœqñÇ êñ  ÊÞa "JŸV
a0šOù7H(ˆˆ4 2*f*  „ì&˜$ m4- ¨ˆ¸^Ê€š¯¤ ®'3ÂÂá ŒD~M¼ ŠK²XÈÒ%yÙtGDX!*f*
H¿Oµ54Ó&C ‡ j^V©8yÕziá85Ê€Áh  ¤GÏ™- ÑQAÚ̈ëºý}PÔ!e

Û I ´ ß ~

‰,Z%Ô

&   Î A™  ñœ#5ß \dÝMz  ðâ‰½ M==©±,!Œ%…

qËâYò;0ÏeÑ¯8ŒFÙxŽŒ">] ÑÎ;²8†Î

¹ç‡ç ~åÄ"Ý¢oE¿M;ö¼4#M®!ÃB

(C-"AO >5Ä†iSÕ;»[ç=U0ƒ 4

\# Âf ¨&9ø±Â

ƒœs@K   wa0˜]+Rn− ="õ b

```
ammU
 DDZÃñÕAU„1É°aH! GE$t \dQ-i öNf¨¡ Ñ
SX°¯v¨5M gÆd- cŠ í8ðPƒM  vd @L"?.Brý ƒn , ŒþMè·h±Úh±ßªÒm¶L{úê−
¶"É¸§Ã ¥ÜÍ ® ê¶—Ýp"˜Ý ( S´‰*0! Ca
```

ì Ž ) €™  ¼ ðD

¤‡^a0¶˜L-…µ V  Ñ.Ã6…Œ¡å¹CÒ¡„ #© ¸^hÈ    5
¥²¤b"#ðQþM«E

Ù Ê¡™Çt ³ Â #ã:

ÌgÈË

Ôf vGê±

Uô è5N <0fnƒõ z„ò«•Všv 0šAT&—Ã×Ó V^eÆ[ ¹pÑ7Ë†<©zU~•ìM}uµ½ T iwoðÓZëõþú
üXäÇÕ>Ôñ G²é3e~òìñž3äx  —
\Œ3dla qÈ{#²$  Fý¯Ã†=*ïµL"1ÃD8^Â

äÇò

ù'¶'»$9!ð rq¨ ]-W-ôÂ <!$L  uï     ¦ä
ê=÷®©§¯Ñcúúúûꀎ ㎾ ãﾟO  Pý¿ÿÿðü±ßßﾟÒ^¾Xä þHw[}<„-ßôû/°ü¹úﾃø —-
¾ y‡ïö¿-Rﾟy+ _ A }¿æÏ¿ûSkõþþ ½ ïþã-;¾´- ÛD‡zü5îﾟ°°A #½äÞ ¼ﾃm*
ﾟ¾ﾕáò q éÈ`r
ç

ÖÚ</FšÃw
Ž)ŠØ… ÆýÇñÂ¡ai © ÁqÆ Ž£^^Žš÷j~ÝWª1"#– £' ~ÿ' Èf9 ä  (A…[M0™c…L. ~ÚpÔŒrÜ ä
AÈe°
qJÂ

*

ðÌ„ƒ˜ƒœ>xC •¦PÉ1M#

ÖDy    Âi¨A¯ÓT ¨C–ù1è·¢ß,w,wZü•/    ø]éøjÚ¶"ê″0šA¿'oy<ÐuÒ ÃûÝ–>µ
wPÛZ_ ý… ¤½mäU–uŽ"ýýŽýmO

```
xyÀÐ|`° ÿÿ ^øß…[ÛiU Šý öª¾ªŸb &Ÿ/=ý?KòC¢8¾k É.\ Á0äÇ!-
.( ¾ŸÞLwÿænúÿÖ¡Rƒ_XÞÿú Ûõÿ×ÿ -™ßÿ^òß_-o,
ÿòCÏH Ž˜| ÿ[í_þô´©oÿ ; /¨>ì
òÇöß«ÑƒÕå½kßVaÞÌßß
4¬'vaü5»î8âî) Š  qD|,VÒÒþ½w_cßûa0˜[õ
^é„ïY!X¦4"8lq  C ŠA´ÕmIºiŽ¨j†Ã ÕH`um4ÐpÓ¨ˆ‡+„Ú‡ Á®ƒ õAD0¢2'I"  ¡
 ¡å¬!hdÜÿö] ¥&Ê¨Õ''Íhè^è ì" Šb8ŠäI 4Y¥ÑÞsºE¸Ì &D±³<ŽzDo%Q¬Í¢ÎP!±N
```

```
è31¢9
  lœÍ!PÙo  )DdufÑ©  „,ž„B¦†¡;M>ÐwA]¡
0,Ç:¢J"Á5Ða4  Aª…2å;«ð  é¦ÿH  ùcä‡¢  >º  ¯í*tè„
>VéäÞõÕ^J.Â÷ä½õ  v¯  RÇ¥»¼ÃfÌùŸË³ë7  ìÏ#£È¾]—Ž  yÂ=  Ž
Ö\h>¯  ´
```

0´ët   @Â n ^dpj 4, Á iëA ~ßýÅzm„ úèqÿí`Ç×^ ¢?Þ*šB!È- zãaûïÌ…
Ï!$ðÖ²
! ònC; Ø9!ÈAòÞBA

=zDâ uþ  'ÅùÂ û¾É

9 :   Q ¦ YNV ò #¢] <Ï#¢ç)Êsyx Ö^í•e ¦iTF[*G ]-K2× -
š¹7 ÌƒDn%„a)áž ÔÉÌÌŒ… pÍ2 ¤Ú¬ Æ¡ dR5DTÉ  i„!ª

```
Ða «
Ga9 Õšh ®
LIª
4 A„Â…Þù0œŽ Õ¢£i ¾²ã-óF\eÆN ·×
‡tÕ
í¨¤hÕ$¯uøýúõ.>#Ö´ùH—ÖûÞŸÖ™Ñ-y-ìÛÌÑB
y ^†Žg-`ã= PìŽF
A <äc•>` „A— º!xÿ^í
Ræƒ   ¼Œü"‡
3
```

Ä™Á ûL! ¦ M õT Ì?eŽ¿Iúe z„Â ‡è]„Ì &ž©ª¡h4Õ . ×â¿þø ÝÅt^j û]' §Á" Ë»¢áh„
"ÃR rP[öôõßâ™7!d'3¶]"| é™ü  -9w'rÇÈÇ²o˜w0ùcèb òáu- Q
?úýÅ ;¡oñÜ‡  ï ü|]þ÷þýÿh}}ýw]§åŸU_øv½ö¾N~Ÿù©®]-È ùoÿ->Œ…š]t×û—Û÷è-
êÂÕí#Ÿë e sÿ9hï

ª*;Å- k -[$"'5Ã4QÉµy;(eÑ

#¢ ″†a •„8   3â„

æÅ8)€„qBuÇ|k é áÃiÓªa „<.ÿ‡ê¾¿j Sô k´Ŷûø&pXÖ‰ŽôXÿd£x¢nC,z²C" zýéØi"9 «U´Ë
£w,&?ßÕ ã'{&?§×ßÑ1ýíR ¡|o−õÒì˜ö·1Ž'†2ÎTz−ÿOæA 6fvw®?]Ž¾^½ÿëú ëþœ5
aþO.ë" Oós`«úÛ±ÏÖÞÚ¿¯¿ á]
´è˜ÿï_ß¥ÒÜ³ %þŽ7§DßZ¥0úvš÷ |pÈ̂ê?_^¾ ¨ã
Ç fC 0 c§þ¯Ð2 Òü~ðšk|ƒU¯X† a!¦G š^Šb 8jŸk¨UGtVPêE m2#š
~Âa5RÜÑ¡ q e8Lã,§â,¢a

¡ FtCº§sÕ Ešm%   , e ¶ Ò „öªž#;õÂ#¢Ö ^e5–T Kù6¯$#\c6ÌŠsLž$ tG#

ë   ´,Šg `Õ" œµ 4!¦VB Õ4#ƒN ¢%Ða4 ` Ÿ ÿÚ® o¿¼*
8w}ý×

ç  ""¨^²o->h¢Ç„Áézn‰=Ñ,„-Å-§aÌîµmod,;jÿÐ} õûþ.•í-«í¾ó%"Ÿ|…²;"¹ œàÌ \Sa

```
"#B
ÖÓ ÁS‡äÜ]^Œ ^^."" 44MÎ á ;V Ñn¶¨4.ƒÐ² ¡ÊÝ;®…³qµe fkÕ ^†£&á dÝZ"jã2#3A™º™ !
.D·:`
```

Ž Ñ
b– Šöšâ¢ § " ûY ô6@¸öï„Ö ƒ9  ˜L *I5\>°.ŒD|Ž „

« ‡'ÑÃm bäd à^R:"B    MKE¤Œ‰¡ ÐÊ¢ ËI"ŽMŸ-qe Ë-
¢ÍÂ4ÈhŒÎ^¢"c²,^Ó% tKPA>^"5 -2TH0^¼

gÅ   ™9  >FÌÎ'5"  `„8=T

```
) ÓNÓ ØPƒXþ½ÿË|±ÜÏEŽ Îý~d1
& ýxDWÏ 'Iµµcngþ,^.v
N!£4Ð¶, OÛ«Óôèø¥Â-=niç²t] _'D ¶m FÑ >0E:§>Åøÿ
øã¦!?G—6!  áB".ƒ0H^9
‡ E'Ù
; „x hE„ !ÖG
```

—ßë¤¨…–
~ ÕmÙÇª–ürcñ×ŷwÖ>c®Ÿ¦±ñWj«ÈqÇÔ ì%²Ç^ÿ„  ¤^çÑ8 ‰ÆHrßÉ y ë'y!îÔÎ'út´®µ×x@áª
AÞHpZÅÉ Ã¼2àÇ&>=ô©õ ÿÿ;(@ëŠ–
W÷zÙ1þ ¦1íq¯·Õúý¿ Ý >v!+Æ¿ÿäóø"žý¥'ß Pý  ¡ýŷÿõq ô ãï äK)÷¥á$,}¦Ò…}ðŠ–
¼·¯õ,¦>S_tCŽôþ¿°„ òoõ 0©Ú©^!Ç `^íuÔìÊSmNJ çjj>XûÏ©cþþXâ>/øíÂ&ï¿ö*!1
+â¿Š±W x³  „ ,DD[ Âam?ZÐJ=jõA¦' aÈ ƒO–u¤

‹ 0¤Ï…TÕ«ÿy è5
š¡ D    XRl- $a-FòG+BÃ JQNŠš Q  d£  …ËXê cü¶kQË)<µ Ô²övZ<8 OŒò#™Õ" ó2W'

Ï"uD] Z'eDcÊë    0š

&ƒ 3Â„ÖMª

$       A

nì& ¦šiìÞü„_‚z.3F\e½ +‚
ßÖäiR%˜A½Ö Úë²¢"Ë-µ 4 »´ÉÏ # ëýþ˜ñ}¿÷ÿ¾§eI\Ï ô—Âö—Æ• se—2âœ 3†f<>Ñ
\Œ
xfÆl ‚P^ Y©©q·û‚.ñ[Ç ôì& A‚- T"ÓAßï××ÿ®ÈÇ º#ªúõq¡z¦ Ýib

8 ¼*ÃMUVÅV vÔ±Å]ÅU§ØB/- ‡a„ q `ƒ³†
UÎÐ hXMÐ^^°¨qdq÷«Ó^S²„Â:*aG«©!É

CIÉFžBŽ@ (tgÊp|rœ~å

```
Í2èÓ Âi Ë @Ð8hC¹6
-G£ƒyYEU Š
x*i j)…ôÏ∫ƒPAC M2X*"−ƒ/÷rã4Qnå −< acˆ½5T!ðçêZûjÆÃ¶¿Ó‚r"
```

ÉÀìWö¾ù(Mþ[éÃM2n×}ÿWÿÅ=i –žŸüWê¾·ûÛœ¤<   |qËÝ3f\Ë ²â    À ú[ úü-
0ÎÃÁ;B#ì! zA0 ‡ô°–ÿý4t½ &:eŽB   ù

ÈÃ8),?É¸hÈ`ÈæUY  DÌ*

ó          ,

SY6!   dB"h°.^ê/‡µ3æw3´Lv‰½ þM¼ T   ŽÈ*ï
¨um[ý4½pò  } >E-®

±Û¿Ó®"xn'ˌs,w
 ¯†″ }÷××þ+HŽ ?\¸¾"ÁÔwÎDuÿþǔ]ÿ¼ãÍ 9æó'xþm Ñ{8Ž#£#™´]œˆò

-ªÃðB4î5 0?¸å "rÇ÷ÿý·Õ, ¡-W_õë{!š>[ä0õ-9!Ô,# ˜ðÒÇ²q  NÐzdHUý{×[š4ã -î^ =—
ÿdà±É

¯d-ÑpŸ¦øOßý?  ¿ÿm?ú-?
/Š^\_d‡ïNî"˜þ) ¾ïûµË?¨ÿuþLv·éw-
…ÈQÓÞûîþý]WêÅzýþì±Û¿ÑµÒ½uKÔì«Óä¼5-?ÿ¯û-ƒxq×ÿÿ¦†.VÕ  «u y‰WãË…Ð"ºÝú-
ÿ÷í?ó¿ éÿæ ûò#Í ±Q
ŠŠïÕ
…þÂ"¿÷ÿÿ-S÷WJ*µcCÿ¹œ[,{û´ÔV¿Õ]7‡éz þ¿zâÝ'ŽPåŽ ]q `¨8â± e-

½Ÿ¬Û³

Ã7`ÈŽ^`Èèãb1-<`
„.2ädV¾?ÿ ôé#-³ hZ¦„Z´ ´" !q~?, ÿÞÕ(Aì =n/ Bÿÿúü /Ø‰‡ŠùcÚdçÔ·²CŒ- ßÝë™(~0
—ÞÉ?Ù7$ûVÚd#`Á 91É ê½ûù1ÿ-y7(wÞÞÕ‹ý|·Ó,qï-ÿ½7õ¿Ë-
Å¿ ûÿûÿî}up`sÕÖÖ¯ ýT¾ð·Ö-Â(wõñÞ Ž*â¢  d0$iGÿj¿ª¯Þ¿'_ÓÝ{»ÓUÞ í ß

!-þªÿº«i¦©-úÇ k k¶ Œz_Ü±Äiˊ"!¡ ft0¡A

!Ç  ÅF B# ¥ ç'E FûpÔQMô#  ú-å

SqPF8RÃ(ô¤Ø `Ñƒ; "&1Ät¸Pêá:²{,;`

G)…jM€ñ©i-3ã5 ™ ' 2>3d~"`aAl& µM?•<¥*Fz,~¾ü> Ô†,2*d,~Ô74  7
 è˜íR,ÈÇ@Ý ;
Ã«~ -Þ™ v—í F[¯}ñÿZË k

ú%Áâð°Þ¦ jãÓ _†®§34iÃSD}GÑF] ÑÃGÌò¡7 3Â

ÿ   ^aéuªË„A„Á l^ 3   ,"< a 0B.Dwûÿ…ìŽ4Œ/µÅ¡¦ƒõA§ h~¿ÿëá d'^Ó²Cÿ~ è˜äÇ
@ùc ãám þÑä–êLrCº

```
  ;!-
®‰ŽÙ    ªD;|Mñïé|·àß _úw ™ÖÊv,Úè1ý¿Mý÷3û¦>ù‡ûëå ¿Xøùcÿë £½þ¿õü/þ¯ãÿz {äéù¨
´·ü6•~© ¿ýûí Èƒø¬çþ    ×ÚG
ÒöÒ2 ¥é mzô¿j'úzµþ
+`Â
```

lPb Ø®>é~ ã–?ú¥<ð» ¯!Güã,#íT& SP¡UŽ8<#…BÂ

,  h- ^âñ ,Ø!`šjšÛ í_R ÇíH7p· &è
ðÕ2cßv¤W/Š ‡²©  3D

*'J#/k%ä³K~‡^†>\2  ¶Ë¨åµDh ä~[XI¡fTff|fÅ<äÝi ƒÉTƒKU½dÚ†G<ätb
L 29"³3 È€BR 1"

```
L C†t»  Ïsvþëï¬›  Ë–ëµJ±„F;z´¯–?§â§Õq_ï,z[Í D ,%Ì är0 &ldv 9
      dAÈ.8²9òÇ²Cõþ#øBÕøíï×ÿÁÿâ¸]bõ¹cÿ×ÿé~Xÿ#   ^09 ‘Æä(öHrc' §v~)7¢QdW²p«
Ûÿdße
T ¯÷ªáÛ«ñ¶Á>Å _ô I(ä ×¯Þ
_ëö¾„uß ð^ëë×ý ÿû– O\<–
```

¹ÿö\úï,{ÿúÓ·ÌN©cð]µðG-¯ªG Zïôß-¿U˜wî-ÿjÿ½>ö ãæ}nÕ1,(|S Q[ˆÐ}Ç pÓN CˆÐ 0œ
´…µ¥Â
ƒ¶)Zˆ<L'È1-Ÿx0^ÕÔÉÒ¾ëë[¿°¨A"

>i† 2± Ì¡Â3 •2œ®,sÚeBe
„ƒ)$De• ùe-Z \µQk ¢#, ¨Á(Éµhµ
       Q¦o#ü·ôF£Ñ %k0 zæI ÌŒù6< ʻÑ¶KY© "$  2&È˜t 0[% Á ±

¢‰ ~L~ ùû¶ :PÒ
(ö5>JFºsŒŽ‰ ¶] †gœ tG-0· OúŠæ´÷aOätkÎeã;

o7'à `Å/D2ì¹ dvpg ¬ Ì D3Ã#…N/Þ¯úY±œ "
 Šð^aê¦Ä< Ž8dp…ÃpB " {
      ¡  w  µÐ< Ý{ïiZ TÿÕ ø xÝõÆHrcÑoj n"·<¹‡z;ñÕ¡ý" 5òÇ" „‰¹ ãåÂÙ1òÜî\ ¼
»-ôË¼»,rïTì»$ærqå¹7´ãÃ ñZe

þþ¨·É

D‐‹†G6ƒó

ú
  MË-û&9,ROëWÿû¿-þÒÝ®¶?a¥ÓÂ±ôÿÇ´ÁuOÚ^Œ?n·Õw¿þ,v×¿÷ÏÿÞûÛÖ¢<h^^}õì?±ñëú¯¯KÿÃ
TÿÞ¿ÿ_õøÿuÏ̈œwéý¬5¿îÿöøE

```
¿w ëÿ÷
õüÏöŶ®NüÑy»8¾-{-ÿõWÿâ=- ô¿·ÿü4aßßõûôdMXxWÔÿ_Û_¯ÿ÷°÷ØZ¾ Â( ×¸# ×ÛKî-
ê#ßHwï¯ qÙ}¿ö û UM ´ N Dh68†„C# †8^<C^|a „Ñ
!¨¨Þï»
[H8«[ß^øQ õÇL^ø^-ßáQ öµ µA:ØA ýbÐ*ðÔ~à™¬•'pE;$Â,M      •
µíÝnaÓ(p@ Ê9ÐS•  ²žÏ 0Dt9« Ufñ! Dtm Q  FG^ñ_á     ^ŽA  Š - ê
[¤E  I¹h¿i X œ!Ðh®y©e%B1ó%hµÁ3Dm
£ Í'Ñ§ AðÈê8ÖM«DæP3 ^2XD}5í ôù
```

.w|ï „_ v¾( âî@ Ù uË-)a¿â< ¯-òCÙoe'AIŽLrwdÇ »§

°OJÞ ¼^`Yqt āhŽ½Úúe ÷¯;SO  u« ûý?÷øÿßÿ¿ï½oû-td:èw>´_7˜~è˜í,/,8áÿè„-
ø¶»÷-Dz§¾Mý-i ÷» ¸"‡ÝmuÂz †°Öõ´/ÚÁ   ëÝ,Äqašb¿å,<ØVÎ;á4,Ì ¦ Ž;hA":¡eH¥©
c"-Á {)È<

```
=,aU2ÜðLpDt ˆŒZ  £R£´ù¢,  êY
 ÓËP]zéÐÄ|¶"£j[^¹9 )ÊÐ©  CVZF  v„3Ã3¤Û†H
```

```
æ  çËw  »—   ôMÉ ©£&9 9cÑ1á"xx\±ð°ô¯]k"µËõëð¹!Ç×ýcÆ‡ÛE Û#¿ãþ×h?
        "   _<½û¯¯ðÿÖÿûûiuµ6{-¿Ú®"Õ ß×ãmVÒöÖî» ‰ cÎM,ß«ó?é× ·ÿ_¯-mi Cþ¢ x& ø
Du}x" W
Õå ¯ù1ÿ»J÷~øî"   w Å1èqÄ;O ú¨ZB»°i¨^N…¸^^íÕC&8ø.A¸ù>ñ à¡ÏÅ+# Á'-@Ñ+1 §eÐ^Š
/0 ¡h‰< F>D-•Pâ >Âö
 "
```

†"<¶,)6)ÎÁr' "ÙÉ È D ÉÎÒ &Ó ŽA3³À¹iXEÎ¦Â ƒO¦¦šÚé,¦
¦¿üÂ"‡¢oæŒ·½eŽIúd» PÖ"ì om --š

0M2‡^žE´ÖÓ[Uµ^^<Œ)e!^Ë,Çõ… ™¢É5 – ^Y Ñµ&êh¥gbHº1 ‹…#

```
-Eùc•
ÿän¿ Xû2<"…¯ëH~äQÂ~Yö·—O·µþÿÖÖ» 'OÄCÿºNúî Î¿
ïþNÕð>cÏÿÿu£×ø# _Ÿ õë¡T[ã9„qÿêšÃßÿ-ÿs ~öú¯ÿ¿õÿý×÷µUö¿"-
´ÿ ÃÁúÇßÿuODßëû[W ÿþ5¨v¿®ü__
\'    ^<#„Ã ,'"ÈMXŽB¡ÐîãB~éÕŽ"×¨‡llDD8¦!µa ^z{-„ aõ„ µ ÄY P,jªÚ £^^": S
       '¾½öLrc"?-ðËr  a2‡*'øCÐi•aNÌ+¶½×vºä »d x4ï   ~å
```

L ^^Ž""!Äg¨!RÏèDF,¥0Ž`ôGDtGBÏ½    íhÅ;"ã   e5jEFÚA/xmª Â

ƒ×ùC,  ! ŽYÄ)mz4Ìd~d%-¸Ù,Y'C.¤Øk:ä H&k 5³%cŒÎ"j [6´,

Ü`<™´~ Ï
G  7ó K ê@•=‡ ƒ, #ˆ`„jà¡ ^† =w¥¯EŽ æ ðcõ½
&ù ôä<(_b–úü9cÿ AÝC# ycäŸ×ýß–Ÿ ñ
[åÂ z"ƒAqö °|4Õët/. `ã–ö=}úl!÷úˆÓ #ô

;úîß_Þ ¨Þ æçµÛ[ü*„Pû÷é ¿ëÏ>Êœ<·ÿÉÅ×¯Zå¿Ø]+¯]FÐZÎ8vÿÃß¯µîøÐn pzßâ,ŽUñ Úé_ü
},0•ô  h\TDEìq¡  Eã0ü-aÑÛBÿtÂ Â £¼µÀÃrl6‰š  ~¡Dl‰—XAü0RÈ²†2l4£-
Ð¥ŒQËq<´<¨ 2N£ÿò™
Q-`4B`¢ˆRå

;®;¬5Ö;þ0ƒí=n×ìµ D‡»´¾,

```
Ùg^Þa,
Òúë> 0 À …®l .'„Dr$2á  k~  <Ô
ðB"ì»µã P…ãßÆ Z_×ÿæ ×Ï ‰ Ñ' œ  £×K{_]å õÿoF þ¾ ƒ 't¼>áq²p]ÚD‡ÉŽLp°Ùywyoä
,ïþßþ•ÿvÞ }%|F ûúT z  ¯ýõlìipkþA þÿS þ†¶¤‡û°Ãíwÿücÿø'×ý  ":þù7*÷ª
       ûÛ åóûô¶;·ÿÛpè~ýÁþþ„ 0'¿ÕŠ ‡ kõÿ£æûÿûOÓÿï[ ¬ ÇèN¶\'ÿ-=aðö  ^ôäQñ  }
×!G v†ÆœE±{ Ýí×…ñ´ #,
 9
```

ã¨vÇÓ"Eþ

C`ô    ±[öGW¯   ã–S}ÿ…TñÈƒÒ´–˜BåÛHº!¨&w+ Nƒ0çS C*^D\ â"80[ï,†>

BCTÊtÊ  ò-E»mKU o-B…+â§"Ó4+cB B+ "Ð-
zù6áI˜B4d 02"È",Ã?•Ì"ƒ¬‡,xXe˜²3#Ä„NFÆ~ Ýè/u† kðË¶

:&%iÝ

M0§}÷— áSMÕ‡" ¢áõ]ÏF¤\g`<Î™"6f B¢™ô^/

ÙÙ²8<³gk½kËW} l*

!îG ".l'

´  !   ¡  ¦ ½÷öëõ ¦š zÄ5  …_OUX<o_Ž>Žéâ`1ò rnLuÔ‡‡Ì¡V K ñ->L{£9

```
ã…A…&ák†¢".4)° é°Ðj D "q¨<æÑiÚ#òlpB %'°]
2FQ ³Ä §ôL <veÃ@Â
5¢þ XdòƒIôg¢Çý_úûÖÂZ¥§Çr"û
%ü±ù UÍŒ.7Èæ`Í³c<.      #Â Î °\Ž_oÓ~,¬>ð¨4ýPÁ ÿñï¯=kõª¬v
I}~?QþïÌ?ê¤Þ×ÿë.æ »«KÌ;',ÇÓ,rYÿßŠ#žƒ&÷-ÿÃÿ# /KkK«×
```

```
* ûOž5b# ê:¾þ;'Ð"Ÿ ñ}4»kmW¥ûØ^ý<#„xr |>^ðpƒ ŠKº '¹
8PL¸0é" Rc£¤x©'Ç 0@Ò 0¥"þ""0…jM… ZªJ!, å€j<> ^y(Š"/ ' Ì‰³ù>3¤Ø90^ƒ™$ µ Ð~
 Q  xT[¼ Mi<Š=Ä"#Õµ_øa6òs_0è-g¥OÙú^È¶t db#®Ôuë „Gfr dvCÑ9,8 ¹¢  D#'¸½áî¥O
Õ0…Åú
```

! ÈãþýW0ÿ qè†Áò(ü}zaWm1Õ_ˆ¤MË  "8«#−¨·dpÒ"−É

Èæ¦CJðo„' ¿ôá û0öf¿²Pk4 uíSãXuaw^y [»ß ÒÿO¸×ðÎ-]xt/÷7 ]ÿï¶© û±CÏŒÏ¢1ÿ¾ûê»
fŸ_~¿°]„¦>¸þ¿£?îõú5ÚÚë¤¾–ÿª÷ûi -® õy ‰}~ß…ëøþ×¿Æ–ÇÖ"ðši„! "Ð¸ŒlLa ¸â!´
 ž îÂk¦MÎûZÐMJä/¦Fü 0
    €Jiî UC¸<  I Žâ©õk0øGiÔDGå´ I¶"b"¹  HÏ; f %$³H- Jši' áA
       ™  ±> ¾L/WYqî[

"ð^ß•XâD£ú-ßV\?a

```
*¨  t- ÂKE»K¿'d¹
ª¯é
ÿR¤¼À¶p Š 'ÌŽ Á~#á ÈìØ!q
^G  Ì
```

an'ýĂr ÷ X^°¡ŠTù >ê*!1ì("Å
˜á8u    On ×[XkÔû&9ž NĬd3ŽFçƒ½" ¬ìÎaàĐ0L&¡  Â f  Ê –"ê""ÑÙb— ‰l
ĂPŽÖ¥ IGÎÆÔ¶†roH^Ge¤a jÈ¦I >>ƒt> ¦u šö ¾žP

Ñ7jƒM/ÉŽaèžíõ z,zPŸ<®°Õ÷Êå«ë„ WýÔlŸ/œŽds4zNldt{#Æ ôG#bœ GÈìÃ\àÍ…#<ë¿-O Y
 5Â  DE Â v°hk¯ô-áþ?È#ªÏ ÈW×;¯ŠK3¾ý nC(wÈ£ý ~yd ¼-
þ¤w2Z^É¹vXåÞXþªÈæG3 Gaæ{[Ó¼Ïž  õã¬ CŠA Þ?W§þ7ízcÂÇþÅ
,~7ýß÷ÿëúú0·¤!¼.Ÿú¯zÿ¿ìWø]NÀ-ÐYÇÑ'ÿ¿û_ü· ú4jL{ã@üx Þþ²Çî
úô'þúé ã2W„,Î?°¯ÿó

T¾¬Zû~« ý ¾ B,! ¢8ãB8¤"Þ8^¸Y±j=Å[M~Ð<>Ç…^ªB

ƒ
½" ¸dG! Î
eH Îh· Ž¤""2ÅÑlpn#
 ¾• žZ•/† ÃGåµTGÎŒ">
$3"Äs‡&Ø    'p|¬‰ .ÈXrÜÕ&e†hf B ×¼'¦2Ý¨]5¹Ï¼Œ«
      '¤¿Ù}WdÝ×'w'êO ‰'Ð]Ó÷- ÐMÓ¤³a w_\è<¯5ÉÃó ¡ž<Ûž æÑ³8Œg…7 3fG8Duª
¥ × "dK `'— Î èX@ÐƒðA„"Á i„–n=4 ¥ëË °iþ‡Pv©Õ' u_  Å%^Úe –;ô¤6

'Â#<#C4dœ>— ÇsA
÷…]Ý ¢ëµ
êI ™|XéðÃ–Ý¶ jío
å½õÕ -&EiQ) ËÏ»-Ã;Tù¨ú¯ úéÚ
îÿNÝ
/- KísNêëÿ¾ÿ â¿×x;V´êê0þ ÿ‡ÿïúÿEÆ¶·ßzANñØ„Pÿ_ÿû ú« Sûþ• ÕÿUÛÐ_zëÿýûÓ§^°þ¿
Ûÿÿëkj±ÿü=%¶Ö–Âÿªk }X]u0µ¿duQñz-|?Û¦ö Ò¯~/v)°ûJ t#b- ƒ D>4-
Ž)ŠcB"6!íG xJ>Ë, sŽPæô¦ä   PÂ• J ˜é,„ * åŽE ˜˜p^hÃ˜Èé!
 j©«*˜DèŽÃZlD3…, E< "4""< g¢ö¥   "‡E¬4 ê é§
š~    "×@ ; R™[R¨†MŒ#µ ¬Ã^˜"Í+¤Ø^ !…:2T"¦D  3# èù™ó"”«ëê ª Ž—
 °èœsw¢n * ƒY\ &óõÂN; < .
g}Gî"¤^BÒ"<s4I}Ô^Xõý¶ ³ ¢OsìÍŽD'œDt~
      ×S¦q £ Ã³ ú#ÅÊºßµùut = ŽDw ,  , ñ  0‡à^Ž"! a 0‡  xIcÔ£

Ü_Z¤7î<*Ðƪ hwëª ’ªµ‘sh-ŽC0rCä‡ÇÎùcÛ!þW ZÈ±cçz¡[àäÇqR p@è,îLtì•é I-
åÃ7&äßí;i

ðùc¤D`Xï—EÑ

```
&B ©oz

Xå dK4 Õ ¢
š<6ì åÊÙ   ^Œ¸B" ‡Ò©h È ^^ÐqÖ¤ØÑu -[K|Ê^|>[*   ^ÈŠ,ä   *f: Þº£Yª)^Ôƒë
Jîî"Å  2FPÏ¢;<GÜC÷\¸&:ªDqDÇ…M
      Õ-;Õ…GÔ*skt ¥
BÝ®ƒø^ûB",z~XôL
y±¢^à¡ #Ç†fŒ
```

àQÏ2è >2æn63yâ8Ž/8gÑ^Ù Dr63Œ¼`S Þ>«ÔËuõÕ DY‚P½ÂF BÂ, ÷
      „# v…¤ ½÷ÞXõ!¡úzë~ÿ§âjš¡ë¿ z JXÿD+"  äcß'GôÉ Ñ1Î>[ä‡Õ-
ò -òÇ²N\X[ûÂBÇ¾²o§÷˜{_ìœ_ßéú¶MÓ³Cúô¾ï -~N^/±Nõ×¿ÿññ¿«õÓÇ»¯ òc¤D'\
ÇËŸÚ}Šÿ-÷Þ¿ßú Š÷y‡»
        Ü¬‚/ßßk_úï¯ß¯úëë¯¯¥qå¿Á ß®¥ ßÿyC¾\wÂ(}?ü±þï«Çÿ¯µ#ý¤ŸÒz÷~¡ZõÕ××ýwÚó
²Õè±Ý*3þ ã·»¯ ?xûoÿ
í¯ö—¯WBîMu¬ â>8^†œF
   Åq qÅ!h8â#rX´•{Uÿl.;·×„ñí.¶®õÒ  üãä ö ÞO^Ç\<      öMÎ=¦ºdX« N6éc-
€,F<2î^)*äPQßèÈ"ôZ« º  ¨T < Ž†#-bÅ ´Î"e¾"¤Švw4T3TE²ê" `ò"%‚„
à…õ,e¤LŒ"òu"Ç
tK)™$ÉÔô ‡a:é¦pa §bÛ®MaÛxO5õ¼b¹vG<^lSbg^Áœg !8ºù±œË³

```
ä^>G  .29wË  Ì=I  —T…
%  Â„  Mm  \E¦  µN5Õ&ýDz   ¼!  á  Š  a5`  Ýk].x
```

ÿ&¡ØëÞ969† C(pT
ÃNå'4 )Ñ `òë…ÚÓÉº\""!KH¡lRUÈ¨Æ  GI §bh&¢ÐµQèDxÆS Qå¼)6áHH…ÆŒèDq>2-
D  º¡x!tûãc-K5ht_·Ü4Ó §Ñ;(~d- eãlŸ„>îwµ
¢Ç

ìÆ ‹ÃA© Uõ ¥ú

?¨êB¹vÈìà†ÆªÝ©ã „

åÑfÈÖo6Î ˜Ì3

Û.k§£;K°Å¦¿ô ^a té„"Â
PÖêæŒôõãÖÎ»[ŠQMSBýj°ùc"Œ·°,|îß^XöÍÉŽ\^h ƒ'-Ü~åŽE-Õ+<Wõ¼ ¢cýuõú«e¿JMÓNËO
      ø^¨¯"Õ°¶4ú¸¼îãâª×z®ž¸õué; ^¿v= †Ç ïúŷû-
¾øL0ð¥îßëýZì±÷¿¿úŷþ 3é Ò¯¥E¾n Ò&?   »ŷòoøþPí±Ia¿þL ¥xíW×Ó

G   Ã",$È"YÃ\ì -Ö—io¿¦-

Âzé¬t¨q  Òè'â ?ë˜pÓ
„-? P‡Ú§ñk|

t ~Òáù1á"xD¬„&;ô[äœ ù7!Gµ0ï-êäÞ

E  äQë
' R(ÿi…±FEú~˜í4 -4Ï4 ö,¬NÂ`  á,cú'Ác¦A Š9 xÔ }iëB˜ ^YË³ ¾YÁUu_Qi…Mb1

~áDrÛ QÊh]I°ìŽ<ÂÙ,"ÄJYQ „U  B)

ÈÔ dø…Ë >Ù âÆd6Õ(©m
-%j1I<h5 É¸ê2Õ! Pj#"Ñ¢Ž[™„&at ´ÖÌÈÓƒA øLÉC43Æ½[E» 3 B¯®>^ý E6 àêŽ

```
ÜG"ã. ðÌ .3
tXùqÐD)mpN…0„D0¡~´ƒõ0ô‡ªÚh ã[kúý×RÝÍ
\6¡K œ ‚Ç#-
á"-õãº]Bé=ézí| -V»ñÆ ¯þÝ×Õx1ïk®Ó¥þ>¿÷ð]b½+¬¹oj¿¿ïcÝ¯¥ åquFb
GŽÕTnaÚÁZM¥ _0ûî½.úÆ‡ …qÇ ¨Dq  õÚ
ôŸh0šB·Õ„mV–ö¶¡ ¦B ØÌŽ
½(ÎÄ(Œ÷;!^¤Á
QTãÞø"‡C‚r  ¡0¨V… ©u -£¾Vº  µ
¨^Ë6Š2¶<e-D|È    FX5Q"u5-vMG-å<y Å&âj2™ ã-Õ©M
¨ü· QþX+Q-î£-âêSDŠdX‡qäÝeG"m l¡J`_ õ˜B þM,Ô-W©G-‚ÚŒÈÑGùÚDS#¨ŽY (ÿÉ¹R'„1-
Š(ù6 Qòl6£óµE-Y‚ê2Ê…&ú"Õ[Q [E˜¨¢<¶Õ(Êáj?å2ª£- ¡
```

r˜ ãò™u¡+Æ2ØUQÿ¡$Rºš-¿QòÜº å´aG

endstream
endobj
29 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/StructParents 8/Contents 31 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 30 0 R/Type/Page>>
endobj
30 0 obj
<</XObject<</Im5 32 0 R>>/ColorSpace<</Cs6 96 0
R>>/ProcSet[/PDF/ImageB]/ExtGState<</GS1 97 0 R>>>>
endobj
31 0 obj
<</Length 156/Filter/FlateDecode>>stream
H&TŽ½
Â@ „û…¼ÃÔBîv/?æ
¤0 I P,¬%¨XDIÎ÷Ç½X¹Ó,3|ÃØãuù ®í�đö  M³ëÚ„f <AŒ-w(Å! Ïr£Ë ¯Ÿm8ûO4ºm(1 Èª0ªs
8
-   /P†Ùy [6Ri< ŸGø® Q ™)Æ._ X®lU!5 /Ã8'í§ Ý>Nª„öf.þ
0 (m*^
endstream
endobj
32 0 obj
<</Subtype/Image/Length 8810/Filter/CCITTFaxDecode/ImageMask
true/BitsPerComponent 1/Width 1728/DecodeParms<</K -1/Columns
1728>>/Height 2305/Type/XObject>>stream
ÿüì˜† ,"$#¹^H  ! `&D¼@Ã ƒ ¯@Å ØT
 ªÿ Ÿ9Š P&ó Ÿ0&ó˜® dæ¦m™ÿÿÿÿþ ö  ÂxO f¯ÿøÍ 4 !ÿü"cÎ-) ºÜ\ ä8 œ ô-
¯ü‡ ºœ‡ ^rdŸÿÿÿÿÿþ-ÂÍoR$/û<%ðÂ
K ?šßï

( _æ·Ä h¨}9  |s@á  ¯÷ñt½ÿÿÿÿÿÿÝY xKÿÉ{í ž¿ ŸÇ…þzüé ì ¢‰

h´¡Un, a  àŽõ^«4 W,zI!  A (ï 4 ¡õ

P'2. Ždr¬V§åI

äm™åÔ³ØD³T Eä¿ÒZ¤ªšhZ  Ã'l§G8hšÑ'a ™1Î9OM*þ T5Â ªê   Á4Ì

```
*FÌ¹˜Dthe
¡ ± ).µ¥$:Dcý Wê5ïãBÖ
!§ Pø_IÔB']-UUBªª¡…0 ´á
#Ç# ŽÍ¬> -Vá)!éi$'" Öº~'Õ5Ú¤ ¶ g, ~A‡
 ÿD øýRUC]
ª £T0¿|!RuA :Cò;.˜IHAý" Õ-%ò,%ê'X0Q   Öñ )1 [ÐH" ãZ½!-õdÇ
A ×# §¿R(äQèE¢ u! ¤
]Y| £3'-%ÚþKŽ™'R(äo¸·¤NÅ{ Ä n>  à'Çñèiw! ¨Kø²¸ Âdø&n
     „Í àŠp¥à)c'¶´Å´ÅrOÙÝ$'
¿0«å) ˆ´!,iˆ,®!EI
```

, 	N	u	-([»'T""

àpÎ üÖ      ,a0š… 3

ì

¡þsŏ5‰#Ü6Û… ûý_}Ãl ¾ýío5 1

ŽG §uö"ŽÓÄQÙ Ãv™q r Á W -Õ-˜zÆ¯ðd G/u-vö7ÛM• ,EZ. è…™>¢

, ÝúÿÿÆúÿi{
~;]low"Žgoª ÿÿÔ(V8àÖêø×Ó×ëÿo S[ÿŽ;#†Èw¢o^ù  ë» ÃØL'k  lŽ
oÚîXÿúW:º G2B#¢: r
ËM?ZhF…DG ì&
·D      ¸(pF (pDtG  Š„Ê &ƒ\^8Pƒ"

Ø< È-
C,/,0óË÷wß±  GA8"<  \ è4Ës¸A• c,#ì.Èd† ôšA  IºZ1'Ñ¢6 #†Hi ù7:)3 ' –
BhÌˆàär#ƒa 0G è^ˆƒÈQÔD ÿÿäØ¼lÍ² 'Ñ~ [ G^Â ª  ÉJ-2j-
úa1ïÉ

Ž \é¯ßy•Y5£ on5×ºPš
   E² $q"Œ Ì LòO; ¡

~õ&97¯'i" œ97¢wÛ1ß«Ý¯H õ`Á    š,Uzþ–ÈY– ÝøÛÝétµÚ} < ‰

6F;B ^9!ÜCÑ Ã3 ó(Ï¢>f¹p ûï‡6)ŠÿÝýÿ ä‡ÿÓuA¦
[Úe¹nLr Ç$>0ƒXr, B

&a— GH^9 †²ƒ  Ö G,w¯¬±ÿëÇñ¿÷ï}Tu¾^(dq0ž ÄhY   3 ùÁL3 o0Î2ë¯
¸ýÿõëý¯e÷ý¯}Ú ä;…O »à'(† ª " Z PîÂqa

!Ÿ   °Ô,GŽ.Òö ð÷êÎÁuẏoõ@õù!Ê<~¿Oè> ®D{ì.L{iøN0š!ø3b

```
\vÝ*a5
#cŠ¸žá· ÈAÃû×DWûhãùoñ×Ù ßÿf 4ôÏ9 {É ¦CÄ0¤Þ—#-ÈW, ¦¼ é§ ¯IÖ;^â-8ý
í;.Û_´ëì Çïÿ‡ûÿØ¯¿{Šm-
ïwY z…½¨^†V ¡S[ì  n  £ïþ"â?õÝ~° ;ßOûý~ï×' n iäÇ²c¥¸HF]
      † 8ò€¤q«!ÝHg ¦>"!Ç


^Ö
```

ûì&¿ßßÿ½q÷× OÃp°    cžåQJðDt L¡Ó    Î=Ù
9!Ç}¿¢ßaWöµœ 3ª¯-ëÿ÷Ú" /¦š Gb2 ™ø|·Ó.,G N""ÖÐ½Á
¿¿îÿ{cõŽ8ÂKÊã øà@É

```
 Á5   ¡ áèƒ EéÃ ¡òcß¢4¿ÐbŸäÇTì˜ÿe 'Š' ä þ8û†øO
pT+Á– Ó…Òëê?¯Ã ë¨þG
ä2á+cv
†
   .m' :SfCD…¦÷A ÷-?nC‡ÿÁ-þþí5Í Ž¤‡0þl!
.‟|r
Ÿ„
```

à †˜&b@ÜÚ:-û
 u{ÌÇ̈yzoé¿-ỳÅzøaËu&8ù 9 Ç®¨4(        Ð4!— A¡fÄ.ÆÓ___ ýoÿ¤Ýþ̀ỳòÇàûuO,{'iäW
= -íR·úU¨˙<^ïíÂÛß¢CôLzúÇ!Ž_ù¦ßNÚ±ë,tÔ, ¤‡ ®ú_ ë°uöÔûŷûÑ ü^îaá~7¶½R ~*•Þ
      ¦é-=ÃRÇ²n'8!Gwi~A èEÅEDGñ µ¶« vòÇ¯éíëü~ù>ïúÇ,  ·UáŠ^3Åð& a7½5 qò ä4

```
!Ç |^¨„ ûÓ¿ÌV¿]{Ý ""-' ãFDtP(d_
zêC(r,&-8ï^ýf£iuë ãþê³º4NŒ1
 © îƒÕtÄD\A¨BêúÐm"Þú±É ÿü&ÄDhDDA•B‡Ó< ®D îAÇ»  ‡,pÖÙ1×êý ýü(^²º  ì$6D u ã
cM
```

ï¬CB

¡ç :ââ` ÍÄt Tƒ
¤3  ÐúN£ £Šÿµýõ`-î—ÿ|´wk÷Ű-}'v œ ¯y7îáí{O{BÁ

(RcǓ ùq®õ]Võ B""Âj 5ƒ&9W5

```
7    Å
Ý,.™_v«j6- ƒ»W™s0t JõuÅ ™^   `Ê ~ÃDCPøË\µGÝ-
kÇü> DèÚ„Á8d Rê¼8³³   ¬0\íÌÐ_¼Ý{é+{µæT …Dî®,sÈCA¢±…
 :Kø"$ !Ë ž ã ´å ÞÊ¬ T wÆ4.Ñ  Å$ Ã(,‡érOÿ¯¡i„Ô Ó B
```

· òoÑ!ß

& hC  Ã7 Ý'

```
ýŽwß¥kôÕoÿåóþý ×gî"¢o}õD iê w ¢. Ž^  »"Ð^92
 Ó+ „Gû8®é šB*"!ñÃD4-}… -ðõí ÑÇ÷m  µA÷—
„Üƒ aH0:vNÉ¹ /¢CØNë ª  x28` z"A ! Øä
  ``Å. eŽg†¹
```

‡µUë惿C^ãN5ëÓµ¿ì O_ £þBŽ-
ö¾>×õ×õ~°Ò,}ëÇn va'Ð2µ" v î>I¿wÇ¬Ã¿]þ_ åŸzø~¶éé ßy1ÿ¾×-
ÿ}L<QÔ4 Jòß´´Ò  ºÚÇiûa_Îa:ßÂòô×ªúûlm«ŸG.<5PË}Q  T&¹
ŽFâÐ^§<î5‡h ÿü¸ùÏø¯Þ]W¶+Û}øÖ[¥†Æº×†œC‡ Æ¿  ¶»¢ÞºæïJµ_øÎèD X Ž™ „Â  Èƒ§½~ý
®ÿþPùpùcÚÑ1ÿ,rÙ K4É dWá'{Mq  $ê) ñìC L¹ë®±úÅ~å§Da † 4 Ê ¡Ë 5‡N¢ãþ6£åº_ÖZ•
D|a>ì/z    Ç½ÜEÇ&8Ì µD!eYòÉŽo
kªÒ¥z&áJ"" B# 3ØM2ãÉ> µc-ƒ¢è0ƒQ - Gþv
Gÿ&ÉÙ¼Ïª"»#DG©'d~9Ý •=SþEê[

";Õ, ™/,p>„ÛDVðXP‡~}~TX)Þ->z
  Ã
¢FD!·Púû×A„CIÈ B¹<#Â:<Ú$+Üî  ^#1èœ¼eŽ5 a4î!˜  Eâ>6  º©á4û~¬nš¯

"/ ù „S"9NT Ð¥´þ́ýÓ Në&=….2C" IŽ¤#å¾Xø̌ý N hŽÌf],ẦÈ„ŸiÈ| Ý \¥¯Ý?ý¯zẏ ûÞþ"¯
¼m ð˜D:  FA  ø-„ ‚v ! "  Âẏò(ẏ|JÓý^û×µ @úÔNËroä‡¢C 5XyÁ˜2èÜr3E   Üñ—
  o F97#zóaøa ẏþ»ẏ́Ýxõy
âẏýä ²Ç¾-¶‡…  CA„Ë†Tš'ÁuuøÚM¦HyÝ G-dwõtL ẏïús ý -
×òÃŒ"ªÑ̃ œ ẏ!Ç¿OL±É ′|±è ä‡_ds×Ókâ¤¿‡èWí× _ „"Â éÆ"ß÷úµ›ºE8!Ø„?ẏ
        cþÈ̈ï zpÂ̂â ö?Å}×÷@ŽŒâ#£mwÊQÚúH0L% Ê vðøø^îÔ˜úöü÷&= ƒÁ   õË̈ m wŠWö6N È
.9+×"

[áo«°„FG
|ÏŽÎ
 ò'ˆ ¤ [µ FÄkq Ž- ngÄ_}ö
×ú÷ÿ÷þ¾Ò_î¶†°Â

Ïd["Ù  ¸E¡¬ó(¢½èÌâƒ+KP¤ ÇHFì\Eò ~ûúÍ-¸-zÿþXúzë¯ø¯§þõMM‰y´GG™

=º ʺ ´ ¤

®! %<ƒ … =G±

48ââØrÝòp`‡mþ¾Úî£Þ®¿^^ êÑ ðL|Š¡OA¨L!

`^a 0 Û62:60 >uzS%Œ3`

~@Âh5L„ 8·¥â0÷ü¸ÝHqĕ_U¾ Al>ö™q Äi–è0¤ß¢cÕ\dÇ¦¨k„òñá>fóê– eq º
    " U\,>4!Ç "<kĕï_atLzògJûý\kW ÿL øõUÐ8µ
𝑓

"Ñn Œ«E e¼4ôÕ

```
¢=åŽ•ZÑ£H G»Aª° 2/Éd}ö¤8ë|7f²ÞÉÁnglœCûH~ûOàã ð
dÇ,t×ÅÂDCûâ)Æû®quâ=„×…œûõ    s:Pw½ÞãÿáP ÝvveO    ãöÕ´<Ãt
ÞûMj°[ç ¾ ¨C°( _ÿó ÿ-ùo
…2V™ãõ™ ?ßX¨â<ê§;ž ¬C
     Gw¬ *)ÃN×ïö?ÕÜÿþ=y7 ¨®5S h<¶ & xCd pâ~â®î4# Uÿ 9oÿÇ"?úÝ ©e¬„G+ 5Û#
ÈŽ©^²8FEuÚ_ÿÿ}~ î<}LÞÅš™ — Ê¢„á¨L Ô þ¶ ŠP„;X¿ãOþÕw³}ÛXP„DE XjšÂ‡8a0L
Á?Å1 ±}~Õ߯Î<;S2D s)—Ôlq|± T?dÕ ¢#2
2c'rV
¤c„„WQ ©,÷A;ÃDE>PL)
 é©75 G3Ù¼Æfœh/-A´GI^^†„ MÜ †
 C. eÄR ¤ù:1 ·§
#dc㗨LÀ¡
<gHÂ(…Eøi-ù8&=" ,…
 0A> ¹" Ë,,Ì9\j&>9.=Ýé½- ‡ÈwÉ½Ù!÷ Dy~•b Ë<`Ì
ÍŒàÇ÷ÿµÇ[rÈŽ&û…—û®ÐX  ÿÿ.~fítôâ²Š^J!ûj®Xä߯ÿÕÿ
ÿ¿» WúJÚÉŽî „ëõï É ¨õõ->Xÿï¨¨ûÐê¿ÿÿÿôÿÇ·ûoößÂ Pâ"ø-Vý]?ØRòê¿'gŽÿ{î\R-
?Õ½åÇú<†W' Pè C#… î/Ž¿õÑ(É°Ê8 ì§M|'j!&G w¨Ž.-
Èç  «j ]_ ÃDfpŽ^0L¡Ñ!^v½¹\^ú -£î-
ª¶Zé x~?þd²£ÿÊd s¯ Ê7Eâ2T£ÿ™Q  Ê5)•¥-
ÿçfª?)•µ-T¨eš¨£û|N¥¹ÐÇâ2zÊ)¢E-S@ª2š,D]BÕ…\)l-
$È* ¨Õ·þ·õ-SE*2š)ãÊhµxÊh)FSJ<Çÿÿÿÿ•Ã"y¨¨ÿ2ZQÉ²šŒ²ŠSAJ>v6£ÿÿÿÿù(QòÌ)Qÿÿÿ
ÿ-Õ ¶ÉT®B Èdš ÿÊcU-
ÿ"Å rÁ×Œ|GÿÿÃ¶ ÇÿûÉiJd G ÑG) ~9LQGÿÈaiFS&¼ "Ë¨à" Ì¨" 2 £ÿ;XQùh¢,Å¥ ÿÈuj9
f%(ÿûµmG)¢… °
£)¤)`b ðJ9oš?Ë@EÿÙe[S%T[JJ#ËkUÿÿÿà -FZ   ðÐèµ ¢? ¥¨ü|šÔe•-
Gÿÿ,£¨ü|,Ôe0d£â4{£ÿÿ-E•ôÅª Ì GÿþSAj2Î £ÿþZ0£ü²,"Õ â>S0£—ôQù· Qò™2Qù`Å Êh
     yk"K ü|•þ?þwRŒµ„"´ ¡ñÿõš R¨5C-
Êâ\ ÿã@IFvaGÿÿÊdiGÿÿùM ¨ü|J rÁ´Œ|áFv £Êi)Gÿÿ"þÔ ÿÿÿ"ÂZ ÿÿÿÿÿ;)Qÿ"qµ-
ü°j£ÿ"rÔô~ £ÿþZ~£2 Qÿÿû² £ô¨ £2â ì
F[°-£5 ÿÊZ Ë\"ŽWTRÍ3QãÜ ù7SQÿü¶• ¨ËmZ 2TE™¢^ÿãÜiGâ1
?þZ e„)-C ì•GòÛTEQD~Z¢¾ )€Š?ÊdB ,âÈ³Aˆ¯ -Sˆ- (ü¨Qÿÿ-Ùš •ñG)«Q"ÔÔyL
(É5çbJ?-ÛBŒ|
¨ü¶• ðÃ¨ÿ-ÙRŽS Ôe„ê9Ø Œ®|<]QD|³fE¨.¢ÊØû &âJ3 $[$ª#ðÛõ-
, Õ~[ij?)¢jZE#$2†0š¨új²Êé Š¨Ýx°W¬iVZEB£<.—"µt¹Ø ,Ý ]qb..ZBé<,àª QòÇ
 %ki ³B Oþ
VZ=A, ¢ÿJdÕ -` ÊjÔ â0°¥·D3%"l-P¥-
þw¢ "Ñ"Ž[Aj2lR<45+ „e u fr¢²„RÊ: f ¨ò™ Q-êŠ?ÿò™ £)¡
2×JE" Fv!Gâ0R¥€E-Z€J2Ù Q-hZ ðÙ QàeE-
þYµ)7TC hZQÿù'Ô ðÓá |½G+¥¨ÿÊaMGÓ"µùd Q-  ÝJ2R&²Z^ÿ-ÊT ùÚ eW2V<¢Ø
DD|³ÑI&2™[RÂÚ©¶
U"Èœ´
!•D1ÊšŒ|P¥ª¨†3²… L(Rš)Dµq ,!ŽMæ¥2$¥-¢ ÊdiGð


endstream
endobj
33 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/StructParents 9/Contents 35 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 34 0 R/Type/Page>>
endobj
34 0 obj
<</Font<</TT2 43 0 R/TT4 44 0 R/TT6 42 0
R>>/ProcSet[/PDF/Text]/ExtGState<</GS1 97 0 R>>>>
endobj
35 0 obj
<</Length 2751/Filter/FlateDecode>>stream
H‰"WÛŽÛÈ } èG* µÙí{°X`¼¶¶fÿd  ð ä¡GlÏ½æ IIŽïH ïÛOÉ©¾P¢f¼ñ †¤°«ª«N :ÿæ
"ÊGöÃ o~ùéá <Ù ?¾]÷ÔÝ oþúY°Ý°x»^¼Y¨% l½]^œÇ kbæžd.x-
```

ì"jô0šÖ¨-ýÝ:'HláÊEÕ¥³. ¬·[³\ ÑF³nË>˜Vµ M©-ÙÓ² šQ¸/HþÞ

```
À¡&ô0p=„"_Àä" ð¼š'[†d
[³^@9ì»cSS ×º5ºÞ#ö  ÂC'q    .
¤äÓ±-
ŽŠêßÙD©]¯µ‡F<,>j ¦HÃª Py¬ËP²ñL,Iû/ Î€tÛOãÞ>köy$´:{     •ò,Ñ‡¡Wº¹[   È0ø„:'m
ŽöSß#º AÐÕM ý
```

#¾¶ 7jØ³-X^=b{f1RLQ»O><øv JšÅñ"VXK}x.6 6´ð2'jw|ùJ7ß  >½ƒ)- ~@3 M¬¯Ù
     *GWe'Ì|:T#àÊž!‰  .Qø¾³ K¢[Õ³G5àƒ@—À,-Ý1 žGØ³a" Ù%ÿ~ì"©-
;];bÌÐ´7[³ñã† LÀÈ£a G"'÷† —âà-ÆAÏ{ 'D"ð> Îy> O ^'é [

```
49 Ã^µÃ tfC^®J €DFe > $ªË0öô�î-  æWÙ5´ŽÈf ÷ æIo žúæ¡l¿w)-iNRd×Õe· CC
>vp'¼Í~,CögiF*vD Û¾s_™:€d¿ ÷ ÔÁð¨>g&ÒØW ãÞt¶f-ûø°\ <?‡bX ùj³T¾Y »+&õQ8-
2† kž, †hè™[dÏßù $*^\±E  øÂî3¶Dä½æl½× ˆ  >ª¯l
¥9xe3bÌ7 ÞŒC^Þ ~)™ìdòH°•7
```

€£ÃÁ@åw¼ñ ÔésS•>7™«~,¢¿™/úl }w! ç(µ3f

9

§ âá¤Ãd/dörD žŸÉ†×{yôdiøŒ ²ÇàÆ

T µyìj F¾ 5ò¤zòá sR)á*0ì<žNé:©ÞtÇ ™~:(L 0…i7ÍÑ
]bôf§{£ rãòJ ûA ÆÞX{Ç~Æ¾VöôÃ ëck z ù'<C¯P¸Sxdm ž  eìyoÓ¹Ñ} Ñíã»íì vkh$l-
«ÌNz R Íö,ŸÔp è
m  t]²Z^C0cí¾ êáðQµ_ðG™¾1-EÐk  øŸæÙÊYœŽ²š'œËutB€Ç-, &G

ìz*ÂêèÇ$z

½>]®TàÊo° —"\ƒÈÙ$Õ t[O

```
K žm!   Ibŭ¸
5œÝ;D°XMÊÓµ
"  Î°õ1|«"
3áQø-™—åž æ ð †{nþ 'H  —= °
```

```
q‚Æm. ö$ÑSôJ¦® N˜€¢xÑñR-I‚: ž4í˜Ç- Ôùø'áD«««-Ûw-²EI
 µÓ n® t  2 M3¥iåc‚$€n» iaHÒ=;™aeÁðÛ
 "}Ã3<fNH7&/dBšÅ-f Ý 0´(d²éÎ¡ä 7FÖZ‰wUõ•37
9
      Ý>Ù˜#ê?3-íÎïRD1Ãï¥´¿Eì þó ¾€2^%Ï Ašçö a‚_Fº X€±-Ûyî¼ç  ~-· ºSÁLj  ô
;æBì
Ø'Ü ¡ Ë'ä  YÚªnæ0»·j©úÝ4 T"´l" á-ä€ÚPÃ¬ *U B
%Ã´
më,x  FªB.T  œ F-0v ¬"$e b \ @ r5-A hh•
```

```
5A (¤0
j ¬Ee iö Û(|fF^Žž <Ž€9
èz`÷NÓ ì S y† Å9`Q`} ª85ò<` BÛQÀz
Øà,§; p ¢¡ </^.W_g^.€   ÿ¦™ñ
endstream
endobj
36 0 obj
<</StemV 136/FontName/TimesNewRomanPS-
BoldMT/FontStretch/Normal/FontWeight 700/Flags 34/Descent -216/FontBBox[-
558 -307 2000 1026]/Ascent 891/FontFamily(Times New Roman)/XHeight -
546/CapHeight 656/Type/FontDescriptor/ItalicAngle 0>>
endobj
37 0 obj
<</StemV 71.742/FontName/TimesNewRomanPS-
ItalicMT/FontStretch/Normal/FontWeight 400/Flags 98/Descent -
216/FontBBox[-498 -307 1120 1023]/Ascent 891/FontFamily(Times New
Roman)/XHeight -546/CapHeight 656/Type/FontDescriptor/ItalicAngle -15>>
endobj
38 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/StructParents 10/Contents 40 0
R/Rotate 0/MediaBox[0 0 612 792]/Resources 39 0 R/Type/Page>>
endobj
39 0 obj
<</Font<</TT4 44 0 R>>/ProcSet[/PDF/Text]/ExtGState<</GS1 97 0 R>>>>
endobj
40 0 obj
<</Length 1927/Filter/FlateDecode>>stream
H‰¤WÙŽã Æ } 0ÿP d Us_ ÃÀ, ¸ Ll`ôf F‰,I5¦H
—në7ò ìÍ¹µ^"zf ÃB£¹ oÝåÛs ~ ÝÈ~øááãû§ ,`?þøîÃû7«‡¿
ÙaX½Û®-¶Û„…l»_…
```

‡   AÁËŒmO«€ V< ‚"m+œd1î¾¬~õ
ÎüM~Ä)/½Çvì/¬Û31Ž¢:žü‚ÇžÔ7<÷Úq`ªeƒ:´j¯*ÑŽL~çÝDÏªÎÿ×ö¢U ò4ÅîÛ z³Ìn ‒
f³Ó¹'£l.¬VC? ñÞx"ìWÑÈaT‒ ‒"U×vd8ñ.k¦mnÂ'ÃíMÈÃÔ

µá0+−áA>Ëž

E òsÄbL¿ F "óÐ¡v½ /ÿ-Ønª r\³Z6â2è
`?Jf§ck»^Œm6*r(ôÈÞY\ì 2€L
¢ñ7 ö HSéõJ

```
L´5«Ä4Ðé  ¶¸†º±û ù]/'k²5-ý" N^_ýív : ãgÄ<ø.¹d),Œ¥Quíà'¼€ËÝ<èkc1ó NÏ@ œãÎy
„-âÙ£€Œ dÇcþöójû7½G¢s •yb¶(5Z¢
â'÷¶ªº¾Ví »±F-DÃDý¬*‰mÂÈŽP<gÉzYI  ¨~± †ÕtaK¨žýŒòZ¯ ŠÙ2µ÷K\»2-¡ý¸×iFjô òsî
  1ÕF   Z
```

Û
ž  wÈ)LuãØF$úÃDofTQ ¬'—a2ó>ËJ   p"µ.¬Â¢F‰ jÈ‰"′ýörT•ƒ °nb

```
ãÈ†v4ëÔ@¸?O£¬Í Í†îÉÁO½Qìô½Æl¦†#% ±k z°   XÞêu ±pE v½
      Ó¶yè@üyB‡Qã HÐßL4
Ûw=CÔ²WÆù  Ñ¢{CkÃ5 *-Ú+7P"Iò+ 9 7^"¡,—£± £ñ Ö gÍ   è QÝ > x2µµñmßëþ <†-
JA=6È(áÁ] `
25&
 Ï²Î² Õ³äl{ / %È På <ó«c¡Ã_Ïv ° ì3  -è
```

?(
ÅV£Ð5aš|'¬§¡   #  qê`

ýNÊ"Â¼±Yä5¢ Ý·Ô.½ü2©– 3ÑÆ@Ám°™ nb k™(qLTYÚ<û ËƒÉ¦q} Lþ)

@uD—

n»ip&Ï£;p°t'!i(TRÝT¥ „á2ŒÒ uI{Qô?iÏŽ€Ðqt  ï E        ·" >ŠÐ»ø`lŎ
; 4¡Ùt¡¨wÏhzŠqê-"¢€‡

ˆ
``[ ´±#)%£-2…"ÃÜ†¨ÑŒ…'—K#¹3´ #û½ª…™QÏ
}¿ëž5 ŒÝ$Ý„ ržEé7* 8¦ÜSÁaâ Ý„¡USÉM«RÜÅìO Ük ² Û¨(¨^ØI¥ù

‹¬tžc,r

```
à5  ?ÄëÄ_#"¹í.™Â,[O¾1xr+
 >ý'|§T
&R«©Å&í>I Å¥¥1øRUÈG{˜ÄA: Š °W %J  éE÷† >Zm ž¡ ƒQlñ"Ä÷É<¹¼ŠM2N'$wr3L\w= Šo
4¯ -ÊLVItŽ3¹¹npŽ§¡ñ ²Hþ,dP˜Pvc×Õh|3\5Üë }¶16^ -
.µÂÕ>5aø+å[^[WBT _=é¢n®p4_èö×§<þ™yÏ  øínÙ/>  }V
8Ið¹ ðÄIŒ'œèQŽ }§Ðº_O Ot ŶÒb¹¢6+ ]Ó«kßÎ }xÔ Ü¾nöÅ<à7Ë Kð{àš^¿5OÿA£ÛX
J5g ®Q¾œdwÊw":q_ ß ÕwcúvBn¬„[ÏgR_zBÛ"ü¯Ÿ] ó(} ¾8´`r¼Y=~|ÿfõ_    ÄxÔ
endstream
endobj
41 0 obj
<</StemV 82/FontName/TimesNewRomanPSMT/FontStretch/Normal/FontWeight
400/Flags 34/Descent -216/FontBBox[-568 -307 2000 1007]/Ascent
891/FontFamily(Times New Roman)/XHeight -546/CapHeight
656/Type/FontDescriptor/ItalicAngle 0>>
endobj
42 0 obj
<</Subtype/TrueType/FontDescriptor 37 0 R/LastChar 116/Widths[500 0 0 0 0
0 0 0 0 0 278 0 500 500 0 0 389 389 278]/BaseFont/TimesNewRomanPS-
ItalicMT/FirstChar 97/Encoding/WinAnsiEncoding/Type/Font>>
endobj
43 0 obj
<</Subtype/TrueType/FontDescriptor 36 0 R/LastChar 120/Widths[250 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 | 722 0 0 722 0 611
0 0 389 0 0 0 0 0 0 0 0 667 0 722 0 0 0 0 0 0 0 0 0 0 556 444 0
0 0 278 0 0 0 556 0 556 0 0 0 0 0 0 0 500]/BaseFont/TimesNewRomanPS-
BoldMT/FirstChar 32/Encoding/WinAnsiEncoding/Type/Font>>
endobj
44 0 obj
<</Subtype/TrueType/FontDescriptor 41 0 R/LastChar 224/Widths[250 0 0 0
0 0 0 0 0 0 250 333 250 278 500 500 500 500 500 500 500 500 500 500 278
0 0 0 0 0 0 722 667 0 722 611 556 0 722 333 389 0 611 889 722 722 556 0 0
556 611 0 0 0 0 0 0 0 0 0 500 0 444 500 444 500 444 333 500 500 278 278
500 278 778 500 500 500 500 333 389 278 500 500 722 500 500 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 333 444 444 0 500 0 0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
444]/BaseFont/TimesNewRomanPSMT/FirstChar
32/Encoding/WinAnsiEncoding/Type/Font>>
endobj
45 0 obj
<</First 46 0 R/Count 3/Last 47 0 R/Type/Outlines>>
endobj
46 0 obj
<</Parent 45 0 R/A 51 0 R/Next 49 0 R/SE 80 0 R/Title(Coltoff
Declaration)>>
endobj
47 0 obj
<</Parent 45 0 R/A 48 0 R/Prev 49 0 R/SE 67 0 R/Title(Ex 2)>>
endobj
48 0 obj
<</D[33 0 R/FitH 796]/S/GoTo>>
endobj
49 0 obj
<</Parent 45 0 R/A 50 0 R/Next 47 0 R/Prev 46 0 R/SE 72 0 R/Title(Ex 1)>>
endobj
50 0 obj
<</D[13 0 R/FitH 796]/S/GoTo>>
```

```
endobj
51 0 obj
<</D[93 0 R/FitH 796]/S/GoTo>>
endobj
52 0 obj
<</K 53 0 R/ParentTree 54 0 R/ParentTreeNextKey 11/Type/StructTreeRoot>>
endobj
53 0 obj
<</K[80 0 R 72 0 R 67 0 R]/P 52 0 R/S/Document>>
endobj
54 0 obj
<</Nums[0 55 0 R 1 56 0 R 2 57 0 R 3 58 0 R 4 59 0 R 5 60 0 R 6 61 0 R 7
62 0 R 8 63 0 R 9 64 0 R 10 65 0 R]>>
endobj
55 0 obj
[83 0 R]
endobj
56 0 obj
[84 0 R]
endobj
57 0 obj
[85 0 R]
endobj
58 0 obj
[79 0 R]
endobj
59 0 obj
[75 0 R]
endobj
60 0 obj
[76 0 R]
endobj
61 0 obj
[77 0 R]
endobj
62 0 obj
[78 0 R]
endobj
63 0 obj
[71 0 R]
endobj
64 0 obj
[70 0 R]
endobj
65 0 obj
[66 0 R]
endobj
66 0 obj
<</K 0/P 67 0 R/S/Part/Pg 38 0 R>>
endobj
67 0 obj
<</Info 68 0 R/K[70 0 R 66 0 R]/P 53 0 R/S/Part/Metadata 69 0 R>>
endobj
68 0 obj
<</CreationDate(D:20070815134446-04'00')/Author(Bob)/Creator(PScript5.dll
Version 5.2)/Producer(Acrobat Distiller 8.0.0
\(Windows\))/ModDate(D:20070815134446-04'00')/Title(Microsoft Word -
```

```
Barahama Affidavit _Weintraub_ Translation)>>
endobj
69 0 obj
<</Subtype/XML/Length 1570/Type/Metadata>>stream
<?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
<x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 4.0-c316
44.253921, Sun Oct 01 2006 17:14:39">
   <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
      <rdf:Description rdf:about=""
            xmlns:dc="http://purl.org/dc/elements/1.1/">
         <dc:format>application/pdf</dc:format>
         <dc:title>
            <rdf:Alt>
               <rdf:li xml:lang="x-default">Microsoft Word - Barahama
Affidavit _Weintraub_ Translation</rdf:li>
            </rdf:Alt>
         </dc:title>
         <dc:creator>
            <rdf:Seq>
               <rdf:li>Bob</rdf:li>
            </rdf:Seq>
         </dc:creator>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xap="http://ns.adobe.com/xap/1.0/">
         <xap:CreateDate>2007-08-15T13:44:46-04:00</xap:CreateDate>
         <xap:CreatorTool>PScript5.dll Version 5.2</xap:CreatorTool>
         <xap:ModifyDate>2007-08-15T13:44:46-04:00</xap:ModifyDate>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:pdf="http://ns.adobe.com/pdf/1.3/">
         <pdf:Producer>Acrobat Distiller 8.0.0 (Windows)</pdf:Producer>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xapMM="http://ns.adobe.com/xap/1.0/mm/">
         <xapMM:DocumentID>uuid:65654952-f55c-4e51-95fe-
5903eaa5fe87</xapMM:DocumentID>
         <xapMM:InstanceID>uuid:e84236c7-46f3-402b-b8d9-
51a4aa4095ba</xapMM:InstanceID>
      </rdf:Description>
   </rdf:RDF>
</x:xmpmeta>
<?xpacket end="r"?>
endstream
endobj
70 0 obj
<</K 0/P 67 0 R/S/Part/Pg 33 0 R>>
endobj
71 0 obj
<</K 0/P 72 0 R/S/Part/Pg 29 0 R>>
endobj
72 0 obj
<</Info 73 0 R/K[75 0 R 76 0 R 77 0 R 78 0 R 71 0 R]/P 53 0
R/S/Part/Metadata 74 0 R>>
endobj
73 0 obj
<</CreationDate(D:20070815134356-04'00')/Author(Bob)/Creator(PScript5.dll
```

```
Version 5.2)/Producer(Acrobat Distiller 8.0.0
\(Windows\))/ModDate(D:20070815134356-04'00')/Title(Full page fax
print)>>
endobj
74 0 obj
<</Subtype/XML/Length 1530/Type/Metadata>>stream
<?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
<x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 4.0-c316
44.253921, Sun Oct 01 2006 17:14:39">
   <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
      <rdf:Description rdf:about=""
            xmlns:dc="http://purl.org/dc/elements/1.1/">
         <dc:format>application/pdf</dc:format>
         <dc:title>
            <rdf:Alt>
               <rdf:li xml:lang="x-default">Full page fax print</rdf:li>
            </rdf:Alt>
         </dc:title>
         <dc:creator>
            <rdf:Seq>
               <rdf:li>Bob</rdf:li>
            </rdf:Seq>
         </dc:creator>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xap="http://ns.adobe.com/xap/1.0/">
         <xap:CreateDate>2007-08-15T13:43:56-04:00</xap:CreateDate>
         <xap:CreatorTool>PScript5.dll Version 5.2</xap:CreatorTool>
         <xap:ModifyDate>2007-08-15T13:43:56-04:00</xap:ModifyDate>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:pdf="http://ns.adobe.com/pdf/1.3/">
         <pdf:Producer>Acrobat Distiller 8.0.0 (Windows)</pdf:Producer>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xapMM="http://ns.adobe.com/xap/1.0/mm/">
         <xapMM:DocumentID>uuid:457b224b-3aa8-4df2-b656-
e230939c5dbd</xapMM:DocumentID>
         <xapMM:InstanceID>uuid:fb1a4d45-7a12-43f6-a202-
39879ca37e59</xapMM:InstanceID>
      </rdf:Description>
   </rdf:RDF>
</x:xmpmeta>
<?xpacket end="r"?>
endstream
endobj
75 0 obj
<</K 0/P 72 0 R/S/Part/Pg 13 0 R>>
endobj
76 0 obj
<</K 0/P 72 0 R/S/Part/Pg 17 0 R>>
endobj
77 0 obj
<</K 0/P 72 0 R/S/Part/Pg 21 0 R>>
endobj
78 0 obj
<</K 0/P 72 0 R/S/Part/Pg 25 0 R>>
```

```
endobj
79 0 obj
<</K 0/P 80 0 R/S/Part/Pg 9 0 R>>
endobj
80 0 obj
<</Info 81 0 R/K[83 0 R 84 0 R 85 0 R 79 0 R]/P 53 0 R/S/Part/Metadata 82
0 R>>
endobj
81 0 obj
<</CreationDate(D:20070815133840-04'00')/Author(Bob)/Creator(PScript5.dll
Version 5.2)/Producer(Acrobat Distiller 8.0.0
\(Windows\))/ModDate(D:20070815134221-04'00')/Title(Full page fax
print)>>
endobj
82 0 obj
<</Subtype/XML/Length 1602/Type/Metadata>>stream
<?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
<x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 4.0-c316
44.253921, Sun Oct 01 2006 17:14:39">
    <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
      <rdf:Description rdf:about=""
            xmlns:dc="http://purl.org/dc/elements/1.1/">
        <dc:format>application/pdf</dc:format>
        <dc:title>
          <rdf:Alt>
             <rdf:li xml:lang="x-default">Full page fax print</rdf:li>
          </rdf:Alt>
        </dc:title>
        <dc:creator>
          <rdf:Seq>
             <rdf:li>Bob</rdf:li>
          </rdf:Seq>
        </dc:creator>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xap="http://ns.adobe.com/xap/1.0/">
        <xap:CreateDate>2007-08-15T13:38:40-04:00</xap:CreateDate>
        <xap:CreatorTool>PScript5.dll Version 5.2</xap:CreatorTool>
        <xap:ModifyDate>2007-08-15T13:42:21-04:00</xap:ModifyDate>
        <xap:MetadataDate>2007-08-15T13:42:21-04:00</xap:MetadataDate>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:pdf="http://ns.adobe.com/pdf/1.3/">
        <pdf:Producer>Acrobat Distiller 8.0.0 (Windows)</pdf:Producer>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xapMM="http://ns.adobe.com/xap/1.0/mm/">
        <xapMM:DocumentID>uuid:c7328f2a-4266-45f3-be60-
81ed9d8d888d</xapMM:DocumentID>
        <xapMM:InstanceID>uuid:31cbd0e1-331a-4cb6-bb55-
c3400af6ed9a</xapMM:InstanceID>
      </rdf:Description>
   </rdf:RDF>
</x:xmpmeta>
<?xpacket end="r"?>
endstream
endobj
```

```
83 0 obj
<</K 0/P 80 0 R/S/Part/Pg 93 0 R>>
endobj
84 0 obj
<</K 0/P 80 0 R/S/Part/Pg 1 0 R>>
endobj
85 0 obj
<</K 0/P 80 0 R/S/Part/Pg 5 0 R>>
endobj
86 0 obj
<</Count 11/Type/Pages/Kids[87 0 R 88 0 R]>>
endobj
87 0 obj
<</Parent 86 0 R/Count 5/Type/Pages/Kids[93 0 R 1 0 R 5 0 R 9 0 R 13 0
R]>>
endobj
88 0 obj
<</Parent 86 0 R/Count 6/Type/Pages/Kids[17 0 R 21 0 R 25 0 R 29 0 R 33 0
R 38 0 R]>>
endobj
89 0 obj
<</Subtype/XML/Length 3650/Type/Metadata>>stream
<?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
<x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 4.0-c316
44.253921, Sun Oct 01 2006 17:14:39">
    <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
       <rdf:Description rdf:about=""
             xmlns:xap="http://ns.adobe.com/xap/1.0/">
          <xap:ModifyDate>2007-08-15T13:46:27-04:00</xap:ModifyDate>
          <xap:CreateDate>2007-08-15T13:46:27-04:00</xap:CreateDate>
          <xap:MetadataDate>2007-08-15T13:46:27-04:00</xap:MetadataDate>
          <xap:CreatorTool>PScript5.dll Version 5.2</xap:CreatorTool>
       </rdf:Description>
       <rdf:Description rdf:about=""
             xmlns:dc="http://purl.org/dc/elements/1.1/">
          <dc:format>application/pdf</dc:format>
          <dc:title>
             <rdf:Alt>
                <rdf:li xml:lang="x-default">Full page fax print</rdf:li>
             </rdf:Alt>
          </dc:title>
          <dc:creator>
             <rdf:Seq>
                <rdf:li>Bob</rdf:li>
             </rdf:Seq>
          </dc:creator>
       </rdf:Description>
       <rdf:Description rdf:about=""
             xmlns:xapMM="http://ns.adobe.com/xap/1.0/mm/">
          <xapMM:DocumentID>uuid:91c5dcd2-2a76-4d4d-9baf-
ae5d4e4eebce</xapMM:DocumentID>
          <xapMM:InstanceID>uuid:0c792822-210e-4591-992e-
f0108876faa9</xapMM:InstanceID>
       </rdf:Description>
       <rdf:Description rdf:about=""
             xmlns:pdf="http://ns.adobe.com/pdf/1.3/">
          <pdf:Producer>Acrobat Distiller 8.0.0 (Windows)</pdf:Producer>
```

```
        </rdf:Description>
    </rdf:RDF>
</x:xmpmeta>
```

```
<?xpacket end="w"?>
endstream
endobj
90 0 obj
<</CreationDate(D:20070815134627-04'00')/Author(Bob)/Creator(PScript5.dll
Version 5.2)/Producer(Acrobat Distiller 8.0.0
\(Windows\))/ModDate(D:20070815134627-04'00')/Title(Full page fax
print)>>
endobj
xref
0 91
0000000000 65535 f
0000018439 00000 n
0000018582 00000 n
0000018696 00000 n
0000018918 00000 n
0000037686 00000 n
0000037829 00000 n
0000037943 00000 n
0000038166 00000 n
0000053239 00000 n
0000053384 00000 n
0000053500 00000 n
0000053724 00000 n
0000071518 00000 n
0000071664 00000 n
0000071780 00000 n
0000072004 00000 n
0000096073 00000 n
0000096219 00000 n
0000096335 00000 n
0000096555 00000 n
0000110706 00000 n
```

```
0000110852 00000  n
0000110968 00000  n
0000111192 00000  n
0000138369 00000  n
0000138515 00000  n
0000138631 00000  n
0000138855 00000  n
0000163098 00000  n
0000163244 00000  n
0000163360 00000  n
0000163586 00000  n
0000172588 00000  n
0000172734 00000  n
0000172841 00000  n
0000175663 00000  n
0000175912 00000  n
0000176168 00000  n
0000176315 00000  n
0000176400 00000  n
0000178398 00000  n
0000178641 00000  n
0000178858 00000  n
0000179223 00000  n
0000179889 00000  n
0000179957 00000  n
0000180050 00000  n
0000180128 00000  n
0000180175 00000  n
0000180265 00000  n
0000180312 00000  n
0000180359 00000  n
0000180448 00000  n
0000180513 00000  n
0000180640 00000  n
0000180665 00000  n
0000180690 00000  n
0000180715 00000  n
0000180740 00000  n
0000180765 00000  n
0000180790 00000  n
0000180815 00000  n
0000180840 00000  n
0000180865 00000  n
0000180890 00000  n
0000180915 00000  n
0000180966 00000  n
0000181048 00000  n
0000181299 00000  n
0000182947 00000  n
0000182998 00000  n
0000183049 00000  n
0000183152 00000  n
0000183363 00000  n
0000184971 00000  n
0000185022 00000  n
0000185073 00000  n
0000185124 00000  n
```

```
0000185175 00000 n
0000185225 00000 n
0000185321 00000 n
0000185532 00000 n
0000187212 00000 n
0000187263 00000 n
0000187313 00000 n
0000187363 00000 n
0000187424 00000 n
0000187516 00000 n
0000187618 00000 n
0000191346 00000 n
trailer
<</Size 91>>
startxref
116
%%EOF
86 0 obj
<</Count 13/Type/Pages/Kids[87 0 R 88 0 R]>>
endobj
87 0 obj
<</Parent 86 0 R/Count 6/Type/Pages/Kids[93 0 R 1 0 R 5 0 R 9 0 R 101 0 R
13 0 R]>>
endobj
88 0 obj
<</Parent 86 0 R/Count 7/Type/Pages/Kids[17 0 R 21 0 R 25 0 R 29 0 R 113
0 R 33 0 R 38 0 R]>>
endobj
90 0 obj
<</CreationDate(D:20070815134627-04'00')/Author(Bob)/Creator(PScript5.dll
Version 5.2)/Producer(Acrobat Distiller 8.0.0
\(Windows\))/ModDate(D:20070815134839-04'00')/Title(Full page fax
print)>>
endobj
92 0 obj
<</Outlines 45 0 R/Metadata 127 0 R/Pages 86 0 R/StructTreeRoot 52 0
R/Type/Catalog>>
endobj
101 0 obj
<</CropBox[0 0 612 792]/Parent 87 0 R/Contents 112 0 R/Rotate
0/BleedBox[0 0 612 792]/ArtBox[0 0 612 792]/MediaBox[0 0 612
792]/TrimBox[0 0 612 792]/Resources 102 0 R/Type/Page>>
endobj
102 0 obj
<</Font<</F1 107 0 R/F2 104 0 R>>/ProcSet[/PDF/Text]/ExtGState<</GS1 103
0 R>>>>
endobj
103 0 obj
<</OPM 1/OP false/op false/Type/ExtGState/SA false/SM 0.02>>
endobj
104 0 obj
<</Subtype/Type1/FontDescriptor 105 0 R/LastChar
49/Widths[500]/BaseFont/IKIGOM+TimesNewRomanPSMT/FirstChar
49/Encoding/WinAnsiEncoding/Type/Font>>
endobj
105 0 obj
<</StemV 0/FontName/IKIGOM+TimesNewRomanPSMT/FontFile3 126 0 R/Flags
```

```
32/Descent 0/FontBBox[-568 -307 2000 1007]/Ascent 0/CapHeight
0/Type/FontDescriptor/ItalicAngle 0/CharSet(/one/two)>>
endobj
107 0 obj
<</Subtype/Type1/FontDescriptor 110 0 R/LastChar 120/Widths[250 250 250
250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250
250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 720 250
250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250
250 250 250 250 250 250 250 250 647 250 250 250 250 250 680 250 250
250 250 250 250 250 250 250 250 250 553 250 250 250
565]/BaseFont/IKIGLM+CopperplateGothic-Light/FirstChar 32/ToUnicode 109 0
R/Encoding 108 0 R/Type/Font>>
endobj
108 0 obj
<</Differences[32/space 69/E 98/b 104/h/i 116/t 120/x]/Type/Encoding>>
endobj
109 0 obj
<</Length 263/Filter/FlateDecode>>stream
hÞTPËnÃ  ¼ó {L• ¶•8©„,U©*ùÐ‡ê´w k © „ñÁ _-NÚ"Áì2» ³ôÔ>¶Zy oÎ^
```

```
 Ýlí7Ž¨= Ð4 ±'ôôÎí
 èŸî_ê¼X„*åáú
#q²\ ãz@`UÑ ;  @-
ÿsdŸ;.½øâŽãÊ¢ @ØnŸâ „ÕUŠ  vØ¥8 I¢1>6$h¯*åU3?ÁêXTßg…keæâ‡âÎn Åì\pŸ >ÜE_Jãm
öÖØh#nò#À K° ³


endstream
endobj
110 0 obj
<</StemV 0/FontName/IKIGLM+CopperplateGothic-Light/FontFile3 125 0
R/Flags 4/Descent 0/FontBBox[-100 -250 1279 872]/Ascent 0/XHeight
546/CapHeight 0/Type/FontDescriptor/ItalicAngle
0/CharSet(/E/b/h/i/space/t/x)>>
endobj
112 0 obj
<</Length 194/Filter/FlateDecode>>stream
hÞt Ë
Â0 E÷ó w©
c2m'v+Ö,àB
```

˛  7¾j

V¡~¾ikEE        †Ã™
÷B
9HÂÆ

£    + ["{ZâLÃt¡ ]iäh8QPp b-â Ò¿vā0 š¥F¨„
     " w"†+}jêgêÅ Þ@âïgX-%vžg~Ü¶þ*ê%}W °,ë`7|Þ½ Úè

`¢—`7€ŏ
lZ#´  [ ᵃƒ

‰£ùgQþ]4ÐR„FÚ÷¢_=Ô3ð!Ã      ãG[

endstream
endobj
113 0 obj
<</CropBox[0 0 612 792]/Parent 88 0 R/Contents 124 0 R/Rotate
0/BleedBox[0 0 612 792]/ArtBox[0 0 612 792]/MediaBox[0 0 612
792]/TrimBox[0 0 612 792]/Resources 114 0 R/Type/Page>>
endobj
114 0 obj
<</Font<</F1 119 0 R/F2 116 0 R>>/ProcSet[/PDF/Text]/ExtGState<</GS1 115
0 R>>>>
endobj
115 0 obj
<</OPM 1/OP false/op false/Type/ExtGState/SA false/SM 0.02>>
endobj
116 0 obj
<</Subtype/Type1/FontDescriptor 105 0 R/LastChar
50/Widths[500]/BaseFont/IKIGOM+TimesNewRomanPSMT/FirstChar
50/Encoding/WinAnsiEncoding/Type/Font>>
endobj
119 0 obj
<</Subtype/Type1/FontDescriptor 110 0 R/LastChar 120/Widths[250 250 250
250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250
250 250 250 250 250 250 250 250 250 250 250 250 250 720 250 250 250 250
250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250 250
250 250 250 250 250 250 250 250 647 250 250 250 250 250 680 250 250
250 250 250 250 250 250 250 250 250 553 250 250 250
565]/BaseFont/IKIGLM+CopperplateGothic-Light/FirstChar 32/ToUnicode 121 0
R/Encoding 108 0 R/Type/Font>>
endobj
121 0 obj
<</Length 263/Filter/FlateDecode>>stream
hÞTPËnÃ  ¼ó {L• ¶•8©„‚U©*ùÐ‡ê´w k © „ñÁ _-NÚ"Áì2» ³ôÔ>¶Zy oÎˆ

=ôJK‡"™ @¸à 4″ H‰üš¥SŒÜ
ÍÝ2y [Ý `ŒÐ÷@NÞ–ºyHkûTn<; ¯N¢Sz€Í¹üø

```
Ýlí7Ž˜"= Ð4 ±'ôôÎí
 èŸÎ_ê¼X„*åáú
#q²\ ãz@`UÑ ;  @-
ÿsdŸ;.½øâŽäÊ¢ @ØnŸâ „ÕUŠ  vØ¥8 I¢1>6$h¯*åU3?ÁêXTßg…keæâ‡âÎn Åì\pŸ >ÜE_Jãm
ÖÖØh#nò#À K° ³


endstream
endobj
124 0 obj
<</Length 192/Filter/FlateDecode>>stream
hÞt É
 1 Díý uÔƒ™¤'ëU\@ð  <ˆ w   ÐÏ73£ƒŠ :4 × u"… HÂ †UŒ-
J ‡óŠ&8RÖ+1.ÔŽ"õ  âšØ^à!Ó«6Ö^ - Z >{<x
F<§Ô~šA ÷H né~^éLb™ø&M\ ß  ÝfÜ"p,<àØ¡Æ½ Æš Ø-ÀúÚØ•€M
æ•¡Ý_ãZ…šü P€n¤ÑgQþ]47Rh+Ý{Ñ¯-ü
```

```
| 0   ëG\

endstream
endobj
125 0 obj
<</Subtype/Type1C/Length 716/Filter/FlateDecode>>stream
H‰Œ'Ëk A Ç7i»3 &TÜ 7²é¡UñA=z \
Ö´ ¼¨   -m}¤5-ÅºÙI³É>''}$>d"-XûP©
Š ^àE ÿ Ñ> þ ³u¶h*Š¶jq®ó ßçó  -
Õì§|>_8Ú í‰ ÝÛ=2::  ½tv| gd|høÜþøðàÐøjd> ÚÔ¶<h;š¿.{-
Ÿ7ã|VëK|ËêVð_Ç ËGí¤º©(ÕK §NQºA£Ű¨mÔ}_Üï÷úÝ6 ÄWÛ-
»HÿJ XX`Ü ¼Ç[  Àk÷4~ËÔ¬œb†ME µ tp+O«)E" ¨HbN '¡xÕ=HÿHÉzæWJ åŸ)o §«ª%ë2Ô¥,
(ºÞs äDEâ 9## òî ºË«3
```

Åø;É<à  @î{·"™—oMÝâ¦f"Îµ*_™,NèÐ˜ )

‡È;´

(—þ

```
 å"
 þ -ßÓÌ¹ð¾9[¹áÀû· ‡ÏØ7 Ÿô-r/  ½`½È' Ÿ¦ìÍçU'ìäj² …w¯× Cì%4ž ¸TV "9¨òcù
!rŽ>ÑŒ é
yu&ì¨uÉÎÀ¥kõøyv ]¹Âs,(È¼
Õë‰|C/N nº3¯˜uNA ¤4±Q *f®l³n Ø…²nrºa U
Ú$^Àš^$F<  µ,µQêÏöëI¸{ ða'ÙÈå ) v₩pSÌš‡´l@ë>C„ Ã,.… ,µ
  6-U Óu¨>V¡ Â‡½#ôŸâHÈü¦u  ö¹gÜËÌÎ\µV*–ÎŠY3 va êj);ÅJŠ˜Is 'Ý¤
       w¶dËŠe±åb±®s69€€--åR¶$U"7Æp 9 $‡È ~      éÎv1>'Ð*¶Ã I-kXlÑ([
```

```
·ã^ &Ñ–JÕHË¬˜'ù ‡ðþÆ  Ò°X <È™œ# œ  ¦§i¬m]ÞÍ¦ ` Ñ¬¿˜
endstream
endobj
126 0 obj
<</Subtype/Type1C/Length 333/Filter/FlateDecode>>stream
H‰bd`ab`dd"ôôöt÷÷Õ
```

```
ÉÌM-öK- ÊÌMÌ
 ö
 IŠÿ æ ûsæ÷q ö
¿šYÏó? ìû~W $%„© `A^` hfÁëŸó~
<ýdýÓþ—•}ö ¯¢?Òÿ<ý"Î¯£ã;ÿ Û¢S Î™0]zòäÎ¶‰ò Ûú>{ 9új{s¢¥~ÿbOî,îh-
konmmjkl+ïÏéâ¨ûÞ7—=·§¾·qBã„ÖI S8:¦v.Ú
õãp5ûo3[V ±?¾¿<Š6×46Ô774×·Õvptô weHÿ¶g>7gï ;O
```

```
-ÛtxÉ~ŽYk'¯Y+µ«rKúZ¹uéqsB¥# «³å3³Ëb›ý9æ²M_? ù'y ó−®œ²Zzý ͪÚ,%ðK
fd&J…"øÅxÊÅxZ™þfWâ¨ü!�¾ó»(+_w7 @€  m"Žz
endstream
endobj
127 0 obj
<</Subtype/XML/Length 3650/Type/Metadata>>stream
<?xpacket begin="ï»¿" id="W5M0MpCehiHzreSzNTczkc9d"?>
<x:xmpmeta xmlns:x="adobe:ns:meta/" x:xmptk="Adobe XMP Core 4.0-c316
44.253921, Sun Oct 01 2006 17:14:39">
   <rdf:RDF xmlns:rdf="http://www.w3.org/1999/02/22-rdf-syntax-ns#">
      <rdf:Description rdf:about=""
            xmlns:xap="http://ns.adobe.com/xap/1.0/">
         <xap:ModifyDate>2007-08-15T13:48:39-04:00</xap:ModifyDate>
         <xap:CreateDate>2007-08-15T13:46:27-04:00</xap:CreateDate>
         <xap:MetadataDate>2007-08-15T13:48:39-04:00</xap:MetadataDate>
         <xap:CreatorTool>PScript5.dll Version 5.2</xap:CreatorTool>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:dc="http://purl.org/dc/elements/1.1/">
         <dc:format>application/pdf</dc:format>
         <dc:title>
            <rdf:Alt>
               <rdf:li xml:lang="x-default">Full page fax print</rdf:li>
            </rdf:Alt>
         </dc:title>
         <dc:creator>
            <rdf:Seq>
               <rdf:li>Bob</rdf:li>
            </rdf:Seq>
         </dc:creator>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:xapMM="http://ns.adobe.com/xap/1.0/mm/">
         <xapMM:DocumentID>uuid:91c5dcd2-2a76-4d4d-9baf-
ae5d4e4eebce</xapMM:DocumentID>
         <xapMM:InstanceID>uuid:490be9cf-5a57-436f-8513-
d00986b312e1</xapMM:InstanceID>
      </rdf:Description>
      <rdf:Description rdf:about=""
            xmlns:pdf="http://ns.adobe.com/pdf/1.3/">
         <pdf:Producer>Acrobat Distiller 8.0.0 (Windows)</pdf:Producer>
      </rdf:Description>
   </rdf:RDF>
</x:xmpmeta>
```

```
<?xpacket end="w"?>
endstream
endobj
xref
86 3
0000193435 00000 n
0000193496 00000 n
0000193596 00000 n
90 1
0000193706 00000 n
92 1
0000193917 00000 n
101 5
0000194019 00000 n
0000194215 00000 n
0000194313 00000 n
0000194391 00000 n
0000194556 00000 n
107 4
0000194760 00000 n
0000195294 00000 n
0000195382 00000 n
0000195716 00000 n
112 5
0000195946 00000 n
0000196211 00000 n
0000196407 00000 n
0000196505 00000 n
0000196583 00000 n
119 1
0000196748 00000 n
121 1
0000197282 00000 n
124 4
0000197616 00000 n
0000197879 00000 n
0000198681 00000 n
0000199100 00000 n
trailer
<</Size 128/Root 92 0 R/Info 90 0
R/ID[<2D0204787FCC984C88D528D9B861F13C><D1A6659A333B43479822D6D3E24F5A76>
]/Prev 116 >>
startxref
202829
%%EOF
```