UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

THE ESTATE OF YARON UNGAR by and through
its Administrator, DAVID STRACHMAN; DVIR
UNGAR, minor, by his guardians and next friends,
YISHAI UNGAR, minor, by his guardians and next
friends, PROFESSOR MEIR UNGAR, JUDITH
UNGAR, individually and in their capacity as legal
guardians of Plaintiffs DVIR UNGAR and YISHAI
UNGAR; RABBI URI DASBERG, and JUDITH
DASBERG, in their capacity as legal guardians of
Plaintiffs DVIR UNGAR and YISHAI UNGAR;
AMICHAI UNGAR; DAFNA UNGAR; and
MICHAL COHEN,

Civil Action No. 07 CV 2572
(CM) (LMS)


**SUPPLEMENTAL
DECLARATION OF ROBERT
J. TOLCHIN, ESQ.**

Plaintiffs / Judgment-Creditors,

-against-

ORASCOM TELECOM HOLDING S.A.E.

Defendant / Garnishee.

-------------------------------------------------------------------- X


     **ROBERT J. TOLCHIN**, pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

     1.     I am an attorney licensed to practice law in the State of New York, and am a member of the Bar of this Court. I am one of the attorneys representing the plaintiffs herein.

     2.     Inadvertently, several exhibits that should have been filed under seal were not. A procedure has been followed to have those documents sealed.

3.      However, three of those exhibits have only been designated by the defendants as partially confidential, and accordingly filing them completely under seal would be inappropriate. Those exhibits were Exhibits 12, 13 and 14 to my earlier declaration dated August 15, 2007 (docket item 15), the depositions of Naguib Sawiris (Ex. 12), Aldo Mareuse (Ex. 13) and Emad Farid (Ex. 14).

4.      Accordingly, these three exhibits being re-filed herewith with the portions designated as confidential redacted out. Annexed hereto are:

Exhibit 12-R  -      Redacted deposition transcript of Naguib Sawiris.

Exhibit 13-R  -      Redacted deposition transcript of Aldo Mareuse.

Exhibit 14-R  -      Redacted deposition transcript of Emad Farid.

5.      This filing should not be construed as an agreement by the plaintiffs that the designation of any particular exhibit as confidential by the defendant was appropriate.

Dated: New York, New York
       August 27, 2007

ROBERT J. TOLCHIN

1

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF NEW YORK
 2    ------------------------------------x

 3    YARON UNGAR,

 4                   Plaintiff,

 5              -against-                        Index No.
                                                05521/05
 6
      PALESTINIAN AUTHORITY,
 7
                   Defendant.
 8
      ------------------------------------x
 9

10

11              DEPOSITION of NAGUIB SAWIRIS, a

12    Non-Party Witness, taken pursuant to Subpoena,

13    held at the law offices of WHITE & CASE, LLP,

14    1155 Avenue of the Americas, New York, New

15    York, on March 15, 2007, commencing at 8:12

16    a.m., before Jessica R. Berman, a Shorthand

17    Reporter and Notary Public within and for

18    the State of New York.

19

20

21

22

23              REINIG REPORTING, INC.
                192 Lexington Avenue
24                   Suite 1004
                New York, New York   10016
25                 (212) 684-7298
```

REINIG REPORTING, INC., (212) 684-7298

2

```
 1    A P P E A R A N C E S:

 2

 3    JAROSLAWICZ & JAROS, ESQS.
      Attorneys for Plaintiff
 4        110 William Street
          New York, New York  10038
 5
      BY: ROBERT TOLCHIN, ESQ.
 6

 7
      WHITE & CASE, LLP
 8    Attorneys for Defendant
          701 Thirteenth Street, NW
 9        Washington , DC   20005

10    BY: NICOLE E. ERB, ESQ. (In New York)

11

12    CHRISTOPHER CURRAN, ESQ. (In Cairo Via Sattelite)
      Attorney for the Witness
13

14    TAMER MAHMOUD, ESQ. (In Cairo Via Sattelite)

15

16    ALSO PRESENT:

17    Amr El Bayoumi, Esq.
      General Counsel for Orascom Telecom Holding
18        (Via Sattelite)

19

20

21

22

23

24

25
```

3

1          IT IS HEREBY STIPULATED AND AGREED by

2      and between counsel for the respective parties

3      hereto that all rights provided by the C.P.L.R.,

4      and Part 221 of the Uniform Rules for the Conduct

5      of Depositions, including the right to object to

6      any question, except as to the form, or to move to

7      strike any testimony at this examination, are

8      reserved; and, in addition, the failure to

9      object to any question or to move to strike

10     testimony at this examination shall not be a

11     bar or waiver to make such a motion at, and

12     is reserved for, the trial of this action.

13         IT IS FURTHER STIPULATED AND AGREED that

14     this examination may be signed and sworn to

15     by the witness being examined, before a

16     Notary Public other than the Notary Public

17     before whom this examination was begun, but

18     the failure to do so, or to return the original

19     Of this examination to counsel, shall not be

20     deemed a waiver of rights provided by Rules

21     3116 and 3117 of the C.P.L.R. and shall be

22     controlled thereby.

23         IT IS FURTHER STIPULATED AND AGREED that

24     the filing of the original of this examination

25     shall be and the same is hereby waived.


REINIG REPORTING, INC., (212) 684-7298

4

```
 1     N A G U I B   S A W I R I S,  having been

 2                    first duly sworn by a Notary within

 3                    and for the State of New York, was

 4                    examined and testified under oath as

 5                    follows:

 6

 7     EXAMINATION BY

 8     MR. TOLCHIN:

 9          Q    Good morning, Mr. Sawiris, or

10     good afternoon.  Can you hear me, sir?

11          A    Yes, very good.

12               MR. TOLCHIN:  Mr. Curran, it is

13          very quiet on this end, Mr. Sawiris's

14          speech.  Perhaps the microphones can

15          be moved closer or whatever measures

16          you took yesterday to make it louder.

17               MR. CURRAN:  Would you like him

18          to say good afternoon again?

19               MR. TOLCHIN:  That would be

20          great.

21               THE WITNESS:  Good afternoon

22          again.

23               MR. TOLCHIN:  Thank you.  That

24          is better.  Isn't it Nicole?

25               MS. ERB:  Yes.
```

5

```
 1                    N. Sawiris

 2          Q    Mr. Sawiris, thank you for

 3      coming.  We will try to make this as quick

 4      as possible.

 5               Could you summarize for me your

 6      educational background?

 7          A    I went to a German school in

 8      Cairo here.  I graduated from the German

 9      school and then went to an engineering,

10      technical engineering in Cairo at the same

11      time when I was finishing my school.  Then I

12      went into the Swiss Federal Polytechnic

13      Institute, something like the MIT in the

14      States, called ETH.  I graduated there with

15      a mechanical engineering degree, which

16      equals a bachelor in, let's say, industrial

17      management.  It is like industrial

18      management.  It is a mix of engineering and

19      management.

20          Q    Was that ETH or ATH?

21          A    ETH.  In German it's

22      Eidgenossische Technische Hochschule.

23          Q    We'll spare the court reporter,

24      but that is E like elephant, correct?

25          A    Okay, yes, E and T, like
```

6

```
 1                    N. Sawiris
 2    technology, and H, like house.
 3         Q    Great.  Was that the end of your
 4    formal education?
 5         A    Yes, sir.
 6         Q    What year was it that you
 7    finished your formal education?
 8         A    I think '79.
 9         Q    What have you been doing since
10    1979?  Again, just a summary.
11         A    I came back from school.  My
12    father was a successful businessman, so I
13    didn't want to join with him because I was
14    very eager to prove myself.  So, I started a
15    small trading company with a friend of mine
16    for two years.  We were doing quite well.
17              During that period, my father was
18    asking me to help him in his own business,
19    so he kept on luring me to join him.  And as
20    I was doing very well and I established
21    myself, I then started working with him.  I
22    went into -- what I started -- I wanted to
23    start my own division in his company.  I
24    started with the railway business, or rather
25    I was working with the railways and then I
```

7

```
 1                    N. Sawiris
 2    started an IT business which developed later
 3    on into the Telecom.
 4         Q    When did you start working with
 5    Telecom?
 6         A    Telecom, I think around seven
 7    years or eight years.  I think 1996, 1997,
 8    something in between these two years.
 9         Q    Since you have been working in
10    the Telecom area, what company or companies
11    have you worked with?
12              MR. CURRAN:  Objection,
13         overbroad.
14              The witness may answer the
15         question.
16         A    I started -- Telecom I started
17    actually working with Hewlett Packard.
18         Q    With Hewlett Packard?
19         A    Yes, with Hewlett Packard.  We
20    were selling P.C.s and some computers in the
21    beginning.  And we worked also with Lucent
22    at that time.  The name was actually AT&T,
23    then changed to Avia and then Lucent, to
24    selling P. Alexis (phonetic).  And we were
25    working with -- these were the two most
```

8

```
 1                    N. Sawiris

 2      important companies.  I think Microsoft,

 3      also Oracle.  This is all on the IT side.

 4      This is before I went into the Telecom.

 5      When I went to the Telecom, actually I

 6      worked with the French Telecom, who were my

 7      partners in the joint venture, and then of

 8      course we worked with many suppliers,

 9      Alcatel, Siemans --

10           Q    Alcatel, A-L --

11           A    Alcatel is the company that just

12      merged with Lucent.  It is a French, the

13      biggest French manufacturer of equipment

14      called Alcatel, very well known.

15           Q    Mr. Sawiris, perhaps I should

16      have explained this at the beginning.  This

17      woman sitting beside me is the court

18      reporter and she is writing down every word

19      you say.  And some things that may seem

20      obvious to you, she needs to know how to

21      spell them.  So, especially names of

22      companies and people, if I interrupt and ask

23      you to confirm the spelling, I would

24      appreciate it.

25           A    Okay.  I am not the best speller
```

9

```
 1                         N. Sawiris
 2      in the world, but I will try to be accurate.
 3           Q     Neither am I.
 4           A     A-L-C-A-T-E-L.
 5           Q     Thank you.
 6                 Sir, did you at some point start
 7      a company called Orascom Telecom Holding?
 8           A     Yes, of course.
 9           Q     When did you start that company?
10           A     I would say, you know, somewhere
11      between '98, '99, something like that.
12           Q     What countries are you a citizen
13      of, sir?
14           A     What countries is what, sorry?  I
15      didn't hear you.
16           Q     From what countries do you hold
17      citizenship?
18           A     I hold the citizenship of the USA
19      and Egypt.
20           Q     Where were you born?
21           A     In Egypt here, 1954.
22           Q     How did you get U.S. citizenship?
23           A     I was working in Washington, D.C.
24      for a couple of years previous to my Telecom
25      venture in D.C. in the Orascom, which was
```

10

```
 1                    N. Sawiris
 2      working with IT and stuff like that.  So,
 3      while I was there, I had a green card and
 4      then the green card developed into my
 5      citizenship.
 6           Q    In what year did you get U.S.
 7      citizenship?
 8           A    I think if you have my passport,
 9      copy of my passport, it should be there.
10      But I want to just say that my memory is not
11      very strongest in these things, but I think
12      roughly I have been a U.S. citizen now
13      since -- as I had to actually extend my
14      passport one time already, though I didn't
15      have to extend my passport, so it is seven
16      years.  Might be five or six years already.
17           Q    So you have only been a U.S.
18      citizen for about five or six years; is that
19      correct?
20           A    Yes, sir.
21           Q    You said I could look at your
22      passport.  Would it be correct that you
23      became a United States citizen at around the
24      same time as your passport was issued?
25           A    It could be the same year or
```

```
 1                    N. Sawiris
 2    within the same months, yes.
 3         Q    Is there a company called Orascom
 4    U.S.A.?
 5         A    No.  There is a company called
 6    Contrack International, and when it started
 7    in the '86, '87, it used to be called
 8    Contrack of America, Inc.
 9         Q    Contrack is C-O-N-T-R-A-K?
10         A    C-O-N-T-R-A-C-K, like track.
11         Q    Oh, Contrack.
12              You said the other company was
13    called Orascom of America?
14         A    Yes.
15         Q    What is --
16         A    Originally it was Orascom of
17    America and then the name changed to
18    Contrack International.
19         Q    Orascom of America and Contrack
20    International are the same company?
21         A    Yes.
22         Q    What was the purpose of creating
23    Orascom of America?
24         A    No, it was going into the
25    construction and export business out of the
```

12

```
1                    N. Sawiris

2     U.S.A. because we were working out of Egypt

3     and trying to solicit business here and then

4     we thought that it's better to start from

5     the other end because it would make our jobs

6     easier because at that time, as I said, I

7     was working in IT and we were supplying

8     hardware and software to our market here, so

9     we thought it's better if we had an office

10    in the States.

11         Q    Sir, you just used the word "we."

12    You said, "We thought it's better."  Who is

13    the "we" that you are referring to?

14         A    No, at that time it was a family

15    business, so all our family members were in

16    the company and my father and my brother and

17    myself.  I then went out of that company and

18    went into the Telecom.

19         Q    Is there any connection between

20    Orascom of America, or Contrack, and Orascom

21    Telecom Holding?

22              MR. CURRAN:  Objection, vague.

23              The witness may answer.

24         A    That is okay.  There is no

25    connection.
```

13

```
 1                    N. Sawiris
 2           Q    You also mentioned earlier, again
 3      you said, "We were working with Microsoft,
 4      Oracle, Hewlett Packard."  Who was the "we"
 5      that you were referring to?
 6           A    Let me explain something that
 7      will make it easier for you.
 8                Before we split into Orascom
 9      Telecom Holding, we used to have one
10      company, which was all the family, and then
11      this company was split into three main
12      activities.  One was construction, which
13      went to my little brother, and one was
14      development of tourism, which went to my
15      middle brother, and the Telecom, which is
16      Orascom Telecom Holding, went to me.
17                So, that was the -- so, the "we"
18      was the family, and the family split the
19      companies and the assets based on the
20      activity that each brother was handling.
21           Q    Before the split of those three
22      companies that you just described, were
23      those three lines of business part of one
24      big company?
25           A    Yes, sir.
```

14

```
1                    N. Sawiris

2           Q    What was the name of that

3      company?

4           A    Orascom.

5           Q    Just Orascom?

6           A    Yes.

7           Q    No incorporated, SA, LLC,

8      whatever?

9           A    No, it was Orascom, and it is an

10     Egyptian company.  I don't think you have

11     the same legal entity exactly in the States.

12     It is called Orascom Onsi Sawiris & Co.

13     Onsi Sawiris is my father.

14          Q    Onsi is O-N-S-I?

15          A    Yes.

16          Q    And Sawiris is like your name?

17          A    Yes, exactly, yes.

18          Q    So, Orascom Onsi Sawiris & Co.?

19          A    Yes.

20          Q    I didn't mean to cut you off, sir.

21     Did you want to add anything else?

22          A    No, I am done.  No, it is just

23     that this is the name you asked me about,

24     the name of the company, and I said it was

25     Orascom and under this we write Onsi Sawiris
```

```
 1                    N. Sawiris
 2     & Co.  It is a kind of a liability company.
 3          Q    Kind of what?
 4          A    I don't know the exact term in
 5     the States, but in Egypt it is like a fully
 6     liability, not limited liability.  You know,
 7     limited liability?
 8          Q    Right.
 9          A    This is a full liability.
10          Q    Meaning that the individual
11     partners, that the people in the business
12     are liable for things?
13          A    Yes.  I mean the main partner,
14     which is the one with the name, which is my
15     father, Onsi Sawiris & Co.  So, the main
16     partner, which is my father, is the liable
17     one.  And then we have other partners who
18     would not be liable.  But it is not like a
19     shareholder's agreement.  It is a type of a
20     company that is specific in Egypt here.
21          Q    Is it similar, if you know, to a
22     limited partnership?
23          A    No, because in a limited
24     partnership the partners are not liable.
25     This is a very strong type of a company in
```

16

```
1                      N. Sawiris

2      Egypt.  It wasn't the strongest because you

3      are liable to own what you own for the

4      actions of the company.  So, my father was

5      liable to own the ownership.  It gives a

6      very strong message to the banks and stuff

7      like that.

8           Q    At what time, when was it that

9      you divided Orascom Onsi Sawiris & Co. into

10     the three different companies you described

11     a few minutes ago?

12          A    I think it's at the same day when

13     we initiated the Orascom Telecom Holding and

14     so on.  It will be that time.

15          Q    When was that?

16          A    I think I said '99, 2000,

17     something like that.

18          Q    For how many years were you a

19     resident of the United States?

20          A    I think from '85 to the year

21     2001.

22          Q    From 1985 to 2001?

23          A    Yeah.  I have to tell you to

24     look -- I am not very good with the dates,

25     you know.  So, I would rather -- I would say
```

17

```
 1                    N. Sawiris
 2     at least -- I know that I was at least five
 3     or six years.
 4          Q    Were you living in the United
 5     States or in Egypt at the time that --
 6          A    No, I was going --
 7          Q    Let me finish the question.
 8          A    Sorry, go ahead.
 9          Q    There's is two things.  Number
10     one, I think this equipment only works one
11     way at a time.  And also, the court reporter
12     can only write down what one person is
13     saying at a time.
14          A    Okay.
15          Q    Were you living in the United
16     States or in Egypt or somewhere else at the
17     time that you started Orascom Telecom
18     Holding?
19          A    No, I was living in Egypt.
20          Q    You testified that Orascom
21     Telecom Holding was started sometime in 1999
22     or 2000, correct?
23          A    Around, yes, around 2000, yes.
24          Q    So, does that help you pin down
25     in your mind when you resided in the United
```

18

```
 1                    N. Sawiris
 2     States?
 3          A    No, I know that I resided in the
 4     United States between 1986 up to, you know,
 5     '99, something like that, because I
 6     wasn't -- I never really left -- I was going
 7     back and forth, you know, but I moved
 8     completely to Egypt when I started the
 9     Telecom business, which was in the year, I
10     think, '97, with Mobinil, and then the
11     establishment of Orascom Telecom Holding in
12     '99, 2000.
13          Q    Mobinil is M-O-B-I-N-I-L?
14          A    Yes.
15          Q    When did you start Mobinil?
16          A    Mobinil I think, again, '96, '97.
17          Q    What is Mobinil?
18          A    Mobinil is the local mobile
19     company here in Egypt.  It is the company
20     who started with France Telecom and who
21     holds the first license this Egypt.
22          Q    Was Mobinil your first venture in
23     the cellular telephone business?
24          A    Yes, sir.
25          Q    You started Mobinil as part of
```

19

```
 1                    N. Sawiris

 2    Orascom Onsi Sawiris & Co.?

 3         A    When we started, I think, yes,

 4    and then we moved it into the Telecom

 5    Holding.

 6         Q    After you started the Telecom

 7    Holding, correct?

 8         A    Yes.

 9         Q    That was a year or two later?

10         A    Yes.

11         Q    In order to become a United

12    States citizen, you had to live in the

13    United States for five years, correct?

14              MR. CURRAN:  Objection, calls

15         for a legal conclusion.

16              The witness can answer.

17         A    I don't remember what the

18    criteria was, but I know that I have been

19    there and I fulfilled them.  You should know

20    better.

21         Q    I am just trying to figure out

22    when was the five-year period that you lived

23    in the United States.

24         A    I think it was from '86 to '90 --

25    somewhere between '86 and 1993.
```

20

```
1                    N. Sawiris
2          Q    And then you remained a green
3   card holder until just five or six years ago?
4          A    I remained a green card holder
5   until I was issued the passport.  So, you
6   can take the date of the passport issuing as
7   relatively the same month I got the
8   citizenship.
9
```

1                    N. Sawiris



7        Q    When you lived in the United

8    States, where did you live?

9        A    Washington, D.C.

10        Q    Did you have an apartment there

11    or a house?

22

1                          N. Sawiris

2

7          Q    Sir, did you enter the United

8     States on April 20th or April 29, 2003?  The

9     reason I say 20th or 29th is that the date

10    stamp in your passport is not particularly

11    legible.

12         A    In all honesty, I am not the kind

13    of person that if you ask me, Where were you

14    on, let's say -- now we are in March; today

15    is March 15th.  If you ask me, Where were

16    you on March 2nd?, I wouldn't even know.  I

17    am not very good at that.

18              But the passport stamp should

19    show the date I entered, you know.  So, I

20    can't really answer with accuracy, and I

21    don't want to give you a wrong answer.

22         Q    Sir, your United States passport,

23    just to move back for a moment, was it

24    issued on April 9, 1997?

25         A    I don't have my passport now, but

REINIG REPORTING, INC.,  (212) 684-7298

1                    N. Sawiris

2      if you have a copy of the passport and the

3      date of issue is there, it could be quite --

4      it seems to me correct.

5          Q    That would mean you have been a

6      United States citizen for at least ten

7      years, correct?

8              MR. CURRAN:  Objection as to

9              mathematics, but the witness can

10             answer.

11         A    Yes, the passport was issued in

12     1997.  Then I am a U.S. citizen for ten

13     years, nine years.

14         Q    It was actually April of 1997, so

15     it's almost ten.

16             Sir, from 2003 until today, did

17     you come to the United States -- did you

18     make any trip to the United States that was

19     only for personal reasons; in other words,

20     no business purpose?

21         A    Yes, I think one time my wife

22     wanted to go to New York, and we went just

23     for the fun of it.

24         Q    When was that that you came to

25     New York with your wife just for the fun of

24

1                    N. Sawiris

2     it?

3          A     You know, as I said, I am not

4     very good at that.  But, let's say, if you

5     saw me in one year, let's say, more than two

6     visits, then it should be the year where I

7     had more than two visits, because I have no

8     reason to go to the United States more than

9     that because this is the maximum amount of

10    the road show we do.

11              So, if there is a year where you

12    see three entries, then it must have been

13    this year where there is a third entry or

14    something like that.  If not, it has to be

15    one of these two years.  I can make it more

16    simpler -- sorry, go ahead.

17         Q     According to your passport, sir,

18    you entered the United States once in 2003,

19    once in 2006, and three times in 2005.

20         A     That would be then the year when

21    my wife came with me, yes.

22         Q     Those three entries in 2005 were

23    in April, May and October.

24              Do you know which one of those

25    was your personal trip?

```
 1                          N. Sawiris

 2          A     No, but it's easy to be checked

 3     because if you -- as I know, you have been

 4     following our road shows very carefully, so

 5     you might have the dates of the road shows,

 6     and the one date that doesn't coincide with

 7     that would be the date where I went for a

 8     personal visit.

 9          Q     But you don't know --

10          A     No, I don't have --

11          Q     You don't know if it was the

12     spring, summer or autumn?

13          A     No, I think it was summer.  Most

14     probably the May date, I would say.  But

15     don't hold me on that.  As I said, it is not

16     my strength to know.  I can just answer as

17     good as I can.

18          Q     Are you familiar with somebody

19     named Hatim El Gammal?

20          A     Yes, he works with me.  He is the

21     investor relations person in the company.

22          Q     Mr. El Gammal provided us a sworn

23     statement in writing in which he said that

24     you came to the United States in March of

25     2004.  That is not reflected in your
```

26

```
 1                    N. Sawiris
 2    passport.  Can you explain that?
 3         A    I don't know.  Maybe it was not
 4    stamped or anything.  I am not even sure I
 5    was there.  Maybe his memory wasn't correct.
 6    I don't know.  Could be either/or.
 7         Q    I am sorry?
 8         A    I said it could be either/or.
 9    Either he is right and my passbook was not
10    stamped, or he is mistaken, you know.
11         Q    Do you recall attending a HSBC
12    road show in or around March of 2004?
13         A    No.
14         Q    Mr. El Gammal also stated under
15    oath that you came to the United States with
16    him in June of 2006.  Again, that is not
17    reflected in your passport.
18              Do you recall having come to the
19    United States in June of 2006 with Mr. El
20    Gammal?
21         A    Was it a conference in Laguna
22    Beach, a Merrill Lynch conference?
23         Q    According to Mr. El Gammal, it
24    was a HSBC conference.
25              MR. CURRAN:  I want to caution
```

27

```
 1                    N. Sawiris
 2          the witness the fact that someone else
 3          said it was in connection with the
 4          Merrill Lynch conference, doesn't mean
 5          that was the case.
 6          A    I remember -- what I remember is
 7   if it was in June, I would remember that I
 8   was in the United States on the West Coast
 9   in a Merrill Lynch road show.  That would be
10   quite possible.
11          Q    You know Mr. Aldo Mareuse, don't
12   you?
13          A    I know who, please?
14          Q    Aldo Mareuse.
15          A    Aldo Mareuse, yes, I know him,
16   yes.
17          Q    He testified yesterday that in
18   June of 2006, there was a -- that there was
19   a road show or a conference with Merrill
20   Lynch in Laguna Beach, and there was also a
21   road show in New York around the same time.
22               Did you attend either of those?
23          A    That's what -- I just said that.
24   I said I attended one in Laguna Beach.  That
25   confirms my previous statement that I was in
```

```
 1                    N. Sawiris

 2    Laguna Beach in the summer.

 3          Q    Do you have an understanding of

 4    why your entry to the United States in June

 5    of 2006 does not appear to have been

 6    recorded in your passport that you provided

 7    to us?

 8          A    No, I don't.  But let me tell you

 9    that my passport -- my business is to travel

10    so much.  It has so many stamps, so maybe

11    one of the stamps got over the other stamp.

12          You said you had difficulty

13    reading some of the dates, so maybe the date

14    is there but it has not been seen because it

15    has been overstamped many times.

16          You know, U.S. passports are very

17    thin, and more or less if you are a heavy

18    traveller, you end up with very little space

19    on your passport and you get overstamped,

20    you know.

21          But I can recall that I have been

22    in Laguna Beach in 2006, and it is very

23    difficult to get, to fly into the United

24    States and not be stamped the passport, so I

25    believe the most probable cause will be that
```

29

```
 1                    N. Sawiris
 2     there was many stamps in the passport.
 3          Q    Do you ever enter the United
 4     States using a passport other than your U.S.
 5     passport?
 6          A    No, sir.
 7          Q    Other than your United States
 8     passport, do you have any other passports?
 9          A    I have an Egyptian passport.
10          Q    But you don't use that for coming
11     to the United States?
12          A    No, sir.
13          Q    You remember the Laguna Beach
14     conference?
15          A    Yes, sir.
16          Q    What did you do at that
17     conference?
18          A    It is a road show.  We go and
19     explain to all the investors coming from all
20     over the world our company, what our company
21     is doing, what is the performance of the
22     company, and in the past year what is the
23     strategy.  They ask questions and we answer
24     on the various activities and our various
25     numbers.
```

```
 1                    N. Sawiris

 2          Q    Sir, in April of 2003, your

 3    passport reflects that you came to the

 4    United States.  Do you remember anything

 5    about what you did during that visit?

 6          A    No.  I would say that most

 7    probably it was also a road show.  I have no

 8    other business in the United States except

 9    these road shows, you know.

10          Since I started my Telecom

11    activity, I only do this Telecom and I have

12    no other business except the road shows.  I

13    am also a -- recently, since I think around

14    three years, I have been appointed as an

15    advisor on the New York Stock Exchange.  And

16    besides that, I have no other business in

17    the United States.

18          So, the only reason I would come

19    to the United States is either for a road

20    show or also when I have the advisory, both

21    of the New York Stock Exchange, and this is

22    usually in October and not in April.

23          Q    About that April 2003 visit, this

24    might help you remember something.

25    According to Mr. Mareuse's passport, he
```

```
 1                    N. Sawiris

 2      entered the United States on April 9th of

 3      2003, which would have been a couple of

 4      weeks before you arrived.

 5                    When you came to the United

 6      States, did you and Mr. Mareuse do something

 7      here?

 8           A    I don't remember, you know, but,

 9      as I had said, I repeat, I have no reason to

10      come to the United States except for either

11      pleasure or the -- my New York Stock

12      Exchange advisory or a road show.

13           Q    Did you come to the United States

14      in April of 2003 for something that had to

15      do with Orascom's GDR program?

16           A    No, sir.

17           Q    In October 2005, specifically

18      October 14, 2005, you came to the United

19      States.  We are not aware of a road show at

20      that time.  Do you know what the purpose of

21      your visit was?

22           A    I would guess it is the New York

23      Stock Exchange advisory board.

24           Q    Would that be the same answer for

25      October 25, 2006?
```

```
 1                      N. Sawiris

 2         A     Yes, sir.

 3         Q     When you came to the United

 4    States on those two dates in October '05 and

 5    '06 in connection with the stock exchange

 6    advisory board, what did you do while you

 7    were here?

 8              MR. CURRAN:  I object on

 9              foundation.  I think technically it is

10              an advisory committee to the New York

11              Stock Exchange.

12              MR. TOLCHIN:  I just used the

13              witness's words.

14              MR. CURRAN:  The witness may

15              answer the question.

16         A     I attended the advisory board.

17    You know, usually they get some people from

18    the State Department and like that.  We talk

19    about the world, what is happening in the

20    world, and specifically I am always asked to

21    report on my area of the world.  So I tell

22    them what is happening in the Middle East

23    and how the Middle East is developing and so

24    on.  That's all I report on.

25              I might have gone to dinner the
```

```
 1                    N. Sawiris
 2      in the evening.  We have a big dinner
 3      associated with the event, and that is it.
 4      And I stay in my hotel, I walk in Manhattan,
 5      I enjoy the shopping, and that is it.
 6           Q    How did you get to be on that
 7      stock exchange advisory committee or board?
 8                MR. CURRAN:  Objection, lacks
 9           foundation.
10                The witness may answer.
11           A    When the -- the stock exchange is
12      very interested to have people come and
13      listen at the New York Stock Exchange, and
14      they are also very interested to have people
15      of the region advise them on what is
16      happening in the different regions
17      economically speaking.  And as we are
18      running one of the successful entities in
19      the Middle East, I think this would have
20      been what the selection criteria is based
21      on, the success of the company I lead and my
22      knowledge of the Middle East.
23           Q    By the way, I should have asked
24      you a moment ago, do you have more than one
25      United States passport?
```

34

```
 1                    N. Sawiris
 2          A    No, sir.
 3          Q    Did you ever report your U.S.
 4     passport lost or stolen?
 5          A    No, sir.
 6          Q    Do you have any memory of Orascom
 7     participating in a road show in New York in
 8     2003?
 9          A    I think there was a Lehman
10     Brothers conference.  I think we
11     participated with that.
12          Q    Do you know when that Lehman
13     Brothers conference was, approximately?
14          A    It would be somewhere between
15     March and June-something.  It was like
16     spring, summer.
17          Q    Could that be what you were
18     coming to the United States in April of 2003
19     for?
20          A    Yes, sir, might be, yes.
21          Q    Other than yourself and Mr.
22     Mareuse and Mr. El Gammal and Mr. Farid and
23     -- I am repressing the name.  Other than
24     those individuals and Mr. Michael Martin,
25     have any other Orascom personnel come to the
```

```
1                    N. Sawiris
2        United States in connection with Orascom's
3        business in the last six years?
4                    MR. CURRAN:  Objection, lacks
5                foundation, overbroad.
6                    The witness can answer.
7        A    Maybe.  I am not sure, but maybe
8        there was a conference or something.  I am
9        not sure, but it is quite probable.  I don't
10       know.  France is such a big country, you
11       know.  Sometimes they have seminars or
12       conferences, you know.  I can't -- I would
13       not imagine that nobody went.  Maybe someone
14       went.  I don't know exactly.
15       Q    Other than those individuals who
16       I named, did any Orascom personnel come to
17       New York State in the last six years in
18       connection with Orascom Telecom Holding's
19       business?
20       A    Sir, we employ $24,000 people in
21       this organization, so you can be -- it is
22       very probable that some of them went.  I am
23       not tracking every single employee, and I
24       don't tell people where to go or where not
25       to go.  I am not aware of their traveling
```

36

```
 1                    N. Sawiris
 2      habits.  Maybe they going to vacation, maybe
 3      they would go -- but I cannot imagine that a
 4      large corporation like Orascom, like ours,
 5      does not have people who went to the United
 6      States besides the names you said.  My
 7      correct answer would be it is quite
 8      probable, yes.
 9           Q     Sir, how many people are employed
10      by Orascom Telecom Holdings?
11           A     Well, we have 160 people in the
12      holding here, but around 160 people.  The
13      subsidiaries, each subsidiary has a couple
14      of thousand.
15           Q     But speaking specifically about
16      Orascom Telecom Holding, do you know whether --
17           A     If we include the subsidiary -- I
18      don't see the lady who is writing.  She is
19      not there?
20                    (Thereupon, a discussion was
21             held off the record.)
22           A     The number is around 19,000
23      employees if you include the subsidiary
24      employees.
25           Q     I appreciate that, sir.  I am
```

```
 1                    N. Sawiris
 2    asking you about the Orascom Telecom Holding
 3    only.
 4         A    I think I already answered that,
 5    but I am happy to answer it again.  160
 6    people.
 7         Q    Right.  I appreciate that, too.
 8              My question is:  Of those 160 or
 9    so people, did any of them, other than the
10    ones I named specifically, come to the
11    United States in the last six years for
12    business reasons?
13              MR. CURRAN:  For business
14         reasons related, of course, to Orascom
15         Telecom Holding?
16              MR. TOLCHIN:  Yes.
17         A    I don't know, but as I said, it
18    is also probable, you know.
19         Q    Do you believe, sir, that Orascom
20    Telecom Holding would have records someplace
21    as to the visits to the United States by its
22    employees for Orascom Telecom Holding's
23    business?
24         A    I guess.  It should be the case
25    because you have to buy a ticket.  And as
```

```
 1                    N. Sawiris
 2    they charge the ticket to the company, we
 3    must have a record of that.  It was the
 4    case, yes.
 5         Q    So, if any Orascom Telecom
 6    Holding's employee came to the United States
 7    for business, Orascom Telecom Holding would
 8    pay for their air fare and hotel and related
 9    expenses, correct?
10         A    Correct, unless they are invited
11    by someone.
12         Q    But whatever isn't paid for by
13    whoever invites them, Orascom Telecom
14    Holdings would pay for it?
15              MR. CURRAN:  Objection, asked
16         and answered.
17         Q    Is that correct, sir?
18         A    I am sorry, I didn't understand
19    what you said.
20              MR. CURRAN:  Can we have that
21         question again, please?
22              (Thereupon, the record was read
23         back by the reporter as recorded above.)
24              THE WITNESS:  Yes.
25         Q    Do you know an individual named
```

39

```
 1                    N. Sawiris

 2      Achmed Halawa?

 3           A    Yes.

 4           Q    That's H-A-L-A-W-A.

 5                Who is Achmed Halawa?

 6           A    He works in our finance

 7      department; he does our budgeting.

 8           Q    Do you know whether Mr. Halawa

 9      has visited the United States in the last

10      seven years?

11           A    No.

12           Q    No, you don't know or no, he

13      hasn't?

14                MR. CURRAN:  Objection,

15           overbroad.

16                The witness can answer.

17           A    No, I don't know.

18           Q    Do you know Mr. Amr, A-M-R,

19      Abaza, A-B-A-Z-A?

20           A    Yes, sir.

21           Q    Who is he?

22           A    He is our treasurer.

23           Q    Do you know whether he has

24      visited the United States in the past seven

25      years?
```

40

```
 1                    N. Sawiris

 2                    MR. CURRAN:  Objection,

 3          overbroad.

 4                    The witness can answer.

 5          A    I don't track everybody, sir, you

 6    know, I don't know.

 7          Q    Do you know Mr. Amr, A-M-R, El

 8    Bayoumi, E-L, B-A-Y-O-U-M-I?

 9          A    No.  Who is this guy?  He is

10    sitting next to me.  He's my lawyer.  Yes, I

11    know him.

12          Q    Hello, Mr. El Bayoumi.

13                What is his job?

14          A    Besides serving coffee and tea,

15    he is our corporate lawyer.

16          Q    Do you know whether Mr. El

17    Bayoumi has visited the United States in the

18    past seven years?

19                    MR. CURRAN:  Objection,

20          overbroad.

21                    The witness may answer to the

22          extent it doesn't disclose the

23          substance of attorney-client

24          communications.

25
```

41

1                         N. Sawiris



42

```
 1                    N. Sawiris

 2

 6           Q     Let me ask you specifically:  Did

 7    Mr. El Bayoumi come to the United States to

 8    receive training relating to Orascom Telecom

 9    Holding's GDR program?

10           A     I don't know and he might.  I

11    don't know.

12           Q     Who is Karim, K-A-R-I-M, Nasr,

13    N-A-S-R?

14           A     Karim Nasr is working in the

15    international financing of our company, and

16    he is a resident in France right now.

17           Q     Do you know whether Mr. Nasr came

18    to the United States in connection with

19    Orascom Telecom Holding's business in the

20    last seven years?

21                MR. CURRAN:  Same objection as

22           to the vagueness of the term business.

23                The witness may answer.

24           A     As I said, you know, he might.  I

25    don't know if he did or not.
```

43

```
 1                    N. Sawiris
 2              MR. CURRAN:  Mr. Tolchin, I
 3         have a question.  I trust you are not
 4         going to run through an extensive list
 5         of OTH employees, asking the same
 6         question as covered by a prior
 7         umbrella question?
 8              THE WITNESS:  I can actually
 9         make it simple.  I don't know if you
10         want to or not, but I basically, you
11         know, I don't control where everybody
12         goes, you know.  If they go on a
13         private vacation or visit, I do not
14         know their destination.
15              I can tell you that we have no
16         business in the United States except
17         our road shows.  And I would say also
18         that another point is that the Bank of
19         New York is really the -- it manages
20         the whole GDR program of Egypt.  So,
21         this is -- beyond that, I don't think,
22         you know, I would know of anybody
23         going for any other reason.
24    BY MR. TOLCHIN:
25         Q    When you say the Bank of New York
```

```
 1                    N. Sawiris

 2     manages the whole GDR program of Egypt, do

 3     you mean to say the GDR program of Orascom

 4     Telecom Holding of Egypt or of the country

 5     of Egypt?

 6          A    No, I think as far as I

 7     understand, they are running -- I mean, I am

 8     not sure whether they do the whole program

 9     of Egypt, but they do a substantial part of

10     the GDR program of Egypt, you know.  I am

11     not an expert on that, but I think they do a

12     large part of that.

13               We are not the only company who

14     has a GDR program.  It depends who you

15     entrust with managing the shares, you know.

16     I think there is other banks, like Deutsche

17     Bank and so on, that do the same thing.

18               So, the GDR program is a program

19     between the London Stock Exchange and Egypt.

20     So, the Bank of New York is only -- let's

21     say it manages the traffic or the selling

22     and buying of the GDRs.

23          Q    Who actually holds the shares,

24     the Orascom Telecom Holding company shares

25     for which the GDR certificates are issued?
```

45

1                    N. Sawiris

2        A    I think it is the Commercial

3    International Bank.  It is an Egyptian bank

4    here.  It is the bank that has custody over

5    our shares.

6        Q    And they have an arrangement with

7    Bank of New York?

8             MR. CURRAN:  Objection, lacks

9        foundation.

10            The witness may answer.

11       A    I guess so.

12       Q    Who is Khaled, K-H-A-L-E-D, Saba,

13   S-A-B-A?

14       A    He is the head of corporate

15   strategy.

16       Q    Of Orascom Telecom Holding?

17       A    Yes, sir.

18       Q    Do you know whether Mr. Saba has

19   visited the United States in connection with

20   Orascom Telecom Holding's business?

21       A    If you want me to answer every

22   time, every time it is the same answer.  I

23   am trying to tell you, sir, I am not

24   tracking our people's traveling habits.  I

25   would not know whether they did or not.

```
 1                    N. Sawiris

 2              As I said, the United States is a

 3     big country and many people have relatives

 4     there, so they attend conferences or they

 5     like visiting Las Vegas or going shopping in

 6     New York.  Maybe he did.  I don't know.

 7         Q    Sir, I appreciate that and I

 8     understand you don't track everybody's every

 9     movement.  But it may be when I ask you a

10     person's name, you will remember that this

11     person went to the United States for some

12     business reason, to attend a road show or

13     what have you, and even though you don't

14     know every employee's every movement, you

15     may remember a particular trip by one of

16     these people.  I am not going to name

17     everybody in the company, there's 160

18     people, but I do have a few more.

19         A    That is fine, but if you want me

20     to name the people who -- beside the people

21     you named, Martin, El Gammal, Mr. Aldo

22     Mareuse, myself, Emad Farid, maybe one of

23     the COs of our subsidiaries, Mr. Sahair

24     (phonetic) or Mr. Sankafani (phonetic), who

25     is doing Algeria and Pakistan, nobody else
```

```
 1                    N. Sawiris
 2      really comes with us on the road show.
 3            So, if you -- I am just trying to
 4      make it easy for you.  Otherwise you might
 5      really go through every single employee of
 6      the company.  It is up to you.
 7            MR. CURRAN:  Mr. Tolchin, I
 8            have a suggestion.  If you have got a
 9            list of names, rather than identify,
10            have a separate question for each
11            name, can you just recite the list of
12            names and then ask him an omnibus
13            question in that regard to move this
14            along?
15            MR. TOLCHIN:  I think what is
16            holding us up from moving it along is
17            the banter and discussion of the
18            questions.  We could have been
19            two-thirds done with the list by now,
20            but you make what is partially a good
21            suggestion.
22            So, Mr. Sawiris, what I am
23            going to do is I am going to give you
24            some names, one by one.  And for each,
25            what I am asking you is whether you
```

```
 1                    N. Sawiris

 2           recall that person making any visits

 3           to the United States for Orascom's

 4           business.

 5                  Is that okay, Mr. Curran?

 6                  MR. CURRAN:  Yes, and I want to

 7           instruct the witness you may answer

 8           the question yes or no so we can move

 9           this along.

10                  THE WITNESS:  Yes or no or I

11           don't know.

12    BY MR. TOLCHIN:

13           Q    Sir, Michael O'Connor?  Do you

14    know Michael O'Connor?

15           A    Yes, I know Michael O'Connor.  I

16    don't know if he has been to the States or

17    not.  He is Canadian.

18           Q    I am going to kill the pronunciation.

19    Moataz, M-O-A-T-A-Z, El, E-L, Sayed, S-A-Y-E-D?

20           A    I don't know.

21           Q    Is that your IT director?

22           A    Yes, he is.  And I don't know if

23    he has been to the States or not.

24           Q    How about Mohammed Maguib,

25    M-A-G-U-I-B?
```

49

```
 1                    N. Sawiris

 2          A    Same answer, I don't know.

 3          Q    How about Osama Bessada,

 4    B-E-S-S-A-D-A?

 5          A    I don't know.

 6          Q    How about Ragy, R-A-G-Y, Soliman,

 7    S-O-L-I-M-A-N?

 8          A    I also don't know.

 9          Q    Was that your legal affairs director?

10          A    Yes, he works for Amr El Bayoumi

11    when Amr is not doing his movies.

12          Q    He works for Amr?

13          A    Yes.

14          Q    Sabrine, S-A-B-R-I-N-E,

15    El-Hossamy, E-L H-O-S-S-A-M-Y?

16          A    I don't know.

17          Q    Is that your PR and communications

18    director?

19          A    Correct, sir.

20          Q    An individual named Tamer,

21    T-A-M-E-R, El-Mahdy, E-L, M-A-H-D-Y?

22          A    Yes, I know him, but I don't know

23    if he went to the States or not.

24          Q    Do you know whether Mr. El Bayoumi

25    has a residence in the United States?
```

50

```
1                      N. Sawiris

2          A    I don't know.  I know he's a U.S.

3      citizen.  I don't know if he still maintains

4      a residence or not.

5          Q    Who is Wafaa, W-A-F-A-A, Lotaief,

6      L-O-T-A-I-E-F?

7          A    She's the head of our human

8      resources and -- you know, it would be --

9      just to pronounce it if she is going to

10     write the name, the name is Lotaif, which is

11     L-O-T-A-I-F.

12         Q    Do you know whether she --

13         A    Actually, I don't know, but I

14     would not think so, you know.  I don't

15     recall that she has been to the United

16     States, but I am not sure, as I said, but I

17     would not think she did.

18         Q    Walid Bedair, W-A-L-I-D,

19     B-E-D-A-I-R?

20         A    He is the head of our internal

21     audit, and I don't know.

22         Q    How about Raed, R-A-E-D,

23     Saqfelahit, S-A-Q-F-E-L-A-H-I-T?

24         A    No, I don't recall this name.  I

25     don't know this name.  I don't know if he
```

```
 1                      N. Sawiris
 2      went to the States or not.
 3              Q    You don't know this person?
 4              A    No, I don't know this person.
 5              Q    Is it possible that the problem
 6      is the way I am pronouncing it, or you are
 7      certain you have never heard of this person?
 8              A    No, it might be write down in the
 9      letter.  You know, I would know by first
10      line and second line.  I don't know this
11      guy.  Maybe -- what is the position you have
12      for him?
13              Q    I don't know, honestly, but I do
14      have documentation that says he came to the
15      United States to receive training related to
16      Orascom Telecom Holding's GDR program.  Does
17      that remind you of who he is?
18              A    No, sir, and I don't think he
19      works for me.  I am usually would recognize
20      the name at least.  Maybe you are mixing up
21      with another company.
22              Q    An individual named -- I don't
23      know his first name -- Mr. Albarry,
24      A-L-B-A-R-R-Y, do you know who that is?
25              A    Mr. Al Barry used to work for us
```

52

```
 1                    N. Sawiris
 2     in Pakistan.  He was the CO of Pakistan.
 3           Q     He was the what of Pakistan?
 4           A     Chief executive officer of
 5     Pakistan.  He is a previous CEO of Pakistan
 6     before Mr. Sahair took over.  He is a U.S.
 7     citizen and he left the company for, I would
 8     say, around three to four years.
 9           Q     What was his first name, Mr.
10     Albarry?
11           A     Al.
12           Q     Al is his first name?
13           A     Yes, A-L.
14           Q     And his last name is Barry?
15           A     Barry, yes.  Barry, like Barry
16     White.
17           Q     Okay.  And he used to be the CFO
18     of Orascom Telecom Holding?
19           A     No, he used to be -- the last job
20     he had was the chief executive officer of
21     Mobile, Inc., our Pakistani subsidiary.
22           Q     What was his job in or around
23     2001?
24           A     In 2001 he was the CFO of Orascom
25     Telecom.
```

53

1                         N. Sawiris

2           Q    At the time he was the CFO of

3    Orascom Telecom, did he come to the United

4    States for training relating to Orascom's

5    GDR program?

6           A    I don't know about that, sir.  I

7    don't think so.  I would -- I mean, he is a

8    U.S. citizen.  So maybe it was just that he

9    had family, so maybe he was visiting his

10   family, you know.

11          Q    Do you know where Mr. Al Barry is

12   today?

13          A    No, sir, I have lost track of him

14   since two, three years.

15          Q    Do you know where he went to work

16   after he left the Orascom companies?

17               MR. CURRAN:  Objection, asked

18          and answered.

19          A    No.

20               MR. TOLCHIN:  No, I asked him

21          where he is today.  Then I asked where

22          did he go after he left Orascom.  They

23          are different questions, Mr. Curran.

24          A    It is okay, I will answer that.

25   I think he went back to the States and the

```
 1                      N. Sawiris
 2     last I heard from him he was living in the
 3     West Coast.
 4          Q    But you are certain that the Al
 5     is actually his first name, it is not part
 6     of an Arabic name?
 7          A    No, I don't know, but we used to
 8     call him that here and this is what he used
 9     to take his name, you know.  As I know, I
10     don't know more than that.  He wasn't a
11     buddy of mine.  He was working for me.
12          Q    Mrs. Amani, A-M-A-N-I, last name
13     Lel Feky, L-E-L, F-E-K-Y, do you know who
14     that is?
15          A    Not really, and I don't know
16     whether she was in the United States or not.
17          Q    Do you know whether she came to
18     the United States to receive GDR training in
19     2001?
20          A    No, sir, I don't know.
21          Q    Last individual, Mr. Martin
22     Michaelmayer, M-I-C-H-A-E-L-M-A-Y-E-R, who
23     is that?
24          A    Martin works in the financing
25     department of the company, and it is quite
```

55

```
 1                    N. Sawiris

 2     probable that he has been to the United

 3     States because he is sometimes a member of

 4     the team that does the road show.

 5           Q    In fact, he came to the United

 6     States in January or February of this year

 7     in connection with a bond issue, correct?

 8           A    That is correct.

 9           Q    Other than his trip here in

10     connection with the bond issue, are you

11     aware of any other visits to the United

12     States by Mr. Michaelmayer in connection

13     with Orascom Telecom Holding?

14           A    No, and I cannot think of

15     something.  I mean, the only two -- the only

16     other thing besides the bond, he might have

17     attended one of our road shows.  That is

18     all.

19                 MR. CURRAN:  Mr. Tolchin, we

20           would like to take a five-minute

21           break.

22                 MR. TOLCHIN:  It is a perfect

23           breaking point.

24                 (Brief break.)

25                 MR. CURRAN:  We are ready to
```

```
 1                    N. Sawiris

 2          proceed.  Thank you.

 3     BY MR. TOLCHIN:

 4          Q    Mr. Sawiris, do you know whether

 5     Orascom Telecom Holding will be

 6     participating in any road shows in the

 7     United States in 2007?

 8          A    I would -- we usually do one a

 9     year as a minimum and even sometimes two.

10     So the answer will be that it's quite -- the

11     answer is yes, I think they will do one this

12     year for sure.

13          Q    Do you know which road show

14     that's expected to be?

15          A    No, I think -- I don't know which

16     one they take, there is Citibank, there is

17     Merrill Lynch, there is Lehman, there is

18     HSBC.  I think they will select one and they

19     will go to one.  I don't know which one.

20          Q    Do you have an understanding,

21     sir, as to why Orascom chooses to

22     participate in these road shows?

23          A    We have a wide world

24     shareholder -- I mean, we have shareholders

25     from all over the world, you know, and we
```

57

```
 1                    N. Sawiris

 2      need to go -- we do road shows in London; we

 3      do road shows in Europe; we do road shows

 4      here in Egypt.

 5             It is an obligation to be

 6      transparent and to explain your company to

 7      all different kinds of shareholders.  So, it

 8      is an act of transparency and it also acts

 9      to simply maintain the interest of the

10      shareholders in the company.

11         Q    What benefit does Orascom Telecom

12      Holding achieve by participating in these

13      road shows?

14         A    It is mainly about transparency

15      and to get the interest that -- to get

16      shareholders interested in the company so

17      they would buy the stock or sell it if they

18      are not satisfied.

19         Q    Does Orascom Telecom Holding

20      maintain a Web site?

21         A    Yes.

22         Q    On Orascom Telecom Holding's Web

23      site, is it possible for people to sign up

24      to receive updates and e-mails about Orascom

25      Telecom?
```

58

```
 1                    N. Sawiris

 2          A    I guess so.

 3          Q    Do you know how many people are

 4     signed up to receive such broadcast e-mails

 5     from Orascom through the Web site?

 6          A    No, sir, I don't think it is

 7     possible.

 8          Q    You don't think that it is

 9     possible to what?

10          A    To know the number of people that

11     who are getting our site and how many there

12     are.  I don't know that.

13          Q    Do you know how many people in

14     the United States receive e-mail updates

15     about Orascom, through Orascom's Web site I

16     am talking about?

17          A    I would guess a couple of

18     hundred.  It is mainly the shareholders we

19     have who are interested.

20          Q    Do you know how many of those are

21     in New York State?

22          A    No, sir.

23          Q    Does Orascom Telecom Holding

24     conduct quarterly and annual conference

25     calls for its investors?
```

```
 1                        N. Sawiris

 2          A     Yes, sir.

 3          Q     Do people in the United States

 4    participate in those conference calls?

 5          A     Yes, sir.

 6          Q     Do you know whether people in New

 7    York participate in those conference calls?

 8          A     Yes, sir.

 9          Q     Just to be clear, is it your

10    testimony, sir, that people in New York do

11    participate in those conference calls?

12          A     Yes, sir.

13          Q     Do you know how many people in

14    New York participate in those conference

15    calls?

16          A     No, sir, but you know the major

17    financial institutions who invest in our

18    company are mostly concentrated between New

19    York, Boston and the West Coast.  So it

20    cannot be out of there.  Hardly someone in

21    Kansas City or Oklahoma is following our

22    company.

23          Q     Do you know how many people

24    altogether participate in those conference

25    calls?
```

60

1                        N. Sawiris

2          A     No, but on average, we have

3     something between 50 to 150, depending on

4     the importance, you know, whether it's just

5     a quarterly or end-of-year results, but the

6     average would be from 50 to 150.

7          Q     Do you personally participate in

8     those conference calls?

9          A     I try as much, sir, yes.

10         Q     What do you hope to achieve from

11    those conference calls when you participate

12    in them?

13         A     Just to answer all of the

14    questions and the worries of my

15    shareholders, to explain to them the

16    direction of the company, the strategy going

17    forward, to explain some of the recent

18    events.  The more transparent and the more

19    clear about your intentions and the business

20    of the company, the more the shareholders

21    feel comfortable and remain loyal

22    shareholders for the long term.

23         Q     Are you familiar with a bond

24    issue that Orascom Telecom Holding recently

25    sold?

61

                        N. Sawiris

2        A    Yes, sir.

3        Q    Do you refer to that bond issue

4   by any particular name?

5        A    No.  I think it was -- no, I

6   don't remember a name.

7        Q    Would you be comfortable calling

8   those bonds the 2007 bonds?

9        A    Yes, I don't mind calling it like

10  that, yes.

11       Q    Is it correct, sir, that Orascom

12  Telecom Holding sold $750,000,000 of those

13  2007 bonds?

14       A    Yes, sir.

15       Q    Were some of those bonds sold to

16  investors in New York?

17       A    I don't know, but I would guess

18  that definitely.  You know, New York is a

19  financial hub, so most investors are there

20  and I can hardly imagine that nobody in New

21  York bought a bond.  So you are most

22  probably right.

23       Q    Would you be able to estimate the

24  percentage of that, of those 2007 bonds that

25  were sold to investors in New York?

62

```
1                    N. Sawiris

2              MR. CURRAN:  I object.  It

3         calls for speculation.

4                 The witness may answer.

5         A     I don't know exactly, sir.

6         Q     Do you know approximately?

7         A     No, sir.  I am only interested in

8    one fact, and one fact only is that our bond

9    gets covered, and I am not very much

10   interested on the level of who bought it,

11   you know.  In the end, what we care for is

12   getting the money.  So if it's invested from

13   U.K., the Gulf or New York, our main

14   objective is to cover the bond.

15        Q     When you say to cover the bond,

16   what do you mean by the term to cover?

17        A     It's like when you ask for

18   $750,000,000, you get in the end

19   $750,000,000.  Bonds are usually

20   oversubscribed or undersubscribed.  So,

21   oversubscription means you got more money

22   than you needed, which was the case in our

23   bond; and undersubscription is that you

24   didn't get the amount you want, which is an

25   indication that -- which is not a positive
```

63

```
 1                    N. Sawiris
 2    indication, you know.
 3             In our case, we were running out
 4    of $500,000,000 bond, and then it was like
 5    overwhelmingly oversubscribed, so we
 6    increased the bond for $750,000,000 which
 7    was fully covered.
 8        Q    Was there somebody at Orascom
 9    Telecom Holding who would be able to
10    determine what percentage of the 2007 bonds
11    were sold to investors in New York?
12        A    I would say the right person
13    would be Mr. Aldo Mareuse.
14        Q    Aldo Mareuse testified yesterday
15    that he doesn't know.
16             MR. CURRAN:  Objection, lacks
17         foundation.
18             The witness can answer.
19        A    Well, that's not a good answer.
20    He should know because -- I mean, but if he
21    doesn't know it by heart, then he should ask
22    Mr. Martin Michaelmayer who was handling the
23    bond.  Martin would know for sure.
24             Maybe what Mr. Mareuse meant is
25    exactly what I am saying, is we are not very
```

REINIG REPORTING, INC.,  (212) 684-7298

64

```
 1                    N. Sawiris

 2     much engaged on the nationality of our

 3     investors, nor who covers the bond.  We are

 4     mostly interested in that the bond gets

 5     covered.

 6                    But as Mr. Martin Michaelmayer

 7     has been the person or, let's say, who went

 8     to the road show on the bond, he should know

 9     that maybe the differentiations of the

10     different subscribers.

11          Q    But you are confident that

12     somebody at Orascom should be able to

13     determine that information, correct?

14          A    Yes, sir.

15          Q    Credit Suisse and Citigroup were

16     involved in this 2007 bond, correct?

17          A    Correct.

18          Q    What was the role of Credit

19     Suisse and Citigroup?

20          A    I don't know the exact

21     description of their function, but they

22     would be the banks that arrange for the

23     bond, organize the road show, help us

24     prepare the documentation for the bond.  I

25     mean, they have different banking
```

65

```
 1                  N. Sawiris
 2    descriptions of all, each and every one, but
 3    most probably what I just described now is
 4    their role.
 5         Q    Would Credit Suisse and Citigroup
 6    also have information about what portion of
 7    the bonds were sold to United States
 8    investors?
 9              MR. CURRAN:  Objection, lacks
10         foundation.
11              The witness may answer.
12         A    I would assume, yes.
13         Q    Is there a particular person at
14    Credit Suisse, that you are aware of, who
15    was in charge of this 2007 bond?
16         A    I am not aware of, but I am sure
17    Martin would know.
18         Q    And same question about
19    Citigroup.
20         A    The same answer.
21         Q    Who made the decision to increase
22    the bond amount from 500,000,000 to
23    750,000,000?
24         A    Me and Aldo Mareuse jointly.
25         Q    At what point did you make that
```

```
 1                    N. Sawiris
 2   decision?
 3        A    It was at the end of the bond
 4   when it was so oversubscribed.  Also was
 5   consulting with me and we decided to save
 6   time and save harassment every time our
 7   people are in the U.S., to increase the bond
 8   so we can reduce our future trips and escape
 9   your successful harassment to our people,
10   you know, if you can take a joke.
11        Q    I can, sir, and I appreciate that
12   you can.
13        A    It is not in my -- it is not
14   inminded, you know, but I have to tell you
15   that -- off the record, I mean, she doesn't
16   have to write that now.
17            MR. CURRAN:  She'll write it
18        down.
19        A    It is okay.
20            MS. ERB:  Do you want to go off
21        the record?
22        A    It's okay, have it on the record.
23   It doesn't matter.  It is just I would like
24   to express to you that I want to actually --
25   next time if I am choosing a lawyer and I
```

```
 1                    N. Sawiris
 2     want to harass someone, you are my best
 3     choice.
 4          Q    I will take that as a compliment.
 5          A    It is, I swear.
 6               MR. TOLCHIN:  Be careful, Chris.
 7               THE WITNESS:  It is meant as a
 8          compliment.  Okay?
 9               MR. CURRAN:  I won't play that
10          role.
11               MR. TOLCHIN:  I appreciate
12          that.
13          Q    Sir, when Orascom Telecom Holding
14     was selling these bonds, is it correct that
15     you did a road show that took you to Geneva
16     and Zurich, then London, and then New York,
17     then Boston; is that correct?
18          A    Yes, I think so, yes.
19          Q    At what point in that odyssey did
20     you make the determination to increase the
21     bond issue from 500,000,000 to 750,000,000?
22          A    This is after the end of the road
23     show and before we decide to close the book
24     and everything, which means when the road
25     show is finished and we were surprised by
```

68

1                          N. Sawiris

2       the demand, the high demand on the bond,

3       then it's -- it is, let's say, it is good

4       for us to go out and increase the amount

5       because that saves us, as I said, many --

6       besides the harassment, saves us also

7       another road show and effort and time.  And

8       as we are in need of the extra amount for

9       our future investment, it is just the right

10      thing to do.

11          Q    So, you made the determination

12      after the road show finished in Boston?

13          A    Yes, sir.

14          Q    So, do you have a sense of where

15      the heavy demand for this bond was coming

16      from?  In other words, was it from the

17      European cities you visited or the United

18      States cities you visited or both?

19          A    As I told you before, sir, we

20      are -- this is very irrelevant for us.  The

21      $1 note looks the same whether it came from

22      London, the United States or the Middle

23      East.  It is the same green note, you know.

24      So, we really we don't care.

25          Q    You must have had a sense of what

69

```
 1                    N. Sawiris
 2    the demand was for your bond after each of
 3    your road show stops, didn't you?
 4              MR. CURRAN:  Objection, lacks
 5         foundation.
 6              The witness can answer.
 7         A    No.  As I said, you know, at my
 8    level I am only interested at the end
 9    result.  I don't follow them point by point.
10    You know, if they called me during the road
11    show, which they didn't, but if they would,
12    they would just tell me, Well, it is going
13    well; it is not going well; we are getting
14    good reaction.  But we don't discuss
15    amounts, allocation and nationalities.
16         Q    Did Mr. Mareuse tell you that the
17    road show went very well in the United
18    States?
19         A    No, he said it went well
20    everywhere, not just in the United States.
21    He said it was very well received on the
22    whole trip.  He was not specific where it
23    went well.  He said it went very well
24    everywhere, and he just said it did very
25    well.  He did not mention where it went
```

```
 1                    N. Sawiris
 2    better or less.
 3         Q    Do you know what portion of
 4    Orascom Telecom Holding's stock, whether
 5    directly as stock or through GDRs, is owned
 6    by investors in the United States?
 7         A    As I said, I never made that
 8    exact -- I know that there is a good deal of
 9    investors from the United States.  Most of
10    the big funds are U.S. funds, like Capital,
11    Fidelity, Templeton.  These are the big guys
12    and they are mostly in the States.
13              So, I mean, if you were trying to
14    derive the fact that a large shareholder
15    base of our shareholders are U.S. based, I
16    would say that more or less that you are
17    most probably right.
18         Q    Sir, you said Templeton, Fidelity
19    -- what were the other names you mentioned?
20         A    I was just giving you examples of
21    the large funds of the United States.  So, I
22    said Capital, Fidelity and Templeton.  But I
23    am not sure that are my shareholders or not.
24    But what I am saying is these are big names.
25    Usually they have shares everywhere in the
```

71

```
 1                    N. Sawiris
 2    whole world, you know.  So, what I am saying
 3    is that a company of the size of ours would
 4    always have U.S. investors.
 5         Q    Are you aware of any contracts
 6    between Orascom Telecom Holding and any
 7    company in New York State?
 8         A    No.  I am not saying I'm aware of
 9    any specific contract.  I mean, but I am not
10    saying that it's not.  I don't know.
11              MR. CURRAN:  I am late, but I
12         am going to object to the question as
13         being overbroad.
14         A    If you mention some companies, I
15    can tell you whether we work.  There might
16    be something or not, if it is easier like
17    that.
18         Q    Do you know whether Orascom
19    Telecom Holding has been involved in any
20    litigation in New York State, other than
21    this case?
22              MR. CURRAN:  Objection.  Mr.
23         Tolchin, this includes the various
24         related cases brought by your clients?
25              MR. TOLCHIN:  Correct.
```

REINIG REPORTING, INC., (212) 684-7298

72

```
 1                    N. Sawiris

 2          A    In the State of New York or

 3     where?

 4          Q    In the State of New York.

 5          A    I think we had one court case

 6     which was not in the State of New York,

 7     which was Mr. Bishara, Khalid Bishara's

 8     case.

 9              MR. TOLCHIN:  Bishara,

10          B-I-S-H-A-R-A.  First name is Khalid,

11          K-H-A-L-I-D.

12              MR. CURRAN:  I want to clarify.

13          The question was whether Orascom

14          Telecom Holding was a party to the

15          case.

16          A    No, besides the case we have with

17     yourself now and then the related cases of

18     our measures of -- anti-harassment measures,

19     we -- I am not aware of any.

20          Q    When you refer to Khalid

21     Bishara's case, what are you talking about?

22          A    I think you served him with a

23     notice that -- in the court case.  I was in

24     the U.S. and he was served a notice from you

25     yourself.
```

73

```
 1                    N. Sawiris

 2                    MR. CURRAN:  He won that, by

 3           the way.

 4           A    We won that?  You see, he has you

 5      on one here.

 6           Q    Are you aware, sir, about -- let

 7      me ask it differently.

 8                    Did Orascom Telecom Holding

 9      participate in a lawsuit, or was it part of

10      a lawsuit involving the company GTE?

11           A    GTE?  I don't think so, sir.  I

12      am not aware.

13           Q    Did Orascom Telecom Holding ever,

14      to your memory, enter a contract with GTE

15      that provided that any disputes would be

16      resolved in the New York courts?

17           A    I am not aware of this contract.

18      Can you describe what is the nature of the

19      contracts?

20           Q    Some kind of a nondisclosure

21      agreement.

22           A    Do you know what the contract is

23      about?  Do you know about supplying services

24      or products or joint venture or what it was?

25           Q    Is it fair to say, sir, that you
```

74

```
 1                    N. Sawiris

 2      do not remember a lawsuit called GTE versus

 3      Orascom?

 4                    MR. CURRAN:  Can you give us

 5               the full caption, Mr. Tolchin?

 6                    MR. TOLCHIN:  Not as I sit here

 7               this moment.

 8           A    No, the answer is easy.  The

 9      answer is easy.  I don't remember a lawsuit

10      by GTE against Orascom.

11                    MR. CURRAN:  Mr. Tolchin, are

12               you referring to Orascom Telecom

13               Holding?

14                    MR. TOLCHIN:  Yes.

15           A    I maintain the same answer.

16           Q    Does Orascom maintain any bank

17      accounts in the United States?

18                    MR. CURRAN:  Again, I assume --

19           Q    Orascom Telecom Holding?

20                    MR. CURRAN:  Thank you.  The

21               distinction is important to us.

22           A    The answer is no, sir.

23           Q    Does Orascom Telecom Holding

24      maintain any investment accounts of any

25      kind, stocks, bonds, equities, what have
```

75

```
 1                    N. Sawiris

 2     you?

 3          A    No, sir.

 4          Q    Does Orascom Telecom Holding own

 5     any real property in the United States?

 6          A    No, sir.

 7          Q    Does Orascom Telecom Holding hold

 8     any intellectual property in the United

 9     States?

10          A    No, sir.

11          Q    When you come to visit the United

12     States yourself, specifically New York,

13     where do you stay?

14               MR. CURRAN:  Objection, lacks

15          foundation.

16               The witness may answer.

17          A    I stay in the Four Seasons in New

18     York.  When I go to Laguna, I stay in the

19     Laguna Beach Hotel, the Ritz Carlton,

20     Laguna?

21          Q    Do you, sir, own a residence

22     anywhere in the United States?

23          A    Not anymore.

24
```

REINIG REPORTING, INC.,  (212) 684-7298

76

1                    N. Sawiris



77

```
1                    N. Sawiris
2
6         Q    Let's move on.
7              Are you familiar, sir, with
8    something called the Palestinian Authority?
9         A    Yes, sir.
10        Q    In your understanding, sir, what
11   is the Palestinian Authority?
12        A    I think it's the Palestinian, the
13   PLO, Palestinian --
14        Q    Liberation?
15        A    Liberation.  It is the
16   Palestinian Liberation Organization,
17   something like that.  The Palestinian
18   Liberation, PLO, Palestinian Liberation
19   Organization.
20        Q    Is that the end of your answer?
21        A    Yes.
22        Q    Did the Palestinian Authority at
23   some point make an investment that related
24   to Orascom Telecom Holding or a subsidiary
25   of Orascom Telecom Holding?
```

```
 1              N. Sawiris

 2              MR. CURRAN:  Objection, vague

 3         in the use of the term Palestinian

 4         Authority, but the witness may answer.

 5         A    We, as far as all our dealings or

 6    all the holders of the participation was the

 7    Palestinian Investment Fund and the

 8    Palestinian Pension Funds.  These are the

 9    two entities that came to us and invested

10    with us.

11         Q    What is the Palestinian

12    Investment Fund as you understand it?

13         A    It is a fund which has been,

14    let's say, designed and by the World Bank

15    with the help of the United States to help

16    the Palestinian people channel their

17    investments in a more transparent and legal

18    way.  And this fund invests in various

19    aspects of the economy in Palestine and in

20    the Middle East and was headed by Mr. Salam

21    Fayad who was an ex-World Bank employee.

22         Q    And Salam Fayad is S-A-L-A-M,

23    F-A-Y-Y-A-D?

24         A    Yes.

25         Q    Double Y?
```

79

```
 1                    N. Sawiris

 2          A    No, just one Y. Y-A-D.

 3          Q    Okay.  What is the Palestinian

 4     Commercial Services Company?

 5          A    This is a company that I think

 6     belonged to the fund, which was then changed

 7     into the fund later on.

 8          Q    In your mind, is there a

 9     difference between the Palestinian

10     Commercial Services Company and the

11     Palestinian Investment Fund?

12               MR. CURRAN:  Objection, vague.

13               The witness may answer.

14          A    No.  There is no difference.

15          Q    In your understanding, sir, is

16     there a difference between the Palestinian

17     Investment Fund and the Palestinian

18     Authority?

19          A    Yes, sir.

20          Q    What is that difference?

21          A    The Palestinian Investment Fund

22     is a financial fund that has been, as I

23     said, designed and to propose the structure

24     through the World Bank assistance, and it is

25     a financial institution with the objective
```

80

```
 1                    N. Sawiris
 2    of investing into making sound investments
 3    in a transparent manner.
 4              The Palestinian Authority is a
 5    semi-government representing the
 6    Palestinians in absence of a real, let's
 7    say, government the way we know of it.
 8         Q    Do you know, sir, what the origin
 9    of the assets that the Palestinian
10    Investment Fund invests was?
11         A    No, sir.
12         Q    What, sir, in your understanding,
13    is the Palestinian Pension Fund?
14         A    The pension fund, as the name
15    says, most probably it is a fund that
16    manages the pension dues of the labor of
17    Palestine.
18         Q    Did you ever --
19              MR. CURRAN:  I want the answer
20         read back on that one.  I want to make
21         sure the answer was recorded
22         accurately.
23              (Thereupon, the record was read
24         back by the reporter as recorded above.)
25              MR. CURRAN:  Thank you.
```

```
 1                    N. Sawiris
 2          Q    Did you personally deal with a
 3     representative of the Palestinian Investment
 4     Fund?
 5          A    Yes, sir.
 6          Q    Who was that representative?
 7          A    It was Mr. Salam Fayad and Mr.
 8     Mohamad Rasheed.
 9          Q    Anybody else?
10          A    Yes.  I am just trying to
11     remember his name.  There was a third
12     gentleman, Walid Najad, yes.
13          Q    Walid Najad or Najab with a B?
14          A    No, Najad, Najad, N-A-J-A-D,
15     Najad.
16          Q    Do you recall what the function
17     of each of those individuals was?
18          A    Yes, I think Mr. Fayad was the
19     chairman, Mr. Mohamad Rasheed was the COO of
20     the managing, and Mr. Najad was working,
21     reporting to Mr. Rasheed.
22          Q    Did you deal with anybody in
23     particular as a representative of the
24     Palestinian Pension Fund?
25          A    No.  I think Mr. Fayad was
```

82

```
1                      N. Sawiris
2    representing both.
3         Q    Was Mr. Mohamad Rasheed
4    representing both as well?
5         A    Not really, no.
6         Q    How about Mr. Najad, was he
7    representing both?
8         A    Not really, no.
9         Q    Throughout the history of the --
10   let's call it the Palestinian investment in
11   Orascom, did you have occasion to deal with
12   Mr. Yasser Arafat?
13             MR. CURRAN:  I object to the
14        foundation.  I object to the
15        characterization of Palestinian
16        investment, but the witness may answer
17        the question.
18        A    No, sir.
19        Q    Have you ever or did you ever
20   speak to Mr. Arafat?
21        A    Yes, sir.
22        Q    Was it more than one occasion or
23   just one time?
24        A    No, I think it was two times.  I
25   had lunch with him one time and then one
```

```
 1                    N. Sawiris
 2      time I met him over a drink in the evening
 3      before he was going to Camp David.
 4           Q    When was that?
 5           A    It is very easy if you find the
 6      date of the Camp David trip that started --
 7      it was like two, three days before the start
 8      of the Camp David, where he was traveling to
 9      Camp David to meet with Mr. Clinton and Mr.
10      Barrack.
11           Q    Do you know what year that was?
12           A    No, but that is very easy.  I
13      mean, if you -- if you take the year, just
14      the year before Mr. Clinton, President
15      Clinton left, so just the year prior to Mr.
16      Clinton's departure.  So, let's say -- I
17      mean, this is in every history, book of
18      history, I am sure.
19           Q    You mentioned two different
20      meetings with Mr. Arafat.  Were both those
21      meetings shortly before Mr. Arafat's trip to
22      Camp David?
23           A    No, I think they were a year
24      apart.  One time we just had lunch with them
25      a year earlier, then the second one.
```

84

1                       N. Sawiris

2           Q     During your conversations with

3       Mr. Arafat, did you discuss the issue of any

4       investment in an Orascom company?

5           A     No, sir.  It was actually on the

6       second visit.  The first visit was only

7       social, just to get to know us because he

8       didn't know who we were, and he met even

9       with my father.  The second one actually was

10      a very, was a very historic discussion and

11      mostly political.

12          Q     At what point was the issue first

13      raised of an investment by the Palestinian

14      Commercial Services Company, the Palestinian

15      Investment Fund, or the Palestinian Pension

16      Fund in an Orascom company?

17          A     I mean, it started that they

18      heard about our success, winning a license

19      in Algeria and then we were contacted by Mr.

20      Rasheed who expressed the wish to

21      participate in that investment with us.  And

22      so this, which would be the same year where

23      we were awarded the Algerian license, which

24      I know that we are finished five years of

25      tax exemption, so it must be like six years

85

1                    N. Sawiris

2    ago, five to six years ago.

3         Q    Would that be about 2001, sir?

4         A    Yes, sir, seems about correct,

5    yes.

6         Q    Was Mr. Rasheed somebody who was

7    known to you?

8         A    No, not really.  I just got to

9    know him at that time.

10        Q    Do you have an understanding of

11   why the Palestinian Investment Fund -- I am

12   just going to try to make this take a little

13   less time.  I am going to call the

14   Palestinian Investment Fund as the PIF, and

15   the Palestinian Pension Fund as the PPF, and

16   the Palestinian Commercial Services Company

17   as the PCSC.  Are you comfortable with those

18   abbreviations?

19        A    Yes, sir.

20        Q    So, do you have an understanding

21   of why the PIF, PPF or PCSC invested into an

22   Orascom company?

23        A    I have a very good understanding.

24   I think what happened is that they were

25   actually large investors in PALTEL which is

```
 1                    N. Sawiris
 2   the subsidiary company of --
 3         Q     They were investors in what?
 4         A     PALTEL, which is Palestinian
 5   Telecommunication company.
 6         Q     PALTEL?
 7         A     Yes, PALTEL, P-A-L-T-E-L.  Like
 8   Palestine and then like telecom.
 9              MR. CURRAN:  The witness did
10         not conclude the answer.  If you
11         remember where you were.  Do you need
12         the question read back?
13              THE WITNESS:  No, I am fine.
14         A     They invested originally in this
15   telecommunication local company in
16   Palestine, and the company once listed on
17   the stock, local stock exchange.  I believe
18   like five or six times it went up like five
19   or six times the original amount invested in
20   less than a year.
21              So they were quite bullish about
22   the fact that mobile telephone and telephone
23   communication is a good investment and that
24   you get a lot of value and appreciation in a
25   shorter period than usual, and therefore
```

87

```
1                    N. Sawiris

2     they were very hard to participate.  And I

3     might add that their intuition was correct,

4     judging on the results and returns they

5     made.

6
```



1                    N. Sawiris

2



16         Q    By the way, just to clarify, when

17    you talked before about Mr. Arafat meeting

18    with you just before he went to Camp David,

19    do you recall whether that was a meeting at

20    Camp David or at a place called Wye River,

21    W-Y-E?

22         A    No, no, no, he was flying to Camp

23    David.  I met him here in Cairo.  He was

24    stopping here in Cairo and we went to wish

25    him well on the trip ahead of him, and then

```
 1                      N. Sawiris
 2      the discussion was about his upcoming trip
 3      and what I hoped him to achieve and what
 4      I -- I was giving him some of my hopes that
 5      he will achieve something in this visit,
 6      which he unfortunately did not.
 7              MR. TOLCHIN:  Nicole, how do
 8          you want to handle the documents?
 9          Does Chris have them there?
10              MR. CURRAN:  I think so.  Mr.
11          Tolchin, you will have to identify
12          what document you are looking at.
13              MR. TOLCHIN:  Very easily.
14              MR. CURRAN:  And then I want to
15          confirm that we have the document in
16          the precise same form that you have.
17              MR. TOLCHIN:  Okay.  So,
18          there's two documents.  Why don't we
19          just mark them as Exhibits 1 and 2,
20          and I will mark a copy on this end as
21          well.
22              MR. CURRAN:  Tell me which one
23          is 1 and which is 2.
24
```

90

1                          N. Sawiris



91

1                      N. Sawiris

2



24              MR. TOLCHIN:  The document is

25        the document as it is and all

92

```
 1                    N. Sawiris

 2      objections to it are certainly

 3      reserved on your part.  So, we don't

 4      need to argue out the objections right

 5      now and the rules of evidence

 6      obviously apply.

 7              MR. CURRAN:  I have provided

 8      our copy of Exhibit A to the witness

 9      and he is reviewing it now.

10              MR. TOLCHIN:  Have you marked

11      it A or 1?

12              MR. CURRAN:  I marked it 1.

13              MR. TOLCHIN:  You said A.

14              MR. CURRAN:  Okay.  If there is

15      any aspect or particular part of the

16      document you want to refer the witness

17      to, please do.

18
```

93

```
 1                    N. Sawiris

 2             MR. CURRAN:  Mr. Tolchin, I

 3        acknowledge or I recognize your

 4        comment.  Objections are preserved.

 5        On this document my objection is both

 6        as to completeness and to the fact

 7        that it appears to be a corporate

 8        document, and it's not all clear to me

 9        that you are authorized to show this

10        witness corporate documents in this

11        deposition.  Nonetheless, this

12        document has been marked as Exhibit 2,

13        and I will put that in front of the

14        witness as well.

15
```

94

1                          N. Sawiris

2



95

1                           N. Sawiris



96

```
 1                      N. Sawiris
 2          Q    By the way, does your father have
 3     a name that is similar to yours?
 4          A    Yes.  My grandfather's name was
 5     also Naguib, so my father's name is Onsi
 6     Naguib Sawiris.  I was named as the same
 7     name as my grandfather.  So, my father's
 8     name is Onsi Naguib Sawiris and my name is
 9     Naguib Onsi Sawiris.
10
```

1                          N. Sawiris



1                    N. Sawiris

2

6          Q    Who did you deal with on behalf

7     of the PCSC?  I have asked you about the PIF

8     and PPF.  I don't believe I asked you about

9     PCSC.  Was it the same individuals?

10         A    It was Mr. Mohamad Rasheed at

11    that time.

12         Q    Did Mr. Rasheed explain to you

13    anything about what the PCSC was?

14         A    Yes, he said this is the

15    investment vehicle of the Palestinian

16    people.

17         Q    Of the Palestinian people?

18         A    Yes.

19         Q    Did he tell you that the PCSC was

20    part of the Palestinian government?

21              MR. CURRAN:  Objection, vague.

22                 The witness may answer.

23         A    No.  What he said is that this is

24    the vehicle which the Palestinian government

25    or country invests with.  It is like an

1                    N. Sawiris

2          investment vehicle.



100

1                         N. Sawiris



1                    N. Sawiris



102

1                    N. Sawiris

2    

103

1                          N. Sawiris



104

1                    N. Sawiris



105

1                    N. Sawiris



1                        N. Sawiris



19        Q    Is the transition from PCSC to

20   PIF something that you heard about by

21   somebody telling you, or was it from a

22   written document?

23        A    No, I think they advise us.  I am

24   sure they advise us.

25        Q    Was that Mr. Rasheed who advised

107

```
1                        N. Sawiris

2      you or somebody else?

3              A    Yes, Mr. Rasheed.

4              Q    Do you know if there were any

5      payments made between the PIF and the PCSC

6      at that time?

7              A    I am not party to their internal

8      dealings, sir.  So how would I know that?

9              Q    Did you ever receive any formal

10     legal document informing you officially that

11     the PCSC had become the PIF.

12             A    I don't know, sir.

13
```

108

1                    N. Sawiris

2



109

1                        N. Sawiris

2



110

1                           N. Sawiris

2



111

1                          N. Sawiris

2



```
 1                    N. Sawiris

 2                    MR. CURRAN:  Mr. Tolchin, I am

 3            going to state on the record the

 4            company reserves all rights as against

 5            the PIF and PPF as to expenses

 6            associated with this litigation.

 7                    MR. TOLCHIN:  Obviously you

 8            have --

 9                    MR. CURRAN:  I wanted to note

10            that for the record.

11                    MR. TOLCHIN:  Obviously, Mr.

12            Curran, you have whatever rights the

13            law gives you.

14                    MR. CURRAN:  Thank you.

15            A    But you should be aware that the

16     expenses due to your excellent harassment

17     has been expanded and, therefore, just to

18     make a note, I guess if you ever get this

19     money, you will get it minus all the

20     expenses we've had because we had to go and

21     put more money into this litigation due to

22     these harassments.  So, I mean, maybe this

23     is what justice is all about.

24            Q    Mr. Sawiris, since you brought

25     that up, have you given thought to whether
```

```
 1                    N. Sawiris

 2      you would pay the disputed money into the

 3      court and let the court decide it without

 4      any further involvement by Orascom?

 5                    MR. CURRAN:  I object and

 6              instruct the witness not to answer

 7              that question.  That necessarily calls

 8              for attorney-client privileged

 9              communications.

10                    MR. TOLCHIN:  Never asked for

11              what you told him.

12                    MR. CURRAN:  Don't interrupt,

13              Mr. Tolchin, if you want the

14              deposition to continue.  All right?  I

15              have a right to make objections and

16              instructions, and I am doing that.  I

17              tried very hard not to interrupt you;

18              please do the same.

19                    Again, I am going to finish my

20              instruction.  That answer, in my

21              judgment, necessarily calls for the

22              revelation of an attorney-client

23              communication.  I instruct the witness

24              not to answer that.

25                    Please, next question.
```

114

```
 1                    N. Sawiris

 2

 6         Q    Just to clarify, sir, earlier you

 7    talked about, you referred to the

 8    Palestinian government.  Do you recall that?

 9         A    Yes.  I mean, the Palestinian

10    Authority is -- sometimes in Arabic we say

11    the Huqamat Al Falentine, which is the

12    government.  It is a term in Arabic.  So,

13    when I say government -- (inaudible) -- they

14    are synonymous with each other.

15              MR. CURRAN:  I think the record

16         will reflect the witness used the term

17         quasi government, so I object on the

18         grounds of foundation.

19              MR. TOLCHIN:  Unfortunately,

20         the record on this end will reflect

21         that for a moment during the witness's

22         answer, the transmission froze.

23              THE REPORTER:  And also the

24         court reporter did not understand the

25         Arabic phrase.
```

115

```
 1                    N. Sawiris

 2          Q     I think it was Huqamat Al

 3     Falentine; is that right?

 4          A     Yes.

 5          Q     Could you spell the first Arabic

 6     word?  Is it H-U-Q-A-M-A-T?

 7          A     Yes.

 8          Q     And Al Falentine A-L,

 9     F-A-L-E-N-T-I-N-E.

10                So, sir, when you refer to the

11     Palestinian government, it is the same thing

12     as the Palestinian Authority?

13          A     Yes.

14                MR. CURRAN:  Objection, lacks

15          foundation.

16                     The witness may answer.

17          Q     Is that correct?

18          A     Yes.

19          Q     Sir, have you either personally

20     or through one of your companies lent an

21     airplane or use of an airplane to the

22     Palestinian Authority?

23                MR. CURRAN:  Objection, lacks

24          relevance.

25                     The witness may answer.
```

```
 1                    N. Sawiris

 2          A    I don't recall, but, you know, I

 3      am not 100 percent sure if they -- even if

 4      they never use my airplane, they might have

 5      asked me one time to use my plane, but I

 6      don't recall they rent.  Usually I don't

 7      rent my plane out.

 8          Q    I didn't say rent; I said lent,

 9      to make a loan, to lend it to someone.

10          A    Like without taking money for it,

11      you mean?

12          Q    Right.

13          A    Without being --

14          Q    Right, just as a favor.

15          A    Like I know I give my plane to

16      someone to take it for a trip, but I didn't

17      charge them.  It might have happened, yes.

18          Q    What kind of plane do you have?

19          A    At that time I had a Challenger

20      604.

21          Q    Do you have a different plane

22      today?

23          A    Yes.  I am a little bit richer

24      now so I have a Global Express.

25          Q    A Global Express, is that what
```

117

1                    N. Sawiris

2     you said?

3          A    Yes.  It is the bigger version of

4     the 604.

5

18          A    Hello?

19          Q    Yes.

20               MR. CURRAN:  Please continue.

21          Try to ignore the interruption.

22          A    I remind you, you said it is a

23     one-way communication, so one of us has to

24     speak.

25               Q    Just to be clear, sir, so you

118

1                    N. Sawiris

2      understand what is going on, occasionally

3      the court reporter doesn't capture a word,

4      and I can see it just from a glance or she

5      looks up, and I am just telling her the word

6      without -- I am trying not to interrupt

7      actually.

119

1                         N. Sawiris

2



1              N. Sawiris



4              MR. CURRAN:  I object to the

5         extent that calls for a legal

6         conclusion, but the witness may answer

7         to the best of his ability.

8         A     Well, I will say you are right, sir.

```
  1                        N. Sawiris

  2

  9        Q    Do you know who is acting on

 10    behalf of the PIF in bringing that lawsuit?

 11        A    Can I answer with a joke?

 12        Q    That is your call.

 13        A    That is the same thing to ask me,

 14    Who is now running the show in Palestinian?

 15    You know?  I really don't know, but I think

 16    I would -- I would argue it's most probably

 17    the last employee of the company or a lawyer

 18    at the PIF who still has a job.

 19             But I would guess they have hired

 20    someone -- no, now I recall it must be the

 21    same gentleman that came in the position of

 22    Mr. Rasheed is also ex-World Bank officer.

 23    I don't have his name, but I think he is the

 24    one in charge.  If you know his name and say

 25    it, I can recall it.
```

122

```
 1                    N. Sawiris
 2          Q    I am not sure who you are
 3     referring to.
 4          A    He is the current director of the
 5     fund.
 6          Q    Well, I would actually join in
 7     your joke, sir.  The problem is I would join
 8     in your joke.
 9               MR. CURRAN:  Mr. Tolchin, just
10          so you are aware, the picture has
11          frozen, but we can hear you fine.
12               MR. TOLCHIN:  You don't see us
13          moving?
14               MR. CURRAN:  No, we don't.
15               (Thereupon, a discussion was
16          held off the record.)
17               MR. TOLCHIN:  Let's continue
18          even though the picture is frozen.
19
```

123

1                              N. Sawiris



1                    N. Sawiris

2

12          MS. ERB:  Excuse me.  On the

13      technical side, it sounds like we do

14      have a problem with the video

15      recording?

16          THE VIDEOGRAPHER:  Cairo is

17      sending corrupted data, so it dropped

18      the video and dropped the record from

19      30 to 40 seconds, but that's backed

20      up.  But the only way to unfreeze you

21      is for us to disconnect and then

22      reconnect.

23          MS. ERB:  Do we want to proceed

24      as is?

25          THE WITNESS:  I am fine with

125

```
 1                    N. Sawiris

 2         continuing on the voice if you are

 3         fine.

 4                    MR. TOLCHIN:  But are we

 5         recording video?

 6                    (Thereupon, a discussion was

 7         held off the record.)

 8                    (Brief break.)

 9    BY MR. TOLCHIN:

10         Q    Sir, did you ever encounter or

11    deal with a person named Shukri Bishara,

12    S-H-U-K-R-I, B-I-S-H-A-R-A?

13         A    No.

14         Q    No.  Do you know who Shukri

15    Bishara is?

16         A    No, sir.

17
```

126

1                          N. Sawiris



1                    N. Sawiris

2  you mind?

20          MR. CURRAN:  Well, the question

21     is related to the Palestinian

22     Authority.  I could be wrong.  I

23     thought Mr. Tolchin was drawing a

24     distinction between the Palestinian

25     Authority and the --

128

```
 1              N. Sawiris

 2              THE WITNESS:  Did you say

 3       Authority or funds?

 4              MR. TOLCHIN:  Mr. Curran, to be

 5       clear, I am not drawing any

 6       distinction.  I certainly believe they

 7       are all one and the same, but I was

 8       planning on asking the question three

 9       different ways as Palestinian

10       Authority, Palestinian Investment Fund

11       and Palestinian Pension Fund.

12       A    Let me be the precise one then.

13       Q    Thank you.

14
```

129

1                          N. Sawiris

2



130

1                          N. Sawiris

2



131

1                    N. Sawiris



132

1                           N. Sawiris



133

1                    N. Sawiris

2



134

1                          N. Sawiris

2



135

1                    N. Sawiris



136

1                        N. Sawiris



1                    N. Sawiris



138

1                    N. Sawiris



1                    N. Sawiris

2

3         Q    Did you search for any documents

4    to respond to the subpoena that we served

5    you in this case?

6         A    I think you should put this

7    question to my lawyers.  I am not sure.

8    Myself, I am not aware of any.

9         Q    I appreciate that.

10        So, put simply, just to be clear,

11   you personally did not search for any

12   documents; is that correct?

13        A    With the exception of my

14   passport, the answer is yes.

15        Q    Have you reviewed the documents

16   that your lawyers provided to us on your

17   behalf in response to the subpoena?

18             MR. CURRAN:  I caution the

19        witness in answering that question not

20        to reveal the substance of any

21        attorney-client communications.

22             THE WITNESS:  I will take your

23        advice.

24        Q    I am waiting for an answer.

25        A    My answer is that I am taking my

REINIG REPORTING, INC., (212) 684-7298

```
 1                    N. Sawiris
 2    lawyer's advice and that is not to reveal
 3    communication between my lawyers and myself.
 4              MR. CURRAN:  Mr. Tolchin, if it
 5              helps -- hold on.  We are not trying
 6              to hide anything here, but the lawyers
 7              consulted with Mr. Sawiris at length
 8              on more than one occasion as to his
 9              responsibilities in connection with
10              the document production.  We had
11              extensive discussions as to what may
12              or may not be responsive.  We followed
13              Mr. Sawiris's instructions on
14              gathering documents, both at White &
15              Case and internally in the Orascom
16              legal department.  We did a
17              comprehensive review of all
18              potentially responsive documents.  We
19              made production decisions and we
20              provided, I believe, over 2,000 pages
21              of documents to your office in
22              response to that subpoena.
23         A    I can even add to that.  I
24    confirm that and I can add to that that the
25    reason why I am hesitant is, for example,
```

```
 1                    N. Sawiris
 2    that these two documents, the Exhibit 2 and
 3    Exhibit 1, I don't think these were provided
 4    to me from my lawyer.
 5                So that is why I was hesitant to
 6    confirm a lot of documents that I -- because
 7    I know for sure that these two documents
 8    were not presented.
 9         Q    Let's go back to my question.  My
10    question was simply:  Sir, did you review
11    the pile of documents that was provided to
12    us?  I am not asking about the process by
13    which it was put together.  I am asking
14    after it was all put together, did you look
15    through it?
16                MR. CURRAN:  That is a very
17             narrow question.
18         A    My answer is that my lawyer just
19    illustrated to you all the procedures that
20    happened, including the documents you
21    mentioned.  And my answer is that I confirm
22    the statement just made by my lawyer now.
23         Q    Is it accurate to say that you
24    are a controlling shareholder of Orascom
25    Telecom Holding?
```

142

```
1              N. Sawiris

2         MR. CURRAN:  Objection, vague.

3         You may answer.

4    A    It is accurate.

5
```



143

1                    N. Sawiris

2

5              MR. TOLCHIN:  Folks, we have

6       come to the point where we should take

7       a break for a minute and we may be

8       done.  So, let's take a break for --

9       let's make this one 10 minutes and so

10      I can just go through a few things and

11      we may be done.

12              MR. CURRAN:  Okay.  If you can

13      keep it shorter than that, Mr.

14      Tolchin, we would appreciate it.

15              MR. TOLCHIN:  Chris, I kept it

16      shorter than seven hours.  Give me a

17      few minutes.

18          (Brief break.)

19      BY MR. TOLCHIN:

20

144



1                    N. Sawiris

1                          N. Sawiris

2

15          Q    Thank you.  Just one more thing.

16              In 2002, did you publish

17     advertisements in The New York Times and

18     Washington Post?

19          A    Can you elaborate a little bit on

20     the ads?

21          Q    Did you publish advertisements

22     relating to the Palestinian-Israeli dispute?

23              MR. CURRAN:  Objection, vague.

24          Mr. Tolchin, when you use the term

25          "you," are you talking about Mr.

```
 1                    N. Sawiris

 2          Sawiris personally?

 3                    MR. TOLCHIN:  Well, I was going

 4          to clarify that in my next question.

 5          A     Why don't you combine the two

 6     questions.  Maybe I make my answer easier.

 7          Q     Mr. Sawiris, did you or Orascom

 8     Telecom Holding in 2002 publish

 9     advertisements in The New York Times and the

10     Washington Post relating to the Palestinian-

11     Israeli conflict?

12          A     If I recall, was it something

13     political as to the Israeli-Palestinian

14     conflict?

15          Q     Correct.

16          A     I don't know if it was me who

17     published it or I joined others and put my

18     name or anything, but I recall that I was --

19     I joined some people, or myself, I did an ad

20     in that point, yes.

21          Q     Was that -- were those

22     advertisements something that you paid for

23     personally, or did Orascom Telecom pay for

24     them, or something else?

25          A     I think I paid for them
```

```
 1                    N. Sawiris

 2      personally.

 3           Q    Are you sure of that?

 4           A    Yes.  I usually don't engage the

 5      company in political affairs.

 6           Q    Is it possible that the company

 7      paid for it?

 8                MR. CURRAN:  Objection, calls

 9           for speculation.

10           A    No, I think that I use my

11      secretary to make the booking or something,

12      but I am sure I paid for it.

13           Q    Did those advertisements identify

14      you just by your name, or were you

15      identified as chairman of Orascom Telecom?

16           A    Just by my name.

17                MR. CURRAN:  Objection,

18           foundation.

19                MR. TOLCHIN:  Mr. Sawiris,

20           thank you very much for your time.  I

21           don't have any more questions for you.

22           I don't know if Mr. Curran or Ms. Erb

23           do.

24                MR. CURRAN:  We do not have any

25           questions.
```

148

```
 1                    N. Sawiris

 2              THE WITNESS:  I want to make a

 3         question off the record to you, but

 4         this is not, has nothing to do with

 5         the proceedings.  Off the record, is

 6         it okay?

 7              MR. TOLCHIN:  Are we done with

 8         the record?

 9              MR. CURRAN:  No questions on

10         behalf of Orascom Telecom.  Therefore,

11         the deposition is concluded.  And

12         then, Madam Court Reporter, we go off

13         the record and Mr. Sawiris can make

14         his informal question to Mr. Tolchin.

15         Thank you very much.

16              MR. TOLCHIN:  Thank you, sir.

17              (Time noted:  11:50 a.m.)

18

19

20

21

22

23

24

25
```

149

```
 1

 2              A C K N O W L E D G E M E N T

 3

 4      STATE OF            )

 5                              :  SS

 6      COUNTY OF           )

 7

 8          I, NAGUIB SAWIRIS, hereby certify that I

 9      have read the transcript of my testimony

10      taken under oath in my deposition of March

11      15, 2007; that the transcript is a true,

12      complete and correct record of my testimony,

13      and that the answers on the record as given

14      by me are true and correct.

15

16

17                  _____

                              NAGUIB SAWIRIS
18

19

20      Signed and Subscribed to

21      before me, this _____ day

22      of _____, 2007.

23

24      _____

25      Notary Public, State of
```

150

```
 1

 2                      I N D E X

 3

 4    WITNESS

 5    NAGUIB SAWIRIS

 6         EXAMINATION BY:                    PAGE

 7             MR. TOLCHIN                       4

 8

 9

10                    E X H I B I T S

11    PLAINTIFF'S     DESCRIPTION             PAGE

12        1       Four-page document headed    93
                  "Strictly Confidential"
13

14        2       Four-page document Bates     93
                  stamped PPF 38636 through
15                38639

16

17

18       DOCUMENTS AND/OR INFORMATION REQUESTED

19    DESCRIPTION                             PAGE

20    The name of the account into which     133
      the 100,000,000 and the
21    $240,000,000 payments were
      deposited
22

23

24

25
```

166

```
 1                C E R T I F I C A T E

 2

 3    STATE OF NEW YORK   )
                            :  SS
 4    COUNTY OF NEW YORK  )

 5

 6              I, JESSICA R. BERMAN, a Shorthand

 7    Reporter and Notary Public within and for

 8    the State of New York do hereby certify:

 9              That NAGUIB SAWIRIS, the witness

10    whose examination is hereinbefore set forth,

11    was duly sworn by me and that this

12    transcript of such examination is a true

13    record of the testimony given by such

14    witness.

15              I further certify that I am not

16    related to any of the parties to this action

17    by blood or marriage and that I am in no way

18    interested in the outcome of this matter.

19

20    IN WITNESS WHEREOF, I have hereunto set my

21    hand this 21st day of March, 2007.

22

23              _____

24              JESSICA R. BERMAN

25
```

REINIG REPORTING, INC., (212) 684-7298

1

1

2    SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK

3    ------------------------------------x

4    YARON UNGAR,

5                          Plaintiff,
                                              Index No.
6           -against-                         105521/05

7    PALESTINIAN AUTHORITY,

8                          Defendant.

9    ------------------------------------x

10

11               DEPOSITION VIA VIDEOCONFERENCE of

12   a Non-Party Witness, RODOLPHE ALDO MARIO

13   MAREUSE, taken pursuant to Subpoena, held at

14   the offices of WHITE & CASE, 1155 Avenue of

15   the Americas, New York, New York, on March 14,

16   2007, commencing at 9:05 a.m., before Shamona

17   Adderley, a reporter and Notary Public within

18   and for the State of New York.

19

20

21

22

23            REINIG REPORTING, INC.
              192 Lexington Avenue
24                Suite 1004
              New York, New York 10016
25               (212) 684-7298


            REINIG REPORTING, INC.  (212) 684-7298

2

```
 1

 2     A P P E A R A N C E S:

 3

 4     JAROSLAWICZ & JAROS, ESQS.
       Attorneys for Plaintiff
 5            150 William Street
              New York, New York  10038
 6
       BY:   ROBERT TOLCHIN, ESQ.
 7

 8

 9     WHITE & CASE, LLP
       Attorneys for Orascom Telecom
10     Holding Corporation
              1155 Avenue of the Americas
11     New York, New York  10036

12     BY:   CHRISTOPHER CURRAN, ESQ.
              (Via Videoconference)
13              - and -
              NICOLE ERB, ESQ.
14

15

16     WINSTON & STRAWN LLP
       Attorneys for Non-Party Witness
17     RODOLPHE ALDO MARIO MAREUSE
              1700 K Street, N.W.
18            Washington, D.C. 20006-3817

19     BY:   WILLIAM M. SULLIVAN, JR., ESQ.
                    - and -
20            MICHAEL BHARGAVA, ESQ.

21

22
       ALSO PRESENT:
23
              TAMER MAHMOUD
24            (Videoconference)

25
```

3

1

2          IT IS HEREBY STIPULATED AND AGREED by and

3     between counsel for the respective parties hereto

4     that all rights provided by the C.P.L.R. and Part

5     221 of the Uniform Rules for the Conduct of

6     Depositions, including the right to object to any

7     question, except as to form, or to move to strike

8     any testimony at this examination, are reserved;

9     and, in addition, the failure to object to any

10    question or to move to strike testimony at this

11    examination shall not be a bar or waiver to make

12    such a motion at, and is reserved for, the trial of

13    this action.

14         IT IS FURTHER STIPULATED AND AGREED that this

15    examination may be signed and sworn to by the

16    witness being examined, before a Notary Public

17    other than the Notary Public before whom this

18    examination was begun, but the failure to do so, or

19    to return the original of this examination to

20    counsel, shall not be deemed a waiver of rights

21    provided by Rules 3116 and 3117 of the C.P.L.R. and

22    shall be controlled thereby.

23         The filing of the original of this deposition

24    is waived.

25

REINIG REPORTING, INC.  (212) 684-7298

4

```
 1
 2    R O D O L T H E   A L D O   M A R I O   M A R E U S E,
 3                having been first duly sworn by a
 4                Notary Public, within and for the
 5                State of New York, stated his
 6                business address as 2005A Nile City
 7                Towers - South Tower, Cornish El
 8                Nile Ramlet Beaulak, Cairo 11221
 9                Egypt, was examined and testified
10                under oath as follows:
11
12    EXAMINATION BY
13    MR TOLCHIN:
14          Q.   Good morning.
15          A.   Morning.
16          Q.   Good afternoon.  Sir, where do you
17    reside?
18          A.   I reside in Egypt.
19          Q.   Can you summarize your educational
20    background, please?
21          A.   Yes, I was educated in France.  I
22    went to the high school in France, then I got
23    an engineering degree in France in 1987.
24          Q.   And after your engineering degree,
25    did you have any other formal education?
```

5

```
 1                       R. Mareuse

 2          A.   No.

 3          Q.   Other than English, what languages

 4     do you speak?

 5          A.   French, this is my native language

 6     and I speak a little bit of Spanish.

 7          Q.   Do you speak Arabic?

 8          A.   No.

 9          Q.   Are you employed, sir?

10          A.   Am I employed?

11          Q.   Yes.

12          A.   Yes, I'm employed by Orascom

13     Telecom.

14          Q.   In what capacity are you employed

15     by Orascom Telecom?

16          A.   As a CFO of Orascom Telecom

17     Holding.

18          Q.   And when you say Orascom Telecom

19     Holding, we're talking about Orascom Telecom

20     Holding Corporation?

21          A.   It's actually Orascom Telecom

22     Holding, S.A.

23          Q.   And how long have you held that

24     position as CFO?

25          A.   Since October 2002.
```

6

```
 1                        R. Mareuse

 2         Q.   And Before October of 2002, were

 3    you employed by Orascom Telecom Holding?

 4         A.    No, I was a consultant to Orascom

 5    Telecom Holding from May 2002 to October 2002.

 6         Q.    And what, during those five

 7    months, what did you consult with Orascom

 8    Telecom Holding about?

 9         A.    I was consulting in financial

10    matters of Orascom Telecom.

11         Q.    And during that five month period,

12    were you employed by somebody or working for

13    yourself?

14         A.    I was working for myself.

15         Q.    And where were you based?

16         A.    I was based in London.

17         Q.    Before that five month period did

18    you have any professional involvement with

19    Orascom Telecom Holding?

20         A.    No, I was an investment banker and

21    I did pitch some ideas, but never did any

22    business with Orascom Telecom.

23         Q.    When you were an investment banker

24    as you just mentioned, were you employed by

25    somebody?
```

7

```
 1                    R. Mareuse

 2        A.   Yes.

 3        Q.   Who was your employer?

 4        A.   Credit Suisse First Boston.

 5        Q.   Credit Suisse First Boston?

 6        A.   Yes.

 7        Q.   Is that what you said?

 8             And were you based during that

 9   employment?

10        A.   I was first based in Paris and

11   then based in New York, and then based in

12   London.

13        Q.   During what period were you based

14   in New York, London, and Paris, can you break

15   that down?

16        A.   I was based in Paris from, I

17   believe, 1990 to 1993, and was I based in New

18   York from 1994, beginning of 1994 to 1997, and

19   then I was based in London from 1998 to 2002.

20        Q.   A few moments ago you mentioned

21   that before you were employed by Orascom

22   Telecom Holding and before that five month

23   period when you did some consulting for them,

24   you had pitched some ideas to Orascom Telecom

25   Holding, did I understand your testimony
```

8

```
 1                      R. Mareuse

 2    accurately?

 3        A.   Yes.

 4        Q.   Just generally speaking, what were

 5    the ideas that you pitched to Orascom Telecom

 6    Holding?

 7        A.   Usual investment banking ideas

 8    such as raising public debt or public debt,

 9    sorry public equity or public debt.

10             MR. TOLCHIN:  Sorry, we didn't

11        hear your answer.

12        A.   Public equity public, public debt

13    or M&A ideas.

14        Q.   By that you mean merger and

15    acquisition?

16        A.   Yes.

17        Q.   On how many different occasions

18    did you pitch such ideas to Orascom Telecom

19    Holding?

20        A.   I would say between three to five

21    times.

22        Q.   When was that, those three to five

23    times?

24        A.   I guess in the period from 2000 to

25    2002.
```

REINIG REPORTING, INC.  (212) 684-7298

9

```
 1                      R. Mareuse

 2        Q.   From between 2000 and 2002, okay.

 3        A.   Yes.

 4        Q.   What is the business of Orascom

 5   Telecom Holding?

 6        A.    Orascom Telecom Holding is a

 7   holding company that has mobile telephone

 8   assets.

 9        Q.   What do you mean by the term,

10   mobile telephone assets?

11        A.   It means that we have GSM mobile

12   companies in seven countries.

13        Q.   When you use the term, GSM, what

14   are you referring to?

15        A.   GSM is a terminology that I think

16   means global, global standard of mobile I

17   think, it's one of the technologies of mobile,

18   yeah.

19        Q.   Leaving aside what it actually

20   stands for, what is it?  Can you describe what

21   a GSM company does?

22        A.   It provides mobile services,

23   mostly voice services and some data services.

24            MR. TOLCHIN:  Just forgive me

25            sometimes the court reporter didn't
```

10

```
 1                    R. Mareuse

 2         catch what you said, so just to make

 3         things move faster if I can, I'm trying

 4         to just help out, but if I don't

 5         accurately say what you said, please,

 6         I'm sure somebody will chime in.

 7         A.    Okay.
```



11

1                    R. Mareuse

2



12

1                          R. Mareuse

2    

15          Q.   By the way sir, what country or

16   countries are you a citizen of?

17          A.   I'm French.

18          Q.   So you only have French

19   citizenship?

20          A.   Yes.

21          Q.   During the time that you resided

22   in New York, you said from 1994 to 1997,

23   during that time frame did you pitch any ideas

24   to Orascom?

25          A.   No.

REINIG REPORTING, INC.  (212) 684-7298

13

                              R. Mareuse

 1                            R. Mareuse

 2          Q.    You told us that you are the --

 3    did you say chief financial officer?

 4          A.    Yes.

 5          Q.    Were you at one time called the

 6    executive officer of finance, or is that just

 7    saying the same thing?

 8          A.    It's the same thing but, yeah, I

 9    was one time called executive officer of

10    finance and this title was changed six months

11    ago.

12          Q.    And when your title changed six

13    months ago, did your duties change?

14          A.    No.

15          Q.    No?  Are you aware that you are

16    still listed on the organization chart on

17    Orascom's web site by the old title?

18          A.    No, I'm not aware of that.

19          Q.    What are your duties as the chief

20    financial officer?

21          A.    The classical CFO functions which

22    include treasury, corporate finance,

23    accounting, budgeting and investor relations.

24          Q.    When you say treasury, can you

25    tell us what that means?

14

<pre>
 1                    R. Mareuse

 2          A.   That means manage the debt and

 3     liabilities -- cash and liabilities of the

 4     company.

 5          Q.   And when you're referring to the

 6     company, are you referring to Orascom Telecom

 7     Holding, or the subsidiaries as well?

 8          A.   Orascom Telecom Holding.

 9          Q.   You used the term, corporate

10     finance, could you tell us what that means?

11          A.   Corporate finance means financing

12     by debt or equity of the holding and as well

13     as the subsidiaries.

14          Q.   Just to define the term for

15     somebody who isn't as expert in finance

16     issues, when you say financing by equity,

17     could you tell us what that means?

18          A.   Well, that means that if we have

19     to, you know, if we have to raise public

20     equity either at the holding company or at the

21     subsidiary level, that we are going into my

22     responsibilities.

23               MR. TOLCHIN:  We didn't hear that

24          last word.

25          A.   That go under my responsibilities.
</pre>

REINIG REPORTING, INC.  (212) 684-7298

```
 1                      R. Mareuse

 2          Q.   When you talk about equity, are

 3     you referring to selling stock?

 4          A.   Refer to -- sorry, what?

 5          Q.   Are you referring to selling

 6     stock, shares of stocks?

 7          A.   Yes, issuing stock, yeah.

 8          Q.   And you mentioned, you mentioned

 9     public debt also, could you tell us what that

10     means?

11          A.   Public or private, sorry, I said

12     that is public or private debt.  Public debt

13     is for instance a bond, and a private debt is

14     a bank debt for instance.

15          Q.   Does Orascom utilize both types of

16     mechanism?

17               MR. CURRAN:  Objection, vague.

18               Orascom, of course, refers to Orascom

19               Telecom --

20               MR. TOLCHIN:  Telecom Holding.

21          Q.   Does Orascom Telecom Holding sell

22     bonds to the public?

23          A.   Depends what you mean by the

24     public, but we have bonds which are privately

25     placed, but...
```

16

```
 1                    R. Mareuse

 2            MR. TOLCHIN:  The witness got very

 3        quiet again, I believe he said

 4        privately.  Can you bring the

 5        microphone closer again, please.  Thank

 6        you.

 7            MR. CURRAN:  I think -- did you

 8        hear his answer?

 9            MR. TOLCHIN:  Yeah, I think so.

10        Q.   You mentioned private debt, could

11   you explain the difference of what -- you used

12   the term private debt, and you used the term

13   public debt, could you just clarify the

14   difference for us, please?

15        A.   Private means that not anyone can

16   buy the debt, and public means that everybody

17   can buy the debt.  Now I made a distinction

18   because we have some bonds which are not

19   completely public because some, you know,

20   depending on the jurisdiction, you cannot buy

21   this, always buy this piece of debt.

22        Q.   Does Orascom Telecom Holding issue

23   equity and debt for the purpose of financing

24   the subsidiaries?

25        A.   For purpose of financing
```

REINIG REPORTING, INC.  (212) 684-7298

```
 1                          R. Mareuse

 2    investments, new investments, and financing

 3    subsidiaries, yes.

 4          Q.   Do the subsidiaries issue equity

 5    or debt on their own?

 6          A.   Sometimes.

 7          Q.   In what circumstances do the

 8    subsidiaries issue equity or debt on their

 9    own?

10          A.   Depends on their financing

11    requirements, so if they need financing

12    requirements then we will look at what is the

13    best way to achieve these financing

14    requirements.

15          Q.   Can you think of an instance in

16    the last two years, for example, where a

17    subsidiary has issued equity or debt on its

18    own without involving Orascom Telecom Holding?

19               MR. CURRAN:  Objection, vague.

20               You may answer.

21          A.   Yes.

22          Q.   And what is that, sir?

23          A.   Well, sometimes they will go, for

24    instance, they will raise local bank financing

25    and -- you know, not necessarily completely
```

18

```
 1                      R. Mareuse

 2      aware of all the details as this is local,

 3      tends to be kind of day-to-day business

 4      activities.

 5            Q.   You mentioned that your duties as

 6      CFO involve something that you referred to as

 7      accounting?

 8                 Can you explain what that

 9      involves?

10            A.   Accounting, well, I was making --

11      reporting the financial statements --

12            Q.   I don't mean accounting in

13      general, I mean with respect to what you do,

14      what are your accounting responsibilities?

15            A.   Sorry, maybe it was not precise

16      enough.  When I say I supervise the six

17      activities, these are my six activities that I

18      supervise, including, you know, corporate

19      finance, treasury, accounting, investor

20      relation, budgeting, so these are the

21      activities that I supervise, so for each

22      activity there is a manager, so there is a

23      treasurer, there is a head of corporate

24      finance, there is a head of investor relation,

25      there is a head of budgeting, and there is a
```

                                                              19

     1                          R. Mareuse

     2     head accountant.

     3            Q.   I'm sorry sir, you told us that

     4     your activities include treasury, corporate

     5     finance, accounting, investor relations, and

     6     budgeting, I count five, is there one more

     7     area that you're responsible for?

     8            A.   Sorry, right there is one more

     9     just been added called revenue assurance.

    10            Q.   What is it?

    11            A.   Revenue assurance.

    12            Q.   What is revenue assurance?

    13            A.   It is to make sure that when you

    14     have a subsidiary, that the -- I make sure

    15     that they get all of the revenues from the

    16     subscribers and there is no leakage.

    17            Q.   What do you mean by leakage?

    18            A.   Well, sometimes for instance if

    19     you have mobile subscriber and you know you're

    20     not connected to the right platform, you might

    21     not pay for the services that you get, and

    22     this is just to make sure that these things do

    23     not happen.

    24            Q.   When you refer to budgeting, what

    25     do you mean by budgeting?

                   REINIG REPORTING, INC.  (212) 684-7298

```
 1                        R. Mareuse
 2             A.   We have two annual budgets a year
 3       so for each subsidiary there's a budget
 4       twice --
 5                   MR. TOLCHIN:  The court reporter
 6                   didn't hear you.
 7             A.   We have two yearly budget for each
 8       subsidiary so every twice a year, once in
 9       October and once in April, we go with every
10       subsidiary over their budget, which is their
11       financial forecast for the year.
12             Q.   What are your duties with regard
13       to investor relations?
14             A.   As we are listed on the Cairo
15       stock exchange and we also GDR program in
16       London so therefore we have public
17       shareholders -- we have public shareholders
18       that obviously we monitor and we provide
19       assistance to these investors for them to
20       understand the company.
21                   MR. TOLCHIN:  Let me ask you just
22                   a procedural favor, as lovely as I
23                   might be to look at, if you could watch
24                   the court reporter's face as you're
25                   talking to make sure that she is
```

21

```
 1                        R. Mareuse

 2             hearing you because sometimes you're

 3             fading out and we would move faster if

 4             we just make sure -- she's is the

 5             important one, is that okay?

 6                  THE WITNESS:  Yeah.

 7             Q.   How many different bonds does

 8     Orascom have outstanding that have been sold

 9     to public investors?

10             A.   You mean Orascom Telecom?

11             Q.   In other words, how many different

12     series of bonds?

13                  MR. CURRAN:  The witness asked,

14             what company, can you specify?

15             Q.   Orascom Telecom Holding.

16             A.   One.

17             Q.   Is that the one that was sold very

18     recently?

19             A.   Yes.

20             Q.   Just before that recent series of

21     bonds, did Orascom Telecom Holding have other

22     series of bonds outstanding?

23             A.   No, not that I'm aware of.

24             Q.   Was this recent sale of bonds the

25     only sale of bonds that has ever taken place
```

REINIG REPORTING, INC.  (212) 684-7298

22

```
 1                      R. Mareuse

 2     by Orascom Telecom Holding?

 3           A.   As I'm aware, as I'm aware of,

 4     yes.

 5           Q.   Are you aware of any series of

 6     bonds that were issued in the past through a

 7     subsidiary of Orascom Telecom Holding that was

 8     set up as a mechanism to provide funding or

 9     financing to Orascom Telecom Holding?

10                Let me just clarify before the

11     objections.  I'm not talking about a series of

12     bonds that might have been issued by a GSM

13     subsidiary, I believe that in the past there

14     was a finance company that was a subsidiary,

15     were there any bonds issued through such a

16     finance subsidiary?

17                MR. CURRAN:  Objection as to form.

18                The witness may answer.

19           A.   Yeah, I mean the -- I think what

20     the bond that we talked about is -- was not

21     technically issued by Orascom Telecom Holding,

22     but by a subsidiary of Orascom Telecom Holding

23     which is a hundred percent owned by Orascom

24     Telecom Holding, but is a very classical

25     mechanism in bond offering.  So you might want
```

23

```
 1                    R. Mareuse

 2     to clarify exactly what I said before.  This

 3     bond actually was, even though raised by

 4     hundred percent wholly owned subsidiary of

 5     Orascom Telecom Holding, was raised in the

 6     purpose of Orascom Telecom Holding.  I don't

 7     know the company, to be frank with you, this

 8     is a bond technicality.

 9          Q.   When you say it's a classical

10     mechanism in bond issuing, what are you

11     referring to, what is the classical mechanism?

12          A.   That is that the bond is always

13     issued by a wholly owned subsidiary of the

14     holding company.

15          Q.   Do you have an understanding as to

16     why the bonds are typically issued by a wholly

17     owned subsidiary of the holding company?

18               MR. SULLIVAN:  Objection.  He

19          didn't testify that anything was

20          typical --

21               MR. TOLCHIN:  He said it's a

22          classical mechanism.

23               You can answer if you understand

24          the question.

25               MR. SULLIVAN:  You might want to
```

24

```
 1                       R. Mareuse

 2           re-ask.

 3           A.   No, I don't have a clear

 4      understanding.

 5           Q.   Sir, you told us that it's common

 6      to have such bonds issued by a wholly owned

 7      subsidiary of the holding company, do you have

 8      an understanding as to why?

 9           A.   No.

10           Q.   Is this something that you have

11      seen many times?

12           A.   Yes.

13           Q.   All right, leaving aside bonds,

14      can you -- do you know, sir, how many

15      different stock issues there have been from

16      Orascom Telecom Holding?

17           A.   Yes, one.

18           Q.   When was that?

19           A.   I believe it was in 2000, I

20      believe, but I'm not sure.

21           Q.   Where was that stock sold?

22           A.   It was sold in Cairo and then it

23      was sold outside of Egypt, I can't remember

24      exactly what was the technique as I was not

25      part of the company at the time.
```

25

```
 1                    R. Mareuse

 2        Q.    Where is Orascom Telecom Holding's

 3   stock traded today?

 4        A.    In Cairo.

 5        Q.    Is it also traded in London?

 6             MR. CURRAN:  Objection as to form.

 7             You may answer.

 8        Q.    Is Orascom Telecom Holding stock

 9   traded in London?

10             MR. CURRAN:  Same objection.

11             The witness may answer.

12        A.    GDR's are traded in London.

13        Q.    What are GDR's?

14        A.    Global depository receipts.

15        Q.    Again, for the layman who doesn't

16   necessarily understand these things, could you

17   explain what that means, global depository

18   receipts?

19        A.    These are receipts that are issued

20   on the basis of one share per one GDR, the

21   share listed in Cairo are basically traded in

22   Egyptian pounds and.

23             MR. TOLCHIN:  Sir, just repeat the

24             last line, the share --

25        A.    The shares being traded in Egypt
```

REINIG REPORTING, INC.  (212) 684-7298

26

```
 1                         R. Mareuse

 2     are traded in Egyptian pounds, the GDRs are

 3     traded in U.S. dollars.

 4             Q.   Who issues the GDRs?

 5             A.   I believe it's the bank.

 6             Q.   Do you know which bank?

 7                  MR. SULLIVAN:  Objection.  Where?

 8     Hold on --

 9                  MR. TOLCHIN:  GDRs.

10                  MR. SULLIVAN:  Are we talking

11     about London?

12             Q.   Sir, is there an institution, or

13     entity, or company that issues the GDRs?

14             A.   Yes, I think it's the Bank of New

15     York.

16             Q.   In order to issue the GDRs does

17     the Bank of New York hold a corresponding

18     amount of Orascom's stock?

19             A.   Yes.

20             Q.   Does the Bank of New York hold, if

21     you know, does the Bank of New York hold the

22     Orascom stock in the form of a actual

23     certificate?

24             A.   I don't know that.

25             Q.   Have you ever personally had any
```

REINIG REPORTING, INC.  (212) 684-7298

27

 1                    R. Mareuse

 2   dealings with the Bank of New York regarding

 3   the GDRs?

 4        A.   I have been copied on email on

 5   some correspondence with the people the bank,

 6   with the people at the Bank of New York.

 7        Q.   Who in your staff at Orascom

 8   Telecom Holding deals with the Bank of New

 9   York?

10        A.   The investor relation person.

11        Q.   Is that Mr. El Gammal?

12        A.   Yes.

13        Q.   Can you tell me, sir, why Orascom

14   Telecom Holding set up a GDR program?

15        A.   I don't, I don't know because I

16   was not part of the company when they did that

17   deal.

18        Q.   Can you tell me, sir, then why

19   does Orascom Telecom Holding continue to keep

20   the GDR program in effect?

21        A.   I think the -- it provides more

22   liquidity as it's instrument and it might be

23   easier for other investors that are not

24   located in Egypt.

25        Q.   Is it fair to say that investors

28

```
 1                    R. Mareuse

 2    who are outside of Egypt will trade Orascom

 3    Telecom Holding's stock more readily than if

 4    it were only traded on the Egyptian stock

 5    exchange?

 6              MR. CURRAN:  Objection as to form.

 7              You may answer.

 8         A.   Yes.

 9         Q.   Do you have an understanding, sir,

10    as to what the steps are that are involved in

11    setting up a GDR program?

12         A.   No.

13         Q.   Have you ever set up a GDR program

14    yourself or have you ever a been part of --

15         A.   No.

16         Q.   -- of that type of project?

17         A.   No.

18         Q.   Does Orascom Telecom Holding

19    provide financing services for the

20    subsidiaries?

21         A.   Yes.

22         Q.   Is that the primary purpose of

23    Orascom Telecom Holding or primary function?

24         A.   It's one of the functions, yes.

25         Q.   During the course of your
```

29

```
 1                          R. Mareuse
 2      employment with Orascom Telecom Holding have
 3      you visited the United States?
 4              A.   Yes.
 5              Q.   Do you know how many times?
 6              A.   I would say between three, four,
 7      times a year.
 8              Q.   And that's since you started with
 9      the company in 2002?
10              A.   Yes.
11              Q.   Did you visit the United States in
12      connection with your employment by Orascom in
13      2002?
14              A.   I don't think so.
15              Q.   What was your first visit to the
16      United States that you can remember since
17      you've been working with Orascom Telecom
18      Holding?
19              A.   My first visit in connection with
20      the Orascom Telecom, or as a personal --
21              Q.   In connection with Orascom
22      Telecom.
23              A.   I am not sure if it's 2003 or
24      2004.
25              Q.   Did you enter the United States on
```

30

```
 1                    R. Mareuse

 2    April 9, 2003?

 3         A.    Sorry?

 4         Q.    Did you enter the United States on

 5    April 9, 2003?

 6         A.    I don't know.

 7         Q.    Your passport indicates that you

 8    entered the United States on April 9, 2003, do

 9    you recall that trip?

10         A.    No.

11         Q.    Do you have any idea why you came

12    to the United States at that time?

13         A.    It might have been for personal or

14    for business reasons, I can't remember which

15    one.

16         Q.    How could you tell?  How could you

17    find out?

18         A.    Well, maybe you can tell me how

19    many days I stayed and then maybe I will be

20    able to remember.

21         Q.    Unfortunately sir the United

22    States records your comings in, but not your

23    goings out in your passport.  I would love to

24    be able to give you that information.  Do you

25    perhaps have a diary or a personal calendar
```

31

```
 1                   R. Mareuse
 2   where you keep track of things like this?
 3         A.   Well, I travel about 200 days a
 4   year, so it would be very difficult for me for
 5   years after to remember exactly what happened
 6   on that date.
 7         Q.   With such a busy travel schedule,
 8   sir, do you have a assistant or secretary who
 9   keeps track of your calendar?
10              MR. SULLIVAN:  Objection, that's
11              going to call for a corporate document
12              if that's the case.
13              MR. TOLCHIN:  I haven't called for
14              a document, you're premature.
15              MR. SULLIVAN:  I take exception to
16              that characterization.
17              MR. CURRAN:  Objection as to form.
18              The witness may answer.
19         A.   I mean, it's all stored in my
20   Outlook.
21         Q.   You have -- in your -- when you
22   refer to Outlook, you're referring to a
23   computer calendar diary program?
24         A.   Yes.
25         Q.   So you have access to a computer
```

32

```
  1                      R. Mareuse

  2     which has your calendar in it, correct?

  3          A.   Yes, but the thing -- yes.

  4          Q.   That calendar would show your

  5     personal trips and your business trips, and it

  6     would let you know when you were traveling for

  7     personal reasons and when you were traveling

  8     for business?

  9          A.   No, I don't keep track of my

 10     personal travel in my Outlook, I just put my

 11     business ones.

 12          Q.   Where would you keep track of your

 13     personal travel?

 14          A.   In my head.

 15          Q.   In your head?

 16          A.   If that's very good sense.

 17          Q.   Well if you looked in your Outlook

 18     program and we looked at April 9, 2003 and it

 19     wasn't listed there as a business trip, would

 20     it be fair to assume that it was a personal

 21     trip?

 22          A.   Yes.

 23               MR. CURRAN:  Objection as to form.

 24          Q.   So by looking at Outlook you could

 25     tell whether this was a business or personal
```

REINIG REPORTING, INC.  (212) 684-7298

33

1                          R. Mareuse

2    trip, correct?

3         A.   Yes.

4         Q.   Before coming to testify today and

5    to comply with this subpoena, did you check

6    the Outlook program in order to determine how

7    many visits you had made to the United States

8    and for what purpose?

9              MR. CURRAN:   Objection as to form,

10         lacks foundation.

11             You may answer.

12        A.   No, I have not checked.

13        Q.   When you travel for business

14   purposes, who pays for your plane tickets?

15        A.   The company.

16        Q.   Do you typically charge those

17   tickets on a credit card and then submit that

18   to be reimbursed?

19        A.   No.

20        Q.   What about for personal trips, who

21   pays for your personal trips?

22        A.   I pay.

23        Q.   I'm sorry?

24        A.   I pay it myself, I pay it myself.

25        Q.   And when you pay for a personal

REINIG REPORTING, INC.  (212) 684-7298

34

1                       R. Mareuse

2      trip yourself do you typically pay for that on

3      a credit card?

4              A.   Yes.

5              Q.   So by looking at your credit card

6      records you could probably also tell whether

7      this April 9, 2003 trip was for personal or

8      business reasons, couldn't you?

9              A.   Yes, but I don't keep three years

10     of credit cards or records.

11             Q.   What is your credit card record

12     retention policy, how long do you keep those?

13             A.   Well, now I only have electronic

14     records anyway because I don't -- my credit

15     cards are electronic so I don't have paper

16     credit card record anymore.

17             Q.   When did you switch over from

18     paper records?

19             A.   About, I don't know two years ago

20     I would say.

21             Q.   And let's go back to the question,

22     how long do you keep your credit card records?

23             A.   Well, I mean as I said, the ones

24     that are electronic I don't keep, I mean it's

25     on -- I don't keep them anymore and I don't

35

```
 1                    R. Mareuse

 2     think -- the only one I have which is on paper

 3     is the one on my Egyptian credit card that I

 4     usually don't pay my travel on -- with my

 5     Egyptian credit card.

 6          Q.    What credit card do you usually

 7     use for paying your travel?

 8          A.    The one on my UK account.

 9               MR. CURRAN:  Objection as to form.

10               What that question relating to the

11               personal travel?

12               MR. TOLCHIN:  Right, the only

13               question, the only travel that he said

14               he pays for on a credit card.

15               MR. CURRAN:  So it was the

16               personal travel, that was the question?

17               MR. TOLCHIN:  Correct.

18          Q.    So is it fair to say, sir, that

19     you have absolutely no idea why you came to

20     the United states on April 9, 2003?

21               MR. CURRAN:  Objection as to form.

22               You may answer.

23          A.    Yes.

24          Q.    And is it fair to say, sir, that

25     before coming to testify today you took no
```

36

```
 1                         R. Mareuse

 2        steps to determine why you made that visit?

 3        Is that correct?

 4                    MR. CURRAN:  Objection as to form.

 5               To the extent that it implies --

 6                    MR. SULLIVAN:  Objection to form

 7               and no foundation.

 8                    MR. TOLCHIN:  We have three people

 9               talking.

10                    MR. SULLIVAN:  Let me go first,

11               the objection to form, objection to

12               foundation.  The witness is here to

13               testify as to what is in his own head,

14               he is obligated to look only for

15               personal documents, he had testified he

16               has no personal documents.

17                    MR. TOLCHIN:  Let's just get one

18               thing straight, in The Southern

19               District of New York the word is

20               objection.  If you want to have

21               colloquy we can ask the witness --

22                    MR. SULLIVAN:  I'm going to object

23               to a continuing line of inquiry

24               relating to personal documents that he

25               has just testified he no longer has.  I
```

REINIG REPORTING, INC.  (212) 684-7298

37

```
 1                    R. Mareuse

 2          would submit that you should ask him

 3          when is your first recollection of a

 4          business trip to the United States

 5          while employed by OTH.

 6              MR. CURRAN:  Objection as to form,

 7          lacks foundation.

 8              The witness may answer.

 9              MR. TOLCHIN:  Please answer the

10          question, sir.

11              THE WITNESS:  Sorry, I lost --

12          what is the question?

13          Q.   The question is, sir, before

14     coming here today to testify were you told

15     that you would be asked about your visits to

16     the United States?

17              MR. SULLIVAN:  Objection,

18          implicates attorney client privilege,

19          don't answer that question.

20          Q.   Sir, before coming here today, did

21     you know that you would be asked about your

22     visits to the United States?

23              MR. CURRAN:  Same objection.

24              MR. TOLCHIN:  You can answer.

25              THE WITNESS:  Do I answer or do I
```

38

```
 1                    R. Mareuse

 2       not?

 3            MR. CURRAN:  I suggest the witness

 4            can answer that without implicating any

 5            discussions you had with counsel, so if

 6            in your own mind you reached a

 7            conclusion that you would be asked

 8            about that, you may answer.

 9       A.   Yes.

10       Q.   And before coming here today, sir,

11  did you look through your passports to go over

12  when you had entered the United States?

13            MR. CURRAN:  Objection as to form.

14            At what point before this deposition

15            Mr. Tolchin are you stalking about, are

16            you talking about moments or days

17            before, or are you talking about in

18            connection with document production?

19            MR. TOLCHIN:  Come on.

20       Q.   In preparing to come testify

21  today, sir, did you look over your passport to

22  see when you had entered the United States?

23       A.   I just gave a copy of my passport

24  as I travel a lot and I just did not look at

25  all of the travel that I had been doing for
```

REINIG REPORTING, INC.  (212) 684-7298

```
 1                         R. Mareuse

 2      the past few years.

 3            Q.    So the answer is, no, you didn't

 4      look?

 5            A.    I did not look thoroughly, I mean,

 6      I just sent in my passports.

 7            Q.    By the way, do you have a

 8      permanent United States visa or do you have to

 9      apply for a visa every time you come, or

10      something else?

11            A.    No, I don't need a visa as a

12      French citizen.

13            Q.    So you can just come to the United

14      States any time you want?

15            A.    That's correct.

16            Q.    You mentioned before that you had

17      resided in New York for several years,

18      correct, for three years or so?

19            A.    That's correct, yes.

20            Q.    And you were working here,

21      correct?

22            A.    Yes.

23            Q.    Would I be correct that you

24      therefore have a United States Social Security

25      number?
```

40

```
 1                        R. Mareuse

 2         A.    Yes.

 3         Q.    In April of 2003 Mr. Sawiris

 4    came --

 5               MR. TOLCHIN:  Withdrawn.

 6         Q.    Do you know somebody named Naguib

 7    Sawiris?

 8         A.    Yes.

 9               MR. TOLCHIN:  And tell me if I'm

10          mispronouncing it.

11               THE WITNESS:  Naguib.

12         Q.    Naguib?

13         A.    Yes, Naguib.

14         Q.    And who is Mr. Sawiris?

15         A.    He is a CEO of Orascom Telecom

16    Holding and chairman. Chairman and CEO.

17         Q.    By the way, when you entered the

18    United States, do you have to fill out an

19    entrance form when you arrive?

20         A.    Yes.

21         Q.    And on that form do you have to

22    state whether the purpose of your visit is

23    business or otherwise?

24         A.    I believe so but I'm not sure.

25         Q.    Do you keep copies of those forms?
```

41

```
 1                        R. Mareuse
 2          A.   No because I hand them to the
 3     custom person.
 4          Q.   But you don't get a copy?
 5          A.   No.
 6          Q.   And you don't know what purpose
 7     you checked off when you came to the U.S. on
 8     April 9th of '03?
 9          A.   I can't remember precisely.
10          Q.   By the way, do you still maintain
11     a residence in New York?
12          A.   No.
13          Q.   Do you own an apartment or any
14     form of real estate in New York?
15          A.   No.
16          Q.   Do you know whether Mr. Sawiris
17     came to the United States in April of 2003?
18          A.   I have no clue.
19          Q.   Now Mr. Hatim El Gammal is
20     somebody who works under your -- under you,
21     correct?
22          A.   Yes.
23          Q.   Do you know whether he came to the
24     United States in connection with his
25     employment for Orascom in June of 2003?
```

REINIG REPORTING, INC.  (212) 684-7298

42

```
 1                      R. Mareuse

 2          A.   No, I don't know.

 3          Q.   Did Mr. El Gammal come to the

 4   United States at some point for training in

 5   connection with the Orascom Telecom Holding

 6   GDR program?

 7          A.   That's possible.

 8          Q.   Do you know when that was?

 9          A.   No.

10          Q.   Was it in June of 2003?

11               MR. CURRAN:   Objection, lacks

12          foundation.

13               The witness may answer.

14          A.   I said no, I don't remember.

15          Q.   Did you enter the United States in

16   March of 2004?

17          A.   Yes, I remember that.

18          Q.   What was the purpose of your visit

19   in March of 2004?

20          A.   It was a roadshow for Orascom

21   Telecom.

22          Q.   It was a what?

23          A.   A road show for Orascom Telecom.

24          Q.   A road show?

25          A.   Yeah.
```

43

1                         R. Mareuse

2          Q.   Who organized that road show?

3          A.   I believe it was HSBC.

4          Q.   Now sir, we've gone through your

5     passport or your passports and we don't find

6     an entry stamp for March 2004, can you explain

7     that.

8          A.   Maybe I'm wrong on the date, maybe

9     I came, I remember coming for the first time

10    in the U.S. I think it was in 2004, and this

11    was after, so maybe it wasn't in March, it

12    might have been in April, I don't remember the

13    date.

14         Q.   When you were gathering up your

15    passport to provide to us in this case, did

16    you find that there was a passport missing?

17         A.   Yes.

18         Q.   So you have had multiple passports

19    over the last few years, is that correct?

20              MR. SULLIVAN:  Objection, no

21         foundation.

22         A.   Yes.

23         Q.   What?

24              MR. SULLIVAN:  No foundation for

25         that question.

REINIG REPORTING, INC.  (212) 684-7298

44

1                       R. Mareuse

2                 MR. TOLCHIN:  I asked what the

3           witness said.

4                 MR. SULLIVAN:  You can answer.

5           The question was, multiple passports?

6           A.   I said yes.

7                 MR. SULLIVAN:  I objected to that.

8           Q.   Sir, have you had multiple

9     passports in the last several years?

10          A.   Yes.

11          Q.   Why did you have multiple

12    passports in the last several years?

13          A.   Because sometimes I have to put my

14    passport in a -- to get a visa for certain

15    countries and that takes a long time and as I

16    travel a lot, I need the other passport to be

17    able to travel.

18          Q.   So you have simultaneously had

19    more than one passport issued by the French

20    government?

21          A.   That's right.

22          Q.   So more than one passport in

23    effect at the same time?

24          A.   That's right.

25          Q.   Is one of your passports

45

R. Mareuse

1                          R. Mareuse

2      presently --

3                MR. TOLCHIN:  Withdrawn.

4           Q.   Is the missing passport presently

5      with somebody to issue a visa, like you just

6      mentioned?

7           A.   No, no, I just couldn't find it.

8      I mean, I tell you exactly what happened the

9      U.S. changed it's -- they require now

10     electronic passport and some very complicated

11     regulation about when your passport was

12     issued, so just to get to the bottom of it I

13     had, I had two passports, one of them was not

14     they were not electronic, but one of them was,

15     you know, I could travel with it in the United

16     States for a certain period of time.  I

17     finally got an electronic passport and this is

18     why now I'm only using one passport which is

19     the electronic passport and I lost this other

20     passport, I couldn't find it.

21          Q.   Have you reported the passport

22     lost or missing to the French government?

23          A.   No because I was not aware of the

24     loss since actually I was asked to do my

25     testimony and --

46

```
 1                        R. Mareuse

 2          Q.   Are you planning to report that

 3     passport lost?

 4          A.   If I don't find it, yes.

 5          Q.   So you're continuing to look for

 6     it?

 7          A.   Yes.

 8          Q.   And if you find it, will you copy

 9     it and make it available to us?

10          A.   Of course.

11          Q.   By the way, your UK credit card

12     that you mentioned before, are you entitled to

13     request copies of your credit card records

14     from them?

15          A.   I don't know.

16          Q.   Meaning if you needed to verify a

17     charge or confirm something that you had paid

18     for with your credit card, could you call up

19     that credit card company and get a copy of

20     your credit card records?

21          A.   I don't know if it's possible.

22          Q.   Did you try to do that in order to

23     comply with the subpoena in this case?

24               MR. CURRAN:  Objection as to form,

25               lacks foundation to the extent it
```

47

```
 1                    R. Mareuse

 2          implies that was an obligation.

 3              The witness may answer.

 4              MR. TOLCHIN:  I simply asked him

 5          if he tried.

 6              MR. CURRAN:  That's not what you

 7          simply asked, but the witness may

 8          answer the question.

 9          A.   I did not try.

10          Q.   I'm sorry?

11          A.   I did not try.

12          Q.   Let's go back to your March 2004

13      visit here, you said that was, you said that

14      was a road show?

15              MR. CURRAN:  Objection as to form,

16          lacks foundation.

17              You may answer.

18          A.   Hold on, I thought you said I

19      didn't travel in March or --

20          Q.   All I said, sir, is that your

21      passport doesn't have a stamp.  You, in fact,

22      said, you did -- You, in fact, said you did

23      travel and I will just put this out there,

24      that your colleague Mr. El Gammal gave us a

25      sworn statement that you traveled with him to
```

REINIG REPORTING, INC.  (212) 684-7298

48

```
 1                        R. Mareuse

 2    the U.S. in March of 2004.

 3              A.   Okay.

 4                   MR. TOLCHIN:  I'm sure your

 5              attorney who represented Mr. El Gammal

 6              when he gave that answer will confirm

 7              that.

 8                   MR. SULLIVAN:  Is there a question

 9              pending?

10              Q.   Sir, what was the purpose of

11    your -- of that road show?

12              A.   Just to visit the -- some of the

13    shareholders.

14              Q.   Who organized that road show?

15              A.   HSBC.

16              Q.   What was HSBC's connection to

17    Orascom Telecom Holding?

18              A.   HSBC is one of the brokerage firm

19    that provides research on the company.

20              Q.   That provides what on the company?

21              A.   Research, equity research.

22              Q.   Provides it to whom?

23              A.   To investors.

24              Q.   HSBC provides research information

25    about Orascom Telecom Holding to investors?
```

49

```
 1                        R. Mareuse

 2          A.   Yes.

 3          Q.   By the way, when you travel to the

 4     United States do you -- do you always pay

 5     attention to whether you get a stamp in your

 6     passport?

 7          A.   No.

 8          Q.   As you sit here today, can you say

 9     with any certainty whether you get a stamp

10     every time you come?

11          A.   I have to, otherwise I don't think

12     I can get into the country.  But I don't know

13     where they put it, don't know where they put

14     in on the passport, which page, but I have to

15     get a stamp, if I don't get a stamp that means

16     I've not been in the country.

17          Q.   Are you certain, sir, that you get

18     a stamp in your passport every time you enter

19     the United States?

20          A.   Yes.

21          Q.   Yes, you are, sir?

22          A.   Yes.

23          Q.   In the missing passport, do you

24     have any idea how many visits to the United

25     States would be reflected by that missing
```

50

```
 1                      R. Mareuse

 2      passport?

 3           A.   I would say one or two.

 4           Q.   Are you just guessing?

 5           A.   Yes.

 6           Q.   So you really don't know an

 7      accurate number, correct?

 8           A.   Yes, that's correct.

 9           Q.   You said that in the March 2004

10      trip you came to visit some shareholders is

11      that accurate?

12           A.   Yes.

13           Q.   Do you recall which shareholders

14      you visited?

15           A.   No, I mean there are so many that

16      I don't recall which one I visited.

17           Q.   Do you recall who came with you in

18      March 2004?

19           A.   Yes, it was Hatim El Gammal and

20      Naguib Sawiris.

21           Q.   What was your function on this

22      trip, what were you expected to do?

23           A.   I was the CFO of the company and

24      here to communicate all the financial matters

25      of the company to the investors.
```

51

R. Mareuse

1

2          I am the CFO of the company, my

3     role is to communicate about all financial

4     matters of Orascom Telecom to the investors.

5          Q.   What was Mr. El Gammal's function

6     on that trip?

7          A.   He is the investor relation so he

8     is the day to day contact for the investors.

9          Q.   What was Mr. Sawiris's role or

10    function on that trip?

11         A.   He is the CEO of the company, so

12    he's there to communicate the strategic issues

13    of the company to the investors.

14         Q.   How long were you here in the

15    United States?

16         A.   I believe it was a week.

17         Q.   Do you recall approximately how

18    many meetings you had during that week?

19         A.   I would say probably six a day.

20         Q.   And when you say a week, are you

21    talking about a calendar week or a business

22    week, in other words five days or seven days?

23         A.   I would actually say it's probably

24    more four days I think it's -- we went from

25    Monday through Thursday.

52

```
 1                      R. Mareuse

 2          Q.   So --

 3          A.   Might be five.

 4          Q.   Would it be fair to say, sir, that

 5   during your visit to the United States in

 6   March 2004 you conducted approximately 25

 7   meetings with investors?

 8          A.   Yes.

 9          Q.   It could be a few more, it could

10   be a few less, but something in that vicinity

11   is that correct?

12          A.   Yes, yes.

13          Q.   Where did those meetings take

14   place?

15          A.   At the investors' offices,

16   different investors' offices.

17          Q.   And where were those investors

18   located in the United States?

19          A.   Some in New York, some in Boston.

20          Q.   What portion of those meetings do

21   you believe took place in New York and in

22   Boston?

23          A.   Probably 75 percent in New York,

24   25 percent in Boston.

25          Q.   Why didn't you just ask the
```

53

```
 1                    R. Mareuse

 2   investors to come meet you in Cairo?

 3          A.   We, we sometimes come to Cairo, we

 4   sometimes come to the U.S. it's nice to go and

 5   see them in their office, but they also come

 6   here.

 7          Q.   Why didn't, instead of the three

 8   of you coming to New York, why didn't you ask

 9   these investors to come meet you in Cairo?

10             MR. CURRAN:  Objection, asked and

11             answered.  You may answer it again.

12             MR. TOLCHIN:  You can answer the

13             question.

14             MR. CURRAN:  I've already told him

15             he can answer the question.

16          A.   I mean, as I said, you know, it's

17   customary to go and visit investors it's also

18   customary for them to come and visit us in

19   Cairo, so it's both ways.

20          Q.   Is it fair to say that many of

21   these investors would not have taken the time

22   to come meet with you in Cairo?

23             MR. CURRAN:  Objection as to form,

24             lacks foundation.

25             You may answer.
```

54

```
 1                     R. Mareuse

 2          A.   I'm not sure about that actually.

 3          Q.   When you stayed in New York in

 4     March of 2004, you and Mr. El Gammal and

 5     Mr. Sawiris, where did you stay?

 6          A.   I think it was at the Four

 7     Seasons.

 8          Q.   In Manhattan?

 9          A.   Yes.

10          Q.   Did Mr. Sawiris stay at the Four

11     Seasons as well?

12          A.   Yes.

13          Q.   And who paid for that trip?

14          A.   The company.

15          Q.   Orascom Telecom Holding?

16          A.   Yes, yes.

17          Q.   During that trip was there any

18     sort of group meeting with investors?

19          A.   I don't recall.

20          Q.   Do you recall, sir, whether there

21     was any particular business that -- or any

22     particular business objective that you hoped

23     to achieve during that March 2004 visit?

24              MR. SULLIVAN:  Objection to the

25              extent it calls for anything beyond his
```

55

```
1                    R. Mareuse

2           personal understanding of business

3           objectives.

4                You can answer, but with that

5           caveat.  You can answer.

6           Q.   Do you need the question read back

7    sir?  Sir, do you need me to ask the question

8    again?

9           A.   Yeah, please.

10          Q.   During your March 2004 visit, was

11   there -- can you hear me, can you hear me?

12   Okay.

13               MR. TOLCHIN:  I think it's time

14          for our one hour break anyway.

15               (Discussion is held off the

16          record.)

17               MR. TOLCHIN:  You guys were frozen

18          for a moment.

19          Q.   Sir, during your -- can you hear

20   us?

21               MR. CURRAN:  Yes, We hear you

22          perfectly fine.

23               MR. TOLCHIN:  I don't know what

24          you saw on your end, but on our end the

25          screen froze for a minute there.
```

REINIG REPORTING, INC.  (212) 684-7298

56

```
 1                      R. Mareuse

 2          Q.   Sir during your, when you came to

 3     the United States in March of 2004, did you

 4     have a particular objective that you hoped to

 5     achieve during that visit?

 6          A.   Well, the objective of road show

 7     is to communicate the story to investors,

 8     that's just, you know, every road show is the

 9     same objective, which is to communicate the

10     story of the Orascom Telecom.

11          Q.   Was this road show intended to

12     promote any particular issue of stock or debt

13     of Orascom?

14          A.   No, no.  We call it non-deal road

15     show which was just basically to --

16          Q.   A non -- I didn't hear the work, a

17     non-deal road show?

18          A.   Non-deal, yeah.

19          Q.   So --

20               MR. CURRAN:  Please continue with

21          your answer.

22               Please Mr. Tolchin try to refrain

23          from interrupting the witness mid

24          answer, he can always go back and

25          clarify a word.
```

57

```
 1                    R. Mareuse

 2              MR. TOLCHIN:  Just, Mr. Curran

 3         it's just sometimes there is a little

 4         lag between, because of the connection,

 5         and sometimes it's hard to know when he

 6         is done or when he is about to start,

 7         so please continue.

 8         A.    So a non-deal road show means

 9    basically to communicate the story and to

10    update the story to investors, we see some

11    news on us, so there is no particular

12    objective just a regular objective.

13         Q.    I just want to ask you about two

14    terms, when you say communicate the story,

15    what story are you talking about?

16         A.    The story of the Orascom Telecom.

17         Q.    What is the story of Orascom

18    Telecom?

19         A.    Well, it's basic facts about how

20    the company is doing, what its forecasts are,

21    what is its, you know, competitive position,

22    the industry dynamic, the financial position,

23    that is what we call the story in the

24    financial -- in the equity world.

25         Q.    And is it your expectation when
```

58

```
 1                    R. Mareuse
 2   you tell investors the story --
 3              MR. TOLCHIN:  Withdrawn.
 4        Q.   What is the reason why you tell
 5   investors the story of Orascom?
 6        A.   Because if you hold the share of a
 7   company you want to know how the company is
 8   doing.
 9        Q.   Is there -- I didn't mean to
10   interrupt, were you done?
11        A.   Yeah.
12        Q.   Is there a benefit to Orascom
13   Telecom Holding in having investors know the
14   story of Orascom?
15        A.   When you are -- this is, you know
16   this is a customary thing that you do when you
17   have, you know shares listed, is that your
18   duty to your shareholders to update them on
19   the situation of the company.  That is part of
20   the duty of a public company, publicly listed
21   company.
22        Q.   But is there a, is there a benefit
23   to the company that is achieved by informing
24   investors as to the story of the company?
25        A.   I mean the benefit, you know, if
```

59

                                    R. Mareuse

1                                   R. Mareuse

2       there could be a benefit if they like the

3       story they will buy the shares, there could be

4       not a benefit, if they don't like the story

5       then they sell the shares.

6              Q.   You used the term non-deal road

7       show, could you explain please what is the

8       difference between a deal road show and a

9       non-deal road show?

10                    MR. SULLIVAN:  Objection,

11              foundation.

12                    He can answer.

13             A.   Non-deal road show means when that

14      you don't want to raise any money, and deal

15      road show means when you want to raise money.

16             Q.   In a -- what is the objective of a

17      deal road show?

18             A.   To raise money.

19             Q.   Would it be fair to say that when

20      you have a deal road show your objective is

21      to, is to persuade the people you're meeting

22      with to buy the stock or buy the bonds?

23             A.   That's correct.

24             Q.   Do you recall during your March

25      2004 trip, do you recall any of the meetings

                                                                60

         1                         R. Mareuse

         2        that you had?

         3             A.    No.

         4             Q.    Do you recall the identity of any

         5        of the 25 or so investors that you met with?

         6             A.    I would not be certain.

         7             Q.    Do you recall whether you and

         8        Mr. El Gammal and Mr. Sawiris brought with you

         9        any written materials about Orascom Telecom

        10        Holding during that trip?

        11             A.    Yes, we did.

        12             Q.    Do you recall what you brought

        13        with you?

        14             A.    Yes, it's a 20 to 30 pages

        15        presentation of the company.

        16             Q.    Did you provide a copy of that 20

        17        to 30 page presentation about the company to

        18        each of the investors that you met with?

        19             A.    Yes.

        20             Q.    By the way, a while ago you

        21        testified that you came to the United States

        22        about three or four times a year, do you

        23        recall that testimony?

        24             A.    Sorry what was the question,

        25        what's the question?

61

```
 1                         R. Mareuse
 2            Q.   You testified earlier that you
 3     came to the -- that you come to the United
 4     States about two or three times a year, do you
 5     recall that testimony?
 6            A.   Yes.  I said three to four times,
 7     I didn't say two to three, I said three to
 8     four.
 9            Q.   Three to four, I'm sorry I stand
10     corrected.  How many of those trips on average
11     are for business and how many are for personal
12     reasons?
13            A.   I would say probably one is with
14     personal and three for -- between two to three
15     for business and one to two personal.
16            Q.   You mentioned, you mentioned that
17     you had your calendar stored in Outlook, do
18     you recall that?
19            A.   Yes.
20            Q.   Do you own a lap top computer?
21            A.   No, it's not mine, it's the
22     company's.
23            Q.   You have a company lap top?
24            A.   Yes.
25            Q.   Do you use that lap top for
```

62

```
 1                        R. Mareuse

 2    personal purposes?

 3         A.   Sometimes.

 4         Q.   And do you have Outlook installed

 5    on that lap top?

 6         A.   Yes.

 7         Q.   And does the Outlook that's

 8    installed on that lap top contain your

 9    calendar or diary information?

10         A.   Yes, the Outlook contains my diary

11    for my business diary, sorry.

12         Q.   During the March 2004 meeting --

13    trip, did you meet with any investors who were

14    already -- who had already invested in Orascom

15    Telecom Holding?

16         A.   Yes.

17              MR. CURRAN:  Objection as to form,

18         vague.  Does that mean directly or

19         through the GDRs?

20              MR. TOLCHIN:  Through any

21         mechanism.

22         Q.   What I'm trying to get at is did

23    you -- did he meet with people or who were

24    current investors, or prospective investors,

25    or both?
```

REINIG REPORTING, INC.  (212) 684-7298

63

```
 1                    R. Mareuse

 2          A.   Both.

 3          Q.   I'm sorry?

 4          A.   Both.

 5          Q.   Both?  Do you know what portion of

 6     the 25 or so investors that you met with were

 7     current investors and what portion were

 8     prospective?

 9          A.   No.

10               MR. TOLCHIN:  Do you want to?

11               MR. SULLIVAN:  Breaking point.

12               MR. TOLCHIN:  Yeah, let's take a

13          break right now for five minutes, seven

14          minutes.

15               (Time is 10:14 a.m. off the

16          record.)

17               MR. CURRAN:  We are prepared to

18          proceed if you are.

19               (Deposition resumed 10:23 a.m.)

20          Q.   Sir, who was your predecessor as

21     CFO?

22          A.   Zouhair Khaliq.

23          Q.   Could you spell that?

24          A.   Z-O-U-H-A-I-R, and last name is

25     K-H-A-L-I-Q.
```

64

```
 1                          R. Mareuse
 2             Q.   And is Mr. Khaliq still employed
 3     by Orascom Telecom Holding?
 4             A.   No.
 5             Q.   Do you know where Mr. Khaliq works
 6     today if anywhere?
 7             A.   He works for Mobile Inc.
 8             Q.   He works for?
 9             A.   Mobile Inc. subsidiary of Orascom
10     Telecom.
11             Q.   And who was Mr. Khaliq's
12     predecessor as CFO?
13             A.   Alain Sainte Marie.
14             Q.   Can you spell what?
15             A.   A-L-A-I-N, and the last name is
16     Sainte S-A-I-N-T-E, Marie M-A-R-I-E.
17             Q.   And what was the time period of
18     Mr. Saint Marie and Mr. Khaliq's service as
19     CFO, or I guess it was executive officer of
20     finance?
21             A.   I believe Zouhair Khaliq was CFO
22     from I think from may or June 2002 to October
23     2002 and Alain I can't remember exactly how
24     long he was CFO for because I was not part of
25     the company.
```

65

```
 1                        R. Mareuse

 2          Q.   Do you know who preceded Mr. Saint

 3     Marie?

 4          A.   I forgot his name but, but I used

 5     to know him.

 6          Q.   Was his name Mr. Albarie

 7     (phonetic)?

 8          A.   That's right.

 9          Q.   Do you know Mr. Albarie's first

10     name?

11          A.   I thought it was Al, that's not

12     right.

13               MR. TOLCHIN:  You can call him Al.

14          Q.   Do you know where Mr. Albarie

15     works today?

16          A.   No.

17          Q.   Do you know where Mr. Saint Marie

18     works today?

19          A.   Yes.

20          Q.   Where?

21          A.   He is a CEO of the Iraqna which is

22     one OTH subsidiary.

23          Q.   Iraqna that's I-R?

24          A.   Iraqna I-R-A-Q-N-A.

25          Q.   Is that an Orascom subsidiary in
```

66

```
 1                        R. Mareuse

 2    Iraq?

 3           A.   That's correct.

 4           Q.   Was there somebody, or is there

 5    somebody who works at Orascom Telecom Holding

 6    named Mrs. Amani Elsequi (phonetic)?

 7           A.   I don't know this person.

 8           Q.   Do you know whether Mr. Albarie

 9    came to New York in connection with depository

10    receipts for Orascom Telecom Holding in 2001?

11           A.   No, I was not part of the company

12    so...

13           Q.   You just have no information about

14    that?

15           A.   No.

16           Q.   Did you enter the United States in

17    September 2004?

18           A.   Yes.

19           Q.   Do you know what was the purpose

20    of that trip?

21           A.   To assist an equity conference.

22           Q.   To assist an equity conference in

23    connection with your employment with Orascom?

24           A.   Yes.

25           Q.   And what equity conference were
```

67

                              R. Mareuse

2    you assisting?

3          A.   The Deutsche Bank equity

4    conference.

5          Q.   What was the Deutsche Bank equity

6    conference in September 2004?

7          A.   It's what we call an emerging

8    market equity conference, so you have a lot of

9    companies in emerging market that are

10   attending this equity conference and investors

11   that are part of these markets.

12         Q.   Who organized that conference?

13         A.   Deutsche Bank.

14         Q.   What was the purpose of that

15   conference?

16              MR. SULLIVAN:  Objection, that's

17         been asked and answered.

18              Go ahead.

19              MR. CURRAN:  Objection.  The

20         witness may answer.

21         A.   To present emerging market

22   companies to emerging market investors.

23         Q.   What was your purpose in attending

24   that conference?

25         A.   As a CFO of Orascom Telecom I was

                REINIG REPORTING, INC.  (212) 684-7298

68

```
 1                      R. Mareuse

 2    there to present the financial matters of the

 3    Orascom Telecom company.

 4          Q.   And what was your -- what did you

 5    wish to achieve by attending that equity

 6    conference?

 7          A.   The same as the -- what we did in

 8    March 2004 which was to present the -- to

 9    communicate the story to investors.

10          Q.   Where did this conference take

11    place?

12          A.   In New York.

13          Q.   Do you know where specifically in

14    New York?

15          A.   Midtown, Manhattan.

16          Q.   Was it in a hotel?

17          A.   Yes.

18          Q.   Do you recall which hotel?

19          A.   I think it's Intercontinental.

20          Q.   Did you stay at the

21    Intercontinental?

22          A.   No, I think I if I remember

23    correctly I stayed at the Waldorf Astoria.

24          Q.   Did anyone accompany you, did

25    anyone from Orascom Telecom Holding accompany
```

69

```
 1                    R. Mareuse

 2    you on that trip?

 3         A.   Mr. El Gammal.

 4         Q.   Mr. El Gammal, anyone else?

 5         A.   I am not sure if Naguib Sawiris

 6    was there, I don't think he was, but I'm not

 7    sure.

 8         Q.   Anybody else?

 9         A.   No.

10         Q.   Are you familiar with somebody

11    named Hassan Kabbani?

12         A.   Yes, you're right, he was there, I

13    thought it was the next year, but you're

14    right, he was probably there.

15         Q.   Who is Hassan Kabbani?

16         A.   He is the CEO of Orascom Telecom

17    Algeria.

18         Q.   That's one of the subsidiaries?

19         A.   Yes.

20         Q.   Why did all three of you come

21    instead of just one of you?

22         A.   Well, it is customary in an equity

23    conference to have at least investor relation,

24    the CFO and usually someone who can present

25    the operating aspects of the company, so it
```

70

1                           R. Mareuse

2    is, it was basically Hassan's role to present

3    all operations in Algeria this is one of the

4    biggest assets that Orascom Telecom has.

5              MR. TOLCHIN:  Can you move the

6         microphone closer, once again it seems

7         to have  --

8              THE WITNESS:  I mean seriously I'm

9         touching it, so unless I put it in my

10        throat, I can't move more.

11             MR. TOLCHIN:  I don't want you to

12        do that, sir.  Maybe somebody's coming

13        here perhaps to adjust the volume.

14        Q.   How long was that conference?

15        A.   Three days.

16        Q.   And where -- did you participate

17   in all three days of that conference?

18        A.   Yes.

19        Q.   What was the format of that

20   conference and what I'm trying to get at is

21   did you meet with investors one-on-one or were

22   there group meetings, or public presentations,

23   or something else?

24        A.   If I recall correctly it was one

25   on ones, and probably two on ones, or three on

71

```
 1                    R. Mareuse

 2      ones.

 3            Q.   How was it determined who you

 4      would meet with?

 5            A.   Well, Deutsche Bank the organizer

 6      will fix the calendar.

 7            Q.   Is it -- is it accurate that

 8      investors who were interested in learning

 9      about Orascom Telecom Holding would ask

10      Deutsche Bank to arrange a meeting with you?

11            A.   Yes.

12            Q.   And then Deutsche Bank would

13      schedule those meetings so that everybody

14      could meet everybody they wanted around their

15      schedule, is that correct?

16            A.   Correct, correct, yeah.

17            Q.   During the three days of that

18      conference, how many meetings on average did

19      you have each day?

20            A.   I would say probably eight a day.

21            Q.   Is it fair to say that you had

22      again about 25 meetings during the course of

23      that trip?

24            A.   Yeah, yes.

25            Q.   And does that include some
```

72

```
 1                        R. Mareuse
 2    meetings which were with two or three
 3    investors?
 4           A.   Yes.
 5           Q.   Do you recall how many of those
 6    meetings were two on one and three on one?
 7           A.   No, I don't recall.
 8           Q.   When you said that it's about 25
 9    meetings were you including the two on one and
10    three on one meetings?
11           A.   Yes.
12           Q.   So would it be accurate that since
13    some of those meetings were two on one and
14    three on one, you actually met with more than
15    25 investors?
16           A.   Yes.
17           Q.   Would it be accurate to say that
18    you met with about 35 investors during that
19    visit?
20           A.   Probably.
21           Q.   Could be more, could be less?
22           A.   Yeah.
23           Q.   Do you recall any of the investors
24    whom you met during that Deutsche Bank
25    conference in September 2004?
```

73

```
 1                       R. Mareuse
 2          A.    I don't recall a particular one.
 3          Q.    You don't recall any one of them?
 4          A.    No.
 5          Q.    Do you recall any --
 6                MR. TOLCHIN:  Withdrawn.
 7          Q.    During that September 2004
 8    Deutsche Bank conference, did you -- did you
 9    conclude any business with any individual
10    investors?
11          A.    No.
12          Q.    Was this, again, one of those
13    visits where your purpose was just to tell the
14    story of Orascom?
15          A.    Yes.
16          Q.    In other words you were not at
17    that time selling a bond issue or an equity
18    issue?
19          A.    That's correct.
20          Q.    It was similar to a non-deal road
21    show, correct?
22          A.    Yes.
23          Q.    What benefit, if any, do you
24    believe Orascom Telecom Holding obtained by
25    the three of you, Mr. El Gammal and
```

74

```
 1                        R. Mareuse
 2    Mr. Kabbani and yourself attending the
 3    Deutsche Bank conference?
 4            A.    Well, the same as the non-deal
 5    road show which is if investors like the story
 6    they would buy the shares, if investors don't
 7    like the story they will sell the shares or
 8    not buy them.
 9            Q.    Would you agree, sir, that it is
10    to Orascom Telecom Holding's benefit when
11    investors buy the shares as opposed to selling
12    the shares?
13            A.    Yes.
14            Q.    Do you have any memory, sir, as to
15    why you stayed at the Waldorf instead of
16    staying at the hotel where the conference was
17    taking place?
18            A.    I think it's because it was full.
19            Q.    Was there a fee to participate in
20    the Deutsche Bank conference?
21            A.    No, I don't think so.
22            Q.    Does Deutsche Bank organize these
23    conferences to make money in some way, in
24    other words, why does Deutsche Bank organize
25    these conferences?
```

REINIG REPORTING, INC.  (212) 684-7298

75

```
 1                        R. Mareuse

 2                MR. SULLIVAN:  Objection, calls

 3           for speculation.

 4                MR. CURRAN:  Objection.

 5                If you know.

 6                MR. TOLCHIN:  If you know.  Every

 7           question I'm asking you, sir, is if you

 8           know, I am not asking you to guess or

 9           speculate.

10           A.   I don't know for sure.

11           Q.   Do the investors pay fees to

12      Deutsche Bank to attend these conferences?

13           A.   I don't think so.

14           Q.   Let me ask you quickly about two

15      other individuals, somebody named Amr Bayoumi,

16      A-M-R, B-A-Y-O-U-M-I do you know who that is?

17           A.   Yes.

18           Q.   Who is Amr Bayoumi?

19           A.   He's the general counsel of

20      Orascom Telecom.

21           Q.   He is the?

22           A.   He is the general counsel of

23      Orascom Telecom.

24           Q.   Of Orascom Telecom Holding?

25           A.   Yes.
```

76

```
 1                    R. Mareuse
 2         Q.   And how long has Mr. Bayoumi been
 3    the general counsel of Orascom Telecom
 4    Holding?
 5         A.   I don't know.  What I know is that
 6    he was already general counsel when I joined
 7    Orascom Telecom and then he left the company
 8    for about a year and came back.
 9         Q.   Do you know whether he was
10    employed by Orascom Telecom Holding in or
11    about March of 2001?
12         A.   I don't know this.
13         Q.   Do you know whether he traveled to
14    New York in or about March of 2001?
15         A.   I don't know this.
16         Q.   Here's another name, I'm going to
17    kill this one Raed Saqfelhait R-A-E-D, last
18    name S-A-Q-F-E-L-H-A-I-T.  Do you know that
19    individual?
20         A.   No.
21         Q.   Have you ever heard that name?
22         A.   Can you just repeat this name
23    again?
24         Q.   The way it looks to me like you
25    would say it --
```

REINIG REPORTING, INC.  (212) 684-7298

77

```
 1                      R. Mareuse
 2          A.   Let me write it, just to --
 3               MR. TOLCHIN:  Okay, thank you.
 4          Q.   Are you ready?
 5          A.   Yeah.
 6          Q.   R-A-E-D, that's the first name,
 7     and the last name is S like Sam, A-Q-F like
 8     Frank, E, L, H, A, I, T like Tom.
 9          A.   No.
10          Q.   You never heard that name before?
11          A.   No.
12          Q.   Okay.  Did you or Mr. El Gammal or
13     Mr. Kabbani bring written materials with you
14     to the Deutsche Bank conference in September
15     of 2004?
16          A.   Yes, we took the usual investor
17     relation presentation.
18          Q.   That's the same 30 or so page
19     presentation that you mentioned you had
20     brought in March of 2004?
21          A.   Yes, we update the numbers as we
22     go, but yes, it's basically the same.
23          Q.   You update the financial
24     information?
25          A.   Yes.
```

78

```
 1                        R. Mareuse

 2            Q.   Do you know whether Mr. Sawiris

 3       traveled in the United States in April of

 4       2005?

 5            A.   I think he might have because we

 6       did another, I know road show in early 2005,

 7       if I remember it was in April of 2005.

 8            Q.   What was that road show?

 9            A.   It's the same as in 2004, it was

10       the, you know, the year end road show.

11            Q.   Was that a --

12            MR. CURRAN:  Hold on, the witness

13            wasn't completed with the answer.

14            A.   So it was a non-deal road show as

15       the one in 2004.

16            Q.   Do you know who organized that

17       non-deal road show in April of '05?

18            A.   I believe it was Citi Group.

19            Q.   Do you know whether anybody else

20       from Orascom attended that road show together

21       with Mr. Sawiris?

22            A.   Hatim El Gammal and myself.

23            Q.   And where did that road show take

24       place?

25            A.   In New York and Boston.
```

79

                              R. Mareuse

1

2          Q.   And how long was that road show?

3          A.   I would think four to five days.

4          Q.   Of the four to five days, how many

5     days were you in New York and how many in

6     Boston?

7          A.   One in Boston, the rest in New

8     York.

9          Q.   What was the format of that road

10    show?

11         A.   Well, we would go into investors'

12    offices, make our presentation and then meet

13    with our investors, we probably have like

14    about six meetings a day with different

15    investors.

16         Q.   Did you meet with the investors

17    one-on-one or in groups?

18         A.   One-on-one, we might have had a

19    lunch with a couple of investors, but I don't

20    recall precisely if we had one.

21         Q.   Is it fair to say that during that

22    April of 2005 Citibank road show or Citi Group

23    road show, you met with 25 to 30 investors?

24         A.   Yeah.

25         Q.   Yes?

80

```
 1                        R. Mareuse

 2          A.   Yes.

 3          Q.   And these investors that you met

 4    with, do you recall whether any of them were

 5    already -- already had a position in Orascom

 6    or were these prospective investors?  In other

 7    words, did they already own Orascom Telecom

 8    holdings stock or bonds?

 9               MR. CURRAN:  Objection as to form.

10          You may answer.

11          A.   I think the both of them were

12    either prospective or existing holders of GDRs

13    or shares.

14          Q.   Just to clarify we've been using

15    the term investors, are you talking about, you

16    know, individual investors who might be buying

17    a few thousand dollars worth of stock or were

18    you primarily meeting with institutional

19    investors?

20          A.   We are not publicly listed in the

21    U.S. so we can't, individual investors in the

22    U.S. cannot buy our shares, it has to be

23    institutions.

24          Q.   Could you tell us what you mean by

25    institutional investors or institutions?
```

81

R. Mareuse

2      A.    Institutions are usually either

3   asset management companies or hedge funds

4   whose job is to buy, sell shares or other

5   securities.

6      Q.    And these institutions or hedge

7   funds, do they typically, from your

8   experience, buy, you know small positions when

9   they buy a stock, or do they buy several

10  hundred thousand or million, or in excess of a

11  million dollars worth of a stock when they

12  take a position?

13         MR. CURRAN:  Objection as to form.

14         You may answer.

15     A.    It depends, I mean it depends on

16  the size of the institution, it depends on the

17  interest on the company, some of them buy

18  small, some of them buy large position.

19     Q.    From the investors that you met

20  with in the April of 2005 visit, speaking

21  specifically about the ones that were already

22  existing shareholders, do you know whether any

23  of them owned less than half a million dollars

24  worth of Orascom stock?

25         MR. CURRAN:  Objection as to form.

REINIG REPORTING, INC.  (212) 684-7298

82

```
 1                    R. Mareuse

 2         Mr. Tolchin, are you using the term

 3         shareholder interchangeably with GDR

 4         holder?

 5              MR. TOLCHIN:  Yes, thank you for

 6         the clarification.

 7              MR. CURRAN:  You may answer the

 8         question.

 9         A.   I don't know the answer to this

10   because they do not always tell us exactly

11   what the position is, and I do not have this

12   exact information on how many shares they own.

13         Q.   Are the institutional shareholders

14   or GDR holders of Orascom publicly reported

15   anywhere?

16         A.   What do you mean publicly

17   reported?

18         Q.   In other words, is it possible to

19   find out who are the major institutional

20   shareholders of, or GDR holders, of Orascom?

21         A.   I have never found a very precise

22   way to determine this.  I would love to have

23   this information, but I can't have this

24   information.

25         Q.   Why is it that you would love to
```

83

1                    R. Mareuse

2    have that information?

3         A.   Because I would like to know who

4    my shareholders are exactly, to know how many

5    shares, what he has, but I don't have this

6    information.

7         Q.   Accepting Mr. Curran's lead, when

8    you testified a moment ago that when you were

9    in New York you met with shareholders, were

10   you, did you mean to say shareholders, or GDR

11   holders, or both?

12        A.   Both because sometimes they own

13   shares, sometimes they own GDRs.

14        Q.   Sometimes investors in the United

15   States may actually own shares purchased in

16   the Egyptian stock exchange?

17        A.   That's correct.

18        Q.   Can you explain to us, sir, just

19   briefly, what is a hedge fund?  It's a term

20   you used.

21        A.   It's very vague to me.  Hedge

22   funds are people who -- frankly, I don't have

23   a very precise definition, I've always known

24   this very vague, so I would not be able to

25   explain it very clearly but this is a common

84

1                    R. Mareuse

2      terminology that is used in the industry, but

3      I do not have a very precise definition.

4           Q.   When you, when you or Orascom

5      Telecom Holding arranged for the April 2005

6      road show with Citi Corp. or Citi Group, were

7      there, were there criteria communicated to

8      Citi Group about what sorts of investors you

9      were willing to meet with?

10          A.   No, they basically, you know, look

11     at, you know, who they think are investors who

12     might be interested in investing in the

13     company.

14          Q.   So Citi Group was -- it was Citi

15     Group's responsibility to determine who it

16     made sense for you to meet with?

17          A.   Largely, they would tell us they

18     are -- we would have some feedback, maybe they

19     say look at this name because they have

20     shares, but largely their responsibility.

21          Q.   Was there a particular person at

22     Citi Group who was involved with this April

23     2005 road show?

24          A.   Yeah, it was the research, the

25     equity research person at Citi Group.

85

1                            R. Mareuse

2          Q.   Do you remember that person's

3    name?

4          A.   Yes, Rhys Summertone, R-H-Y-S, and

5    then Summer S-U-M-M-E-R, then T-O-N-E I think.

6          Q.   Rhys Summertone?

7          A.   Yeah.

8          Q.   And where is Rhys Summertone's

9    office, if you know?

10         A.   London.

11         Q.   Was there somebody that you worked

12   with here in New York with respect to this

13   road show?

14         A.   There might have been some people

15   from, you know, there in the New York office

16   with us at some meetings.

17         Q.   Did the New York office coordinate

18   the actual meetings?

19              MR. CURRAN:  Objection as to form,

20         vague.

21              You may answer.

22         A.   I don't know the --

23         Q.   By coordinate I mean schedule, set

24   up your schedule and confirm the meetings and

25   make sure you knew who you were meeting with

86

1                        R. Mareuse

2    and when and where?

3          A.   I mean, I don't know precisely,

4    but usually the research person has received

5    contact with investors so he usually has the

6    best knowledge of who own the shares, you

7    know, it's not always, it's not --

8          Q.   By the way, sir, you mentioned

9    that some investors in the United States

10   actually own shares directly purchased in the

11   Egyptian stock exchange, do you know the

12   identity of any of those investors who own the

13   shares directly?

14         A.   No.  Sorry, I don't recall which

15   one own shares and which one own GDRs.

16         Q.   Is that something that you could

17   obtain a record to show who, which U.S.

18   investors own the shares indirectly, not

19   through GDRs?

20         A.   We can have a record of who owns

21   the shares in Egypt, Cairo.

22         Q.   That's something that Orascom

23   would have or that you would get from the

24   stock exchange or both?

25         A.   Well, that is something that

REINIG REPORTING, INC.  (212) 684-7298

87

```
 1                      R. Mareuse

 2   Orascom would get from the stock exchange.

 3        Q.    Is that publicly available or it

 4   would only be available to Orascom?

 5        A.    I believe it's only available to

 6   Orascom.

 7        Q.    Just to be clear, I think I asked

 8   this but it all runs together, do you recall

 9   any of the individual investors that you met

10   with during the April '05 meeting?

11        A.    No, I don't recall which one I met

12   at this time.

13        Q.    Did you and Mr. El Gammal and

14   Mr. Sawiris leave the United States together,

15   or did one of you stay longer than the others?

16        A.    I don't recall for sure.

17        Q.    Is there -- do you have a reason

18   to believe that one of you might have stayed

19   longer?

20        A.    Well, I mean the only thing is

21   that I might have gone back to London on

22   Friday and maybe Sawiris spend the weekend,

23   and Mr. El Gammal, I don't know for the

24   weekends, he really does do what he wants.

25                 MR. TOLCHIN:  It got quiet again.
```

88

1                        R. Mareuse

2            Q.   Sir, did you enter the United

3    States in May 2005?

4            A.   Yes.

5            Q.   What was the purpose of entering

6    the United States in May 2005?

7            A.   It was the Lehman equity

8    conference.

9            Q.   Do you recall when the Lehman

10   conference took police?

11           A.   I believe it was in May.

12           Q.   Well, did you enter the United

13   States on May 31, 2005?

14           A.   I don't recall which exact date,

15   but I recall that there was an equity

16   conference around May 2005.

17           Q.   How long were you in the United

18   States when you entered the United States in

19   May of 2005?

20               MR. SULLIVAN:  Objection to the

21           form.  How long was he in the U.S.

22           before he entered?

23               MR. TOLCHIN:  Let me clarify.

24               MR. SULLIVAN:  Thanks.

25           Q.   According to your passport you

89

```
 1                      R. Mareuse
 2    entered the United States on May 31, 2005 sir,
 3    how long did you remain here in the United
 4    States?
 5          A.   I would think about three days.
 6          Q.   Are you aware, sir, that the
 7    Lehman conference was about three weeks after
 8    May 31, 2005?
 9          A.   I'm sorry?
10          Q.   Are you aware, sir, that the
11    Lehman conference was about three weeks after
12    May 31, 2005?
13              MR. SULLIVAN:   Objection to form.
14              MR. CURRAN:   Objection, lacks
15          foundation.
16              You may answer.
17          A.   No, otherwise, I would have
18    thought -- I would have thought it was at the
19    end of May, I don't think it was in June,
20    maybe my memory is wrong.
21          Q.   Do you recall whether in May or
22    June of 2005, you were in the United States
23    for a period of more than a week?
24          A.   I don't remember being more than a
25    week in the United States at this time.
```

90

1                          R. Mareuse

2          Q.   Is it possible you were here for

3    three weeks?

4          A.   No.

5          Q.   Do you recall where you stayed

6    when you came to attend the Lehman conference?

7          A.   I think it was the Four Seasons,

8    but I'm not sure.

9          Q.   Who came to the United states with

10   you, if anybody, for that Lehman conference?

11         A.   Mr. Naguib Sawiris and Mr. Hatim

12   El Gammal.

13         Q.   Besides the --

14              MR. TOLCHIN:  Withdrawn.

15         Q.   What was the Lehman conference?

16         A.   It was, I think it was an equity

17   conference for Telecom companies.

18         Q.   What was the format of that

19   conference?

20         A.   It was the same format as the

21   Deutsche Bank conference which is basically

22   you have it's seven to eight meetings a day,

23   different investors.

24         Q.   And you believe that conference

25   was three days in length?

91

                          R. Mareuse

 2        A.   Usually this conference tend to be

 3   between two to three days, I can't remember

 4   what this particular one was, two, three, I

 5   don't remember.

 6        Q.   At this conference did you speak

 7   to investors in a group, or individually, or

 8   in one on one, two on two, etc.?

 9        A.   I believe I spoke one on one, and

10   probably one on two, or one on three, I don't

11   recall if it was a group meeting.

12        Q.   Did Mr. Sawiris participate in all

13   those meetings?

14        A.   Most of them, yes.

15        Q.   At any time during the Lehman

16   conference did you, or Mr. El Gammal, or

17   Mr. Sawiris make a presentation to a group of

18   people?

19        A.   It's possible.

20        Q.   But you don't remember?

21        A.   I don't remember.

22        Q.   Is it fair to say that between the

23   individual meetings and the meetings at which

24   you met with more than one investor, you met

25   with at least 25 investors during the Lehman

92

```
 1                       R. Mareuse

 2    conference also?

 3         A.   Yeah, yes.

 4         Q.   During that trip to the United

 5    states in -- when you entered on May 31, 2005,

 6    did you conduct any other business while you

 7    were here besides the Lehman conference?

 8              MR. CURRAN:  Objection, vague as

 9         to the term, business.

10              But You may answer.

11         A.   I don't remember.  I do not --

12    sorry, I do not think that I did anything else

13    than talking, than talking to investors.

14         Q.   Okay let me clarify that.  You

15    certainly met with investors at the Lehman

16    conference, correct?

17         A.   Yes.

18         Q.   Did you meet with any investors

19    outside the framework of the Lehman

20    conference?

21         A.   Maybe, maybe sometimes we go and

22    visit one or two investors outside the

23    conference, I can't remember.

24         Q.   So it's possible?

25         A.   -- at this particular conference,
```

93

```
 1                    R. Mareuse

 2    but it happens.

 3         Q.   So it's possible that besides the

 4    approximately 25 or so investors that you

 5    likely met through the conference, you may

 6    have met with investors in their offices not

 7    connected to the conference?

 8         A.   Yes, it's possible.

 9         Q.   Now, in May or June of 2005, was

10    there also an HSBC conference?

11         A.   I think so.  If the case, Hatim El

12    Gammal would have gone alone, I did not go to

13    the HSBC conference, I know that there is

14    usually an HSBC conference around this time,

15    but I did not participate in this conference.

16              MR. TOLCHIN:  I didn't hear the

17         answer.

18              (Whereupon, the record was read

19         back.)

20         Q.   You did not participate in the

21    conference in HSBC?

22         A.   Yeah, that's right, I did not

23    participate.

24         Q.   Just to clarify, was the Lehman

25    conference June first to June 3 of 2005?
```

94

```
 1                    R. Mareuse

 2            MR. SULLIVAN:  Objection, asked

 3       and answered.

 4            You can answer if you can, if you

 5       know.

 6       A.  I don't remember the precise date.

 7       Q.  Can you --

 8            MR. CURRAN:  Mr. Tolchin I'm

 9       confused, I thought you were

10       essentially representing in a prior

11       question that it was three weeks later,

12       is your earlier -- was your earlier

13       question not grounded good faith

14       development of the facts?

15            MR. TOLCHIN:  I have come to

16       realize now as my co-counsel has

17       informed me that that was an erroneous

18       statement, yes.  As far as I understand

19       the conference was June 1st to June

20       3rd, not three weeks after May 31st as

21       I had previously suggested.  I

22       apologize for any confusion.

23            I didn't hear the answer, though,

24       about the HSBC conference.  I just

25       physically didn't hear it.
```

95

```
 1                      R. Mareuse
 2           A.   I did not participate in the HSBC
 3      conference.
 4           Q.   Do you know what that HSBC
 5      conference was?
 6           A.   I believe it's about Egypt.
 7           Q.   When you say it was about Egypt,
 8      could you explain what you mean by that?
 9           A.   It's about Egyptian companies.
10           Q.   So this was a conference directed
11      at investors who are interested in investing
12      in Egyptian companies?
13           A.   That's right, I think.
14           Q.   Where did that HSBC conference
15      take place?
16           A.   I believe it was in New York, but
17      I don't know where because I did not go there.
18           Q.   Who attended that conference on
19      behalf of Orascom Telecom?
20           A.   Hatim El Gammal.
21           Q.   Do you know how long that
22      conference was?
23           A.   No.
24           Q.   Do you know anything about --
25           A.   It could be, probably I would say,
```

96

```
 1                        R. Mareuse

 2    probably like the usual between two to three

 3    days.

 4          Q.   Did Mr. El Gammal tell you

 5    anything about the format of that conference

 6    or what took place at that conference?

 7          A.   Not anything in particular.

 8          Q.   Did Mr. El Gammal tell you whether

 9    he had met with investors at that conference?

10          A.   Yes, he told me he met with

11    investors.

12          Q.   Did he tell you approximately how

13    many investors he met with at that conference?

14          A.   No, he did not tell me how many.

15          Q.   Do you know how much time elapsed

16    between the Lehman conference and the HSBC

17    conference?

18          A.   I don't know.

19          Q.   Were they simultaneous, were they

20    both going on at the same time?

21          A.   No, no, no, this I'm sure they

22    were not at the same time.

23          Q.   Did Mr. El Gammal leave the United

24    States after the Lehman conference and then

25    return for the HSBC conference, or did he
```

97

```
 1                      R. Mareuse

 2   remain here between the two conferences?

 3          A.   I believe he probably would have

 4   stayed.

 5          Q.   I'm sorry?

 6          A.   I believed he probably had stayed.

 7          Q.   He stayed in the U.S.?

 8          A.   Yes.

 9          Q.   And do you know whether he

10   remained at the Four Seasons?

11          A.   I don't know.

12          Q.   Do you have an approximate idea

13   about how long passed between the Lehman

14   conference and the HSBC conference, in other

15   words, was it a couple of days, a couple of

16   weeks, something else?

17          A.   No, no, no, a couple of days.

18          Q.   Okay.

19          A.   A couple of days otherwise he

20   would have come back to Egypt.

21          Q.   Do you have an understanding of

22   what purpose Mr. El Gammal hoped to achieve by

23   attending the HSBC conference?

24               MR. SULLIVAN:   Objection,

25               speculation.
```

98

```
 1                    R. Mareuse

 2            If you know you can answer.

 3        A.   I believe it's the same as the

 4   Lehman brothers conference.

 5        Q.   And this was also a non-deal

 6   situation, he wasn't promoting anything in

 7   specific, correct?

 8        A.   That's right.

 9        Q.   Did you, sir, return to the United

10   States in September of 2005?

11        A.   Yes.

12        Q.   Who came with you?

13        A.   Hatim El Gammal and Zouhair

14   Khaliq.

15        Q.   And what was the purpose of that

16   visit?

17        A.   To assist the Deutsche Bank equity

18   conference.

19        Q.   Where was that conference?

20        A.   At the Intercontinental Hotel in

21   Manhattan.

22        Q.   And what was the format of that

23   conference?

24        A.   The same as the year before, where

25   basically you had investors, meeting with
```

REINIG REPORTING, INC.  (212) 684-7298

99

```
 1                    R. Mareuse

 2    investors either one on ones, or two on ones,

 3    or three on ones.

 4         Q.   And how long was that conference?

 5         A.   Three days.

 6         Q.   And once again is it fair to say

 7    that you met with approximately 25 to 30

 8    separate investors during that conference?

 9         A.   That's right.

10         Q.   Did that conference have a group

11    meeting component, or was it all one on one,

12    two on two, three on three, or three on one,

13    I'm sorry?

14         A.   You know it could have had one

15    group meeting, but I'm not a hundred percent

16    sure.

17         Q.   When you use the term, group

18    meeting, what is, what is the format of a

19    group meeting?

20         A.   You go to a different room and you

21    make a general presentation and instead of

22    having three people, you might have 15 to 20.

23         Q.   15 or 20 people?

24         A.   Yeah.

25         Q.   Is there a question and answer
```

REINIG REPORTING, INC.  (212) 684-7298

1                    R. Mareuse

2    session?

3         A.   Yes.

4         Q.   When you came to the United States

5    in September of 2005 for the Deutsche Bank

6    conference where did you stay?

7         A.   I think this time we stayed at the

8    Intercontinental.

9         Q.   Now was Mr. Sawiris with you on

10   that trip?

11        A.   No.

12        Q.   What was Mr. Khaliq's role at

13   Orascom or at the Orascom companies at the

14   time of the September '05 Deutsche Bank trip?

15        A.   To present the operation in

16   Pakistan which is an important asset of the

17   Orascom Telecom Holding.

18        Q.   Maybe my question wasn't artfully

19   phrased.  What was his title at that time?

20        A.   CEO of Mobile Inc.

21            MR. TOLCHIN:  The court reporter

22            needs to change her paper, let's just

23            pause for a moment.

24        Q.   What is Mobile Inc., Mr. Mareuse?

25        A.   Yeah.

101

1                          R. Mareuse

2            Q.   What is Mobile Inc., I'm sorry?

3            A.   Mobile Inc. is our operation, our

4    GSM operations in Pakistan.

5            Q.   And is that, is that still

6    Mr. Khaliq's title?

7            A.   Today, yes.

8            Q.   Did you bring with you to that

9    September 2005 conference the same materials,

10   the same presentation materials that you

11   mentioned before?

12           A.   Yes, updated the new numbers.

13           Q.   Besides the regular presentation

14   that you had brought before, did you bring any

15   other materials to give out to the investors?

16           A.   We might have brought some other

17   reports.

18           Q.   When you came to New York in

19   September 2005 for the Deutsche Bank

20   conference, did you or Mr. El Gammal, or

21   Mr. Khaliq meet with any investors outside the

22   framework of the Deutsche Bank conference?

23           A.   I don't think so, but it's

24   possible.

25           Q.   So it's possible you might have

102

```
 1                    R. Mareuse

 2    met with investors individually as you do

 3    during the road shows?

 4         A.   Yeah, maybe one or two, maybe.

 5         Q.   Did Mr. Sawiris enter the United

 6    States to your knowledge in October of 2005?

 7         A.   I don't know this.

 8         Q.   In June of 2006, did you enter the

 9    United States?

10         A.   Yes.

11         Q.   Was that visit also contained in

12    the passport that's missing?

13         A.   It's probable.

14         Q.   And your April 2005 visit, was

15    that also in the missing passport?

16              MR. SULLIVAN:  Objection, that

17         calls for speculation as did the prior

18         question.

19              You can answer if you can.

20         Q.   Sir --

21              MR. CURRAN:  Hold on, objection,

22         vague.

23              Mr. Tolchin, are you referring to

24         May of 2005?

25              MR. TOLCHIN:  No, in April 2005
```

103

1                              R. Mareuse

2              Mr. Mareuse testified that they

3              participated in the Citibank road show.

4              A.   I think, just to be clear with my

5    recollection, the passport I couldn't find is

6    the rather new passport which I'm sure I used

7    to enter the United States in September 2006,

8    and I could have used it in June 2006.  Now

9    before that, as you've seen I have many

10   passports, sometimes when there is no more

11   valid visa, what happens is when I renew my

12   passport they basically destroy the old one.

13   So if you don't have this record, it's

14   probably because the passport was destroyed.

15             Q.   When you say they destroyed the

16   passport, you're referring to the French

17   government?

18             A.   The French Consulate, sir.

19             Q.   They don't return it to you --

20             MR. CURRAN:  Hold on Mr. Tolchin

21             I'd like the witness to say that again

22             without the overlap in the record.

23             A.   When I renew my passport at the

24   French Consulate and they -- the old passport

25   doesn't have anymore use for me, if it doesn't

REINIG REPORTING, INC.  (212) 684-7298

104

1                          R. Mareuse

2        have -- or any visa which is still valid, I

3        will basically hand out the old passport, they

4        will destroy it, and give me a new one.

5              Q.    The -- when the French government

6        renews your passport, is it their general

7        practice that you witnessed to destroy it or

8        do they mark it cancelled, or void, or expired

9        and return it to you?

10             A.    They ask usually if I want to keep

11       one, and I will only keep it when it has a

12       valid visa, if it doesn't have a valid visa I

13       just tell them to, you know, to destroy it

14       because I wouldn't need it anymore.

15             Q.    So it's your choice when you renew

16       your passport, it's your choice whether you

17       want to keep the expired one or let them

18       destroy it?

19             A.    I think they prefer to destroy it,

20       but when there is a valid visa, they allow me

21       to keep it.

22             Q.    So getting back to the line of

23       questioning about the June 2006 entry, what

24       was the purpose of that visit?

25             A.    It was to do, I believe two or

```
 1                        R. Mareuse

 2      three days road show in New York and Boston,

 3      and then to go to the Merrill Lynch conference

 4      in Laguna Beach, California.

 5              Q.   You had a road show in New York

 6      and Boston?

 7              A.   Yes.

 8              Q.   And you had in Laguna -- what was

 9      it in Laguna Beach, a conference?

10              A.   A Merrill Lynch emerging market

11      equity conference.

12              Q.   Who organized the New York and

13      Boston road show that you referred to?

14              A.   I believe it was Credit Suisse.

15              Q.   Do you know who at Credit Suisse

16      was involved in that?

17              A.   I remember a first name, a first

18      name is a Olga, I can't remember her last

19      name, she's the equity research of Credit

20      Suisse.

21              Q.   Where is Olga based?

22              MR. TOLCHIN:  Withdrawn.

23              Q.   Is Olga somebody who you had

24      worked with when you used to work at Credit

25      Suisse?
```

REINIG REPORTING, INC.  (212) 684-7298

106

```
 1                        R. Mareuse

 2          A.   No.

 3          Q.   Did you know Olga from the time

 4     you worked at Credit Suisse?

 5          A.   I can't recall if she was already

 6     in the department, but I don't believe I had

 7     any interaction with her when I was at Credit

 8     Suisse.

 9          Q.   What was the format of that road

10     show organized by Credit Suisse in New York

11     and Boston of September '06?

12          A.   So, same as usual which is

13     basically to meet six to seven investors a

14     day.

15          Q.   You met six to seven investors a

16     day in their offices?

17          A.   Yes.

18          Q.   How many days was that?

19          A.   I think three or four.

20          Q.   So again, that's about 25 to 30

21     investors, approximately, that you met with?

22          A.   Yes.

23          Q.   Was this a deal or non-deal road

24     show?  I'm sorry?

25          A.   Non-deal.
```

107

```
 1                          R. Mareuse

 2          Q.   Where did you stay when you came

 3     to New York in September of '06 for the road

 4     show organized by Credit Suisse?

 5          A.   Sorry, that was in June, no; not

 6     September.

 7               MR. TOLCHIN:  Correct, correct it

 8          was, that was my error, in June, I'm

 9          sorry.

10          A.   I believe we stayed at the Four

11     Seasons in New York, Manhattan.

12          Q.   Who came to New York with you in

13     that June 2006 road show?

14          A.   Hatim El Gammal and Naguib

15     Sawiris.

16          Q.   Then you mentioned a conference in

17     Laguna Beach in California, correct?

18          A.   Yes.

19          Q.   What was that -- that was a

20     conference organized by Merrill Lynch?

21          A.   Yes.

22          Q.   And what was the nature of that

23     conference?

24          A.   It was the emerging market

25     companies conference.
```

REINIG REPORTING, INC.  (212) 684-7298

```
 1                    R. Mareuse
 2            MR. CURRAN:  I believe that's the
 3         third time the witness has said that.
 4            MR. TOLCHIN:  Thank you for
 5         keeping count, Mr. Curran.
 6         Q.   And what was the format of that
 7    conference?
 8         A.   It was the same as the other
 9    equity conference, we were in a hotel in
10    Laguna Beach and we had seven to eight
11    meetings a day, I think it was two to three
12    days.
13         Q.   How long was that?
14         A.   Two to three days.
15         Q.   Do you know approximately how many
16    different investors you met with during that
17    conference?
18         A.   Around 30.
19         Q.   And Did Mr. El Gammal and Sawiris
20    attend that conference with you?
21         A.   Yes.
22         Q.   Was there a space between the
23    Credit Suisse road show and the Merrill Lynch
24    conference in Laguna Beach?
25         A.   Yeah, there was a weekend.
```

109

                              R. Mareuse

1

2        Q.   And did the three of you, yourself

3   and Mr. Sawiris and Mr. El Gammal, stay in the

4   United States during that weekend?

5        A.   Yes.

6        Q.   Where did you stay?

7        A.   I went to a friend of mine in

8   Wyoming.

9        Q.   Where did Mr. El Gammal and

10  Mr. Sawiris stay?

11       A.   I think they stayed in New York.

12       Q.   During the break or the gap

13  between the Merrill Lynch reference and the

14  Credit Suisse road show, did you, or Mr. El

15  Gammal, or Mr. Sawiris meet with any

16  investors?

17       A.   During the weekend, I don't think

18  so.

19       Q.   Was your presentation -- were your

20  presentation materials the same as your usual

21  presentation materials?

22       A.   Yes.

23       Q.   After the Merrill Lynch

24  conference, did the three of you depart the

25  United States?

1                          R. Mareuse

2          A.    Yes, I think so, yes.

3          Q.    Did you all go back to Egypt?

4          A.    No, I went back to France.

5          Q.    Did Mr. El Gammal attend an HSBC

6    conference in mid June of 2006?

7          A.    You're probably right, so Hatim El

8    Gammal probably stayed behind to attend the

9    HSBC conference and I returned to France and I

10   think Naguib returned to Egypt.

11         Q.    So did Mr. El Gammal attend that

12   HSBC conference by himself?

13         A.    Yes.

14         Q.    Why didn't you, or Mr. Sawiris, or

15   any other representatives of Orascom attend

16   that conference with him?

17         A.    Because it's a less important

18   conference and obviously we have a lot of

19   business to do outside, we have to go back to

20   the office.

21         Q.    What was the nature of that HSBC

22   conference?

23         A.    It was an equity conference about

24   Egypt.

25         Q.    Do you know what the format of

111

```
 1                      R. Mareuse

 2    that conference was?

 3         A.   No.

 4         Q.   Do you know how long it was?

 5         A.   I believe it was two to three days

 6    and probably, you know, probably you know,

 7    same way the other conferences are, I've never

 8    been there so, I don't know.

 9         Q.   Did Mr. El Gammal tell you whether

10    he had met with investors at that conference?

11         A.   I don't think he told me, but I

12    believe he did.

13         Q.   Do you believe he met with

14    these -- the same 25 to 30 investors as seems

15    to be typical?

16              MR. CURRAN:  Objection as to form.

17              You may answer.

18         A.   Probably less because it's a less

19    important conference, so I would say, I would

20    say less, but I don't know for sure.

21         Q.   When you say this is a less

22    important conference, the HSBC conference in

23    June of '06, what do you mean by less

24    important?

25         A.   Well, investors tend to be not as
```

112

```
 1                          R. Mareuse
 2      big and that's why it's less important, or we
 3      have already seen them in a previous
 4      conference.
 5              Q.   When you say less important, do
 6      you mean to say less important relative to the
 7      other conferences that we've gone over this
 8      morning?
 9              A.   Yes, yes, thanks for clarifying.
10              Q.   Who is Emad Farid?
11              A.   Emad Farid is the executive
12      officer of operations of Orascom Telecom?
13              Q.   Did you and Mr. Farid and Mr. El
14      Gammal enter the United States in September of
15      2006?
16              A.   Yes.
17              Q.   And what was the purpose of that
18      visit?
19              A.   To assist the Deutsche Bank equity
20      conference.
21              Q.   When you say to assist, do you
22      mean attend?
23              A.   Yes.
24              Q.   What was the Deutsche Bank
25      conference in September 2006?
```

REINIG REPORTING, INC.  (212) 684-7298

113

                              R. Mareuse

1

2          A.    It was the same conference as the

3      one in 2004 and 2005, so it's an emerging

4      market company conference.

5          Q.    Was it the same format as before?

6          A.    Yes.

7          Q.    Just to summarize, it lasted two

8      or three days and you met with 25 to 30

9      investors?

10         A.    That's three days.

11         Q.    Three days?

12         A.    I'm sure, yes.

13         Q.    And you met with approximately 25

14     to 30 investors?

15         A.    That's correct.

16         Q.    Do you recall whether there was a

17     group component, a group presentation

18     component?

19         A.    There probably was, but I'm not a

20     hundred percent sure.

21         Q.    And was your presentation similar

22     to the presentation that you had made at the

23     previous conferences we've discussed?

24         A.    Yes.

25         Q.    And where did the Deutsche Bank

114

```
 1                    R. Mareuse

 2    conference in September of 2006 take place?

 3          A.   At the same place as in 2004 and

 4    2005.

 5          Q.   And that was the Intercontinental

 6    Hotel?

 7          A.   Yes.

 8          Q.   And where did you stay, you and

 9    Mr. El Gammal and Mr. Farid?

10          A.   I think this time we stayed at the

11    Four Seasons or the New York Palace, I can't

12    remember.

13          Q.   Who paid for you to attend this

14    conference?

15          A.   Orascom Telecom Holdings.

16          Q.   Do you know whether Mr. Sawiris

17    came to the United States in October of 2006?

18          A.   No, I don't, I don't know.

19          Q.   Did Mr. Sawiris tell you that he

20    had come to the United States in October of

21    2006?

22          A.   I don't remember.

23          Q.   Do you have any idea what the

24    purpose was of Mr. Sawiris's visit to the

25    United States in October of 2006?
```

115

```
 1                    R. Mareuse

 2            MR. SULLIVAN:  Objection, no

 3        foundation calls for speculation.

 4            MR. TOLCHIN:  Mr. Sawiris'

 5        passport says he came back?

 6            MR. CURRAN:  Same objection.

 7            MR. SULLIVAN:  It's his personal

 8        knowledge we're talking about, but go

 9        ahead.

10            MR. TOLCHIN:  I'm asking what he

11        knows.

12            MR. CURRAN:  Same objection, lacks

13        foundation.

14            The witness may answer.

15        A.   I don't remember.

16        Q.   Did you come to the United States

17   in January of 2007, specifically on January 9,

18   2007?

19        A.   Yes.

20        Q.   What was the purpose of your

21   coming to the United States on January 9,

22   2007?

23        A.   To assist, sorry, to attend the

24   Citi Group equity conference in Las Vegas.

25        Q.   Where did you enter the United
```

116

```
 1                       R. Mareuse

 2     States?

 3          A.    Los Angeles.

 4          Q.    In January -- I'm sorry?

 5          A.    Los Angeles.

 6          Q.    So you flew from -- where did you

 7     fly from?

 8          A.    London.

 9          Q.    So you flew from London direct to

10     L.A. and then onto Las Vegas?

11          A.    Yes, that's correct.

12               MR. CURRAN:  Hold on, then to Las

13          Vegas, was that the question?

14               MR. TOLCHIN:  Yeah, he said there

15          was a conference in Las Vegas.

16          Q.    Isn't that what you said?

17               MR. CURRAN:  Yeah, I thought you

18          mistakenly said and then on to Los

19          Angeles, maybe I misheard.

20               MR. TOLCHIN:  No, Egypt to L.A. to

21          Las Vegas?

22               MR. SULLIVAN:  Egypt to London to

23          L.A. to Las Vegas.

24          Q.    Is that accurate -- that you.

25          A.    No, no, London to Los Angeles.
```

117

```
 1                    R. Mareuse

 2          Q.   And then you attended the

 3   conference where?

 4          A.   Las Vegas.  London to los Angeles

 5   to Las Vegas.

 6          Q.   How did you get from Los Angeles

 7   to Las Vegas?

 8          A.   By plane.

 9          Q.   And how long was that conference

10   in Las Vegas?

11          A.   Two days.

12          Q.   What was the format of that

13   conference?

14          A.   It was one on one, and two on ones

15   maybe some three on ones meetings.

16          Q.   Do you know how many investors you

17   met with at that Las Vegas conference in

18   January of '07?

19          A.   I would say probably to 30 to 40

20   because I remember there was a group meeting.

21          Q.   And after the conference what did

22   you do?

23          A.   I went skiing in Utah.

24          Q.   And then when you were done skiing

25   in Utah, did you depart the United States or
```

118

```
 1                    R. Mareuse

 2    did you do something else here?

 3         A.   No, I went to back to Egypt.

 4         Q.   And how did you go back to Egypt?

 5         A.   I flew Salt Lake City to Los

 6    Angeles, Los Angeles to London, and London to

 7    Cairo.

 8         Q.   And then did you return to the

 9    United States in late January, January 30,

10    2007.

11         A.   Yes.

12         Q.   And who came with you to the

13    United States on or about January 30, 2007?

14         A.   Mr. Emad Farid and Mr. Martin

15    Michaelmayr.

16         Q.   For the court reporter Michaelmayr

17    is M-I-C-H-E-L-M-A-Y-R, correct?

18         A.   Correct.

19         Q.   Who is Mr. Michaelmayr?

20         A.   He works in the corporate finance

21    department.

22         Q.   That's your department, correct?

23         A.   Yes.

24         Q.   I'm sorry?

25         A.   Yes.
```

119

1                          R. Mareuse

2          Q.    And what is Mr. Michaelmayr's

3     role?

4          A.    He -- well, on this particular

5     trip he was the one who worked on the bond

6     offering and -- before he came with us on the

7     road trip.

8          Q.    When you say the bond offering,

9     what are you referring to?

10         A.    We did a 144 Reg S bond offering

11    in late January 2007, we raised 750 million

12    dollars.

13         Q.    As you understand it, sir, what is

14    a 144 Reg S bond offering?

15         A.    It means that the U.S. retail

16    investors cannot buy this bond, it's only what

17    we call QIB which are qualified institution

18    buyer that can buy this bonds.

19         Q.    Do you have an understanding as to

20    what one has to be, what qualifications one

21    has to have to be a QIB?

22         A.    I have a vague understanding.

23         Q.    What is your vague understanding?

24         A.    That you have to be in the

25    business of buying and selling securities.

120

```
 1                         R. Mareuse
 2              Q.   Do you know whether there is a
 3      minimum of net worth element to that status of
 4      QIB?
 5              A.   I don't know for sure.
 6              Q.   In order to participate in this
 7      bond issue, in other words in order to buy the
 8      bond, was there a minimum investment that one
 9      needed to make?
10              A.   Well, I think the bond of a
11      minimum par value, probably $500,000 I would
12      say.
13              Q.   Just to define the term, when you
14      say a minimum par value, what does that mean?
15              A.   If you want to buy one bond you
16      have to pay $500,000.
17              Q.   So one cannot buy less than
18      $500,000 worth of this bond, is that correct?
19              A.   That's right.
20              MR. TOLCHIN:  I'm sorry.
21              A.   That's right.
22              MR. CURRAN:  Objection, vague.
23      Did you say stock, Mr. Tolchin?
24              MR. TOLCHIN:  Bond, no I said
25              bond.
```

REINIG REPORTING, INC.  (212) 684-7298

121

```
 1                    R. Mareuse

 2              MR. CURRAN:  Okay.

 3              MR. TOLCHIN:  If I misspoke, I'm

 4         sorry, but I believe I said bond.

 5         Q.   Where did this --

 6              MR. TOLCHIN:  Withdrawn.

 7         Q.   What was the purpose of your

 8    January 30, 2007 visit?

 9         A.   To sell the bond to this QIB, so

10    we started the road show work in Geneva then

11    we went to London, then we went one day New

12    York and one in day Boston.

13         Q.   Say that again, Geneva?

14         A.   Geneva, Zurich, London, New York,

15    Boston.

16         Q.   How long did you spend in each of

17    those cities?

18         A.   Geneva, half a day; Zurich, half a

19    day; London, one day; New York, one day;

20    Boston, one day.

21         Q.   When did the process of putting

22    together this bond issue begin?

23         A.   Three years ago we started to

24    think about this and then we really started a

25    month before, I would say a month before the
```

REINIG REPORTING, INC.  (212) 684-7298

122

```
 1                       R. Mareuse

 2    offering itself.

 3               MR. TOLCHIN:  You're fading out

 4          and getting very quiet again.

 5          A.   I said three years ago we started

 6    to have this idea and then we did not do it

 7    for several reason, and then we were -- we

 8    prepared very actively in the month preceding

 9    the offering.

10          Q.   Before you could issue these

11    bonds, am I correct that there is a

12    considerable amount of legal and regulatory

13    paperwork that you have to go through, is that

14    correct?

15          A.   That's correct, yeah.

16          Q.   And was anything filed with a

17    government agency in the United States about

18    this bond issue?

19          A.   I think a 144 offering has to be

20    filed, but I'm not sure, I'm not a hundred

21    percent sure because it's not a public

22    offering, so I don't, I don't know for sure,

23    actually this, I don't know what exactly the

24    process is with the offer 144.

25          Q.   Was there -- do you know whether
```

```
 1                    R. Mareuse

 2    Orascom utilized the services of any

 3    investment professionals in New York relating

 4    to this 144 S filing or bond issue?

 5              MR. SULLIVAN:  Objection, vague as

 6              to what investment professionals might

 7              be.

 8              If you could understand that

 9              question, Mr. Mareuse, you can --

10              MR. TOLCHIN:  I mean legal

11              advisors, financial advisors,

12              accountants, underwriters, bookrunners,

13              merchant bankers, investment bankers,

14              I'm sorry?

15              MR. CURRAN:  Tell us when the

16              question is over so the witness can

17              answer.

18              MR. TOLCHIN:  The hint is, I get

19              done talking.

20              MR. CURRAN:  Well, the problem is

21              it seems like you're getting done and

22              then there is additional.

23              If that question is done, I think

24              the witness can answer.

25              A.   I said the investment bankers and
```

REINIG REPORTING, INC.  (212) 684-7298

124

                        R. Mareuse

 1

 2    the lawyers for the offering were all based in

 3    London.

 4              Q.   Who were they?

 5              A.   They were Credit Suisse, Citi

 6    Group, ABN Amro and Deutsche Bank and on the

 7    legal side was White and Case and Allen and

 8    Obery.

 9              Q.   Allen and?

10              A.   Obery.

11              Q.   Do you know how to spell that?

12              A.   O-B-E-R-Y.

13              Q.   Do you know who at White and Case

14    Orascom Telecom Holdings dealt with?

15              A.   I don't remember his name now off

16    the top of my head.  I don't remember his

17    name, sorry.

18              Q.   Was it just one person?

19              A.   No, but I don't remember the team

20    leader on the White and Case side.

21              Q.   So there is a team leader in

22    London and a team leader in New York, is that

23    accurate?

24              A.   No.

25              Q.   I don't want to put words in your

125

```
 1                    R. Mareuse

 2    mouth.

 3         A.   No, no.

 4              MR. CURRAN:  See there again you

 5         Mr. Tolchin, you keep adding in stuff

 6         after a question is over.

 7              The witness can answer.

 8         A.   No, no, no the team was basically

 9    in London, from the bankers side and the legal

10    advisor side.

11         Q.   But as you sit here today, you

12    don't know, do you, whether any filings were

13    made with the Securities and Exchange

14    Commission in the United States relating to

15    this bond, is that correct?

16         A.   I don't think so, I don't think

17    so, but I'm not sure, it's not a public, it's

18    not a public offering in the United States, so

19    I don't think it has to be filed with the SEC,

20    and I'm pretty sure it is not, but I'm not a

21    hundred percent sure.

22         Q.   Were any steps necessary in order

23    for that bond to be listed with any exchanges

24    in the United states?

25         A.   No.
```

126

1                    R. Mareuse

2          Q.   What was the involvement of Allen

3     and Obery?

4          A.   They were the underwriters'

5     counsel.

6          Q.   And who was the underwriter or the

7     underwriters?

8          A.   As I said before, Credit Suisse,

9     Citi Group, ABN Amro and Deutsche Bank.

10          Q.   Now this -- was this road show

11     relating to the bond in January to February of

12     2007, was it -- was the format different from

13     the road shows we've discussed before?

14          A.   A little bit different because you

15     talking to bond investors, but not that much

16     different in the sense that you go and see

17     investors in their offices, you tell them the

18     story of the company, and then either they

19     like it or they don't like it.

20               MR. TOLCHIN:  I didn't hear the

21          last phrase of the answer.

22               (Whereupon, the record was read

23          back.)

24          Q.   How many investors did you meet

25     with in their offices?

REINIG REPORTING, INC.  (212) 684-7298

```
 1                       R. Mareuse

 2          A.   I would say probably, probably

 3     eight in New York and we had, we had lunch

 4     meeting in New York, I'd I said then eight and

 5     then probably had a lunch of about ten people

 6     so like 18, then we had a breakfast in Boston

 7     of about six investors.

 8          Q.   When you started out with this

 9     bond issue was there a target of how many

10     dollars worth of this bond you hoped to sell?

11          A.   We started with target of 500

12     million dollars.

13          Q.   You testified earlier that you

14     sold 750 million dollars?

15          A.   That's correct.

16          Q.   What happened?

17          A.   The issue was very successful so

18     we increase the size from 500 to 750.

19          Q.   Now, of the 750 million dollars

20     worth of these bonds, what percentage were

21     sold directly due to your road show to Geneva,

22     Zurich, London, New York and Boston?

23               MR. CURRAN:   Objection as to form,

24          lacks foundation.

25               The witness may answer.
```

REINIG REPORTING, INC.  (212) 684-7298

128

```
 1                      R. Mareuse
 2          A.   I can't remember precisely the
 3     break down between the different investors.
 4          Q.   During your meetings with the
 5     various investors whom you met with on this
 6     road show, did the investors tell you whether
 7     they intended to purchase the bonds?
 8          A.   Some of them did.
 9          Q.   How many in New York told you that
10     they intended to purchase the bonds?
11          A.   I can't remember precisely, maybe
12     five.
13          Q.   And do you know whether those
14     investors did, in fact, purchase the bonds,
15     those five?
16          A.   I did not check.
17          Q.   I'm sorry?
18          A.   I did not check.
19          Q.   Does Orascom have records, to your
20     knowledge, as to who purchased each one of the
21     bond?
22          A.   Yes.
23          Q.   Do you, sir, know who purchased
24     all the bonds?
25          A.   I don't recall exactly who
```

REINIG REPORTING, INC.  (212) 684-7298

129

```
 1                      R. Mareuse

 2      purchased the bond, I mean, I look at this

 3      list, it was, you know a month or two ago, but

 4      I don't remember precisely who bought these

 5      bonds.

 6              Q.   During your meetings, your eight

 7      meetings in New York and the lunch with ten

 8      investors, do you know how many of those

 9      investors, those 18 investors purchased the

10      bonds?

11              A.   No.

12              Q.   Do you know how many dollars worth

13      of bonds were purchased by those 18 investors?

14                  MR. SULLIVAN:  Objection,

15              foundation.  There is no evidence that

16              he knows that they actually did invest,

17              but if you know, you can answer.

18              A.   No, I don't know, I don't

19      remember.

20              Q.   Do you know in order of magnitude

21      as to how many dollars worth of bonds were

22      sold to New York investors?

23              A.    No.  I mean, I tell you why it's

24      very difficult because a lot of this

25      institutions have offices in New York, in
```

130

1                         R. Mareuse

2    London, or in Geneva, so what you see is, you

3    know who is the ultimate buyer is which

4    institution, you don't know if it's New York,

5    or London, or Geneva, bought these bonds, so

6    you don't really, you know there is some

7    investors and you don't know where they are

8    based.

9         Q.   Can you identify any of the

10   institutions who you -- that were investors

11   that you met with while you were in New York

12   in January to February of 2007?

13        A.   I'm sure if I had the names in

14   front of me I would remember them.

15        Q.   But as you sit here today do you

16   have any memory of who you met with a month

17   and a half ago?

18        A.   Frankly, no.

19        Q.   Other than meeting with those 18

20   investors in New York and six in Boston

21   relating specifically to the bond road show,

22   did you meet any other investors during your

23   visit to the United states in January to

24   February of 2007?

25        A.   No.

131

R. Mareuse

2       Q.   Where did you stay when you came

3   to New York in January to February of 2007?

4       A.   At the New York Palace.

5       Q.   And how long did you remain in the

6   United states during that visit?

7       A.   Two days.

8       Q.   Where did you go after that visit?

9       A.   London.

10      Q.   Did you bring any written

11  materials with you in connection with the bond

12  road show in January to February 2007?

13     A.   Yeah we brought investors

14  presentation and we brought prospectuses.

15     Q.   You brought the prospectus for the

16  bond issue?

17     A.   Yes.

18     Q.   Is that prospectus publicly

19  available anywhere, to your knowledge?

20     A.   No.  No, it's not publicly

21  available.

22        MR. TOLCHIN:  Maybe this would be

23        a break point if you wish.

24        MR. SULLIVAN:  I know it's late in

25        Cairo it's noon here, how much, just

132

```
 1                    R. Mareuse

 2          for lunch for other purpose how much

 3          did we have today.

 4               MR. TOLCHIN:  We have a bunch

 5          more, maybe I think we've covered the

 6          all his visits, there is some other

 7          material.

 8               MR. SULLIVAN:  Can you give me a

 9          guestimate either I'd like to try to

10          work through lunch or have an

11          abbreviated lunch so as not to

12          inconvenience the gentlemen in Cairo

13          too much because it is late there.  Can

14          you give me estimate on the approximate

15          number of hours, if it is hours.

16               MR. TOLCHIN:  It is hours, I can't

17          say precisely, it's not going to be the

18          whole day, my suggestion is that we

19          take five minutes now, maybe it would

20          make sense to order lunch and we'll be

21          able to eat it at the subsequent break

22          if that makes sense.

23               MR. SULLIVAN:  That makes sense,

24          do you have any thoughts Chris?

25               MR. CURRAN:  Well, I guess my
```

133

```
 1                      R. Mareuse

 2          thought is I'd prefer the break to be

 3          rather short and that we just continue

 4          along, obviously we don't object if

 5          food is brought, if you all eat, I also

 6          ask perhaps in this five minute break

 7          if Mr. Tolchin can review his notes so

 8          he can speed it along a little bit it

 9          seems to me, without being critical, it

10          seems to me we've recovered a lot

11          ground even in the three and a half

12          hours or the three hours we have been

13          going so far.

14               MR. TOLCHIN:  I'm not sure what

15          that means, just trying to be careful

16          Chris.

17               MR. SULLIVAN:  Let's take five

18          minutes now and then if we do get a

19          break later for food, I don't want, I

20          don't really need to eat much if

21          anything.  I certainly don't want to

22          inconvenience you if we have something

23          to refresh ourselves it will only be

24          for five minutes so that we can keep

25          going, I know it's late for you
```

134

```
 1                    R. Mareuse

 2          gentlemen, I don't want to

 3          inconvenience you or the witness.

 4              MR. CURRAN:  It's the witness that

 5          has priority, thanks we'll resume in

 6          five minutes.

 7              MR. SULLIVAN:  Okay.

 8              (Off the record 11:55 a.m.)

 9              (Deposition resumed at 12:06 p.m.)

10          Q.   Sir, besides the visits by Orascom

11   personnel, Orascom Telecom Holding personnel

12   to the United States that we've discussed up

13   until now, are you aware of any other visits

14   by Orascom Telecom Holding personnel to the

15   United States in the past six years?

16              MR. CURRAN:  Objection, vague.  Is

17          that limited to business visits or all

18          in?

19              MR. TOLCHIN:  Well, I was asking

20          the general question and then I was

21          going to narrow it down, Chris.

22              MR. CURRAN:  Thank you for that

23          clarification.

24              The witness may answer.

25          A.   I think I remember that Naguib
```

REINIG REPORTING, INC.  (212) 684-7298

```
 1                    R. Mareuse

 2    went to a GSM conference which is the industry

 3    conference which was held in the U.S., I can't

 4    remember when it was.

 5            Q.   Do you know when that was?

 6            A.   No, as I said, I can't remember

 7    when it was.

 8            Q.   Can you narrow it down to a year?

 9            A.   It was two to three years ago.

10            Q.   Was that approximately 2005 or

11    2004?

12            A.   Yeah, between these, yeah.

13            Q.   When you say a GSM conference, do

14    you mean by that a conference for investors

15    who invest in GSM companies or something else?

16            A.   No, the GSM association is an

17    association of all the GSM mobile operators in

18    the world and there are conferences all over

19    the world sometimes in Singapore, sometimes in

20    Europe, sometimes in the U.S.

21            MR. TOLCHIN:  I think one of you

22            may have a microphone too many on, we

23            are hearing a feedback echo here.  Does

24            anybody besides Mr. Curran and the

25            witness have a microphone that is on?
```

REINIG REPORTING, INC.  (212) 684-7298

136

```
 1                    R. Mareuse

 2              MR. CURRAN:  No, we haven't

 3          changed anything with respect to the

 4          microphones on this end.

 5          Q.  By the way, are there researchers

 6     and analysts who follow Orascom Telecom

 7     Holdings' stock or GDRs in New York?

 8          A.  I don't think so.  I think we--

 9     always based in London.

10              MR. TOLCHIN:  All what?

11          A.  All based in London.

12              MR. TOLCHIN:  That Sounds

13          horrible, we'll keep working but we're

14          having some technical glitch on this

15          end.

16              MR. CURRAN:  Can the reporter

17          please read back the last answer.

18              (Whereupon, the record was read

19          back.)

20          Q.  Are you aware that Orascom Telecom

21     Holdings conducts quarterly and annual

22     conference calls?

23          A.  Yes.

24          Q.  Do you participate in those

25     conference calls from time to time?
```

```
 1                        R. Mareuse

 2         A.   Yes.

 3         Q.   And what is the purpose of those

 4   conference calls?

 5         A.   To comment the quarterly or yearly

 6   financial results.

 7         Q.   Who are participants in those

 8   conference calls other than Orascom Telecom

 9   Holdings personnel?

10             MR. CURRAN:  Objection, vague as

11             to whether participants mean those who

12             speak or those who merely listen, but

13             the witness can answer.

14             MR. TOLCHIN:  I'm referring to

15             those who listen.

16         A.   Research analysts and investors.

17         Q.   And are some of those research

18   analysts and investors located in the United

19   States?

20         A.   Some investors are located in the

21   United States.

22         Q.   And are some of those research

23   analysts and/or investors located in New York?

24         A.   Yes.

25             MR. CURRAN:  Objection as to form,
```

138

1                          R. Mareuse

2              that was compound.  Please proceed.

3              Q.   Do you know how many of those

4       conference call participants are located in

5       New York on average?

6              A.   No.

7              Q.   Do you know how many participants

8       there are, on average, in those conference

9       calls?

10             A.   I would say between 30 to a

11      hundred.

12             Q.   Are records kept in any way,

13      shape, or form as to who the participants are

14      in those conference calls?

15             A.   I believe Hatim El Gammal keep

16      these records.

17             Q.   Are those conference calls by

18      invitation only or can anybody whose

19      interested in Orascom participate?

20             A.   We send invitations and anyone can

21      participate except the press, we ask the press

22      not to participate.

23                 MR. TOLCHIN:  Can you -- somehow

24             it got quiet again.

25             Q.   Why is it that you ask the press

139

1                         R. Mareuse

2      not to participate?

3             A.    Because the press has a tendency

4      to -- you have to be a little bit more careful

5      with what you say in the press because they

6      might report in the paper the wrong way and so

7      you don't have the same freedom of speech that

8      you have with investors, you don't want the

9      press reporter to distort your comments and

10     then to put in the paper the next day.  That's

11     why it's usually better and more comfortable

12     for us to speak freely with investors and

13     research analysts.

14            Q.    Is there a system that you use to

15     make sure that there is no press on the phone

16     or is it just an honor system that you, that

17     you ask the members of the press not to

18     participate?

19            A.    Yeah, exactly.

20            Q.    I'm sorry?

21            A.    Yes, that's right.  That's the way

22     you described it.

23            Q.    It's just an honor system?

24            A.    Yeah.

25            Q.    Do you have, do you double check

```
 1                    R. Mareuse

 2    in any way to determine whether somebody on a

 3    call is a reporter?

 4         A.   It's difficult, difficult to do, I

 5    wish I could, but we have not found a way to

 6    do it.

 7         Q.   Since you have been working at

 8    Orascom Telecom Holdings have you had any

 9    communications of a business nature with

10    people at your old office of Credit Suisse in

11    New York?

12         A.   I don't think so.

13         Q.   Have you -- have you ever received

14    telephone calls from investors in New York

15    while you have been elsewhere?

16              MR. SULLIVAN:  Objection, form,

17         vague.  What do you mean, elsewhere?

18              MR. TOLCHIN:  Anywhere but New

19         York.

20         A.   Sorry, what is the question?

21         Q.   Let me just try to clarify.  We

22    went over a lot of meetings that you had in

23    New York with investors while you were here

24    visiting New York, what I'm trying to find out

25    is from time to time do investors located in
```

141

1                    R. Mareuse

2    New York call you on the telephone to talk

3    about Orascom?

4         A.   Investors call me from time to

5    time on my phone, but I don't really pay

6    attention whether I visit New York, London,

7    Singapore, or Paris.

8         Q.   So if an investor calls you on

9    your telephone it -- you could be anywhere in

10   the world when you talk to them, is that

11   correct?

12        A.   Yeah, yes.

13        Q.   Is it a common occurrence for

14   investors to call you to talk about Orascom?

15        A.   Yes, I mean they would ask

16   questions but, you know, they don't do this

17   every day, but, you know, probably receive a

18   couple of phone calls a month from investors,

19   but not necessarily from one in New York, I

20   don't know where they are from.

21        Q.   But sometimes you do receive calls

22   from people in New York?

23        A.   Sometimes I receive call from

24   investors, but as I said it's a global

25   investor world, so I don't -- it doesn't

REINIG REPORTING, INC.  (212) 684-7298

142

```
 1                    R. Mareuse

 2   really matter to where, whether they are

 3   calling from New York, London, I don't know

 4   where they're calling from when they call me

 5   they might be calling from somewhere else.

 6        Q.   Of the invitations or

 7   notifications that Orascom Telecommunications

 8   Holding sends out for the quarterly and annual

 9   conference calls, do you know how many of

10   those invitations go to investors in New York?

11        A.   No, I don't.

12             MR. SULLIVAN:  Objection,

13        foundation.

14             Go ahead.

15             MR. TOLCHIN:  Are they frozen?

16             MR. CURRAN:  I think the witness

17        thought he answered the question

18        already, but he can say --

19        A.   No, I said, I don't know how many

20   invitations are sent to people to investors

21   who are based in New York.

22        Q.   Do you believe that Orascom

23   Telecommunications Holdings would have that

24   information?

25        A.   Yes.
```

143

1                         R. Mareuse

2           Q.   Before you came to the United

3      States in connection with the bond issue a

4      month and a half ago, did you have any

5      communications with United States investors

6      either by telephone, email, fax from overseas?

7      In other words, with you being overseas and

8      the investor being here.

9           A.   You know I travel 200 days a year

10     or so, I don't really know where I am at any

11     particular day and I don't pay really

12     attention on where people are calling from.  I

13     tend to focus on the question which is being

14     asked and to answer the question, to be

15     useful, but I don't particularly pay attention

16     to where I am when I receive the call and

17     where the guy is calling me from.

18          Q.   I understand and I appreciate it,

19     but, though you don't generally pay attention

20     to it, do you recall whether any of the 18

21     investors who you met with when you were here

22     in New York communicated with you about the

23     bond issue before your trip to New York?

24          A.   I can't because I'm not -- there

25     is a rule where you cannot speak to bond

144

```
 1                         R. Mareuse

 2    investors before you officially launch the

 3    offering.

 4         Q.   When was the offering officially

 5    launched?

 6         A.   End of January.  When -- the first

 7    day we -- actually the Friday before we went

 8    to Geneva we were in Geneva on Monday, London

 9    on Tuesday, New York on Wednesday, so it was

10    launched the Friday before.

11         Q.   When was the first time that the

12    prospectus for this bond issue was shown to

13    anybody outside of Orascom Telecom or it's

14    advisors?

15         A.   After Friday, after the launch of

16    the offering on Friday.

17         Q.   So the prospectus wasn't sent out

18    to anyone in advance of your meeting them, is

19    that correct?

20         A.   Not in advance, not before it was

21    launched.

22         Q.   Okay, generally speaking what is

23    the purpose of the quarterly and year end

24    conference calls?

25              MR. SULLIVAN:  Objection, that's
```

145

```
 1                    R. Mareuse

 2          been asked and answered.

 3               MR. TOLCHIN:  Not sure that it has

 4          been, similar questions yes, but not

 5          that one.

 6               MR. CURRAN:  Same objection.

 7               The witness may answer.

 8          A.   It has been answered and I can

 9   repeat it, it is to present the financial

10   result, the quarterly, the yearly financial

11   results of the company.

12          Q.   Sir, do you have an understanding

13   of what this case is about?

14               MR. SULLIVAN:  I'm going to object

15          to the extent that calls for attorney

16          client communication.  If you can

17          answer without reference to any

18          discussions you had with me or

19          Mr. Curran, or --

20               MR. TOLCHIN:  The question is

21          capable of a yes or no answer.

22               MR. SULLIVAN:  I need to make my

23          objection on the record.

24               If you can answer without

25          reference to conversations you had with
```

146

         1                    R. Mareuse

         2          counsel, you can answer.

         3              MR. CURRAN:  I join in that

         4          objection and instruction, but the

         5          witness can answer.

         6          A.   Well, I think, I don't know

         7      precisely but it has to do with the case

         8      between the Estate of Ungar and the

         9      Palestinian State.

        10          Q.   What is, if you have an

        11      understanding, what do you believe is

        12      Orascom's, Orascom Telecommunication Holding's

        13      connection to the case?

        14              MR. SULLIVAN:  Objection to form,

        15          foundation.

        16              MR. CURRAN:  Same objection.  Same

        17          objection, same instruction and also I

        18          will add an objection as to relevance,

        19          but the witness may answer.

        20          A.   Well, the Palestinian investment

        21      fund and the palestinian pension fund were --

        22      the Palestinian investment fund and the

        23      Palestinian pension fund were investors in

        24      Orascom Telecom Algeria and Orascom Telecom

        25      Tunisia.

147

1                          R. Mareuse

2          Q.   Do you know what the nature of the

3     Palestinian Investment Fund and Palestinian

4     Pension Fund investment in Orascom Algeria and

5     Tunisia was?

6          A.   They were shareholders investing

7     in Orascom Telecom Algeria and Orascom Telecom

8     Tunisia.

9          Q.   Do you know how --

10              MR. TOLCHIN:  Withdrawn.

11         Q.   Are you comfortable with me

12    referring to the Palestinian Investment Fund

13    as the PIF, and the Palestinian Pension Fund

14    as the PPF?

15         A.   Yeah, yes.

16         Q.   How did the PIF and the PPF become

17    shareholders in Orascom Algeria and Tunisia?

18         A.   When these two companies were

19    formed they raise equity and the PIF and the

20    PPF subscribe to the capital increase of these

21    two companies.

22              MR. TOLCHIN:  To the capital what?

23              MS. ERB:  Increase.

24         Q.   Does that mean that the PIF and

25    the PPF purchased shares in those two Orascom

REINIG REPORTING, INC.  (212) 684-7298

148

```
 1                      R. Mareuse

 2    companies directly from the companies

 3    themselves?

 4           A.   Yes.

 5           Q.   And do you know what the PIF and

 6    PPF paid for those shareholder positions?

 7           A.   I don't remember, this was before

 8    I joined the company.

 9           Q.   Are the PIF and PPF still

10    shareholders in those two Orascom companies?

11           A.   No.

12
```

149

1                          R. Mareuse



150

1                              R. Mareuse

2



1                        R. Mareuse

2



152

1                           R. Mareuse

2



153

1                         R. Mareuse

2



154

1                    R. Mareuse



25          Q.   Have you ever met Mohammad Rashid?

155

1                    R. Mareuse

2          A.   Yes.

3          Q.   When did you meet Mohammad Rashid?

4          A.   I met him 2003, 2004, 2005.

18          A.   Yes and before that as he was the

19   shareholder of the Tunisian and the Algerian

20   operations, I would need him, to update him on

21   situations of Orascom.

22          Q.   Did you say he was personally a

23   shareholder?

24          A.   No, he was, he was I believe he

25   was the head of the PIF, and therefore he was

REINIG REPORTING, INC.  (212) 684-7298

156

```
 1                        R. Mareuse
 2      the person to speak to as far as any of his
 3      shareholdings of PIF Orascom Telecom Algeria
 4      and Orascom Telecom Tunisia.
 5               MR. TOLCHIN:  Are you able to
 6          understand him?
 7               MS. ERB:  I'm able to understand
 8          him mostly.
 9               MR. TOLCHIN:  Are you able to
10          understand him?
11               MS. ERB:  Read the sentence back
12          please.
13               (Whereupon, the record was read
14          back.)
15          Q.   Was Mr. Rashid involved with the
16      PPF also?
17          A.   Yes, he was not, I don't think he
18      was as directly involved with the PPF as he
19      was with the PIF because he had some influence
20      with the PPF.
21          Q.   Did you ever deal with any other
22      individuals on behalf of the PPF?
23          A.   I think I met one person.
24          Q.   Who was that?
25          A.   I really don't remember, I met him
```

157

```
 1                     R. Mareuse

 2     once.

 3          Q.   You don't remember his name?

 4          A.   No.

 5          Q.   Do you know where that meeting

 6     was?

 7          A.   I think it was in Cairo.

 8          Q.   Have you ever heard of an entity

 9     called the Palestine Commercial Services

10     Corporation, PCSC?

11          A.   Yes, I think this was the entity

12     which preceded the PIF.

13          Q.   The predecessor of the PIF?

14          A.   I think so.

15
```

158

1              R. Mareuse



15        Q.  Other than the ungar's lawsuit

16   that brings us here today, do you know whether

17   Orascom Telecommunications Holding is a party

18   to any other lawsuit or legal proceedings

19   relating to the agreement between the PIF and

20   the PPF and Orascom?

21             MR. SULLIVAN:  Objection to the

22        extent that calls for anything he may

23        have learned through the course of an

24        attorney client communication.

25             MR. CURRAN:  Same objection,

159

```
1                    R. Mareuse
2         witness may answer consistent with that
3         instruction.
4              A.   I don't believe so.
5
```

```
24              MR. SULLIVAN:  Same objection, you
25         can answer without reference to an
```

REINIG REPORTING, INC.  (212) 684-7298

160

 1                    R. Mareuse

 2          attorney client communication.

 3              MR. CURRAN:  Likewise, and also

 4          the question lacks foundation --

 5              MR. TOLCHIN:  Why don't you just

 6          give the instruction globally, the

 7          witness will know it he is a very smart

 8          man so you don't have to interrupt any

 9          question.

10              MR. SULLIVAN:  When you have a

11          line of questioning that's going to

12          continue, we're not sure how long the

13          same type questions will continue.  I'm

14          happy to say, but I think it's

15          important, we're the lawyers, it may

16          not be as apparent to the witness that

17          such as answer may implicate the

18          privilege, I don't think it's really

19          holding you up.

20              So to the extent you can answer

21          without reference to anything you may

22          have learned through counsel Mr.

23          Mareuse, you can do so.

24              MR. CURRAN:  And Mr. Tolchin, I

25          make a request, I try not to interrupt

161

```
1                          R. Mareuse

2           your questions, please try not to

3           interrupt my objections and

4           instructions.

5               The witness may answer the

6           question.
```



162

1                           R. Mareuse



163

1                    R. Mareuse

2

8          Q.   Okay, is any money presently owed

9    to the PA, to the Palestinian Authority itself

10   other than what we've spoken about as the PIF

11   and the PPF?

12          MR. CURRAN:  Objection, lacks

13          foundation.  The witness may answer.

14          A.   Sorry, I did not understand the

15   question.

16          Q.   Okay, we've been talking about the

17   Palestinian Investment Fund, the Palestinian

18   Pension Fund, do you know whether the PIF has

19   a connection to the Palestinian Authority?

20          A.   No.

21          Q.   Do you know what the Palestinian

22   Authority is?

23          A.   I think it's the, it's the State

24   of Palestine.

25          MR. TOLCHIN:  I'm sorry.

164

```
 1                    R. Mareuse
 2        A.   I think it represents the State of
 3    Palestine.
 4        Q.   Do you know whether there is a
 5    connection between the Palestinian Authority
 6    and the PIF?
 7             MR. CURRAN:  Objection, lacks
 8         foundation.
 9             The witness may answer.
10        A.   My assumption is that this is the
11    pension fund, investment fund of the
12    Palestinian State, that's my assumption.
13        Q.   Your assumption is that the PIF is
14    a pension fund?
15        A.   Yes, investment fund for the
16    Palestinian State and the pension, and the PPF
17    is the Palestinian Pension Fund for the
18    Palestinian State.
19        Q.   Is it your understanding that the
20    PIF and the PPF are somehow part of the
21    Palestinian Authority?
22             MR. CURRAN:  Objection, lacks
23         foundation.  Objection, relevance.
24             The witness may answer to the best
25         of his understanding.
```

165

                              R. Mareuse

1

2          A.   I don't know the exact

3    relationship between these two, between these

4    three entities.

5          Q.   Okay, do you know if Orascom owns

6    any property in the United States, and by

7    property I mean any kind of property, not just

8    real estate?

9               MR. CURRAN:  And the question is

10              by Orascom, you're referring to Orascom

11              Telecom Holding?

12              MR. TOLCHIN:  Correct, correct.

13              MR. CURRAN:  The witness may

14              answer.

15         A.   I believe it does not.

16         Q.   Do you know whether Orascom

17   Telecom Holding has any bank accounts in the

18   United States?

19         A.   I believe it does not.

20         Q.   Do you know whether Orascom

21   Telecom Holding has any deposits of any sort

22   in the United States?

23         A.   I believe it does not.

24         Q.   Does Orascom Telecom Holding own

25   any intellectual property in the United


                REINIG REPORTING, INC.  (212) 684-7298

166

```
 1                       R. Mareuse

 2      States, patents, trademarks, copyrights,

 3      anything like that?

 4              A.   I believe it does not.

 5              Q.   During any visit that you made to

 6      the United states in connection with Orascom,

 7      have you stayed in any type of accommodation

 8      other than a hotel, in other words, did you

 9      ever stay in a private house, apartment?

10              A.   Yes, I have stayed in private

11      house.

12              Q.   When was that?

13              A.   When I went skiing and went to a

14      hotel and when I went to stay at my friend in

15      Wyoming, that was a private house.

16              Q.   But those where --

17                   MR. TOLCHIN:  Withdrawn.

18              Q.   You're referring to the personal

19      time aspect of those trips?

20              A.   Yes.

21              Q.   Do you know whether Orascom

22      Telecommunications Holding has had any

23      communication with the PIF, the PPF, or the

24      Palestinian Authority about this lawsuit,

25      meaning the Ungars' lawsuit?
```

167

1                    R. Mareuse

2          A.    I don't know.

3



168

1                      R. Mareuse



21          Q.   Okay.  Does Orascom

22    telecommunications holding have any credit

23    facilities in place as of today?

24              MR. SULLIVAN:  Objection, vague.

25          Credit facilities?

169

```
1                        R. Mareuse

2          Q.   Do you understand the term, credit

3     facilities, sir?

4          A.   Yes.

5          Q.   What do you understand by the

6     term, credit facilities?

7          A.   Well, lines of credit from a bank.

8          Q.   And how would you define a line of

9     credit?

10         A.   Amount of money that you can

11    borrow at your bank and that you can draw and

12    then pay back as you want.

13
```

170

1                              R. Mareuse

2



1                         R. Mareuse

2



172

1                         R. Mareuse

2



173

1                          R. Mareuse

2



174

1                           R. Mareuse

2



1                              R. Mareuse

2



176

1                    R. Mareuse



177

1                           R. Mareuse

2



178

1                          R. Mareuse

2



179

1                           R. Mareuse

2



24          Q.   Do you have any involvement

25     with --

180

```
 1                       R. Mareuse

 2              MR. TOLCHIN:  Withdrawn.

 3         Q.   Do you personally have any

 4   involvement with roaming agreements that are

 5   entered into by Orascom Telecommunications

 6   Holding or any of its subsidiaries?

 7              MR. CURRAN:  Objection, vague with

 8         respect to the term, involved.

 9              The witness may answer.

10         A.   No.

11         Q.   Before, in responding to the

12   subpoena that you received in this case, did

13   you search for any documents?

14         A.   Yes, I searched for my passports.

15         Q.   Did you search for any other

16   documents besides your passports?

17         A.   No because after reading the

18   document and consulting with my lawyers I

19   thought that none of the document was relevant

20   to the subpoena.

21         Q.   Other than your passports, did you

22   review any of the documents that were provided

23   to us on your behalf in response to the

24   subpoena?

25         A.   I believe the other documents
```

181

```
 1                    R. Mareuse

 2   which was submitted was the information of the

 3   web site of our investors relation department,

 4   as I'm a shareholder and I -- in the capacity

 5   of Orascom Telecom.

 6           Q.   Is it accurate that the documents

 7   which were produced, other than your passport,

 8   were not documents that came from your

 9   personal files, they were simply printed out

10   from the web site?

11           A.   That's correct because I do not

12   have these documents in my personal file.

13              MR. TOLCHIN:  Let's take a couple

14           of minutes' break.

15              (1:10 p.m. off the record.)

16              (Deposition resumed at 1:20 p.m.)

17              MR. CURRAN:  We're ready when you

18           are.

19           Q.   Mr. Mareuse, are you -- do you

20   know whether Mr. Sawiris is a member of any

21   board of the New York Stock Exchange?

22              MR. CURRAN:  Objection, vague as

23           to the term, board, but the witness can

24           answer.

25           A.   I don't know.
```

```
1                    R. Mareuse

2          Q.   Do you know whether Orascom

3     Telecommunications Holdings has issued a press

4     release indicating that Mr. Sawiris is a

5     member of a board of the New York Stock

6     Exchange?

7               MR. CURRAN:  Objection, vague,

8          lacks foundation, but the witness may

9          answer.

10         A.   As I said, I cannot recall.

11         Q.   Have you ever told --

12              MR. TOLCHIN:  Withdrawn.

13         Q.   Have you discussed the New York

14    Stock Exchange with Mr. Sawiris, any aspect of

15    the New York Stock Exchange?

16              MR. CURRAN:  Objection overbroad.

17         The witness may answer.

18         A.   I mean, what do you mean by

19    discuss the New York Stock Exchange, what does

20    this mean?

21         Q.   You don't understand my question?

22         A.   No.

23         Q.   Do you read the press releases

24    that Orascom Telecommunications Holding issues

25    and posts on its web site?
```

183

```
 1                    R. Mareuse

 2         A.   Yes.

 3         Q.   Well, did you read the press

 4    release relating to Mr. Sawiris' membership of

 5    a New York Stock Exchange board?

 6              MR. CURRAN:  Objection as to form.

 7              The witness may answer.

 8         A.   I mean, I have a vague memory of

 9    something like that, but I don't know if it's

10    the New York Stock Exchange or something else,

11    I really don't recall exactly, which is why I

12    say, I can't recall exactly.

13         Q.   What is the vague memory of

14    something like this that you have?

15         A.   I mean, for some reason what you

16    say rings a bell, but I don't know, I don't

17    know exactly what the facts are.  The reason

18    why I don't remember what the facts are, it's

19    not relevant to our business, this is why I

20    don't remember.

21              MR. TOLCHIN:  Okay, Mr. Mareuse,

22              thank you very much.  I don't have any

23              more questions for you.  Perhaps one of

24              these lawyers who surrounds us does.

25              MR. SULLIVAN:  No questions from
```

184

```
1                    R. Mareuse

2         individual counsel for Mr. Mareuse.

3              MR. CURRAN:  No questions from

4         Counsel for Orascom Telecom Holding SA.

5              Thank you, Mr. Mareuse.  This

6         deposition is over.

7              (Time Noted:  1:24 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

185

1

2            A C K N O W L E D G E M E N T

3

4    STATE OF            )

5                        )  Ss:

6    COUNTY OF           )

7

8            I, RODOLPHE ALDO MARIO MAREUSE,

9    hereby certify that I have read the transcript

10   of my testimony taken under oath in my

11   deposition of March 14, 2007; that the

12   transcript is a true, complete, and correct

13   record of my testimony, and that the answers

14   on the record as given by me are true and

15   correct.

16

17            _____

                 RODOLPHE ALDO MARIO MAREUSE
18

19

20   Signed and Subscribed to

21   before me, this _____ day

22   of _____, 2007.

23

24   _____

25   Notary Public, State of

186

```
1

2                         I N D E X

3

4      WITNESS                                    PAGE

5      RODOLPHE ALDO MARIO MAREUSE

6      Examination by:

7      MR. TOLCHIN                                   4

8

9                           o0o

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

187

```
 1

 2                C E R T I F I C A T E

 3

 4     STATE OF NEW YORK   )
                           ) ss.:
 5     COUNTY OF NEW YORK  )

 6

 7            I, SHAMONA ADDERLEY, a reporter and

 8     Notary Public within and for the State of New

 9     York, do hereby certify:

10            That RODOLPHE ALDO MARIO MAREUSE, the

11     witness whose deposition is hereinbefore set

12     forth, was duly sworn by me and that such

13     deposition is a true record of the testimony

14     given by such witness.

15            I further certify that I am not related

16     to any of the parties to this action by blood

17     or marriage, and that I am in no way

18     interested in the outcome of this matter.

19            IN WITNESS WHEREOF, I have hereunto set my

20     hand this 22nd day of March, 2007.

21

22                       _____

23                            SHAMONA ADDERLEY

24

25
```

1

1

2       SUPREME COURT OF THE STATE OF NEW YORK
        COUNTY OF NEW YORK
3       -------------------------------------X

4       YARON UNGAR,

5                                   Plaintiff,

6             -against-                           Index No:
                                                  105521/05
7
        PALESTINIAN AUTHORITY,
8
                                    Defendant.
9
        -------------------------------------X

10

11              DEPOSITION VIA VIDEOCONFERENCE of EMAD

12      FARID, a Non-Party Witness, taken pursuant to

13      Subpoena, held at the law offices of WHITE &

14      CASE, 1155 Avenue of the Americas, New York,

15      New York, on March 13, 2007, commencing at 9:00

16      a.m., before ARTHUR HECHT, a Court Reporter and

17      Notary Public within and for the State of New

18      York.

19

20

21

22

23              REINIG REPORTING, INC.
                192 Lexington Avenue
24              Suite 1004
                New York, New York 10016
25              (212) 684-7298

2

```
 1

 2     A P P E A R A N C E S:

 3

 4     JAROSLAWICZ & JAROS, ESQS.
       Attorneys for Plaintiff
 5          150 William Street
            New York, New York  10038
 6
       BY:    ROBERT TOLCHIN, ESQ.
 7

 8
       WHITE & CASE, ESQS.
 9     Attorneys for Orascom
            701 Thirteenth Street, NW
10          Washington, D.C.  20005

11     BY:    CHRISTOHER CURRAN, ESQ.
            (Via videoconference)
12

13
       WINSTON & STRAWN, L.L.P.
14     Attorneys for Non-Party Witness EMAD FARID
            1700 K Street, NW
15          Washington, D.C.  20006

16     BY:    WILLIAM M. SULLIVAN, JR., ESQ.

17

18     ALSO PRESENT:  ANTONIA SOARES, ESQ.
                       MICHAEL BHARGAVA, ESQ.
19                     NICOLE E. ERB, ESQ.
                       TAMER MAHMOUD, ESQ. (Via video)
20                     AMR EL BAYOUMI, ESQ. (Via Video)

21

22

23

24

25
```

3

1

2          IT IS HEREBY STIPULATED AND AGREED by and

3     between counsel for the respective parties

4     hereto that all rights provided by the C.P.L.R.,

5     and Part 221 of the Uniform Rules for the Conduct

6     of Depositions, including the right to object

7     to any question, except as to the form, or to

8     move to strike any testimony at this examination,

9     are reserved; and, in addition, the failure to

10    object to any question or to move to strike

11    testimony at this examination shall not be a

12    bar or waiver to make such a motion at, and is

13    reserved for, the trial of this action.

14         IT IS FURTHER STIPULATED AND AGREED that this

15    examination may be signed and sworn to by the

16    witness being examined, before a Notary Public

17    other than the Notary Public before whom this

18    examination was begun, but the failure to do

19    so, or to return the original of this examination

20    to counsel, shall not be deemed a waiver of

21    rights provided by Rules 3116 and 3117 of the

22    C.P.L.R. and shall be controlled thereby.

23         IT IS FURTHER STIPULATED AND AGREED that the

24    filing of the original of this examination is

25    hereby waived.

4

```
 1                        Farid
 2     E M A D   F A R I D, having been duly
 3                    sworn by a Notary Public within
 4                    and for the State of New York,
 5                    was examined and testified under
 6                    oath as follows:
 7     EXAMINATION BY MR. TOLCHIN:
 8           Q    Good morning, sir.
 9           A    Good morning.
10           Q    Or good afternoon.  Can you hear
11     me okay?
12           A    Yes, if I have -- if there's any
13     trouble, I'll let you know.
14           Q    And can you understand me when I'm
15     speaking?
16           A    Yes.
17           Q    You can understand and speak
18     English, correct?
19           A    Correct.
20           Q    Could you tell us your name, sir?
21           A    Emad Shawky Farid.
22           Q    Can you spell your middle name for
23     the court reporter?
24           A    The first name or the family name?
25           Q    The second name, Shawky.
```

5

```
  1                      Farid

  2         A    That name is S-H-A-W-K-Y.

  3         Q    Sir, can you summarize your

  4    educational background?

  5         A    Sorry?

  6         Q    Can you summarize your educational

  7    background?

  8         A    I'm an engineer, I have bachelor

  9    of science in engineering and master degree in

 10    engineering, telecommunications from Cairo

 11    University, that's all.

 12         Q    And of what country are you a

 13    citizen, sir?

 14         A    Egyptian.

 15         Q    Do you have any other citizenship

 16    besides Egypt?

 17         A    No.

 18         Q    And do you have passports from any

 19    country besides Egypt?

 20         A    No.

 21         Q    Are you employed, sir?

 22         A    Yes.

 23         Q    By whom are you employed?

 24         A    Sorry?

 25         Q    Who is your employer?
```

```
 1                        Farid

 2          A     Orascom Telecom Holding.

 3          Q     Orascom Telecom Holding, is that

 4   correct?

 5          A     Orascom Telecom Holding.

 6          Q     What is your position with Orascom

 7   Telecom Holding?

 8          A     I am the chief operations officer.

 9          Q     How long have you held that

10   position?

11          A     This title, only a couple of

12   months ago.  However, I was doing the same job

13   with another title, which is executive officer

14   of operations since two and a half years.

15          Q     How many years?

16          A     Two and a half.

17          Q     And before two and a half years

18   ago, were you employed by Orascom?

19          A     Yes.

20          Q     In what capacity?

21          MR. CURRAN:  I object.  Vague.

22          Bob, if you could please specify what

23          corporate entity you're referring to

24          rather than just Orascom.

25          MR. TOLCHIN:  Okay, fair enough.
```

7

```
 1                          Farid

 2          Q     Were you employed by Orascom

 3    Telecom Holding?

 4          A     Yes.

 5          Q     For how --

 6          A     Vice chairman for GSM Services.

 7          Q     What does that mean, vice chairman

 8    for GSM Services?

 9          A     I was handling all of the GSM

10    Services which are non-GSM or non-mobile

11    service, just providing services to the GSM

12    operations.

13          Q     And how long did you hold that

14    position?

15          A     One year.

16          Q     And before that, were you employed

17    by Orascom?

18          A     Yes.

19                MR. CURRAN:  Same point, same

20          objection.

21          A     Orascom Telecom Holding, and I

22    was --

23          Q     You were what in Syria?

24          A     Chief executive officer of our

25    operation in Syria, what is SyriaTel, for nine
```

REINIG REPORTING, INC. (212) 684-7298

8

```
 1                         Farid
 2    months.
 3          Q     Before you had that position, were
 4    you employed by Orascom Telecom Holding?
 5          A     Yes, as chief operations officer.
 6          Q     And was that the first position
 7    you had with Orascom Telecom Holding --
 8          A     Yes.
 9          Q     Yes?  So when did you become
10    employed by Orascom Telecom Holding?
11          A     1st of January 2000.
12          Q     Before that, were you employed
13    somewhere else?
14          A     Yes.
15          Q     Where was that?
16          A     Another company called Orascom
17    Technology Systems.
18          Q     And what is Orascom Technology
19    Systems?
20          A     It's an IT company representing
21    many IT brands in the Egyptian market like HP,
22    like Lucent Technology Systems.
23          Q     And is that company, Orascom
24    Technology Systems, affiliated with Orascom
25    Telecom Holdings?
```

9

```
 1                          Farid
 2          A    No.
 3          Q    It has no connection?
 4               MR. CURRAN:  Objection.  Vague.
 5          You can answer it.
 6          Q    Does Orascom Telecom --
 7          A    I'm not aware of the word Orascom
 8     Technology Systems, Orascom Telecom, but there
 9     is no legal relationship between the two
10     entities, maybe one or two of the owner are
11     same owners of both of them.
12          Q    And before you were employed by
13     Orascom Technology Systems, where were you
14     employed?
15          A    In a company called Telecom
16     Engineering.
17          Q    And what was the time period when
18     you were employed by that company?
19          A    By Telecom Engineering Company?
20          Q    Yes.
21          A    This was since I graduated 1987 to
22     1992.
23          Q    And in 1992, you went to Orascom
24     Technological Systems?
25          A    Yes, it was called before Orascom
```

1                          Farid

2       Technology, and then changed to Orascom

3       Technology Systems.

4               Q     You referred to something called

5       GSM, can you tell us what that is?

6               A     GSM is a protocol for mobile

7       communications -- protocol or technology used

8       for mobile communications.

9               Q     And what did you do, you

10      personally, with respect to the GSM operations?

11                    MR. CURRAN:  In which time frame

12              is this, Mr. Tolchin?

13                    MR. TOLCHIN:  We can clarify that.

14              Q     Did you testify, sir, that you

15      worked for a period with Orascom GSM?

16              A     No, Orascom, no, GSM operations

17      are mobile -- Orascom Telecom provide operators

18      in the different countries, what I said --

19      sorry?

20              Q     Go ahead.

21              A     When I said that I was working in

22      Orascom's -- I was handling the GSM Services

23      for the GSM operations, I mean that I'm

24      handling the function of this services to

25      Orascom Telecom's operations in the different

```
 1                        Farid

 2    countries, so GSM is a term that we use to

 3    differentiate between mobile operations and

 4    non-mobile operations, or services.

 5          Q    But your employer at that time was

 6    Orascom Telecom Holdings or some other entity?

 7          A    Which time?

 8          Q    The time when you testified you

 9    were working with the GSM.

10          A    Yes, Orascom Telecom Holding.

11          Q    What is the structure of Orascom

12    Telecom Holding?

13          A    That's different departments, it

14    has an operations department which I'm the head

15    of today, financials department and other

16    departments, there's a legal department, the PR

17    and communication department, the HR department

18    with different heads of these departments

19    reporting to the CEO.

20          Q    Does Orascom --

21          A    Other --

22          Q    I'm sorry --

23          A    Operations department, my

24    department, I have different departments,

25    subdepartments like technical, IT, commercial,
```

12

1                          Farid

2       the same as the financials department, they

3       have different departments or divisions.

4              Q     Does Orascom Telecom Holdings have

5       subsidiaries?

6                    MR. CURRAN:  Objection.  Vague.

7              You can answer.

8              A     Yes.

9              Q     How many subsidiaries do you know

10      of?

11             A     I never counted the subsidiaries,

12      so I don't have a figure in mind now, but I can

13      tell you we have -- Orascom Telecom Holding has

14      subsidiaries, mobile subsidiaries in Algeria,

15      Tunisia, Pakistan, Bangladesh, Egypt, Iraq,

16      these are not direct subsidiaries, because

17      sometimes they are different structure between,

18      so I'm not aware of the real legal structure

19      how it works from the holding to the operation,

20      holding entity to the different companies, and

21      we have, like I said, some non-GSM companies or

22      subsidiaries, like Ring, like ARPU+,

23      OrasInvest, like LinkdotNet, like M-Link, so we

24      have the different subsidiaries, mobile

25      subsidiaries and non-mobile subsidiaries, I

13

```
 1                      Farid
 2     don't know exactly the number.
 3          Q    If a customer in Egypt wanted to
 4     have a cell phone from Orascom, would that
 5     customer be getting the cell phone service from
 6     Orascom Telecom Holdings or from the
 7     subsidiary?
 8          A    Well, the subsidiary.
 9               MR. CURRAN:  Objection as to form.
10          You can answer.
11          A    Well, the subsidiary.
12          Q    Does Orascom Telecom Holdings
13     actually provide cell phone or telephone
14     service directly to any customers?
15          A    No.
16          Q    You testified -- withdrawn.
17               So is it accurate to say that all
18     the telephone services that Orascom Telecom
19     Holdings is involved in are done through
20     subsidiaries?
21               MR. CURRAN:  Objection as to form.
22          You can answer.
23          A    Yes.  As I said, Orascom Telecom
24     Holdings is not providing any service to the
25     customers, however, Orascom Telecom Holdings is
```

14

```
 1                    Farid
 2    having services through other companies and
 3    other services.
 4          Q    What are your duties as far as
 5    operations of Orascom Telecom Holdings are
 6    concerned?
 7          A    I am overseeing the commercial
 8    activities -- commercial and technical
 9    activities.
10          Q    When you use the word operations,
11    what does that mean to you?
12          A    This is what I explained, I mean
13    commercial activities is operational
14    activities, and technical, so network rollouts,
15    IT systems, I know that to build all the
16    networks, the infrastructure in the different
17    countries that we operate and the commercial
18    activities to provide the different offers to
19    our consumers, this is also had used by my
20    department.
21              Of course we are just supporting
22    these subsidiaries, we are not doing the whole
23    job.  I mean, this function is mainly non-on
24    grounds and we are just overseeing it and
25    that's a monitoring -- or let's say monitoring
```

15

1                          Farid

2    from the holding.

3



16

1                         Farid



17

1                         Farid





1                              Farid

19

1                       Farid



20

1                        Farid

2



25        Q    You testified earlier that Orascom

```
 1                      Farid
 2   Telecom Holding is involved in finance, is that
 3   correct?  You said there was a finance
 4   department.
 5        A    Yes, this is done through another
 6   department, not mine.
 7        Q    What does the finance department
 8   do, as you understand it?
 9        A    As I said, I am not involved in
10   this, however, I can tell you there are -- they
11   have several functions, like the budgeting
12   function, like the treasury function, like the
13   corporate finance, the investigation.
14        Q    And who is in charge of that
15   department?
16        A    Mr. Aldo Mareuse.
17        Q    Is it accurate to say, sir, that
18   Orascom Telecom Holding itself does not have
19   customers?
20        A    Does not have --
21        Q    Customers.
22        A    We don't have end users or
23   customers.  Yes, we don't have customers,
24   unless we call any of our subsidiaries a
25   customer, but it's accurate, what you said is
```

```
 1                     Farid

 2    accurate.

 3          Q    So Orascom Telecom Holding does

 4    not provide any services to the public,

 5    correct?

 6          A    Correct.

 7          Q    Sir, have you visited the United

 8    States in connection with your employment with

 9    Orascom Telecom Holding or any of its

10    subsidiaries?

11          A    Yes.

12               MR. SULLIVAN:  Objection.  I'm

13          going to ask time frame.  Hold on, Mr.

14          Farid.  Can we just ask time frames,

15          ever in his life or ever in the past --

16               MR. TOLCHIN:  Since the time that

17          he's been working for Orascom --

18               MR. SULLIVAN:  Okay.

19               MR. TOLCHIN:  -- Telecom Holding or

20          any of its subsidiaries.

21               MR. SULLIVAN:  Go ahead.

22          A    Only twice.

23          Q    Only twice?  And when was that?

24          A    Yes.  September 2006 and January

25    and February of 2007.
```

```
 1                        Farid
 2          Q     Other than those two trips to the
 3     United States, have you visited the United
 4     States for any other reason say in the last ten
 5     years?
 6          A     In the last ten years, so you mean
 7     since 1997?
 8          Q     Correct.
 9          A     No, no.
10          Q     And when you say that you visited
11     the United States only twice, are you giving
12     that testimony from your memory or based on
13     reviewing some documents?
14          A     Both.
15          Q     Both --
16          A     Both from my memory and reviewing
17     my passport.
18          Q     When you visited the United States
19     in September of 2006, how long were you here?
20          A     Three days.
21          Q     And what was the purpose of your
22     visit?
23          A     To support the finance department
24     in a finance or investor conference organized
25     by Deutche Bank.
```

```
 1                         Farid

 2            Q    Organized by --

 3            A    By Deutche Bank.

 4            Q    In what way did you support the

 5     finance department?

 6            A    As I said, the finance department

 7     has the function called the investor relation,

 8     so they attend several conferences during the

 9     year, and sometimes they ask for our support to

10     just be present in the meetings, and address

11     any operational questions raised by the

12     investors or analysts during the meetings.

13            Q    And in September of 2006, was

14     there a conference that you attended?

15            A    Yes.

16            Q    What was that conference?

17            A    An investor conference, as I said,

18     arranged by Deutche Bank, I don't know any more

19     information about the name of the conference.

20            Q    From Orascom's perspective, what

21     was the purpose of the conference?

22                 MR. SULLIVAN:  Objection.

23                 MR. CURRAN:  Objection.

24                 MR. TOLCHIN:  Maybe I can clarify.

25            Q    When you attended this conference
```

```
 1                        Farid
 2      as a representative of Orascom Telecom
 3      Holdings, what did you hope to achieve for
 4      Orascom Telecom Holdings?
 5              MR. SULLIVAN:  I'm going to object
 6          again.  He's here in his individual
 7          capacity -- hold on, Mr. Farid.
 8              MR. TOLCHIN:  But I can ask him
 9          why he did what he did.
10              MR. SULLIVAN:  That's exactly
11          right, why he did what he did.
12              MR. TOLCHIN:  What did he hope to
13          achieve.
14          Q    You can answer the question.
15          A    As I said, I was supporting the
16      finance department, and I'm not really aware of
17      the exact objective of the conference other
18      than it's like meeting investors, and of course
19      promoting our stock and selling our
20      subsidiaries to the investor community.  This
21      is in a way my own understanding, and as I
22      said, I'm just involved in answering
23      operational questions, which by the way are
24      very few during such conferences because of the
25      nature of the attendees.
```

26

```
 1                        Farid
 2          Q      What was the nature of the
 3    attendees?
 4          A      Financial, financial background, I
 5    mean.  They're all from the financial
 6    communities or they ask more about financial
 7    questions, and these are not addressed by me.
 8          Q      And you're referring specifically
 9    to the Deutche Bank conference, correct?
10          A      Sorry?
11          Q      You were referring specifically to
12    the Deutche Bank conference, the attendees --
13          A      Yes.
14          Q      Okay.
15          A      Yes, of this conference that I
16    attended.
17          Q      When you came to the United States
18    in September of 2006, do you know what type of
19    visa you had?
20          A      No, I have a U.S. visa on my
21    passport, I didn't check what is the title.
22          Q      But was it a visitor for business
23    visa or visitor for personal tourism, was there
24    a type to the visa?
25          A      I'm not --
```

```
 1                      Farid
 2              MR. CURRAN:  Objection as to form.
 3         You can answer.
 4         A    I don't know as we speak now.  I
 5    produced a copy of this visa and the documents
 6    produced earlier by my lawyer.
 7         Q    Other than attending the Deutche
 8    Bank conference, what else did you do in the
 9    United States during that visit in September --
10              MR. CURRAN:  Objection.
11         Overbroad.
12         Q    -- in September of 2006?
13              MR. CURRAN:  Again, objection
14         overbroad, you can answer.
15         A    I just attended meetings, attended
16    meetings, and maybe had one dinner with
17    investors, and nothing else.
18         Q    When you say "attended meetings,"
19    are you referring to the Deutche Bank
20    conference meetings or some other meeting?
21         A    No, the Deutche Bank meetings, but
22    maybe I can recall maybe one more meeting or
23    two more meetings arranged by our investor
24    relation director with investors as well in the
25    City of New York where we were present at that
```

```
 1                        Farid
 2    time, at the meeting.
 3         Q    Do you recall who it was that you
 4    met with --
 5         A    No.
 6         Q    -- in those meetings?
 7         A    No, I don't, I was just joining
 8    the team.
 9         Q    Who arranged those meetings?
10         A    Who what, sorry?
11         Q    Who arranged those meetings?
12         A    Our investor relation director and
13    our CFO, I mean, Aldo Mareuse and the investor
14    relation director working under him.
15         Q    Is that Mr. El Gammal?
16         A    Yes.
17         Q    Do you know where those meetings
18    took place?
19         A    No, no, some -- one of those
20    meetings in New York, I don't know exactly
21    where.  I'm not an expert in New York, the
22    streets.
23         Q    I mean, were those meetings in an
24    office or in a restaurant or in somebody's
25    home, in your hotel or something else?
```

```
 1                        Farid

 2          A    In an office.

 3          Q    In an office?

 4          A    In an office, yes.

 5          Q    And what was the purpose of those

 6     meetings as you understood it?

 7          A    Same like -- the same purpose of

 8     the conference, just investors asking questions

 9     about our results, our strategies and few

10     operational questions that I answered, that was

11     addressed to me as I explained.

12          Q    And you also mentioned that during

13     that visit you had dinner with some investors,

14     is that correct?

15          A    Investors or bankers, I'm not

16     really sure, I just joined the dinner for half

17     an hour.

18          Q    Was that dinner on one evening or

19     more than one?

20          A    One evening.

21          Q    And do you know where that dinner

22     took place?

23          A    Not exactly, but it's a sushi

24     restaurant, but I don't know the name.

25          Q    Was it Nobu?
```

30

```
 1                         Farid
 2          A    No.
 3          Q    Where did you stay when you were
 4   here in New York in September of 2006?
 5          A    New York Palace Hotel.
 6          Q    Can you identify everybody
 7   employed by Orascom Telecom Holding that came
 8   to the United States with you during that
 9   September 2006 trip?
10          A    As I said, Aldo Mareuse, CFO.
11          Q    Okay.
12          A    And Hatim El Gammal, investor
13   relation director.
14          Q    Anybody else?
15          A    No.
16          Q    And the expenses for that trip
17   were paid for by Orascom Telecom Holding, is
18   that correct?
19          A    Correct, as far as I know, maybe
20   some -- a part of it was covered by Deutche
21   Bank, I don't know what is the deal with
22   Deutche Bank, but I didn't pay anything
23   personally.
24          Q    Did somebody tell you that Deutche
25   Bank paid for part of the expenses?
```

31

```
 1                        Farid
 2          A    No, but I know in such
 3    conferences, sometimes it's a deal, sometimes
 4    it's inclusive or exclusive expenses, I don't
 5    know how the deal is for this conference.  It's
 6    covered by the company, and I didn't pay
 7    anything on myself.
 8          Q    When you stayed at the New York
 9    Palace Hotel, who paid for the hotel?
10          A    Trying to remember.  It was paid
11    in advance.  Again, I had my room paid,
12    covered, again, I don't know if it was covered
13    by Orascom Telecom Holding or by Deutche Bank
14    or by --
15          Q    Did Mr. Mareuse and Mr. El Gammal
16    also stay at the New York Paris Hotel?
17          A    Yes.
18          Q    Did either one of the three of you
19    pay for the room on a credit card?
20          MR. SULLIVAN:  Objection.  That's
21          asked and answered.  Hold it, that's
22          asked and answered.  He said it was
23          prepaid.
24          MR. TOLCHIN:  He wasn't sure, I
25          can probe.
```

```
 1                        Farid
 2          Q    I'm sorry?
 3          A    It was prepaid for me, I don't
 4     know about the two others.
 5          Q    When you came to the United States
 6     in September of 2006, did you bring any written
 7     materials with you to distribute at the
 8     conference or at any of the meetings that you
 9     were attending?
10          A    Not me, it was brought by Hatim El
11     Gammal, but not me, I didn't bring any type of
12     material.
13               MR. SULLIVAN:  Just answer the
14          question.
15          Q    What materials did Mr. El Gammal
16     bring?  Is it Gammal or Gammal?  I want to say
17     it right.
18          A    Gammal.
19          Q    What materials did Mr. El Gammal
20     bring with him?
21          A    Just presentation.
22          Q    A presentation about what?
23          A    About the company to present to
24     the investors.
25          Q    The other time you came to the
```

```
 1                    Farid
 2   United States was in January of 2007, is that
 3   correct?
 4          A    End of January, beginning of
 5   February, so it was between end of January and
 6   beginning of February.
 7          Q    How long -- did you arrive in the
 8   United States on January 30th?
 9          A    January 30th.
10          Q    And how long were you here?
11          A    Three days, another three days.
12          Q    So you left on --
13          A    Till --
14          Q    I'm sorry?
15          A    I cannot remember exactly, but
16   three or four days.
17          Q    Do you know what day you departed?
18          A    No, and I tried to check my
19   passports, I have only stamp for entrance but
20   no stamps for leaving the States.
21          Q    Do you have any other
22   documentation that would show what day you
23   arrived back in Egypt, perhaps an airplane
24   ticket or something along those lines?
25               MR. CURRAN:  Objection.  Are you
```

34

```
 1                      Farid
 2         asking for personal documents or
 3         corporate documents?
 4              MR. TOLCHIN:  Personal document.
 5         A    I don't know.
 6              MR. TOLCHIN:  I mean, certainly an
 7         airplane ticket that he flew with would
 8         be a personal document.
 9         A    No, it was an electronic ticket, I
10    don't have.
11              MR. CURRAN:  The witness answered
12         your question, but that doesn't mean I
13         agree with your position.
14              MR. TOLCHIN:  That's why we have
15         our respective jobs.
16         Q    What was the purpose of your visit
17    in January of 2007, January to February of
18    2007?
19         A    It's a road show, again,
20    supporting the finance department in a road
21    show where we meet investors.
22         Q    And when you use the term road
23    show, can you tell us what you mean by that?
24         A    Road show is like -- it's a visit
25    where we meet investors, bankers, it's not
```

REINIG REPORTING, INC. (212) 684-7298

```
 1                         Farid
 2    arranged by -- it's not a conference arranged
 3    by any party, but we will -- and we have
 4    appointments with investors, we go to them in
 5    their offices or they come to us in a place,
 6    hotel or restaurant, according to the schedule,
 7    and we just meet with them and answer their
 8    questions and present what we want to present
 9    to them.
10         Q    And when you have meetings with
11    investors at such a road show, is it your hope
12    that these investors will in fact invest in
13    Orascom Telecom Holding?
14         A    In this case, it was the bonds, it
15    was the bonds that we were issuing high-yield
16    bond, and that was the purpose of the road
17    show.
18         Q    So it was your hope that investors
19    would invest in these bonds, correct?
20              MR. CURRAN:  Objection.  Vague.
21              When you use the term you, are you
22              talking about Mr. Farid personally or
23              the company or both?
24              MR. TOLCHIN:  I'm asking about Mr.
25              Farid personally.
```

```
 1                      Farid
 2          A    My objective was to help and
 3   support the finance department in their
 4   objective, which I -- again, I'm not -- it's
 5   not my role to be -- but it was to sell the
 6   bond, as you said.
 7          Q    That bond issue that you're
 8   referring to, how many dollars worth of bonds
 9   were being sold, if you know?
10          A    750 million.
11          Q    Where did that $750 million go?
12          A    I don't know.
13               MR. SULLIVAN:  Objection.
14          Q    Meaning --
15               MR. SULLIVAN:  Hold on, objection.
16          He testified that 750 million were
17          offered --
18               MR. TOLCHIN:  I'm sorry, I'll
19          accept that.
20          Q    How many dollars worth of those
21   high-yield bonds were sold --
22               MR. SULLIVAN:  If you know.
23          Q    -- if you know?
24          A    That's the only figure, I know
25   750, so I don't know if that's the difference
```

```
 1                        Farid

 2    between sold or -- this is not my

 3    responsibility or expertise.

 4           Q     The road show that you've referred

 5    to in January to February of 2007, where did it

 6    take place?  In other words, when you came to

 7    the United States, where did you visit?

 8           A     Which did you say?

 9           Q     Which locations did you visit?

10           A     New York, we visited several

11    locations because we were visiting the

12    investors in offices, so different locations

13    every day, and it was in one day in Boston, two

14    days -- I can't remember, two or more, two or

15    three days in New York, and one day in Boston.

16           Q     Did you go anywhere else?

17           A     No.

18           Q     Did you visit Los Angeles?

19                 MR. SULLIVAN:  Objection.  Asked

20                 and answered.  He said he went nowhere

21                 else.

22                 MR. TOLCHIN:  Right, but I can

23                 probe, because there were media reports

24                 that he went to LA.

25                 MR. SULLIVAN:  We'll give you a
```

```
 1                        Farid
 2          little leeway.  You can answer that, Mr.
 3          Farid.
 4          A    No.
 5          Q    Who attended this road show in
 6   January to February of '07?
 7          A    Aldo Mareuse, the CFO, and Martin
 8   Michlmayr.
 9          Q    Who?
10          A    Martin Michlmayr, he's corporate
11   finance --
12          Q    Michael?
13          A    Yes.
14          Q    Can you spell his last name?
15          A    His last name is M-I-C-H-L-M-A-Y-
16   R.
17          Q    M-I-Z-H --
18              MR. SULLIVAN:  C-H.
19              MR. TOLCHIN:  I'm at a loss, does
20          anyone how know how to spell this man's
21          name?
22              MR. BHARGAVA:  M-I-C-H-L-M-A-Y-R.
23          Q    Who is Martin Michlmayr?
24          A    A corporate finance, working in
25   the corporate finance department in the
```

```
 1                     Farid
 2    division in the finance department of Orascom
 3    Telecom Holding.
 4         Q    When you were in the United States
 5    in January to February of 2007, do you
 6    recall -- which -- who did you meet with in New
 7    York?
 8         A    Investors and -- just people from
 9    the finance community.  I don't know exactly
10    the names of any of these investors.
11         Q    Do you know the names of any of
12    the companies that you met with?
13              MR. SULLIVAN:  Objection to form.
14         A    The names of what?
15              MR. SULLIVAN:  You can answer.
16         Q    Do you know the names of any of
17    the companies that you met with while you were
18    here in New York?
19         A    No, I don't remember any of them.
20    I just go and meet, like, many investors, I
21    just joined the meeting, as I said, as a
22    supportive function to the finance.
23         Q    So you came here and you joined a
24    meeting, but you have no memory of who you met
25    with, is that correct?
```

40

```
 1                        Farid
 2              MR. CURRAN:  Objection.  Lacks
 3         foundation.  Argumentative.  You may
 4         answer.
 5         A    Yes, correct, I don't remember who
 6    I met.
 7         Q    Can you put a number on it, how
 8    many different meetings you had while you were
 9    in New York?
10         A    Not less than ten meetings, 15
11    meetings, not less than 15 meetings.
12         Q    Did any of those meetings that you
13    had result in one of those people you were
14    meeting with making an investment in Orascom
15    bonds?
16         A    I don't know which made investment
17    or which didn't, because this is not announced
18    during the meeting immediately.  I mean, we
19    just attend the meetings, and then the finance
20    people got the results of who did and who
21    didn't.
22         Q    I'm sorry, I didn't get the last
23    phrase, the finance people did what?
24         A    They got the results of who is
25    interested enough to buy and who didn't buy and
```

```
 1                         Farid
 2    who is subscribing for how many bonds.  I mean,
 3    these things are sent up to the meetings to the
 4    finance people, but during the meetings, we
 5    just present the presentation that we have and
 6    answer questions, we don't get any results for
 7    this -- from the meeting.
 8            Q    You said you went to Boston for
 9    part of that meeting, for part of that visit,
10    is that correct?
11            A    Yeah, correct.
12            Q    How long were you in Boston?
13            A    One day.
14            Q    Did you sleep over in Boston or
15    did you go to Boston and come back to New York
16    City in the same day or something else?
17            A    No, we spent -- we spent one night
18    in Boston, and next day in the morning, we had
19    the meeting, and then the afternoon, we left
20    out of the States.
21            Q    You went back to Egypt from
22    Boston, is that correct?
23            A    Yes, yes, but not directly,
24    through Geneva.
25            Q    When you came to the United States
```

```
 1                    Farid
 2   on that trip, did you fly into New York?
 3        A    Yes.
 4        Q    And where did you stay when you
 5   were here on that trip?
 6             MR. SULLIVAN:  Objection.
 7        Q    Meaning in New York, did you stay
 8   in a hotel, in somebody's house, where did you
 9   sleep?
10        A    In a hotel.
11        Q    And which hotel was it?
12        A    New York Palace Hotel.
13        Q    So Mr. Mareuse was with you,
14   correct?
15        A    Yes.
16        Q    And Mr. Michlmayr, did they
17   also --
18        A    Yes.
19        Q    Did they also stay at the New York
20   Palace Hotel?
21        A    Yes.
22        Q    Do you know who paid for your
23   hotel during that visit?
24        A    Yes, the road show was arranged by
25   Credit Suisse, and they paid for it, and then
```

43

```
 1                        Farid
 2    they billed Orascom for it, so in the end, it's
 3    Orascom Telecom Holding.
 4            Q    What was the involvement of Credit
 5    Suisse, why was Credit Suisse paying for your
 6    hotel?
 7            A    They are the organizer of the road
 8    show.
 9            Q    As you understand it, did Credit
10    Suisse have a relationship or an involvement
11    with the bonds?
12            A    They are the organizer of the
13    bonds, yes, the bond and the road show.  The
14    organizer of the bond on behalf of Orascom.
15            Q    Do you know if there was a
16    particular person at Credit Suisse who was
17    involved in that?
18            A    I don't remember the full name.  I
19    don't know actually the names.  I know only one
20    called Saab El Zain, that's the only name I
21    remember.
22            Q    What is the name?
23            A    Saab El Zain.
24            Q    S-A-A-B?
25            A    S-A-A -- I guess, El Zain.
```

44

```
 1                    Farid
 2        Q    E-L Z-A-I-N?
 3        A    Yes.
 4        Q    And who is Saab El Zain?
 5        A    He's a previous employee, I don't
 6   know anything else more.
 7        Q    Is Mr. El Zain based in New York
 8   or elsewhere?
 9        A    No, he's not based in the States.
10        Q    I understand you say you don't
11   remember the names of who you met with in New
12   York during that visit in January to February
13   of this year, can you tell us how many meetings
14   you had?
15        A    In New York?
16        Q    Yes.
17        A    In the range of ten to 15, maybe
18   more, I'm just trying to remember.  Not less
19   than ten and maybe 15 or a little bit more.
20        Q    Did you make any notes at these
21   meetings?
22        A    No.
23        Q    Would you have any document
24   anywhere that would let you figure out who you
25   met with?
```

```
 1                         Farid
 2                 MR. CURRAN:  Objection.  Vague.
 3              Are you talking about corporate
 4              documents?
 5                 MR. TOLCHIN:  Any documents.
 6                 MR. CURRAN:  Or personal
 7              documents?
 8                 MR. TOLCHIN:  Any documents, I'm
 9              merely asking if such a document exists
10              that he knows of.
11          A    I don't have -- I didn't keep the
12      document, I only have the agendas, the agendas
13      of the meetings, the schedule of the meetings,
14      and I don't keep it on me now, I might have it
15      on an e-mail or on my computer.
16          Q    Did you look for such a document
17      in response to the subpoena that we served in
18      this case?
19          A    No, they are not personal
20      documents.
21          Q    In addition to meeting these
22      clients -- or I'm sorry, in addition to meeting
23      these investors in their offices, the ten to 15
24      investors, did you do anything else while you
25      were here in New York in January to February of
```

46

```
 1                       Farid
 2     '07?
 3               MR. SULLIVAN:  Objection.
 4          Overbroad.  You can answer.
 5               MR. CURRAN:  Objection.  Overbroad
 6          and lacks foundation.
 7          A    No, just meetings, some of them
 8     are lunch meetings, but still meetings.
 9          Q    How many lunch meetings did you
10     have?
11          A    Two.  I'm trying to remember,
12     actually, one or two.
13          Q    Who did you meet with at those
14     lunch meetings?
15          A    Investors, because we didn't have
16     time to have lunch, so we arranged meetings
17     during lunch.
18          Q    Where did those lunch meetings
19     take place?
20          A    If I remember well, one of them
21     I'm sure is -- only one was Club 21 that I
22     remember.
23          Q    The 21 Club?
24          A    Yes, the 21 Club.
25          Q    Besides the meeting at the 21
```

```
 1                    Farid
 2   Club, was there any other meeting, any other
 3   lunch meeting?
 4         A    Maybe one, I don't remember.
 5   Maybe another one, in one of the hotel or in a
 6   hotel, I don't remember if this was New York or
 7   somewhere else, because we had -- actually, I
 8   don't remember.
 9         Q    And who attended the 21 Club lunch
10   meeting?
11         A    A group of investors, and from our
12   side, from Orascom Telecom Holding side, Mr.
13   Mareuse and Mr. Michlmayr, and the Credit
14   Suisse team, people that were joining us.
15         Q    Was this an invitation only lunch
16   or could any potential investor attend?
17         A    No, it was an arranged lunch with
18   specific investors invited to it.
19         Q    And do you know how those specific
20   investors were selected to be invited?
21         A    No, this was done by the Credit
22   Suisse collaboration with our corporate finance
23   team, so I was not involved with that.
24         Q    When you attended this lunch
25   meeting at the 21 Club, as you understood it,
```

```
 1                      Farid
 2    what was your purpose in attending?
 3         A    The same purpose like all the
 4    other meetings, is just to answer any
 5    operations-related questions that the investor
 6    may have.
 7         Q    Was this lunch meeting at the 21
 8    Club also connected with the offering of the
 9    high-yield bonds, the $750 million of bonds you
10    mentioned earlier?
11         A    Yes.
12         Q    And did the meeting at the 21 Club
13    result in the sale of any bonds?
14         A    The same amounts like Orascom --
15    the question that you asked earlier, we don't
16    know the result of the meeting during the
17    meeting, so we just attend the meeting, present
18    presentation, answer any questions, and then
19    the orders come later to the finance people.
20         Q    Who paid for the lunch meeting at
21    the 21 Club?
22         A    Who what?
23         Q    Who paid for the lunch meeting at
24    the 21 Club?  Who paid the 21 Club?
25         A    Who paid?  Okay.  Again, the
```

49

```
 1                        Farid
 2    organizer, as far as I understand, it was paid
 3    by the organizers, and billed later on to
 4    Orascom Telecom Holding, so at the end, it's
 5    paid or charged to Orascom Telecom Holding.
 6         Q    So Credit Suisse arranged for it
 7    and paid for it in the first instance, but then
 8    passed that expense on to Orascom, is that
 9    correct?
10         A    As far as I understand, as far as
11    I understand, because I was not personally
12    involved in these arrangements.
13         Q    During your visit to the United
14    States in January to February of 2007, besides
15    the meetings relating to the bond issue, did
16    you carry out any other business relating to
17    Orascom Telecom Holding?
18              MR. SULLIVAN:  Objection to form.
19         A    No.
20              MR. SULLIVAN:  Bob, we're coming
21              up on an hour, I think it might be
22              helpful to take five minutes at a good
23              breaking point for you.
24              MR. TOLCHIN:  I agree with you,
25              actually.  I'll be coming to a good
```

50

```
 1                        Farid

 2            breaking point in a moment.  Okay, we

 3            can break right now.

 4                    (Whereupon, at this time, a recess

 5            was taken.)

 6            Q    Sir, other than the road show that

 7     you mentioned in January to February of 2007,

 8     are you aware of any other road shows involving

 9     Orascom Telecom Holdings in New York?

10                    MR. CURRAN:  Objection.  Vague.

11            You can answer.

12            A    No.

13            Q    Before you came to New York for

14     that road show in January to February 2007,

15     were you in contact with anyone in New York to

16     arrange for that visit?

17            A    Me personally, no.

18            Q    Was anyone acting on your behalf

19     in contact with people in New York to arrange

20     for that visit?

21            A    Our contacts were -- was with

22     Credit Suisse, Credit Suisse and the finance

23     department in Orascom Telecom Holding.

24            Q    Would it be fair to say that

25     before you came to New York for that road show,
```

```
 1                         Farid
 2      there was extensive communication between
 3      Orascom and Credit Suisse to arrange that road
 4      show?
 5                  MR. SULLIVAN:  Objection.
 6             Foundation.
 7             Q    You can answer.
 8                  MR. CURRAN:  Objection.  Vague.
 9             Q    You can answer still.
10             A    I don't know if -- I don't know
11      if -- what the level of communication that
12      happened, but everything was arranged between
13      my assistant here and the finance department in
14      my company and Credit Suisse organizers.
15             Q    Before you came to New York for
16      that road show, do you know whether people from
17      Orascom Telecom Holding came to New York to
18      establish that bond issue?
19             A    No, I'm not aware of anybody from
20      Orascom Telecom Holding went to New York to
21      establish any preparations or any bond issues.
22             Q    Where were the arrangements made
23      for issuing those bonds, if you know?
24             A    It's between the finance
25      department and Credit Suisse, I don't know, I
```

```
 1                     Farid
 2   just joined the trip.
 3         Q    Are you aware of any Orascom
 4   Telecom Holding employees who have visited New
 5   York, say, in the past seven years?
 6              MR. SULLIVAN:  Objection.
 7         Overbroad.  Relevance.
 8              MR. CURRAN:  Same objection.
 9         Q    You can answer.
10         A    I don't know any specific visits,
11   but I know of course that I'm speculating here,
12   the chairman --
13              MR. SULLIVAN:  You don't have to
14              speculate, you don't have to speculate,
15              Mr. Farid, either you know or you don't.
16         Q    I don't want you to speculate.
17         A    I don't know.
18         Q    I understand maybe -- I'm sorry?
19         A    So the answer is no, I don't know
20   any specific visits done by any of the Orascom
21   employees to New York for any reasons, any
22   business reason.
23         Q    Well, definitely you and Mr.
24   Mareuse and Mr. Michlmayr and Mr. El Gammal
25   made visits to New York, because you've
```

53

```
 1                        Farid
 2     testified about that, are there any other
 3     Orascom Telecom Holding employees that you know
 4     of who have visited New York for business
 5     purposes?
 6               MR. SULLIVAN:  Objection.  Asked
 7          and answered.  He said he didn't know.
 8               MR. TOLCHIN:  That's not what he
 9          said.
10               MR. SULLIVAN:  Go ahead.
11          Q    You can answer.
12          A    I don't know for business
13     purposes, I don't know.
14          Q    Did Mr. Sawiris visit New York for
15     business purposes relating to Orascom Telecom
16     Holding?
17               MR. SULLIVAN:  Objection.  Asked
18          and answered.
19          Q    You can answer.
20          A    I'm not aware of Mr. Sawiris
21     schedule of trips, however, I have to say I
22     know he went to the States, I don't know
23     exactly which state, during the last seven
24     years, but I don't know for which purpose and
25     when and for how long, and with who, I don't
```

REINIG REPORTING, INC. (212) 684-7298

54

```
 1                         Farid

 2     know.

 3          Q    Are you aware of anybody else from

 4     the operations department of Orascom Telecom

 5     Holding who accompanied other Orascom personnel

 6     on a visit to New York?

 7               MR. SULLIVAN:  Same objection.

 8          A    No.

 9          Q    Do you have any knowledge

10     regarding Orascom's depository receipt program?

11               MR. SULLIVAN:  Foundation.

12          Objection.

13               MR. CURRAN:  Objection.  Vague.

14               MR. SULLIVAN:  Foundation, no

15          foundation either.

16          Q    Okay, you can answer.

17          A    I have no specific knowledge, I

18     know there are GDRs, but with no details.

19          Q    But no details?  As you understand

20     it, sir, what are GDRs?

21          A    Is what?

22          Q    As you understand the term, sir,

23     what are GDRs?

24          A    Global depository -- I don't

25     know -- actually, I don't know, I used to know,
```

REINIG REPORTING, INC. (212) 684-7298

```
 1                         Farid
 2    but I don't know now.  We use only the term
 3    GDRs.
 4          Q     The global depository receipts?
 5          A     Yes, yes.
 6          Q     What does that mean to you, what
 7    are they?
 8          A     Sorry?
 9          Q     What does that term mean to you,
10    what are GDRs?
11          A     Stock shares.
12          Q     Stock shares, okay.  Do you know
13    who arranged, who at Orascom arranged for the
14    Orascom Telecom Holding GDR program?
15          A     The finance team, I don't know
16    exactly who.  This is before, even before Aldo
17    Mareuse joined, so I don't know exactly who, it
18    was done by the finance department.
19          Q     Was that something that Mr. El
20    Gammal was involved in?
21                MR. SULLIVAN:  Objection.  Asked
22          and answered.  He said he didn't know.
23          Q     You can answer.
24          A     No, this is before Aldo Mareuse
25    joined Orascom.  You mean the IPO or --
```

56

```
 1                    Farid
 2        Q   Establishing --
 3        A   I don't --
 4        Q   Establishing the GDRs, is what I'm
 5   asking about.
 6        A   Initially, you mean?
 7        Q   Correct.
 8        A   So no, the answer is no, it's not
 9   Mr. Mareuse.
10        Q   Is it Mr. El Gammal?
11        A   I'm not sure if Mr. El Gammal
12   involvement in this.
13
```

1                    Farid

2



58

1                          Farid

2



1                          Farid

2



60

1                    Farid

2



61

1                          Farid



1                        Farid



63

```
 1                        Farid
 2
 3
 4          Q    What is a -- withdrawn.
 5               Do you have an understanding of
 6    what a roaming agreement is?
 7          A    Yes.
 8          Q    What is a roaming agreement?
 9          A    A roaming agreement is an
10    agreement between two mobile operators, whereby
11    the customers of the first operator can use the
12    phone when they go or they travel to the
13    country where the second operator operates, and
14    vice versa, and based on this, the two
15    operators have settlement accounts -- they
16    settle their accounts through data, financial
17    clearinghouse, so that they can bill the
18    customers of the other operator.
19          Q    Does Orascom Telecom Holding have
20    roaming agreements with any United States
21    telephone companies?
22          A    No, Orascom Telecom Holding don't
23    have any roaming agreements with anyone.
24          Q    Do subsidiaries of Orascom Telecom
25    Holding have such roaming agreements with
```

REINIG REPORTING, INC. (212) 684-7298

64

```
 1                        Farid
 2    United States telephone companies?
 3            A     Yes, but I don't have any details.
 4            Q     Are the roaming agreements that
 5    Orascom subsidiaries have with the United
 6    States telephone companies negotiated by the
 7    subsidiaries or by Orascom Telecom Holding?
 8            A     By the subsidiaries directly.
 9            Q     Can you identify any roaming
10    agreement between Orascom or Orascom subsidiary
11    and a United States telephone company?
12            A     The only one I can identify is one
13    we have between MobiNil, which is a subsidiary
14    of Orascom Telecom in Egypt, and Cingular --
15            Q     Cingular.
16            A     Yes, for the simple reason that I
17    used my phone when I was in the United States,
18    so I can conclude that there is a roaming
19    agreement between these two operators.
20            Q     So just to use that example, you
21    can come with your telephone from Cairo and use
22    it here in New York City, correct?
23            A     Yes.
24            Q     And somebody with a Cingular
25    telephone from New York City, assuming it's the
```

REINIG REPORTING, INC. (212) 684-7298

```
 1                        Farid
 2    right type of telephone and the right type of
 3    service plan, he can go to Cairo and use his
 4    telephone?
 5         A    Yes, it's normally both ways, so
 6    if there is agreement, normally it works both
 7    ways.
 8         Q    So a roaming agreement allows both
 9    telephone companies to expand their coverage
10    areas and provide greater services to their
11    customers, correct?
12         A    Yes.
13              MR. CURRAN:  Objection.  Vague.
14         A    Technically correct.
15         Q    Okay.  Do you know whether -- you
16    mentioned the company MobiNil a moment ago, do
17    you know whether that -- withdrawn.
18              Has Orascom Telecom Holding owned
19    its interest in MobiNil since the inception of
20    MobiNil, or did Orascom Telecom Holding buy it
21    from somebody?
22         A    Since the inception -- no, sorry,
23    sorry, MobiNil was a company owned by the
24    government in Egypt, and then it was sold to a
25    consortium where Orascom was a member, Orascom
```

REINIG REPORTING, INC. (212) 684-7298

66

```
 1                        Farid
 2    Telecom.
 3           Q    Do you recall who any of the other
 4    members were?
 5           A    France Telecom and Motorola at
 6    that time, and then Motorola sold its shares to
 7    two others, two shareholders.
 8           Q    Motorola sold its share --
 9    withdrawn.
10           Motorola sold its shares of
11    MobiNil to Orascom Telecom Holding?
12           A    And France Telecom.
13           Q    And France Telecom.  And do you
14    know which Motorola entity was involved, was it
15    Motorola finance located in Illinois?
16           A    I don't know.
17           Q    Were you involved in that
18    transaction between MobiNil and Orascom and
19    Motorola?
20              MR. SULLIVAN:  Objection.
21           Involved personally?
22              MR. TOLCHIN:  Yes.
23              MR. SULLIVAN:  Only personally.
24              MR. TOLCHIN:  Did he have any
25              involvement?
```

REINIG REPORTING, INC. (212) 684-7298

```
 1                        Farid
 2              MR. SULLIVAN:  Not as a corporate
 3         rep.
 4         A    I was not involved at all.
 5              MR. SULLIVAN:  Okay, that's easy.
 6              MR. TOLCHIN:  That's what I was
 7         getting at.
 8         Q    We're sitting here talking to each
 9    other over this wonderful video conference, and
10    you're sitting in Orascom's headquarters,
11    aren't you?
12         A    Orascom Telecom Holding, yes,
13    headquarters.
14         Q    Do you utilize this video
15    conferencing equipment in your -- in your -- in
16    the course of your employment with Orascom
17    Telecom Holding?
18         A    Yes, sometimes.
19         Q    And do you use this video
20    conferencing equipment to communicate with the
21    United States?
22         A    No, actually this is the first
23    time.
24         Q    The first time you've used it to
25    communicate with the United States?
```

68

```
 1                        Farid
 2          A    Yes.
 3          Q    Do you know whether other people
 4    at Orascom Telecom Holding have used this
 5    equipment to communicate with the United
 6    States?
 7          A    I'm not aware of any communication
 8    with the United States with this equipment.
 9          Q    Just to clarify your answer, are
10    you saying that it didn't happen or you're
11    saying you just don't know about it, one way or
12    the other?
13          A    As far as I know, it didn't
14    happen.
15          Q    During the course of your business
16    at Orascom, do you, from time to time, make
17    telephone calls to the United States?
18          A    No.
19          Q    Does anyone in the operations
20    department from time to time make telephone
21    calls to the United States?
22               MR. CURRAN:  Objection.
23          Overbroad.  You may answer.
24          A    No, I'm not aware of any
25    communication with the United States, but as I
```

```
 1                    Farid
 2    said, even the suppliers, like Motorola who are
 3    dealing with the offices in Egypt or Dubai or
 4    the middle east in general, but not the United
 5    States.
 6         Q    Does David Ross have an office in
 7    Dubai or the middle east, or do you deal with
 8    David Ross in the United States?
 9         A    I cannot confirm, I don't know, we
10    are dealing with some persons, and most
11    probably they -- the very few times we did with
12    them was in our office in Egypt, they came to
13    Cairo or to the subsidiary, and we had the
14    meeting or the communication this way.
15         Q    Do you recall who came to meet
16    with you on behalf of David Ross?
17         A    No, and I didn't -- I didn't
18    personally meet anybody from David Ross.
19         Q    Just give me a moment.  Have you
20    ever participated in a quarterly or year-end
21    conference call on behalf of Orascom?
22              MR. SULLIVAN:  Objection.
23              MR. CURRAN:  Objection.  Vague.
24              MR. SULLIVAN:  Vague.
25         A    No.
```

```
 1                      Farid
 2         Q    Just to make sure you understand
 3    the terminology, when I refer -- when I refer
 4    to a quarterly or year-end conference call, do
 5    you understand what I'm talking about?
 6         A    Yes, you mean if I understand
 7    right, you mean the conference call with the
 8    investors and outside external community?
 9         Q    Correct.
10         A    To present the results and answer
11    the questions related to the results?
12         Q    Right, that's what I'm referring
13    to.
14         A    The answer is no, I have never
15    represented Orascom Telecom in such conference
16    calls or calls, except I attended as a
17    listener, just as a listener, not as a
18    participant.
19         Q    Do you have an understanding of
20    what the purpose of those conference calls is?
21         A    Yes.
22         Q    What is that?
23         A    To present the results of a
24    quarter of a year, and to answer the questions
25    of the interested parties.
```

```
 1                        Farid
 2          Q     And the interested parties --
 3    withdrawn.
 4                The people on those conference
 5    calls are people who have invested or are
 6    considering investigating in Orascom?
 7          A     Part of them, yes, and in addition
 8    to analysts, financial analysts, and sometimes
 9    any individual interested to join, it's a
10    public calls.
11          Q     And why do you participate in
12    these calls, as a listener, I understand that,
13    what's your purpose in listening?
14          A     To get update on the information
15    and concerns of the participants.
16          Q     Do you know what portion of the --
17    let me start differently, withdrawn.
18                How many people participate in
19    those calls, on average?
20                MR. CURRAN:  Objection.  Vague as
21                to the term participate.  You may
22                answer.
23          A     I don't have any idea.  Orascom
24    Telecom, you mean from Orascom Telecom Holding
25    or you mean in total?
```

72

```
 1                         Farid
 2          Q    I mean the investor community that
 3   participates in these calls, is it dozens or
 4   hundreds or thousands of people, how many
 5   people are on those calls?
 6          A    I don't have any idea, because
 7   this is not disclosed on the call.
 8          Q    So you have no way to know?
 9          A    Anybody joins, and we don't get
10   the information, maybe afterwards, our investor
11   relation department gets the information, but I
12   don't know.
13          Q    Before those calls take place, is
14   there a notification that goes out, e-mails or
15   faxes or letters or some way of letting the
16   community, the investment community know that
17   the conference call is going to take place?
18          A    Yes, an invitation is sent.
19          Q    How is that sent out?
20          A    By e-mail.
21          Q    By e-mail.  Do you know how --
22          A    At least by e-mail, but I don't
23   know if -- maybe it's sent by any other
24   communication, but I know by e-mail.
25          Q    Do you know approximately how many
```

REINIG REPORTING, INC. (212) 684-7298

73

```
 1                         Farid
 2    e-mail notifications are sent out?
 3          A    It's a broadcasted e-mail to a
 4    list of parties, so we have the meeting list
 5    here, actually I don't have it, it's through
 6    the investor relation department.
 7          Q    That's Mr. El Gammal's department?
 8          A    Yes, under his department.
 9          Q    Do you know just broadly how large
10    that list is, is it hundreds or people or
11    thousands of people or maybe even more?
12          A    I don't know, I don't have any
13    idea.
14          Q    Do you know how many, roughly
15    speaking, how many people on that broadcast
16    list are in the United States?
17          A    No, I don't have any idea.
18          Q    Is it fair to say that there is a
19    large number of people on that broadcast list
20    who are in the United States?
21               MR. SULLIVAN:  Objection.  Asked
22          and answered.  He has no idea.
23               MR. TOLCHIN:  He can answer.
24               MR. CURRAN:  Objection.  Vague as
25          to large number.  You can answer.
```

REINIG REPORTING, INC. (212) 684-7298

74

```
 1                        Farid

 2          A     The only thing I can say is that

 3      there are some from the U.S., but I can't say a

 4      lot or few.

 5          Q     Are you familiar with a company

 6      called Selby Communications?

 7          A     Called what?

 8          Q     Selby, S, like small, E-L-B-Y.

 9          A     No.

10          Q     Never heard of it?

11          A     Never.

12          Q     Would it refresh your memory if I

13      mentioned that there was a contract with a

14      company called Selby to install cellular

15      telephone towers?

16               MR. SULLIVAN:  Objection.  No

17               foundation.  He has no memory, he said

18               he never heard of them.  You can't

19               refresh anything.

20          Q     Does that remind you, sir?

21          A     To install what?

22          Q     Cellular telephone towers.

23          A     No, I don't know -- maybe one of

24      the -- maybe one of the companies installing

25      tower are many that we deal with, different in
```

REINIG REPORTING, INC. (212) 684-7298

75

```
 1                    Farid
 2   each country, country dependent , so we are not
 3   really involved toward the -- this type of
 4   construction.  Constructing towers is done by
 5   many companies, and different from one country
 6   to another, so keep a record of the name of
 7   these companies.
 8          Q     Are you aware of Orascom Telecom
 9   Holding having made an application to the
10   United States export/import bank for a loan
11   guarantee to finance a contract with Selby
12   communications?
13          A     The long-term deals are in another
14   department, I'm not this kind of guarantees.
15          Q     Which department handles the loan
16   guarantees?
17          A     The corporate, corporate finance,
18   the finance department.
19          Q     And that's something that's under
20   Mr. Mareuse's supervision?
21          A     Yes.
22          Q     Does Orascom Telecom Holding, to
23   your knowledge, have any bank accounts in the
24   United States?
25          A     I don't have any information about
```

76

1                          Farid

2      this.

3              Q     To your knowledge, does Orascom

4      Telecom Holding have any assets in the United

5      States of any kind?

6              A     Of any what?

7              Q     Of any kind.  Any kind of asset at

8      all?

9              A     No, I'm not aware of any asset

10     owned by Orascom Telecom Holding in the United

11     States.

12             Q     Does Orascom Telecom Holding have

13     any investments in the United States, stocks,

14     bonds, securities, real estate, patents,

15     trademarks, anything like that?

16                   MR. SULLIVAN:  Objection.  Asked

17             and answered.  That would fall under the

18             heading of assets, but go ahead, Mr. --

19             A     I cannot talk about stocks or

20     bonds, because this is not in my -- under my

21     scope, and I'm not aware of anything not within

22     my scope.

23             Q     Are you familiar with a debt owed

24     by the Orascom Telecom Holding to the

25     Palestinian Authority?

```
 1                      Farid
 2              MR. SULLIVAN:  Objection to form.
 3         Legal conclusion.
 4              MR. CURRAN:  Objection.  Vague,
 5         and likewise it calls for a legal
 6         conclusion.  The witness may answer.
 7         A    I'm not familiar with such debts.
 8         Q    Do you have any knowledge of any
 9    loan or -- of any loan or other financial
10    relationship -- let me rephrase the question,
11    try to cut down the chorus of objections.
12              Are you familiar with any
13    financial relationship between Orascom Telecom
14    Holding and the Palestinian Authority?
15         A    I'm not familiar with such
16    relationship.
17         Q    I'm sorry?
18         A    I'm not familiar with such
19    relationship.
20         Q    Are you familiar with the
21    Palestinian Authority, do you know what that
22    is?
23         A    I know, but I'm not familiar for
24    sure, I'm not familiar with the Palestinian
25    Authority, I never dealt with them, with any
```

```
 1                        Farid
 2    subject related to them.
 3           Q    Do you have any knowledge
 4    regarding any relationship between Orascom
 5    Telecom Holding and the Palestinian Authority?
 6                MR. CURRAN:  Objection.  Vague.
 7           You may answer.
 8           A    I don't know what you mean by
 9    Palestinian Authority, but the only thing I
10    know is we had some Palestinian shareholders in
11    one of our subsidiaries, I don't know if this
12    is the case -- the only thing I'm aware of is
13    that we had some Palestinian partners, I'm not
14    sure if this is Palestinian Authority or not,
15    in one of our subsidiaries, which is Orascom
16    Telecom Algeria, directly or indirectly, I'm
17    not sure.
18           Q    Sir, when you referred to
19    Palestinian partners, are there individual
20    people that you're aware of, like individual
21    specific Palestinians that you're aware of?
22           A    No, no.
23           Q    So when you refer to some
24    Palestinian partners, those were your words, do
25    you have any idea who you're talking about, was
```

```
 1                    Farid
 2    it a person, was it a company, was it a group
 3    of people?
 4         A    It's not a person, I know it's a
 5    party, I don't know exactly what kind of party.
 6         Q    Have you ever heard of the
 7    Palestinian Investment Fund?
 8         A    Yes, just heard about it.  I mean,
 9    I don't know exactly what it is, what it is
10    doing.  I know it is the PIF, if I understand
11    right.
12         Q    I'm sorry, say that again?
13         A    The PIF, it's called PIF.
14         Q    Yes, Palestinian Investment Fund
15    is PIF.
16         A    Yes.
17         Q    What is the PI --
18              MR. CURRAN:  Hold on, let him
19         finish the answer.
20              MR. TOLCHIN:  I'm sorry.
21         A    I only know the name.  I know this
22    was in a way the partner as I said in at least
23    one of our subsidiaries.
24         Q    And how did you get that
25    information?
```

```
 1                         Farid
 2          A     Just general, general information.
 3     I mean, I'm not involved in any relationship
 4     with shareholders in general, but I read some
 5     press releases related to this, when we sold --
 6     when we opened, I'm sorry, there, their shares
 7     to this company.
 8          Q     Just to back up for a minute, do
 9     you have an understanding of what this case is
10     about that brought us to take your deposition
11     today?
12               MR. CURRAN:  I object on the
13               grounds of attorney/client privilege.
14               The witness may answer that in a general
15               term, yes or no or I don't know, that
16               type of thing.
17               MR. TOLCHIN:  Well, I'm not
18               asking --
19          A     I'm very vague.
20          Q     I'm sorry?
21          A     I have a very vague understanding,
22     and I only asked or only got this understanding
23     after I was served the subpoena, so I asked
24     what is happening, so I got some very vague
25     information about the case.
```

```
 1                        Farid
 2         Q    Did you ask any people at Orascom
 3    Telecom Holding company what this case was
 4    about?
 5              MR. CURRAN:  I instruct the
 6              witness to exclude any discussions he
 7              had with legal counsel for the company
 8              in answering that question.
 9         Q    Subject to that instruction, can
10    you answer the question?
11         A    I just had some discussion with my
12    colleagues during the visit to New York, so
13    Aldo Mareuse, Hatim El Gammal, just to
14    understand what's happening.
15         Q    What did Aldo Mareuse and Hatim El
16    Gammal tell you?
17         A    They told me this is just a case,
18    it's a party claiming some money from a third
19    party.  I really didn't get the real relation
20    between the parties in this case.
21         Q    Did you discuss this case at all
22    with Mr. Sawiris?
23         A    Not at all.
24         Q    Is Mr. Sawiris somebody that you
25    see on a day-to-day basis?
```

```
 1                        Farid

 2           A     Yes, when we both are in the same

 3    country, because we both travel a lot.

 4           Q     When was the last time you saw Mr.

 5    Sawiris?

 6           A     A couple of hours ago.

 7           Q     I'm sorry?

 8           A     A couple of hours ago.

 9           Q     Did you discuss with Mr. Sawiris

10    that you were testifying today?

11           A     I just told him I am going to

12    testify now.

13                 MR. TOLCHIN:  There seems to be

14           some chatter coming out of --

15                 MR. CURRAN:  It's not from here.

16                 MR. TOLCHIN:  It might be from the

17           call-in.  Whoever's calling in should be

18           on mute.

19           Q     Do you know whether Orascom

20    Telecom Holding or any of its subsidiaries

21    still owes money to the, what you call, the

22    Palestinian partners?

23                 MR. SULLIVAN:  Objection to the

24           form.  Calls for conclusion.

25                 MR. CURRAN:  Yes, I echo that
```

REINIG REPORTING, INC. (212) 684-7298

83

```
 1                        Farid
 2              objection, and the term money, but the
 3              witness may answer.
 4         A    I don't -- I don't know what is
 5    the development of the relationship, I don't
 6    know.
 7         Q    You don't know what is what?
 8         A    How the relationship developed
 9    after we both had shares, I don't know the
10    payment, or it didn't happen, I don't know.
11         Q    Is it fair to say that -- well,
12    withdrawn.
13              Do you have any understanding as
14    to the origin of the relationship between one
15    of the Orascom subsidiaries and the Palestinian
16    partners?
17         A    Repeat, please, the question.
18              MR. TOLCHIN:  Could you read it
19              back, please.
20              (Whereupon, at this time, the last
21              question was read by the reporter.)
22         Q    Maybe I'll ask it differently.  Do
23    you have any understanding, sir, of how the
24    relationship between the Palestinian partners
25    you mentioned and the Orascom subsidiary you
```

84

```
 1                      Farid
 2   mentioned began?
 3           A     No.
 4           Q     Are you aware of any
 5   communications between Orascom or any Orascom
 6   subsidiary and what you call the Palestinian
 7   partners?
 8           A     No, I don't, I'm not aware.
 9             MR. TOLCHIN:  Right now is a good,
10           if we're ready for a break, right now is
11           a logical breaking point before I go
12           into something else, does that work for
13           everybody?
14             MR. SULLIVAN:  That's fine.  Five
15           minutes.
16             MR. TOLCHIN:  Yes.
17             MR. SULLIVAN:  Five minutes.
18             (Whereupon, at this time, a recess
19           was taken.)
20           Q    Sir, just to be clear, you
21   personally haven't had any communication with
22   what you call the Palestinian partners about
23   any involvement with Orascom, have you?
24             MR. CURRAN:  Objection.  Vague.
25           The witness may answer.
```

85

1                          Farid

2          A    Actually, I don't have -- I don't

3     understand what you mean by Palestinian

4     partners.  What I meant at least was we have

5     shareholders, and one or two of them

6     subsidiaries are shareholders, this is what

7     you're getting at?

8          Q    Right, that's what I mean.  Have

9     you personally had any involvement or

10    communications with those shareholders?

11         A    The only communication that I can

12    remember is in the open meetings with the board

13    meetings of Tunisiana, which is Orascom Telecom

14    Holdings in Tunisia, the Palestinians, I don't

15    know exactly which entity they had the seats in

16    board, and I was attending these board meetings

17    on behalf of Orascom Telecom, so we had some

18    common meetings together, but I didn't have any

19    direct communication with representatives of

20    the Palestinians at this meetings.

21         Q    How long ago was that?

22         A    One and a half year, the last time

23    we had a meeting together.

24         Q    Was that the last time there was a

25    board meeting or the last time you attended or

86

```
 1                    Farid
 2    the last time the shareholders were there, what
 3    was it the last time of?
 4         A    The last -- the last time we had a
 5    board meeting where somebody from the
 6    Palestinian shareholders attended the meeting.
 7         Q    Do you have -- withdrawn.
 8              Do you know who it was who
 9    attended the meeting, the name of the
10    individual?
11         A    Yes, somebody called Emad El
12    Felujy.
13         Q    Would you know how to spell that?
14         A    His first name is like mine, and
15    El Felujy is E-L F-E-L-U-J-Y, if I -- I'm not
16    sure, of course, but this is how normally we
17    spell the name.
18         Q    Have you attended Tunisiana board
19    meetings since then?
20         A    Yes.
21         Q    Do you have an understanding of
22    why a representative of the Palestinian
23    shareholders has not attended since then?
24         A    Yes, because we bought them out.
25    They were bought out by a company owned by
```

87

```
 1                         Farid
 2      Orascom Telecom, so they were no longer
 3      shareholders in Tunisiana.
 4            Q    Are you aware of any loan or
 5      credit facilities that Orascom Telecom Holding
 6      has obtained in the United States?
 7            A    No, I am not aware of any.
 8            Q    Would loan and credit facilities
 9      be something that you deal with yourself in the
10      course of your employment with Orascom Telecom
11      Holding?
12            A    No, I'm not involved at all in
13      these things.
14            Q    Did you receive a subpoena asking
15      you to come testify in this case?
16                 MR. CURRAN:  Objection.  Vague.
17            The witness may answer.
18            A    I received one, yes.  I received,
19      yes.
20            Q    Did that subpoena also ask you to
21      provide certain documents?
22            A    Yes.
23            Q    What, if anything, did you
24      personally do to locate documents responding to
25      that subpoena?
```

REINIG REPORTING, INC. (212) 684-7298

88

```
 1                         Farid
 2          A    I just read all the requests
 3    mentioned in the subpoena, and I responded to
 4    my lawyer with what I believe is requested from
 5    me or what is available by me.
 6          Q    Did you look anywhere for
 7    documents?
 8          A    Sorry?
 9          Q    Did you look anywhere for
10    documents responding to the subpoena?
11          A    It depends on the requested
12    documents.  I mean, most of the documents were
13    not something that I'm familiar with or know
14    anything about -- as an example, just as an
15    example, the passports, whatever is required to
16    present, produce any document related to my
17    trips, so I produced my passport to the U.S.A.,
18    visa, as I mentioned before, and the stamps,
19    entrance stamps to the United States.  I've
20    looked in my personal documents to find this.
21          Q    Did you furnish your attorneys
22    with a copy of your passport as part of
23    complying with the subpoena?
24          A    Did I what?
25          Q    Did you provide your attorneys
```

89

```
 1                         Farid

 2    with a copy of your passport as part of

 3    complying with the subpoena?

 4         A    Yes.

 5         Q    Besides the passport,

 6    approximately how many other documents, if any,

 7    did you provide to your attorneys?

 8              MR. CURRAN:  Well, I'm going to

 9         object on the grounds of attorney/client

10         privilege to the extent that question

11         encompasses documents that may have been

12         provided to the company's lawyer, I'll

13         leave it to Mr. Sullivan for any other

14         objection.

15              MR. SULLIVAN:  Yeah, I'll object

16         on the grounds that --

17         Q    What I'm trying to get at, perhaps

18    I can alleviate the objections, I'm not asking

19    the content of the documents, I'm asking how

20    many documents, was it -- did you give any --

21    let's begin like this.  Did you give your

22    attorneys or the company's attorney anything

23    besides your passport?

24         A    No --

25              MR. SULLIVAN:  I'm going to object
```

REINIG REPORTING, INC. (212) 684-7298

```
 1                        Farid
 2          to the extent that -- hold on, Mr.
 3          Farid -- to the extent that he gave
 4          documents that we have made
 5          determinations based upon
 6          responsiveness, relevance, what have
 7          you, he may have given us documents that
 8          were not produced based upon attorney
 9          determinations unrelated to any judgment
10          he may have made.
11               MR. TOLCHIN:  I'm not saying
12          otherwise, I just want to know --
13          Q    Sir, besides your passport, did
14   you provide your attorneys or Orascom's
15   attorneys with any documents besides your
16   passport to respond to the subpoena?
17          A    I didn't find in the request
18   documents any relevant documents that I can
19   provide to the lawyer besides my passport and
20   some web sites about Orascom that they produced
21   on my behalf.
22          Q    When you say some web sites, did
23   you print out the web sites and give them to
24   your attorney or you just told your attorney
25   the address of a web site or more than one web
```

91

```
 1                      Farid
 2    site?
 3              MR. SULLIVAN:  Objection to the
 4              extent that it calls for any
 5              communication between Mr. Farid and us,
 6              you're going to have to rephrase that
 7              question.
 8              MR. TOLCHIN:  This isn't a
 9              communication seeking legal counsel.
10              Your objection isn't well founded, I'm
11              just trying to find out what he himself
12              produced.
13              MR. SULLIVAN:  I think you can ask
14              what he gave to his counsel.
15         Q    Sir, what exactly did you give to
16    your counsel to comply with the document
17    production aspect of the subpoena, your
18    passport and what else?
19         A    Copy of the passports.
20         Q    Okay, and besides the copy of your
21    passport, did you give your attorneys anything
22    else?
23         A    I didn't find in the requested
24    documents any relevant documents to present or
25    to produce.
```

```
 1                        Farid

 2          Q     So the answer is no?

 3          A     Yes.

 4          Q     Do you know what documents your

 5     attorneys provided to me in response to the

 6     subpoena?

 7          A     The passport, copy of the

 8     passport.

 9          Q     Okay.

10          A     And some web -- printouts of web

11     sites, Orascom web sites that I mentioned.

12          Q     Which web sites are you referring

13     to?

14          A     The Orascom Telecom web site, some

15     content of the Orascom Telecom web site.

16          Q     Do you know which document request

17     that we made you meant to respond to with those

18     web site printouts, if you know?

19          A     You are talking about the web

20     sites or the passport as well?

21          Q     The web sites.

22          A     The financials of Orascom Telecom,

23     any information about Orascom Telecom.  It was

24     relation to the relevant parts.

25                MR. TOLCHIN:  Do any of you
```

REINIG REPORTING, INC. (212) 684-7298

93

```
 1                         Farid

 2              esteemed colleagues have any questions

 3              for the witness?

 4                   MR. SULLIVAN:  Can we take two

 5              minutes to consult?

 6                   MR. TOLCHIN:  Absolutely, and that

 7              includes you, Mr. Curran.

 8                   MR. CURRAN:  That's very gracious

 9              of you, Mr. Tolchin.  Thank you.  So

10              we'll take a two-minute break.

11                   (At time time, a recess was

12              taken.)

13                   MR. SULLIVAN:  I don't have any

14              questions for the witness.

15                   MR. TOLCHIN:  Can I ask one more?

16                   MR. SULLIVAN:  While we're here,

17              one more, fine.

18         Q    Sir, are you familiar with a

19    person named Mohamed Rachid?

20         A    What's the question about Mohamed

21    Rachid?

22         Q    Do you know a person by the name

23    of Mohamed Rachid?

24         A    Yes, I know the name, I know the

25    name and the face.
```

REINIG REPORTING, INC. (212) 684-7298

94

```
 1                          Farid

 2          Q    Who is Mohamed Rachid?

 3          A    I don't know exactly what is his

 4   position in this Palestinian entity that was

 5   shareholder of the company, but I know he is

 6   the one representing them vis-a-vis Orascom.

 7          Q    But he was not the person who

 8   attended the board meeting?

 9          A    No, the board meetings that I

10   attended in Tunisia, no, he's not the person

11   that attended.

12          Q    Where did you see Mr. Rachid, or

13   meet him?

14          A    In the office, sometime in the

15   office, just seeing him, I never had any

16   discussion with him.

17          Q    Were you introduced to him?

18          A    Yes, I introduced myself.

19          Q    I'm sorry?

20          A    I introduced myself to him once.

21          Q    Do you know which Palestinian

22   entity he was representing?

23          A    My knowledge is the Palestinian

24   Investment Fund, I'm not hundred percent sure,

25   I don't -- I never had any special discussion
```

95

```
 1                      Farid
 2    with him or about him with anybody.
 3            Q    Is that the only occasion that you
 4    met Mr. Rachid?
 5            A    I met him let's say two or three
 6    times in the office here, not in my office, but
 7    in the corridor in our headquarter, and only
 8    one time by coincidence in Heathrow airport, we
 9    were just in the same, by coincidence, in the
10    same queue waiting to check in to the UK.
11                 MR. TOLCHIN:  I have no more
12            questions.
13                 MR. SULLIVAN:  Nothing for me.
14                 MR. CURRAN:  No questions here.
15            Thank you very much.  I thank the
16            witness.  This deposition's over.
17                 (Time noted: 11:40 a.m.)
18
19
20
21
22
23
24
25
```

96

```
 1
 2                    A C K N O W L E D G M E N T
 3
 4      STATE OF NEW YORK          )
 5                                 : ss
 6      COUNTY OF                  )
 7
 8            I, EMAD FARID, hereby certify
 9      that I have read the transcript of my testimony
10      taken under oath in my deposition of March 13,
11      2007; that the transcript is a true, complete
12      and correct record of my testimony, and that
13      the answers on the record as given by me are
14      true and correct.
15
16                          _____
17                              EMAD FARID
18
19      Signed and Subscribed to
20      before me, this _____ day
21      of _____, 2007
22
23      _____
24      Notary Public, State of New York
25
```

107

```
 1
 2                  C E R T I F I C A T E
 3
 4     STATE OF NEW YORK    )
 5                          ) SS.
 6     COUNTY OF QUEENS     )
 7
 8              I, ARTHUR E. HECHT, a Stenotype
 9     Shorthand Reporter and Notary Public within and
10     for the State of New York, do hereby certify:
11              THAT EMAD FARID, the witness whose
12     examination is herein before set forth, was
13     duly sworn by me and that this transcript of
14     such examination is a true record of the
15     testimony given by such witness.
16              I further certify that I am not
17     related to any of the parties to this action by
18     blood or marriage and that I am in no way
19     interested in the outcome of this matter.
20
21     IN WITNESS WHEREOF, I have hereunto set my hand
22     this 19th day of March, 2007.
23
24              _____
25                     Arthur E. Hecht
```