UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBERG, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; AMICHAI UNGAR; DAFNA UNGAR; and MICHAL COHEN,

        Plaintiffs / Judgment-Creditors,

        -against-

ORASCOM TELECOM HOLDING S.A.E.

        Defendant / Garnishee.

------------------------------------------------------------------------X

Civil Action No. 07 CV 2572 (CM) (LMS)

# ERRATA SHEET
### For Plaintiffs' Memorandum of Law
### in Opposition to Defendants' Motion to Dismiss

1. On page 3 in footnote 3 "fianancial" should be "financial".

2. On page 7, third full paragraph, the phrase "testified under that" should be "testified under oath that".

3. On page 20, first paragraph, the phrase "what percentage had been purchased" should be "what percentage of the bond had been purchased".

4. On page 20 in footnote 13 "fefutes" should be "refutes" and "GRR's" should be "GDR's".

5. On page 22, sixth paragraph, the phrase "trades in the bond is conducted" should be "trade in the bond is conducted" and the phrase "investors anywhere in the world buys or sells" should be "investors anywhere in the world buy or sell".

6. On page 28, second sentence, the phrase "is an asset of the PA because is and always has been" should be "is an asset of the PA because it is and always has been".

Dated: New York, New York
August 28, 2007

                                                         Respectfully submitted,

                                                         JAROSLAWICZ & JAROS, LLC
                                                         *Attorneys for the plaintiffs*

                                                       by:    *Robert J. Tolchin*
                                                              Robert Tolchin

                                                       225 Broadway, 24th floor
                                                     New York, New York 10007
                                                     (212) 227-2780