# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

August 28, 2007

VIA FACSIMILE

Hon. Colleen McMahon
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Chambers 640
New York, NY 10007

Re:  *Estate of Ungar v Orascom Telecom Holding S.A.E.*, No. 07-cv-2572 (S.D.N.Y.)

Dear Judge McMahon:

As counsel for Orascom Telecom Holding S.A.E. in the above-referenced matter, we write to apprise Your Honor of recent developments in the case and to respectfully request that Your Honor so-order a revised briefing schedule agreed-to by the parties.

Your Honor's July 25 Order required Orascom to file an amended notice of motion to dismiss by July 27, 2007, Plaintiffs to file their opposition papers by August 15, and Orascom to file its reply memorandum by August 29. The opposition memorandum that Plaintiffs filed through the Court's ECF system on August 15 was corrupted and thus was inaccessible to counsel until Plaintiffs re-filed it on the afternoon of August 17. Subsequently, on August 22, Plaintiffs filed a cross-motion for jurisdictional discovery.

Accordingly, the parties have agreed, subject to Your Honor's approval, that Orascom shall file a combined memorandum including its reply in support of its motion to dismiss and its opposition to Plaintiffs' cross-motion for jurisdictional discovery on September 5, 2007, the date Orascom's opposition memorandum is currently due. The parties have further agreed that Plaintiffs' reply in support of their cross-motion for jurisdictional discovery shall be due on or before September 19. Orascom has not previously sought a filing extension in this matter.

Hon. Colleen McMahon

August 28, 2007

Thank you for your consideration.

Respectfully submitted,

Christopher M. Curran
Nicole E. Erb


cc: Robert J. Tolchin, Esq. (by fax)

2