UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

--------------------------------------------------------X

THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN, et al.,

    Plaintiffs / Judgment-Creditors,

-against-

ORASCOM TELECOM HOLDING S.A.E.

    Defendant / Garnishee.

Civil Action No. 07 CV 2572 (CM) (LMS)

**ORDER**

--------------------------------------------------------X

    IT IS HEREBY ORDERED THAT:

    The Clerk shall seal the following docket entries:

    a.    Docket item 15, exhibits 1-7, 9, 11-14, 16-17, 49 and 58;

    b.    Docket item 17

    c.    Docket item 21, exhibit 60;

    d.    Docket item 20;

    e.    Docket item 22.

_____
Colleen McMahon
U.S.D.J.

RECEIVED
SEP 3 - 2007
CHAMBERS OF
COLLEEN McMAHON