LAW OFFICE OF

# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS

(212) 227-2780

ROBERT J. TOLCHIN
OF COUNSEL
RJT@TolchinLaw.com

September 19, 2007

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/20/07___

**By Fax: 212-805-6326**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    Ungar v. Orascom
>        Docket No.: 07 CV 2572 ((CM)(LMS)

Dear Judge McMahon:

We represent the plaintiff in the above referenced matter. Our reply papers with respect to plaintiff's cross-motion are due today.

Unfortunately for the reply papers, but quite fortunately in the grand scheme of things, it seems that at present my wife is in labor and expects to deliver a baby later today. As a consequence I will not be able to file the reply papers on schedule.

Orascom counsel has consented to a enlargement of time to file reply papers until Tuesday, September 25, 2007.

We respectfully ask the Court to grand this extension.

Once the reply papers are submitted on Tuesday, the motion and cross-motion will be fully briefed.

Respectfully yours,

Robert J. Tolchin
(by)

RJT:cg

CC: White & Case (by fax: 202-639-9355)

*(Dictated but not read).*

OK!

9/20/07