LAW OFFICE OF

# JAROSLAWICZ & JAROS

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

(212) 227-2780

DAVID JAROSLAWICZ
(NY, FA & CA Bars)
ABRAHAM JAROS

ROBERT J. TOLCHIN
OF COUNSEL
RJT@tolchinlaw.com

RECEIVED 2007
CHAMBERS OF
COLLEEN McMAHON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

October 9, 2007

**BY FAX**
Fax: (212) 805-6326
Hon. Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

*I said no already*

Colleen McMahon
10/9/07

Re: *Estate of Ungar v. Orascom Telecom Holding S.A.E.*
Docket No. 07 CV 2572 (CM) (LMS)

Dear Judge McMahon,

I write in brief response to the letter dated October 2, 2007 (which arrived during the Jewish holidays), from counsel for defendant-garnishee Orascom, Christopher Curran, Esq., seeking leave to file a sur-reply or to schedule oral argument.

There is no truth to Mr. Curran's claim that the Ungars' reply in further support of their cross-motion for jurisdictional discovery "functions as an unauthorized surreply in opposition to Orascom's motion to dismiss." In responding to the Ungars' cross-motion for jurisdictional discovery, Orascom freely admitted that the information sought by the Ungars through jurisdictional disocvery exists, but argued that producing that information would be pointless because the categories of jurisdictional contacts relied upon by the Ungars are neither cognizable nor sufficient.

Naturally, therefore, the Ungars' reply in further support of their motion for jurisdictional discovery focused on demonstrating that the contacts relied upon by them can and do indeed support jurisdiction. Our reply thus

JAROSLAWICZ & JAROS

October 9, 2007
Page 2 of 2

simply responded to arguments made by Orascom in its opposition, and makes no new arguments whatsoever.

Orascom's request to file a surreply to address <u>cases</u> cited by the Ungars should be denied. Citation of additional authority — as distinct from new arguments — in reply is not grounds for a sur-reply. Nor does the Court need Mr. Curran's assistance to determine whether the cases at issue are distinguishable.

On the other hand, we believe that oral argument on the pending motions would be helpful, and respectfully join Orascom's request to schedule oral argument.

Respectfully yours,

*Robert Tolchin*

Robert J. Tolchin

cc: Christopher Curran, Esq. (fax: 202 639 9355)