UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE ESTATE OF YARON UNGAR by and through its Administrator, David Strachman, et al.

          Plaintiffs,

-against-

ORASCOM TELECOM HOLDING, S.A.E.

          Defendant.

------------------------------------------------------------x

07 Civ. 2572 (CM)(LMS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

NOTICE TO COUNSEL PLACING CASE ON SUSPENSE

McMahon, J.:

    It has come to my attention that, due to a clerical error in chambers, a memo-endorsed order I issued last July placing this case on suspense was never docketed. The parties continued to litigate this matter and, as a result, there is now a fully briefed motion to dismiss and a cross motion for certain discovery.

    Since it was the Court's intention to place this matter on suspense until after the Second Circuit rendered its decision in Knox v. Orascom Telecom Holding S.A.E. (2d Cir. Docket No. 07-2168) and since the Second Circuit has yet to rule in Knox, I am placing this case on suspense pending the Knox decision. All motions will be held in abeyance while the matter is on suspense.

                            So ordered.

Dated: March 5, 2008

                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL